U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

Creator: glenn winningham; house of fearn

AUG 26 2022

CLERK, U.S. DISTRICT COURT
By_____
            Deputy

## DISTRICT COURT OF UNITED STATES FOR THE
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| glenn winningham; house of fearn<br>               a man, Demandant | ] <br> ] |
| vs. | ]   <u>3:19-CV-1986-S-BH</u> |
| Cory Blount, Lake Worth Chief of Police | ] |
| Steve Carpenter, Assistant Chief of Police | ] claim: trespass [assault, kidnapping, |
| D. Martinez, Lake Worth Police Officer | ] theft, imprisonment, false arrest, |
| C Gregory, Lake Worth Police Supervisor | ] breach of trust, perjury, extortion |
| Martin, #323, Lake Worth Police Officer | ] treason, seditious conspiracy |
| West, #259, Lake Worth Police Officer | ] malicious prosecution, Official |
| Crystal Hale, Lake Worth Property Technician | ] Oppression, Illegal search, War |
| John Doe, unknown Lake Worth Police Officer | ] Crimes, Taking Reprisals for Political |
| Jane Doe, unknown Lake Worth Police Officer | ] Opinion, intimidation, Terrorism, torture |
| John Doe, unknown Lake Worth Police Officer | ] threats, pillaging, theft, Denials of due, |
| John Doe, unknown (coward) Agent, | ] process, Racketeering, Coercing |
|               Federal Bureau of Investigation | ] information from Demandant and from |
| Jim Palamino, (coward) Agent | ] third parties, compelling Demandant to |
|      US Department of Homeland Security | ] work for the occupying power, Using |
| John Doe, unknown (coward) Agent, | ] Codes Rules and Regulations to deny |
|               Texas Dept of Public Safety | ] Relief, Violating Rights and Immunities |
| Walter Bowen, Mayor, City of Lake Worth | ] under Color of Law, Threatening, |
| Andrew Vogle, Azle Prosecutor | ] Intimidating, Injuring, and Coercing in |
| Havins #259, Azle Police Officer | ] free exercise of rights under color of |
| Sargeant Stutzman, Azle Police Supervisor | ] Law, Subjecting by Force to |
| Rick Pippins, Azle Chief of Police | ] deprivation of Religious Beliefs |
| Douglas R Hudman, Azle Judge | ] Sending threats through the mail, |
| Alan Brundrett, Azle Mayor | ] Conspiracy |
| John Elliot Mayer, Jr., Homeland Security tool | ] (verified) |
| Steve McCraw, Director, | ] |
|               Texas Dept of Public Safety | ] |
| Skylor Hearn, Deputy Director | ] |
|               Texas Dept of Public Safety | ] |
| Freeman F Martin, Deputy Director | ] |
|               Texas Dept of Public Safety | ] |
| Randall B Prince, Deputy Director | ] |
|               Texas Dept of Public Safety | ] |
| Ken Paxton, Texas Attorney rank of General | ] |
| GLENN WINNINGHAM FEARN, | ] |
|                    cestui que trust | ] |
|                    Wrongdoers | ] |

## War Crimes

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS**
As a direct descendant of the founders of the Constitution for the United States of America (Supreme Law of the land) and as one of "the Posterity" found in the preamble, by right of blood, I hereby declare;

Freeman F Martin is a Deputy Director of the Texas Department of Public Safety and deemed to know the law.
*"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.*

*"An officer who acts in violation of the Constitution ceases to represent the government".  Brookfield Const. Co. v. Stewart, 284 F. Supp. 94*

I have reason to believe and do believe that Freeman F Martin, is engaging in War Crimes in violation of 18 United States Code § 2441
*(a)OFFENSE.—Whoever, whether inside or outside the United States, commits a <u>war crime</u>, in any of the circumstances described in subsection (b), shall be fined under this title or imprisoned for life or any term of years, or both, and if death results to the victim, shall also be subject to the penalty of death.*
*(b)CIRCUMSTANCES.—*
*The circumstances referred to in subsection (a) are that the person committing such <u>war crime</u> or the victim of such <u>war crime</u> is a member of the Armed Forces of the United States or a national of the United States (as defined in section 101 of the <u>Immigration and Nationality Act</u>).*
*(c)DEFINITION.—As used in this section the term "<u>war crime</u>" means any conduct—*
*(1) defined as a grave breach in any of the international conventions signed at Geneva 12 August 1949, or any protocol to such convention to which the United States is a party;*
*(2) prohibited by Article 23, 25, 27, or 28 of the Annex to the Hague Convention IV, Respecting the Laws and Customs of War on Land, signed 18 October 1907;*
*(3) which constitutes a <u>grave breach of common Article 3</u> (as defined in subsection (d)) when committed in the context of and in association with an armed conflict not of an international character; or*
*(4) of a person who, in relation to an armed conflict and contrary to the provisions of the Protocol on Prohibitions or Restrictions on the Use of Mines, Booby-Traps and Other Devices as amended at Geneva on 3 May 1996 (Protocol II as amended on 3 May 1996), when the United States is a party to such Protocol, willfully kills or causes serious injury to civilians.*
*(d)COMMON ARTICLE 3 VIOLATIONS.—*
*(1)PROHIBITED CONDUCT.—In subsection (c)(3), the term "<u>grave breach of common Article 3</u>" means any conduct (such conduct constituting a <u>grave breach of common Article 3</u> of the international conventions done at Geneva August 12, 1949), as follows:*
*<u>(A)Torture.—The act of a person who commits, or conspires or attempts to commit, an act specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control for the purpose of obtaining information or a confession, punishment, intimidation, coercion, or any reason based on discrimination of any kind.</u>*
*<u>(B)Cruel or inhuman treatment.—The act of a person who commits, or conspires or attempts to commit, an act intended to inflict severe or serious physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions), including serious physical abuse, upon another within his custody or control.</u>*
*<u>(C)Performing biological experiments.—The act of a person who subjects, or conspires or attempts to subject, one or more persons within his custody or physical control to biological experiments without a legitimate medical or dental purpose and in so doing endangers the body or health of such person or persons.</u>*
*(D)Murder.—The act of a person who intentionally kills, or conspires or attempts to kill, or kills whether intentionally or unintentionally in the course of committing any other offense under this subsection, one or*

more persons taking no active part in the hostilities, including those placed out of combat by sickness, wounds, detention, or any other cause.

**(E)**Mutilation or maiming.—The act of a person who intentionally injures, or conspires or attempts to injure, or injures whether intentionally or unintentionally in the course of committing any other offense under this subsection, one or more persons taking no active part in the hostilities, including those placed out of combat by sickness, wounds, detention, or any other cause, by disfiguring the person or persons by any mutilation thereof or by permanently disabling any member, limb, or organ of his body, without any legitimate medical or dental purpose.

**(I)**Taking hostages.—The act of a person who, having knowingly seized or detained one or more persons, threatens to kill, injure, or continue to detain such person or persons with the intent of compelling any nation, person other than the hostage, or group of persons to act or refrain from acting as an explicit or implicit condition for the safety or release of such person or persons.

**(2)DEFINITIONS.**—In the case of an offense under subsection (a) by reason of subsection (c)(3)—

**(A)** the term "severe mental pain or suffering" shall be applied for purposes of paragraphs (1)(A) and (1)(B) in accordance with the meaning given that term in section 2340(2) of this title;

**(B)** the term "serious bodily injury" shall be applied for purposes of paragraph (1)(F) in accordance with the meaning given that term in section 113(b)(2) of this title;

**(C)** the term "sexual contact" shall be applied for purposes of paragraph (1)(G) in accordance with the meaning given that term in section 2246(3) of this title;

**(D)**the term "serious physical pain or suffering" shall be applied for purposes of paragraph (1)(B) as meaning bodily injury that involves—

**(i)** a substantial risk of death;

**(ii)** extreme physical pain;

**(iii)** a burn or physical disfigurement of a serious nature (other than cuts, abrasions, or bruises); or

**(iv)** significant loss or impairment of the function of a bodily member, organ, or mental faculty; and

**(E)**the term "serious mental pain or suffering" shall be applied for purposes of paragraph (1)(B) in accordance with the meaning given the term "severe mental pain or suffering" (as defined in section 2340(2) of this title), except that—

**(i)** the term "serious" shall replace the term "severe" where it appears; and

**(ii)** as to conduct occurring after the date of the enactment of the Military Commissions Act of 2006, the term "serious and non-transitory mental harm (which need not be prolonged)" shall replace the term "prolonged mental harm" where it appears.

**(5)DEFINITION OF GRAVE BREACHES.**— The definitions in this subsection are intended only to define the grave breaches of common Article 3 and not the full scope of United States obligations under that Article. 18 USC § 2441 War Crimes

## in support of their Homeland Security Criminal Street Gang

Sec. 71.01.  DEFINITIONS.  In this chapter,

(a)  "Combination" means three or more persons who collaborate in carrying on criminal activities, although:

(1)  participants may not know each other's identity;

(2)  membership in the combination may change from time to time;  and

(3)  participants may stand in a wholesaler-retailer or other arm's-length relationship in illicit distribution operations.

(b)  "Conspires to commit" means that a person agrees with one or more persons that they or one or more of them engage in conduct that would constitute the offense and that person and one or more of them perform an overt act in pursuance of the agreement.  An agreement constituting conspiring to commit may be inferred from the acts of the parties.

(c)  "Profits" means property constituting or derived from any proceeds obtained, directly or indirectly, from an offense listed in Section 71.02.

(d)  "Criminal street gang" means three or more persons having a common identifying sign or symbol or an identifiable leadership who continuously or regularly associate in the commission of criminal activities.

and they are required to know that Texas is under a military occupation since 1862 when the Union Army invaded Galveston, Texas, and Arizona, where the Demandant is domiciled is under Martial Law from the War with Mexico in the 1840's

*A place, district, or country occupied by an enemy stands, in consequence of the occupation, under the Martial Law of the invading or occupying army, whether any proclamation declaring Martial Law, or any public warning to the inhabitants, has been issued or not. <u>Martial Law is the immediate and direct effect and consequence of occupation or conquest. The presence of a hostile army proclaims its Martial Law.</u> Article 1, General Orders 100 (Lieber Code)*

*"Territory is considered occupied when it is actually placed under the authority of the hostile army.." Law and Customs of War on Land (Hague Convention IV), Article 42;*

and they are required to know that the ONLY way Martial Law ends is by specific mention in a Treaty of Peace or by Special Proclamation by the Commander in Chief (President of the United States)

*Martial Law does not cease during the hostile occupation, except by special proclamation, ordered by the commander in chief; or by special mention in the treaty of peace concluding the war, when the occupation of a place or territory continues beyond the conclusion of peace as one of the conditions of the same. Article 2, General Orders 100 (Lieber Code)*

and there has been no Treaty of Peace, and there has been no Special Proclamation by the Commander in Chief (President of the United States), for Texas, and Arizona has the Treaty of Hidalgo which has no "specific mention" ending the Martial Law, therefore the military occupation continues to this day, and they are required to know that all police are military police with military rank structures and military uniforms

*"Martial Law affects chiefly the police and collection of public revenue and taxes, whether imposed by the expelled government or by the invader, and refers mainly to the support and efficiency of the army, its safety, and the safety of its operations." Article 10, General Orders 100 (Lieber Code)*

and they are required to know that they get paid in Federal Reserve Notes which are forced loans and military scrip

*"<u>The forced loans of 1862 and 1863, in the form of legal tender notes</u>, were vital forces in the struggle for national supremacy. They formed a part of the public debt of the United States, ..." Julliard v. Greenman, 110 US 432*

*The United States acknowledge and protect, in hostile countries occupied by them, religion and morality; strictly private property; the persons of the inhabitants, especially those of women: and the sacredness of domestic relations. Offenses to the contrary shall be rigorously punished.*
*<u>This rule does not interfere with the right of the victorious invader to tax the people or their property, to levy forced loans</u>, to billet soldiers, or to appropriate property, especially houses, lands, boats or ships, and churches, for temporary and military uses. Article 37, General Orders 100 (Lieber Code)*

and they are required to know that the occupying power are US citizens (foreign) with their US citizen military troops to enforce the martial law

*U.S. citizenship is a requirement to be licensed as a peace officer in Texas. Texas Commission on Law Enforcement  (Commission Rule (§217.1(a)(18))*

and they are required to know that Texas, Arizona, and United States codes are edicts under Martial Law

*"NOTE: Under the Law-Martial, only the criminal jurisdiction of a Military Court is the recognized law. But as Article Three says, "the civil courts can continue wholly or in part as long as the civil jurisdiction does*

*not violate the Military orders laid down by the Commander in Chief or one of his Commanders." By this means; a military venue, jurisdiction, and authority are imposed upon the occupied populace under disguise of the ordinary civil courts and officers of the occupied district or region, because the so-called civil authorities in an occupied district, or region, only act at the pleasure of a military authority.* <u>It should also be noted here that the several State Legislatures, County Boards of Commissioners, and City Councils, are constantly legislating to please the edicts of the federal government (the occupying force)</u> *and that their legislation, in this sense, is not an exercise of State sovereignty, but instead, a compliance with edicts of the military force which occupies the several States and consequently are edicts of Martial Law Rule." Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Judge A.H. Ellett, Utah Supreme Court [emphasis added*

<u>*Military jurisdiction is of two kinds: First, that which is conferred and defined by statute;*</u> *second, that which is derived from the common law of war. Military offenses under the statute law must be tried in the manner therein directed; but military offenses which do not come within the statute must be tried and punished under the common law of war. The character of the courts which exercise these jurisdictions depends upon the local laws of each particular country.*
*In the armies of the United States the first is exercised by courts-martial, while cases which do not come within the "Rules and Articles of War," or the jurisdiction conferred by statute on courts-martial, are tried by military commissions. Article 13 General Orders 100 (Lieber Code)*

## and a mixed war is made between a public authority and private individuals
*"A mixed war is one which is made on one side by public authority, and the other by mere <u>private persons." <u>Black's Law Dictionary</u> 5th Ed., page 1420</u>*

## and the Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949 applies to all armed conflicts of "High Contracting Parties", and United States and Mexico are both "High Contracting Parties" for the Treaty of Hidalgo
*"In addition to the provisions which shall be implemented in peacetime, the present Convention shall <u>apply to all cases of declared war or of any other armed conflict which may arise between two or more of the High Contracting Parties,</u> even if the state of war is not recognized by one of them.*
*The Convention shall also apply to all cases of partial or total occupation of the territory of a High Contracting Party, even if the said occupation meets with no armed resistance." Article 2, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

## and numerous Articles of the Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949 apply for the duration of the occupation
*"...<u>the Occupying Power shall be bound, for the duration of the occupation,</u> to the extent that such Power exercises the functions of government in such territory, by the provisions of the following Articles of the present Convention: 1 to 12, 27, 29 to 34, 47, 49, 51, 52, 53, 59, 61 to 77, 143." Article 6, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

## and Freeman F Martin and his Lake Worth, Azle, Homeland Security, and Federal Bureau of Investigation military police buddies are engaged in War Crimes by coercing information from the Demandant and from third parties with their forced finger printing
*<u>"No physical or moral coercion shall be exercised against protected persons, in particular to obtain information from them or from third parties."</u> Article 31, Geneva Convention Relative to the Treatment of Civilians in a Time of War of 1949*

## and Freeman F Martin and his Lake Worth, Azle, Homeland Security, and Federal Bureau of Investigation military police buddies are using his "local rules" as a mechanism to deny the Demandant a remedy (another War Crime)
*No contract, agreement or regulation shall impair the right of any worker, whether voluntary or not and wherever he may be, to apply to the representatives of the Protecting Power in order to request the said*

*Power's intervention. Article 52, Clause 1, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and his Lake Worth, Azle, Homeland Security, and Federal Bureau of Investigation military police buddies are taking reprisals against the Demandant because of his political beliefs (another War Crime) and pillaged his Arm (Colt Commander)

*"....Without prejudice to the provisions relating to their state of health, age and sex, all protected persons shall be treated with the same consideration by the Party to the conflict in whose power they are, <u>without any adverse distinction based, in particular, on race, religion or political opinion.</u>" Article 27, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

*<u>No protected person may be punished for an offence he or she has not personally committed.</u> Collective penalties and likewise all measures of intimidation or of terrorism are prohibited. Pillage is prohibited. <u>Reprisals against protected persons and their property are prohibited.</u> Article 33, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and they are attacking the Demandant, a man, for the crimes of their Roman cult cestui que trust because the Demandant is one of "the posterity" found in the preamble of the Constitution for the United States of America

*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America. Preamble, Constitution for the United States of America*

and they are required to know the protections provided under the Geneva Conventions may NOT be given up or waived

*<u>Protected persons may in no circumstances renounce in part or in entirety the rights secured to them by the present Convention,</u> and by the special agreements referred to in the foregoing Article, if such there be. Article 8, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and they are required to know that the protections are mandatory

*<u>Protected persons who are in occupied territory shall not be deprived, in any case or in any manner whatsoever, of the benefits of the present Convention</u> by any change introduced, as the result of the occupation of a territory, into the institutions or government of the said territory, nor by any agreement concluded between the authorities of the occupied territories and the Occupying Power, nor by any annexation by the latter of the whole or part of the occupied territory. Article 47, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

by conspiring with McCraw, Hearn, Tooley, and Prince, and some unknown coward under McCraw's supervision to issue an INTELLIGENCE BULLETIN to declare the Demandant ARMED AND DANGEROUS because of a Notice and Demand the Demandant served on Michael T Tooley, the Montana Highway Patrol Chief Administrator in which the Demandant said in Paragraph 38 that the Demandant has "the right to resist an unlawful arrest with lethal force if necessary" but the Demandant is having trouble finding where he said he WOULD resist their unlawful arrest, and the Demandant has NEVER – IN HIS LIFE Breached the Peace and McCraw's hired thugs and Tooley's hired thugs breach the peace under color of law, on a routine basis, and the Demandant DOES have a right to resist any unlawful arrest, as evidenced in the court citations that were originally provided

*"These principles apply as well to an officer attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they do to a private individual who unlawfully uses such force and violence." Jones v. State, 26 Tex. App. I; Beaverts v. State, 4 Tex. App. 1 75; Skidmore v. State, 43 Tex. 93, 903.*

*"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery." (State v. Robinson, 145 ME. 77, 72 ATL. 260).*

*"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense." State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100.*

*"One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance." (Adams v. State, 121 Ga. 16, 48 S.E. 910).*

and the Demandant DOES have a right to resist any unlawful arrest <u>with lethal force if necessary</u>, as evidenced by The Amistadt where the people killed all of their captors except for one because they did NOT know how to sail and they demanded that the one survivor take them back to Africa where the Supreme Court of the United States dismissed the murder charges and ordered them to be returned to Africa, **United States v. Schooner Amistad, 40 U.S. (15 Pet.) 518 (1841)**

*"Story affirmed the right of self-defense by persons held illegally. In his own writings, he had admitted that "a situation could arise in which the checks-and-balances principle ceased to work and the various branches of government concurred in a gross usurpation." There would be no usual remedy by changing the law or passing an amendment to the Constitution, should the oppressed party be a minority. Story concluded, "If there be any remedy at all ... it is a remedy never provided for by human institutions." That was the "ultimate right of all human beings in extreme cases to resist oppression, and to apply force against ruinous injustice." (From Mutiny on the Amistad by Howard Jones, Oxford University Press, 1987, an account of the reading of the decision in the case by Justice Joseph Story of the Supreme Court.*

This INTELLIGENCE BULLETIN (attached) is evidence that McCraw and his redacted coward thugs intend to conspire with Tooley and his Montana Highway Patrol military police, and others, to threaten, coerce, injure and intimidate the Demandant in the free exercise of his right to resist an unlawful arrest with lethal force if necessary, in violation of their title 18 United States Code § 241 Conspiracy Against Rights

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or*

*If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—*

*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.18 USC 241 Conspiracy Against Rights*

This INTELLIGENCE BULLETIN (attached) is evidence that McCraw and his redacted coward thugs and Tooley and his Montana Highway Patrol military police, buddies, and

others, intend that the Demandant is unlawfully arrested under the color of law in violation of their of title 18 United States Code § 242 Violating Rights under Color of law
*"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ........ shall be fined under this title or imprisoned not more than one year, or both; ........." 18 USC § 242 Violating Rights under Color of Law*

This INTELLIGENCE BULLETIN (attached) is evidence that McCraw and his redacted coward thugs intend to conspire with Tooley and his Montana Highway Patrol military police, and others, to Obstructing by Force the Free exercise of Christian Religious Beliefs, by Subjecting to the Demandant to their Satanic Religious Ceremony, by denying Common Law as found in the Holy Bible, with lies and fraud and a foreign unconstitutional jurisdiction, under Private International Law and their Roman Cult handlers, with their Roman Cult cestui que trust, and their fraudulent military so-called courts, with their Roman Law
*""Civil Law," "Roman Law," and "Roman Civil Law" are convertible phrases, meaning the same system of jurisprudence. That rule of action which every particular nation, commonwealth, or city has established peculiarly for itself; more properly called "municipal" law, to distinguish it from the "law of nature," and from international law.  See Bowyer, Mod.  Civil Law, 19; Sevier v.  Riley, 189 Cal.  170, 244 P. 323, 325" Black's Law Dictionary, Revised 4th Edition, page 312 [emphasis added]*

and there is a maxim of Roman Law
*Let him who is willing to be deceived be deceived*

and they lie and cheat and steal and engage in fraud and deception when they criminally convert your name into GLENN WINNINGHAM (in my case) which is a Roman Cult cestui que trust
*"Yet still it was found difficult to set bounds to ecclesiastical ingenuity; for when they were driven out of all their former holds, they devised a new method of conveyance, by which the lands were granted, not to themselves directly, but to nominal feoffees to the use of the religious houses; thus distinguishing between the possession and the use, and receiving the actual profits, while the seisin of the lands remained in the nominal feoffee, who was held by the courts of equity (then under the direction of the clergy) to be bound in conscience to account [taxes] to his cestui que use for the rents and emoluments of the estate: and it is to these inventions that our practitioners are indebted for the introduction of uses and trusts, the foundation of modern conveyancing." Tomlins Law Dictionary 1835 edition, Volume 2 under the definition of Mortmain [emphasis added]*

under the Code of Law for the District of Columbia
*"Chap. 854. – An Act to establish a code of law for the District of Columbia." which was Approved on March 3, 1901, by the Fifty-Sixth Congress, Session II, at 31 Stat. 1189, and at 2, where it says;
"And be it further enacted, That in the interpretation and construction of said code the following rules shall be observed namely:...
"Third. The word "person" shall be held to apply to partnerships and corporations, ...", [emphasis added]*

*"The Legal Estate to be in Cestui Que Use" Chapter Fifty-Six in Sec. 1617, at 31 Stat. 1432*

and they presume you are dead
*Chapter three – Absence for Seven Years, in Sec. 252, at 31 Stat. 1230, where it says;
"SEC. 252. PRESUMPTION OF DEATH. - If any person shall leave his domicile without any known intention of changing the same, and shall not return or be heard from for seven years from the time of his*

*so leaving, he shall be presumed to be dead, in any case wherein his death shall come in question, unless proof be made that he was alive within that time.,*

## and they fraudulently forge your signature onto their quasi contracts

*"Assumpsit - ….In its origin an action of tort, [assumpsit] was soon transformed into an action of contract, becoming afterwards a remedy where there was neither tort nor contract. Based at first only upon an express promise, it was afterwards supported upon an implied promise, and even upon a fictitious promise. Introduced as a special manifestation of the action on the case, it soon acquired the dignity of a distinct form of action, which superseded Debt, became concurrent with Account, with Case upon a bailment, a warranty, and bills of exchange, and competed with Equity in the case of the essentially equitable quasi-contracts growing out of the principle of unjust enrichment. Surely, it would be hard to find a better illustration of the flexibility and power of self-development of the Common Law." James Barr Ames, "The History of Assumpsit," in 3 Select Essays in Anglo-American Legal History 298 (1909)." Black's Law Dictionary, 8th Edition, page 379*

*"Both in Roman and English law there are certain obligations which were not in truth contractual, but which the law treats as IF they were.  They are contractual in law, but not in fact, being the subject-matter of a fictitious extension of the sphere of contract to cover obligations which do not in reality fall within it." Salmond, Salmond on Jurisprudence, p. 642 (9th Edition, 1937, Sweet & Maxwell, Ltd. England)*

## which is based solely on the Roman Cult cestui que trust

*"Constructive/quasi contracts are based solely upon a legal fiction or fiction of law." Hill v. Waxberg, 237 F.2d 936*

## where they assault you with some of their so-called "benefits"

*"It is a well settled rule of law that he who seeks benefits of contract must also assume burdens." Higgins v. Monckton (1938), 28 C.A.2d 723, 83 P.2d 516*

*"Voluntary acceptance of benefit of transaction is equivalent to consent to all obligations arising from it, so far as facts are known, or ought to be known, to person accepting." Northern Assurance Co. v. Stout (1911), 16 C.A. 548, 117 P. 617*

*"A quasi contractual action presupposes acceptance and retention of a benefit by one party with full appreciation of the facts, under circumstances making it inequitable for him to retain the benefit without payment of its reasonable value." Major-Blakeney Co. v. Jenkins (1953), 121 C.A.2d 325, 263 P.2d 655, hear den.; Townsend Pierson, Inc. v. Holly-Coleman Co. (1960), 178 C.A.2d 373, 2 Cal. Rptr. 812. [emphasis added]*

## under their "equity",

*"In doing this, I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker." Chisholm v Georgia, 2 Dal. 419 at p 455*

*"A state like a merchant makes a contract. A dishonest state, like a dishonest merchant willfully refuses to discharge it." Chisholm v Georgia, 2 Dal. 419 at p 456*

## and they lie and cheat and steal and engage in fraud and deception where the so-called Judge is actually a (bought and  paid for) Clerk masquerading as a Judge

*""When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts administrating or enforcing statutes do not act judicially, but merely ministerially….but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464 [emphasis added]*

*"...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)*

*"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal 596; 167 Cal 762*

and (bought and paid for Clerks masquerading as Judges are not competent to do anything judicial, like issue Warrants, or Orders
*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities" Burns v. Sup., Ct., SF, 140 Cal. 1*

and they demand their fraudulent fake money / military scrip / Federal Reserve Notes / Forced Loans that are Satan's money because the God of Abraham, Isaac and Jacob claims all of the gold and silver which is lawful money
*The silver is mine, and the gold is mine, saith the LORD of hosts. Hagai 2:8*

which is the ONLY lawful money
*"At common law only gold and silver were a legal tender. (2 Inst. 577.)" McClarin v. Nesbit, 2 Nott & McC. (11 S.C.L.) 519 (1820),*

and they are required to follow Texas Codes and the Texas Tax Code requires <u>"cash or its equivalent"</u>, which means Satan's fake money / Federal Reserve Notes, that are NOT authorized in violation of their title 18 USC § 247 Damage to Religious Property; Obstruction of persons in the free exercise of religious beliefs
*(a)Whoever, in any of the circumstances referred to in subsection (b) of this section—*
*(2) <u>intentionally obstructs, by force or threat of force</u>, including by threat of force against religious real property, <u>any person in the enjoyment of that person's free exercise of religious beliefs, or attempts to do so;</u>*
*shall be punished as provided in subsection (d).*
*(b) The circumstances referred to in subsection (a) are that the offense is in or affects interstate or foreign commerce.*
*(d)The punishment for a violation of subsection (a) or (c) of this section shall be—*
*(1) if death results from acts committed in violation of this section <u>or if such acts include kidnapping or an attempt to kidnap,</u> aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, <u>a fine in accordance with this title and imprisonment for any term of years or for life, or both, or may be sentenced to death;</u>*
*(5) <u>in any other case, a fine in accordance with this title and imprisonment for not more than one year, or both.</u> 18 USC § 247 Damage to Religious Property; Obstruction of persons in the free exercise of religious beliefs*

This INTELLIGENCE BULLETIN (attached) is evidence that McCraw and his redacted coward thugs and the Director of the Montana Highway Patrol military police, intend to perjure their Oath of Office by bringing District of Columbia Codes on the land of Texas and the land of Montana and elsewhere in violation of their Oath to the Supreme law of the land Article 1, Section 8, Clause 17
*To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals,*

*dock-Yards, and other needful Buildings Article 1, Section 8, Clause 17, Constitution for the United States of America*

This INTELLIGENCE BULLETIN (attached) claims that the demandant is "naturalized" as required by McCraw and his screened for low intelligence thugs but it is impossible for the Demandant to be one of their US citizen slaves because the Demandant is one of "the posterity" found in the preamble of the Constitution for the United States of America

*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America. Preamble, Constitution for the United States of America*

and Martin is required to know that the Demandant is a direct descendant of "We the People" and is entitled to the right of blood

*"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768*

and Martin is required to know that "We the People" failed to be US citizens, because US citizens failed to exist when the Constitution was written

*"The term, citizens of the United States, must be understood to intend those who were citizens of a State, as such, after the Union had commenced, and the several States had assumed their sovereignties. Before this period there was no citizens of the United States." Manchester v. Boston, Massachusetts Reports, Vol. 16, Page 235 (1819)*

and Martin is required to know that it is impossible for his Montana Highway Patrol Military Police, and his Lake Worth military police buddies, and his Azle military police buddies, and his Homeland Security military police buddies, and his Federal Bureau of Investigation military police buddies and his Fort Worth military police buddies, and his North Richland Hills military police buddies, and his Colleyville military police buddies, and his Bedford military police buddies, and his Euless military police buddies and his Grapevine military police buddies to be superior to the Demandant because they all exist under government authority, and are "other property of the United States" because they are subject to the Code of Federal Regulations

*The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State. Constitution for the United States of America, Article IV, Section 3, Clause 2*

and Martin is required to know that as a direct descendant of "We the People", the Constitution for the United States of America was written under authority of the Demandant

*"the power which is derived cannot be greater than that from which it is derived" – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition*

as evidenced by the Statement of Original Status and associated Pedigree charts that is contained in and attached to the Original Claim for Relief, all of which is incorporated herein by reference in its entirety, and it is impossible for the Demandant to be a citizen

of the United States, because the Demandant is white as evidenced in the Lake Worth military police report

*"All citizens of the United States shall have the same right, in every State and Territory, <u>as is enjoyed by white citizens thereof</u> to inherit, purchase, lease, sell, hold, and convey real and personal property." 42 USC § 1982 [emphasis added]*

*"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution." Van Valkenburg v. Brown, 43 Cal 43;*

and the so-called Fourteenth Amendment requires that ONLY persons "<u>born or naturalized in the United States</u>"

*"All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States…" Amendment XIV, Section 1*

*"The (14th) amendment referred to slavery. Consequently, the only persons embraced by its provisions, and for which Congress was authorized to legislate in the manner were those then in slavery." Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5, 29*

*"The rights of (original judicial) Citizens of the States, as such, are not under consideration in the fourteenth amendment. They stand as they did before the fourteenth amendment, and are fully guaranteed under other provisions." United States v. Anthony, 24 Fed. Cas. 829, 930 (1873)*

*"Merely being native born within the territorial boundaries of the United States of America <u>does not make</u> such an <u>inhabitant</u> a Citizen of the United States subject to the jurisdiction of the Fourteenth Amendment." Elk v. Wilkins, Neb (1884), 5s.ct.41,112 U.S. 99, 28 L. Ed. 643.*

*"The persons declared to be citizens are, "All persons born or naturalized in the United States and subject to the jurisdiction of thereof." The evident meaning of these last words is not merely subject in some respect or degree to the jurisdiction of the United States, but <u>completely subject</u>…" Elk v Wilkins, 112 US 94, 101, 102, (1884)*

and the hearsay evidence shows that the Demandant was given birth on the soil of Alberta, Canada, which the Demandant has no first hand knowledge of, but having said that, the Demandant does remember walking to school, in Peace River, Alberta, about 600 miles north of the Montana border, in the winter when it was 69 degrees Fahrenheit below zero, and the Demandant does remember finishing high school in 1975 in Raymond, Alberta, about 20 miles north of the Montana border, and neither has the Demandant been naturalized because "<u>the sole authority</u>" is through the Attorney General and by taking the Oath of Allegiance, which the Demandant has failed to do

*"(a)AUTHORITY IN ATTORNEY GENERAL*
<u>*The sole authority to naturalize persons as citizens of the United States is conferred upon the Attorney General.*</u>
*(b)COURT AUTHORITY TO ADMINISTER OATHS*
*(1)JURISDICTION Subject to section 1448(c) of this title—*
*(A)General jurisdiction*
*Except as provided in subparagraph (B), each applicant for naturalization may choose to have the oath of allegiance under section 1448(a) of this title administered by the Attorney General or by an eligible court described in paragraph (5). Each such eligible court shall have authority to administer such oath of allegiance to persons residing within the jurisdiction of the court.*
*(B)Exclusive authority*
*An eligible court described in paragraph (5) that wishes to have exclusive authority to administer the oath of allegiance under section 1448(a) of this title to persons residing within the jurisdiction of the court*

*during the period described in paragraph (3)(A)(i) shall notify the Attorney General of such wish and, subject to this subsection, shall have such exclusive authority with respect to such persons during such period." 8 U.S. Code § 1421.Naturalization authority*

neither is the Demandant a resident alien because the Demandant has failed to make application for a "green card", but the Demandant did claim American nationality through the United States Secretary of State, by right of blood, because the Demandant has ancestors who were in the Colony of South Carolina and the Colony of Virginia, and the Colony of Maryland, prior to the War of Independence, which means that the Demandant's ancestors wrote the state and federal constitutions and all government authority comes from the Demandant, and people like the Demandant, "We the People"
*"the power which is derived cannot be greater than that from which it is derived" – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition*

all of which evidences Martin's intent to perjure his oath and all civil laws (Texas and United States Statutes, codes rules and regulations) cannot be used to violate the Demandant's rights
*"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768*

which means that the Demandant is a free inhabitant as found in the Articles of Confederation
*".....the free inhabitants of each of these States, paupers, vagabonds and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several States;....." Article IV, Articles of Confederation (1781)*

and McCraw and Toole failed to be happy engaging in War Crimes against the Demandant, because they and their Homeland Security buddies spread the word under their "Five Eyes" alliance so their Communist buddies in Canada can help out with the War Crimes, as evidenced in the Canada Border Services Agency Lookout Synopsis (attached) where on Page 2, under DETAILS, they are outraged to think anyone has a right to "RESIST AN UNLAWFUL ARREST WITH LETHAL FORCE IF NECESSARY"

and in 2014, McCraw's and Toole's buddies the Canada Border Services Agency arrested the Demandant based on this Lookout Synopsis, held the Demandant in their torture chamber jail, for over 24 hours, that was about 40 degrees farenheight with nothing but a short sleeve shirt, and charged him with fraudulent fictitious charges against their Roman Cult Cestui que trust and put on a show trial and sold the Demandant into slavery for 82 days,

and their buddies Cindy Biggs, under instructions from Peter Kujawinski, Consul General, Richard Hanrahan, Consul General, John Andrews, Consul General, Consulate General of the United States, Calgary, Canada, intended to be accomplices to the war Crimes by notifying Calgary military Police and then taking a nice long lunch so the Calgary military police would have plenty of time to get there to execute their fake color of law warrant (capias) and be waiting for the Demandant when the Demandant went down stairs, to make sure the Demandant got sold into slavery,

and then the Homeland Security thugs used that as justification to revoke the Demandant's Airframe and Powerplant License in an effort to deny the Demandant his right to pursue happiness, and the Demandant has failed to get a compensation for labor contract since 2012 except for a 6 week period in 2015 when the Demandant had a contract with GKN Aerospace in Montgomery Alabama, and when they laid the Demandant off, they went to great trouble to tell the Demandant it had nothing to do with his work performance but that their corporate office in the United Kingdom had ordered it, one of Martin's Five Eyes Alliance buddies

all of which is part of their agenda to engage in War Crimes against anyone who thinks they have any rights, because they intend to enslave anyone who thinks they have rights, and their BAR member whores, like Richman, Alito, Lynn, Ramirez, and Scholer are their accomplices by using their rules to make sure that justice is denied, as part of their slavery agenda because it makes such good business for their so-called Court, so they can sell their "Justus",

and they intend to make sure the Demandant has no access to his grand sons and grand daughters, all of which is  in support of their reprisals agenda against anyone whose political beliefs fail to agree with theirs, and their reprisals against anyone who thinks they have any rights

by sending Jim Palamino, and his Homeland Security military police to conspire with the Federal Bureau of Investigation military police to conspire with John Elliott Mayer, Jr., to send the Demandant a FEDEX package and conspire with the Lake Worth Military police to unlawfully arrest the Demandant when the Demandant picked up the FEDEX package, for Transportation code offenses when McCraw and Palamino know that they and their military police are not authorized to enforce the Transportation code and they conspired with Federal Bureau of Investigation military police and Lake Worth military police and Homeland Security military police, and Azle military police, with fake color of law warrants (capias')

*"A capias is NOT a "Warrant of Arrest,"…." Knox v State, 586 S.W. 2d 504, 506 (Tex.Crim.App. 1979) [emphasis added]*

for Transportation Code offenses when none of them have authority to enforce the Transportation Code and then demanding Federal Reserve Notes from the Demandant for him to get his truck back and demanding Federal Reserve Notes for their fines and pillaging the Demandant's Arm (Colt Commander) and demanding that the Demandant prove that he is one of their US citizen slaves to get it back, and Freeman F Martin is required to know that Article 1, Section 10, Clause 1 of the Constitution for the United States of America

*No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.*

requires that ONLY gold or silver coin can be a tender in the payment of a debt and Freeman F Martin is required to know that NO Court CAN ask for gold or silver coin because gold or silver coin is NOT in general circulation and have not been since 1964,

and his Court may ONLY ask for Federal Reserve Notes because that is all that is in general circulation, he is required to follow Texas Codes and the Texas Tax Code requires <u>"cash or  its equivalent"</u>, which means Federal Reserve Notes, Federal Reserve Notes are for use in the District of Columbia ONLY under the Gold Reserve Act of 1934

*SEC. 15. As used in this Act the term <u>"United States" means the Government of the United States</u>; the term "the continental United States" means the States of the United States the District of Columbia, and the Territory of Alaska; <u>the term "currency of the United States " means currency which is legal tender in the United States, and includes United States notes, Treasury notes of 1890, gold certificates, silver certificates, Federal Reserve notes, and circulating notes of Federal Reserve banks and national banking associations</u> ; and the term " person " means any individual, partnership association, or corporation, including the Federal Reserve Board, Federal Reserve banks, and Federal Reserve agents ..... Gold Reserve Act of 1934, 48 Stat. 344*

which is codified at 12 USC § 411

*<u>Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized.</u> The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.12 USC 411 Issuance to Reserve Banks, Nature of obligations, Redemption*

therefore Federal Reserve Notes are NOT authorized to be used, which means Freeman F Martin  intends to be a Revenue Officer under the Federal Tax Lien Act of 1966,

*"(h) DEFINITION's. .... "(3) MOTOR VEHICLE.-The term 'motor vehicle' means a self-propelled vehicle <u>which is registered</u> for highway use under the laws of any State or foreign country. <u>"(4) SECURITY.-The term 'security' means any</u> bond, debenture, <u>note</u>, or <u>certificate or other evidence of indebtedness, issued by a corporation or a government or political subdivision thereof</u>, with interest coupons or in registered form, share of stock, voting trust certificate, or any certificate of interest or participation in, certificate of deposit or receipt for, temporary or interim certificate for, or warrant or right to subscribe to or purchase any of the foregoing: <u>negotiable instrument: or money.</u>" Federal Tax Lien Act of 1966 at Public Law 89-719 at 80 Stat. 1130-1131*

which means Freeman F Martin is bringing District of Columbia codes *(not exceeding ten miles square)* on the land of Texas in violation of Article 1, Section 8, clause 17

*To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings Article 1, Section 8, Clause 17, Constitution for the United States of America*

which means Freeman F Martin has waived any immunities he may have enjoyed

*"Governments [ any sovereign] descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen...where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . ...  For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." Clearfield Trust Co. v. United States 318 U.S. 363 (1943)*

*Governments lose their immunity and descend to level of private corporations when involved in commercial activity enforcing negotiable instruments, as in fines, penalties, assessments, bails, taxes, the remedy lies in the hand of the state and its municipalities seeking remedy. Rio Grande v. Darke, 167 P. 241,*

**and the Constitution for the United States of America is the Supreme Law of the Land**
*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. Article VI, Clause 2, Constitution for the United States of America*

**and they are required to know that all regulations are for property of the United States**
*The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State. Constitution for the United States of America, Article IV, Section 3, Clause 2*

**and the International Covenant on Civil and Political Rights was ratified by Congress as Treaty 95-20, which means it is the Supreme Law of the land and Article 1 says the Demandant has the right to self determination**
*All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development. Article 1, Clause 1, International Covenant on Civil and Political Rights*

**and Martin is required to know that the Four founding documents for The United States of America are The Declaration of Independence, the Articles of Confederation, the Northwest Ordinance, and the Constitution for the United States of America and among other things the Declaration of Independence says**
*"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the Pursuit of Happiness. – that to secure these rights Governments are instituted among men…" Declaration of Independence, 1776*

**and Martin is required to know that "the pursuit of Happiness" is defined as the right to get compensation for our labor**
*"The property which every man has in his own labor, as it is the original foundation of all other property, so it is the most sacred and inviolable. The patrimony of the poor man lies in the strength and dexterity of his own hands, and to hinder his employing this strength and dexterity in what manner he thinks proper, without injury to his neighbor, is a plain violation of this most sacred property." Butchers Union Co. vs. Crescent City Co. 111 U.S. 764.*

*"…every man has a natural right to the fruits of his own labor, as generally admitted; and no other person can rightfully deprive him of those fruits, and appropriate them against his will…" The Antelope, 23 U.S. 66, 120*

*"The right to follow any of the common occupations of life is an inalienable right. It was formulated as such under the phrase 'pursuit of happiness' in the Declaration of Independence." Allgeyer vs. State of Louisiana, 165 U.S. 578, 17 S.Ct. 427, 4l L. Ed. 832 (1897) Hotel et al. vs. Longley, et al. 160 S.W. 2d. 124, 127 (1942)*

*"…The term [liberty]…denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life…The established doctrine is that this*

*liberty may not be interfered with, under the guise of protecting public interest, by legislative action...".*
*Meyer v. Nebraska, 262 U.S. 390, 399, 400*

*"The right to labor and to its protection from unlawful interference is a constitutional as well as common-law right. Every man has a natural right to the fruits of his own industry". 48 American Jurisprudence, pg. 80*

which is codified in the Code of Law for the District of Columbia, also known as United States Code
*"The labor of a human being is not a commodity or article of commerce...." 15 USC § 17*

and Martin has demonstrated that he intends to deny the Demandant his right to pursue happiness as an accomplice to his Lake Worth military police buddies, and his Azle military police buddies, and his Homeland Security military police buddies, and his Federal Bureau of Investigation military police buddies and the International Covenant on Civil and Political Rights was ratified by Congress as Treaty 95-20, which means it is the Supreme Law of the land and Article 1 says the Demandant has the right to self determination
*All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development. Article 1, Clause 1, International Covenant on Civil and Political Rights*

which means the Demandant decides who the Demandant is, NOT some screened for low intelligence military police hired thug, and NOT some (bought and paid for) Clerk masquerading as a Judge,  and the Northwest Ordinance applies in all federal territory which  includes territory under a military occupation and Article II requires that the demandant be provided a common law proceeding
*The inhabitants of the said territory shall always be entitled to the benefits of the writ of habeas corpus, and of the trial by jury; of a proportionate representation of the people in the legislature; and of judicial proceedings according to the course of the common law. All persons shall be bailable, unless for capital offenses, where the proof shall be evident or the presumption great. All fines shall be moderate; and no cruel or unusual punishments shall be inflicted. No man shall be deprived of his liberty or property, but by the judgment of his peers or the law of the land; and, should the public exigencies make it necessary, for the common preservation, to take any person's property, or to demand his particular services, full compensation shall be made for the same. And, in the just preservation of rights and property, it is understood and declared, that no law ought ever to be made, or have force in the said territory, that shall, in any manner whatever, interfere with or affect private contracts or engagements, bona fide, and without fraud, previously formed. Article II Northwest Ordinance*

and the Supreme Law of the land found in the International Covenant on Civil and Political Rights requires that the Demandant have access to compensation for their unlawful and illegal arrest
*1. Everyone has the right to liberty and security of person. No one shall be subjected to arbitrary arrest or detention. No one shall be deprived of his liberty except on such grounds and in accordance with such procedure as are established by law.*
*2. Anyone who is arrested shall be informed, at the time of arrest, of the reasons for his arrest and shall be promptly informed of any charges against him.*
*3. Anyone arrested or detained on a criminal charge shall be brought promptly before a judge or other officer authorized by law to exercise judicial power and shall be entitled to trial within a reasonable time or to release. It shall not be the general rule that persons awaiting trial shall be detained in custody, but release may be subject to guarantees to appear for trial, at any other stage of the judicial proceedings, and, should occasion arise, for execution of the judgement.*

*4. Anyone who is deprived of his liberty by arrest or detention shall be entitled to take proceedings before a court, in order that that court may decide without delay on the lawfulness of his detention and order his release if the detention is not lawful.*
*5. Anyone who has been the victim of unlawful arrest or detention shall have an enforceable right to compensation. International Covenant on Civil and Political Rights, Article 9*

all of which is evidence that Karen Gren Scholer, and Barbara M G Lynn, and Irma Carillo Ramirez, and Prescilla Richman, and Samuel Alito intend to conspire with Michael T Tooley and Steve McCraw, and Freeman F Martin, and Randall B Prince, and Skylor Hearn, and Alejandro Mayorkas, and John K Tien, and their screened for low intelligence hired thugs like Jim Palamino to deny the Demandant a remedy by using their color of law rules (another War Crime),

*No contract, agreement or regulation shall impair the right of any worker, whether voluntary or not and wherever he may be, to apply to the representatives of the Protecting Power in order to request the said Power's intervention. Article 52, Clause 1, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and as evidenced in the Canada Border Services Agency military police Lookout Synopsis, the Lake Worth military Police Narrative, the Notice and demand served on Michael T Tooley, the letter from the Demandant's daughter when she told the Demandant to leave because her husband is afraid of being FIRED, and the email from the Tarrant County Sheriff stating that they have no Traffic Safety Officers, true copies of each of which are attached hereto, all of each of which are incorporated herein by reference in their entirety and they all intend to unlawfully arrest people and they intend to perjure their oath to "support and defend the Constitution of the United States" which is the Supreme Law of the Land, and the Demandant has NEVER IN HIS LIFE Breached the Peace and Tooley and McCraw and Mayorkas and their PIGs (**P**ersons **I**n **G**overnment who intend to perjure their Oaths) Breach the Peace on a routine basis!

## AGAINST THE PEACE AND DIGNITY OF THE STATE.

## VERIFICATION

I, glenn winningham; house of fearn, do affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.

4 AUG 2022
Date

_____ L.S.
glenn winningham; house of fearn
with a Proper Mailing address (18 USC § 1342) of;
General Post Office, ZIP CODE EXEMPT
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.

Criminal Complaint Page 18

As a Notary Public, I hereby certify that glenn winningham; house of fearn, who is known to me, appeared before me and after affirming, he executed the foregoing document on this the ___4th___ day of August, in the year two thousand and twenty-two.


_Donna S Cartwright_

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

Notary Seal

DONNA CARTWRIGHT
Notary Public, State of Texas
Comm. Expires 09-03-2024
Notary ID 10482373



| Canada Border Services Agency | Agence des services frontaliers du Canada | | PROTECTED B |
|---|---|---|---|

**Lookout Synopsis**

Lookout/Target No.: 7050-10-0473
Date of Issue: 2013/06/17
Date of Expiry: 2013/11/30
Status: Active

CAUTIONS: ARMED & DANGEROUS

---

**SUBJECT**

Individual: FEARN, Glenn Winningham
Country of Birth: Not Available                     Gender: Male
Citizenship: Not Available                              DOB: 1957/09/04
Alias: No Data Entered
Description: Brown, N/A, N/A, N/A, Caucasian
moustache
Tel: No phone number provided
Identification: Other personal document IDCARD036784189, Canada, Alberta
Passport 208952994, United States, District of Columbia
Address: 6340 Lake Worth Blvd, 437   Fort Worth, TX,
76135, United States
Address: PO Box 188   Donalda, AB, T0B1H0, Canada
Address: 14 Cayuga Cres W   Lethbridge, AB, Canada

---

**CONVEYANCE**

Highway: Truck, 54JBP9, Pickup, Dodge, 2008, RAM 2500, 3D7KS28A28G141628,
TX, United States
Highway: Truck, EUX083, Other, G.M.C., 2000, Jimmy, Gold, AB, Canada

---

**DETAILS**

Type: Firearms
Narrative: ~~FEARN is a member of the Sovereign Citizens movement. This group is right-wing extremist group who are extremely anti-government.~~

FEARN has made written statements indicating that it is ~~his right to RESIST UNLAWFUL ARREST WITH LETHAL FORCE IF NECESSARY~~. This includes being arrested by the police or at the border. He has also indicated that he is prepared to die and has a death wish.

The last time FEARN was dealt with at the border he declared two handguns. He was instructed to take his handguns back to the United States. It is suspected that he stored his handguns in the United States but at this time this can not be confirmed. At this time he was driving a Texas plated vehicle.

FEARN is currently residing in Lethbridge Alberta but was recently residing in Fort Worth, Texas.

FEARN recently attended provincial court in Lethbridge, Alberta to deal with a

---



**Canada Border**          **Agence des services**                                    PROTECTED B
**Services Agency**        **frontalières du Canada**

Lookout Synopsis

lawsuit he served on many people in the Law Enforcement/Justice profession. This
lawsuit was dismissed by the Judge and FEARN was ordered to pay court costs.

Due to his statements regarding a death wish, resisting arrest using lethal
force, and possession of handguns in the recent past, FEARN is considered to be
ARMED AND DANGEROUS.

Please use extreme caution when dealing with FEARN. Contact an Intelligence
Officer upon interception. A secondary examination for firearms is strongly
recommended.

Officers trained in the use of control and defensive tactics (CDT) and in
possession of defensive equipment are expected to manage situations involving
persons who may be prone to violence and who may be in possession of a weapon,
including a firearm, up to such point that the officer believes he or she has
reached the limits of his or her training and personal abilities. Where these
limits have been reached, the officer shall permit the individual to proceed
into Canada and immediately notify the police force of jurisdiction.

***UPDATE***
On November 30, 2010, Fearn appeared in QB Court. After reviewing the
Application for the lawsuit, the judge dismissed the Application it in its
entirety and awarded $2950 in costs to the Respondents to be paid by Fearn.
After the court hearing and outside the courtroom Fearn made comments that he
has numerous firearms in the U.S. which he intended to retrieve and bring into
Canada. He also made comments of being killed by police.

***FEARN entered the US at POE Sweetgrass, MT on February 15, 2011.  FEARN would
not provide any travel information to US CBP and was allowed to enter the US as
he is a US Citizen.****

|                          | SOURCE                              |          | CONTACT/ENTERED ON BEHALF OF |
|--------------------------|-------------------------------------|----------|------------------------------|
| Category:                | (2) Two                             | Agency:  | CBSA                         |
| Reliability:             | Completely Reliable and Available for Court | Name: | Mark Vanden Berg          |
| Source:                  | CBSA - Port of Entry                | Location: | Port of Coutts, AB          |
| Legislation:             | Customs Act (CA)                    | Telephone: | ███████████               |
|                          |                                     | Agency:  | CBSA                         |
|                          |                                     | Name:    | Mark Vanden Berg             |
|                          |                                     | Location: | Coutts, AB                  |
|                          |                                     | Telephone: | ███████████               |



Canada Border
Services Agency

Agence des services
frontaliers du Canada

PROTECTED B

**Lookout Synopsis**

Issued By: HUNTLEY, Alana Joan

Location: Alberta South - Intelligence

Authorized: HUNTLEY, Alana Joan

Location: Alberta South - Intelligence

7050-10-0473

UNAUTHORIZED DISCLOSURE OF THIS INFORMATION IS AN OFFENCE UNDER SECTION 107 OF THE CUSTOMS ACT.

LA DIVULGATION SANS AUTORISATION DE CES RENSEIGNEMENTS EST UNE INFRACTION À L'ARTICLE 107 DE LA LOI SUR LES DOUANES

Page 3 / 3

Law Enforcement Sensitive



# Intelligence Bulletin

Texas Department of Public Safety, Intelligence and Counterterrorism Division

(September 7, 2010)

## OFFICER SAFETY
## CONSIDERED ARMED AND DANGEROUS



**GLENN WINNINGHAM FEARN**
DOB: ▓▓▓▓▓ 5'8", 200 lbs
Prior DL's: Utah and Montana (expired)
SSN: ▓▓▓▓▓▓
Vehicle: 2008 Red Dodge RAM

### Summary

In mid-June 2010, GLENN WINNINGHAM FEARN, a self proclaimed member of the Republic of Texas, sent a "Notice and Demand" letter to the Montana Highway Patrol threatening to use lethal force if stopped or "unlawfully arrested." FEARN has a history of sending letters to government offices declaring his sovereignty from the United States, Arizona, New York, Texas and now Montana.

On July 16, 2010, FEARN attempted to enter Canada through a Montana Port of Entry declaring his firearms. He was required to pay a duty tax which he refused. FEARN rented a storage locker for the firearms, returned the same day and entered Canada. FEARN was driving a red Dodge pick up bearing Texas license plate 54J-BP9. FEARN'S Dodge may also bear Republic of Texas plates "2092-A Private Property." Currently, FEARN is back in the US at an unknown location to law enforcement.

FEARN was born in Canada and is a naturalized US Citizen. He has used addresses in Casa Grande, AZ and in Fort Worth, TX which were found to be a private mailing and a shipping business. He has sent multiple mailings to Law Enforcement Agencies giving notice that he would assert his right to resist with lethal force if necessary. He may be unstable, unpredictable, and most likely armed. He should be considered armed and dangerous.

Anyone with comments or questions regarding this bulletin or if contact or arrest of FEARN is made, should contact TX DPS CID Agent ▓▓▓▓▓▓▓▓ at ▓▓▓▓▓▓▓▓ or the DPS Texas Fusion Center at 1-866-786-5972 or e-mail at txdpsintelcenter@txdps.state.tx.us.

Title Holder: Glenn Winningham; house of Fearn     Michael T. Tooley, Chief Admin., Montana Highway Patrol, Notice and Demand 062110

From:
Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
ZIP CODE EXEMPT
DMM 602.1.3.e.2, 18 USC § 1342

**By Registered Mail** RR 569 486 047 US
To:
Michael T. Tooley, Colonel
Montana Highway Patrol Chief Administrator
Montana Highway Patrol Headquarters
2550 Prospect Avenue
P.O. Box 201419
Helena, Montana 59620-1419

**NON-NEGOTIABLE**                                         **NON-NEGOTIABLE**

## NOTICE AND DEMAND

    I, Me, My, Myself, a man, a living soul, a sovereign, an inhabitant of the land of Texas, and a holder of the office of "the people", with an address correction: C/O Glenn Winningham; house of Fearn, Non-Domestic Mail, C/O 6340 Lake Worth Blvd., #437, Fort Worth, Texas, Zip Code Exempt, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1.    Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, I accept your Oath of Office. Please find an Oath of Office acceptance document attached hereto, and incorporated herein by reference in its entirety.

2.    Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, equality under the Law is paramount and mandatory by Law.

3.    Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, I did not give you, the authority for making a legal determination for Me.

4.    Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, if you think or assume that you are representing Me, you are FIRED!

5.    Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, neither you, nor any other person, is competent in dealing with any of My affairs.

6.    Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, I am competent for dealing in all of My affairs.

7.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, were Noticed of My copyrights on the name(s) **Glenn W. Fearn©, GLENN WINNINGHAM FEARN©, FEARN, GLENN WINNINGHAM©**, or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL

Page 1 (plus attachments)    Michael T. Tooley, Chief Administrator, Montana Highway Patrol, Notice and Demand 062110
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title
Holder.————————————————————————————Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety.

8.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, were ORDERED that any communication with me is to be signed "under the penalty of perjury".

9.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, were Noticed that any violation My copyright(s) or making a legal determination for Me, representing Me, or communicating with Me in any manner not "under penalty of perjury" would constitute an agreement to the fee of;

   a)   ten thousand dollars ($10,000.00), minimum; or

   b)   one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or

   c)   ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,
   for each and every violation, payable only in lawful money.

10.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, were also noticed that any violation as described in paragraph 9 above would constitute an agreement that I could seek relief from all of your corporate officers and directors as well as your parent corporation(s), and its officers and directors, jointly, severally, and personally.

11.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, if you wish to communicate with Me, the sovereign living soul, you are required to address the letter EXACTLY as shown above and if you must use a ZIP code, put it in square brackets, because it takes it off the page, otherwise, additional damages and injuries will accrue.

12.   You Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that pursuant to 18 USC § 1342, My proper name is Glenn Winningham; house of Fearn and My proper address is;
   **with a postal address of;**
   **Non-Domestic Mail,**
   **C/O 6340 Lake Worth Blvd., #437,**
   **Fort Worth, Texas**
   **ZIP CODE EXEMPT**
   **DMM 602.1.3.e.2, 18 USC § 1342**
   and unless you want to be guilty of mail fraud, it shall be shown EXACTLY like it.

13.   Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, you are NOTICED that it is My intent, **NEVER** to act as SURETY, or in any be the guarantor, or an accommodation party for the fictitious entities created by government officials through FRAUD, COERCION, INTIMIDATION, and PERJURY OF OATH.

14.   Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that because of criminal conversion of My name and the names of My

family members, I have seized control of the fraudulently created entities, and copyrighted the names, and therefore, I am the authorized representative for the 15 USC § 44 entity called GLENN WINNINGHAM FEARN, pursuant to Power of Attorney in Fact recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-159374, which is incorporated herein by reference in its entirety.

15.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that I am not a second class UNITED STATES citizen, 14th Amendment Citizen, corporation or other fictitious entity as found in CORPORATE DENIAL AFFIDAVIT, recorded with the Pinal County Recorder at FEE NUMBER 2005-107494, and ZIP CODE CORPORATE DENIAL AFFIDAVIT recorded with the Pinal County Recorder at FEE NUMBER 2005-120448, both of which are incorporated herein by reference in their entirety.

16.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that according to the courts, there is no such thing as a drivers license under Texas law.

*This court has held that there is no such license known to Texas Law as a "driver's license."* Frank John Callas v. State, 167 Tex. Crim. 375; 320 S.W. 2d 360

*We have held that there is no such license as a driver's license known to our law.* Claude D. Campbell v. State, 160 Tex. Crim. 627; 274 S.W.2d 401

*An information charging the driving of a motor vehicle upon a public highway without a driver's license charges no offense, as there is no such license as a driver's license known to the law.*
Keith Brooks v. State 158 Tex. Crim. 546; 258 S.W.2d 317

*There being no such license as a "driver's" license known to the law, it follows that the information, in charging the driving of a motor vehicle upon a highway without such a license, charges no offense.*
W. Lee Hassell v. The State, 149 Tex. Crim. 333; 194 S.W.2d 400

17.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that since there is no such thing as a drivers license, that I will not have one in the event I get stopped by one of your subordinates. However, if I do get stopped by one of your subordinates, I will have;
a)     a PHOTO IDENTIFICATION AFFIDAVIT which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-159373, and is also recorded with the republic of Texas Robertson County Recorder at Book 1, Line 9, as well as;
b)     a TRAFFIC STOP LAWFUL NOTICE which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-040493, and is also recorded with the republic of Texas Robertson County Recorder at Book 1, Line 17, as well as;
c)     a NON-NEGOTIABLE NOTICE AND DEMAND to all Corporate Commercial Agents, which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2010-034479,

*Seal*

true copies of each of which are attached hereto, and incorporated herein by reference in their entirety.

18.  You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that I am not a person, as far as your statutes are concerned, because a "person" is:
   a)  *"a variety of entities other than human beings."* Church of Scientology v U.S. Department of Justice, 612 F2d 417 (1979) at pg 418
   b)  *"...foreigners, not citizens...."* United States v Otherson, 480 F. Supp. 1369 (1979) at pg 1373.
   c)  *the words "person" and "whoever" include corporations, companies, associations, firms, partnerships, societies, and joint stock companies...*Title 1 U.S.C. Chapter 1 – Rules of Construction, Section 1

and a sovereign is not a "person" in a legal sense and as far as a statute is concerned;
   a)  *" 'in common usage, the term 'person' does not include the sovereign, [and] statutes employing the [word] are normally construed to exclude it.'* Wilson v Omaha Tribe, 442 US653 667, 61 L Ed 2d 153, 99 S Ct 2529 (1979) (quoting United States v Cooper Corp. 312 US 600, 604, 85 L Ed 1071, 61 S Ct 742 (1941). See also United States v Mine Workers, 330 US 258, 275, 91 L Ed 884, 67 S Ct 677 (1947)"* Will v Michigan State Police, 491 US 58, 105 L. Ed. 2d 45, 109 S.Ct. 2304
   b)  *"a sovereign is not a person in a legal sense"* In re Fox, 52 N. Y. 535, 11 Am. Rep. 751; U.S. v. Fox, 94 U.S. 315, 24 L. Ed. 192

19.  You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that because I am not involved in commerce in any way, I do not have a Motor Vehicle pursuant to 18 USC § 31 which says;
   *"The term "Motor Vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.*
   *The term "used for commercial purposes" means the carriage of persons or property for any fare, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking intended for profit."*

20.  You Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that My private conveyance may have plates on it purporting to be associated with the republic of Texas similar to those, which are attached hereto, and incorporated herein by reference in their entirety, but in any event, it will be identified with the words **PRIVATE VEHICLE**, or **NON-COMMERCIAL**, or **PRIVATE PROPERTY**, in large unmistakable letters, on the rear bumper area. You are NOTICED that the reasons for these words being placed in the rear bumper area is firstly, because it is not a **"Motor Vehicle"**, it is a **"PRIVATE VEHICLE"**, and secondly, because a Certificate of Title certifies that the state has the title, which means the state owns the vehicle, and these words provide notice that this vehicle is

Title Holder: Glenn Winningham; house of Fearn      Michael T, Tooley, Chief Admin., Montana Highway Patrol, Notice and Demand 062110

not owned by the state, even though it may have state plates on it, and any claim to the contrary is perjury of oath by any officer of the court or the state.

21.  You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that all documents that are recorded with the PINAL COUNTY RECORDER may be viewed at their website at; http://pinalcountyaz.gov/Departments/Recorder/Pages/DocumentSearch.aspx

22.  You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that you are not authorized to serve commercial process on Me.

23.  As a titled sovereign, I hereby DEMAND that you Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, protect Me from all foreign agents, like agents from the FBI, the DEA, the INS, the IRS, the IMF, the CIA, and any other agents of foreign governments.

24.  As you already know, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, neither the Transportation Code, nor the Uniform Commercial Code, are positive law, therefore, you have no authority whatsoever, to impose anything in either of them on Me.

25.  You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that because I am a sovereign living soul, and a holder of the office of "the people", and an inhabitant of the land of Texas, who is currently travelling on the land of New York, that it also holds true that I am not a "person" as found in any of your corporate commercial codes, rules, and regulations, and therefore, your law merchant, a/k/a private international law, a/k/a martial law, a/k/a canon law, a/k/a ecclesiastical law, **does not apply to Me**, and if you or one of your subordinates attempts to impose one of your law merchant so-called contracts upon Me, your subordinate and you will be engaging in Perjury of Oath, Sedition to the Constitution, and giving aid and comfort to the enemy in a time of war, which is the prosecutable form of Treason as found in the constitutions for the united States of America, the New York republic, as well as the republic of Texas.

*Inasmuch as **every government** is an **artificial person**, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them.*
*Penhallow v. Doane's Administrators 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54, (1795)*

26.  You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are noticed that pursuant to the Federal Rules of Civil Procedure rule 81 (f) you are a revenue officer of the United States, especially since you have in your court room a US martial law war flag, and pursuant to the Eleventh Article in Amendment to the Constitution for the united States of America, you and your subordinates have no

authority whatsoever to hear, (much less rule), in any case involving Me, or My wife, or My infant children, and if you or your subordinates do hear or rule in any matter involving Myself, My wife, or My children, it will be without any authority whatsoever, and in which case, you and your subordinate, will have no immunity whatsoever, and will be personally, fully liable for perjury of oath at a minimum.

27.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that the use of any statutes, codes, rules, regulations, or court citations, within any document created by Me, at any time, is only to notice that which is applicable to you, and is not intended, not shall it be construed, to mean that I have conferred, submitted to, or entered into any jurisdiction alluded to thereby.

28.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that if you receive commercial paper (Federal Reserve Notes, bank drafts, legal tender) for your compensation, then you do NOT receive lawful money and you are a municipal corporation and have no authority whatsoever over Me. You and your subordinates have no more authority over Me than a Walmart rent-a-cop does.

29.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I am not bankrupt like you and your criminal corporation, and I hereby certify that I have in my possession much more than twenty-one dollars in lawful money (twenty-one each, one troy ounce silver eagle coin with a face value of one dollar each).

30.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I recently converted some silver to land together with all of the rights and privileges of the original land patent, therefore, I hold absolute ownership in land.

31.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that I do travel on the land of New Jersey, or elsewhere from time to time, but I am not even remotely interested in being in your criminal municipal corporation called UNITED STATES, or its political subdivision called STATE OF MONTANA, and any attempt by you, or your subordinates, to coerce or intimidate Me into your municipal corporation is perjury of oath at a minimum, by whoever does it, and you.

32.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that the ONLY legitimate power that is held by ANY governmental entity in the United States, and their agencies, is power that "We the people" delegated, and "we the people" are not subject to their codes, rules, and regulations.
   *"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts."* Yick Wo v Hopkins, 118 US 356, at pg 370;

Title Holder: Glenn Winningham; house of Fearn      Michael T. Tooley, Chief Admin., Montana Highway Patrol, Notice and Demand 062110

33. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that My rights are "unalienable" as found in the Declaration of Independence (1776), (which is positive law) which means that they CANNOT be alienated under ANY circumstances.

34. You Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that just because the US Congress PERJURERS pass a Foreign Sovereign Immunity Act, (and it is true that I am foreign, because I am a citizen of Texas, which is foreign to the United States), that Congress does not have the authority to convert My rights from unalienable, (CANNOT be alienated under ANY circumstances) to inalienable (CAN be alienated based on some presumed contract), and neither does Congress have the right to grant ANY officer of ANY court the right to make such a presumption.

35. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that any (so-called) contract which appears to alienate ANY of My God given rights, as one of "the people", involving ANY government in America, or ANY agency of any government in America, is a NULLITY, because the government CANNOT commit TREASON (breach of trust), and ANY presumption to the contrary by **ANY** Officer of **ANY** Court, is Perjury of Oath.

36. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that the ONLY valid contract involving Me, one of "the people", is a common law contract, between living souls, with full disclosure, in writing, with full knowledge, and intent, and signed in red ink on the land of America, and this does NOT include ANY law merchant (so-called) contracts, or any contracts with any fictitious entities.

37. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that all corporations are, by definition, **incorporated** into the government, and all Banks are instrumentalities of Congress (because of the Bank Act), therefore they are all agencies of the government, and ALL contracts with ANY government agency is a NULLITY, as far as ANY violation of My rights is concerned, whether the so-called contract is in writing or not.

38. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I have the right to resist unlawful arrest with lethal force if necessary, as found in the Notice and Demand to all Corporate Commercial Agents 022810 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2010-034479, and also;

**"These principles apply as well to an officer attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they do to a private individual who unlawfully uses such force and violence."** Jones v. State, 26 Tex. App. I; Beaverts v. State, 4 Tex. App. 1 75; Skidmore v. State, 43 Tex. 93, 903.

**"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as**

he would in repelling any other assault and battery." (State v. Robinson, 145 ME. 77, 72 ATL. 260).

**"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense."** State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100.

**"One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance."** (Adams v. State, 121 Ga. 16, 48 S.E. 910).

"Story affirmed the right of self-defense by persons held illegally. In his own writings, he had admitted that **"a situation could arise in which the checks-and-balances principle ceased to work and the various branches of government concurred in a gross usurpation."** There would be no usual remedy by changing the law or passing an amendment to the Constitution, should the oppressed party be a minority. Story concluded, **"If there be any remedy at all ... it is a remedy never provided for by human institutions."** That was the **"ultimate right of all human beings in extreme cases to resist oppression, and to apply force against ruinous injustice."** (From Mutiny on the Amistad by Howard Jones, Oxford University Press, 1987, an account of the reading of the decision in the case by Justice Joseph Story of the Supreme Court.

39.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I have an unlimited right to carry arms, whether concealed or not.

**"The carrying of arms in a quiet, peaceable, and orderly manner, concealed on or about the person, is not a breach of the peace. Nor does such an act of itself, lead to a breach of the peace."** Wharton's Criminal and Civil Procedure, 12th Ed., Vol.2: Judy v. Lashley, 5 W. Va. 628, 41 S.E. 197

40.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that in the event that one of your hired thugs attempts to unlawfully arrest Me, and I assert My right to resist that unlawful arrest, with lethal force if necessary, and your hired thug kills Me, your hired thug will be guilty of MURDER, and so will you.

**"Perhaps it should be mentioned that as a general rule <u>a person is placed under arrest when he is deprived of his liberty by an officer who intends to arrest him</u>. It is not always necessary for the officer to make a formal declaration of arrest. See: 1 Varon, Searches, Seizures and Immunities, 75 (1961);"** Henry v. United States, 361 U.S. 98, 4 L.Ed.2d 134, 80 S.Ct. 168 (1959) and United States v. Boston, 330 F.2d 937 (1964).

**"The stopping of an automobile by a highway patrol officer for inspection of a driver's license, or for any other purpose where it is accomplished by the**

**authority of the officers, is an "arrest."** Robinson v. State, 198 S.W.2d 633, 635, 184 Tenn. 277

**"A motorist stopped by a traffic officer for a traffic offense would be considered "arrested" . . . even if the motorist was not specifically informed that he had been arrested."** People ex rel. Winkle v. Bannan, 125 N.W.2d 875, 879, 372 Mich. 292.

**"Any restraint, however slight, upon another's liberty to come and go as one pleases, constitutes an "arrest."** Swetnam v. W.F. Woolworth Co., 318 P.2d 364, 366, 83 Ariz. 189.

41.   Finally, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, as a titled sovereign, I hereby DEMAND that you, and your subordinates, protect My unalienable rights.

42.   Signed and Sealed in red ink on the land of New York.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

**Notice for the principal is notice for the agent and notice for the agent is notice for the principal.**

This instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN, and all derivatives thereof
My Copyright


Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the
people", inhabitant of the land of Texas
travelling from time to time on the land of New York,
and elsewhere

Title Holder: Glenn Winningham; house of Fearn    Michael T. Tooley, Chief Admin., Montana Highway Patrol, Notice and Demand 062110

## Witnesses

We, the undersigned witnesses, who are sovereign living souls, each and everyone of us, and inhabitants of the land of New York, do hereby certify that we witnessed the signature of Glenn Winningham; house of Fearn, who is also a sovereign living soul, and an inhabitant of the land of Texas.

| **Name** | **Signature** | **Date** | **City nearest abode;** |
|---|---|---|---|
| George Batts | George Batts | 6/7/10 | White Plains |
| Barry Brown | Barry Brown | 6/7/10 | White Plains |
| Kenneth Levy | _____ | 6/7/10 | White Plains |
| | | | |
| | | | |

Michael T. Tooley, Chief Administrator, Montana Highway Patrol, Notice and Demand

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.
Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim



**FOR THE RECORD At Law;**



## *OFFICIAL NOTICE/DEMAND by an American Sovereign!*

**FOR:  The living Man or Woman of God so named below offering We the People of God your OATH OR AFFIRMATION FOR SERVICE UNDER WE THE PEOPLE'S CONSTITUTIONS, FOR SERVING AS A ELECTED, EMPLOYED AND/OR APPOINTED SERVANT AS AN OFFICIAL ADMINISTRATOR OR AGENT is now NOTICED that who so ever acts with   DISHONOR regarding his/her OATH OF OFFICE standing unto God is in Violation(s) of His one Natural Law and contract breach with me being one We the People of God for not upholding my organic Constitutional superior declared Sovereign Rights of God and is therefore impersonating without standing;**

In the name of God, Amen; I, me, my, myself, a living soul sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES, formally accept your contract offer for value being your Oath and/or Affirmation(s) for Office without the Corporatism UNITED STATES by affirming (swearing), "so help me God". I formally accept your offer with lawful conditions with your constitutional, legislated, delegated, regulatory authority and your timely public declaration for fiduciary officeholder by Oath and/or Affirmation by limiting your all enforcement claims brought forth, "UNDER PENALTIES with PERJURY". Further, I formally accept your Oath offers with conditions that all RETURNS must be signed Under Penalties with Perjury upholding and notwithstanding all your Oath offering(s) and/or Affirmation(s). I formally accept your Oath offers or Affirmation(s) for Office beholding unto our Creator God as being truth. KJV: Leviticus 19:12, Deuteronomy 23:23, I Kings 8:31-32, Ecclesiastes 5:3-6, Mathew 23:11-30, James 1:6-7.

It is now written that you and I have joinder standing under God in a firm binding private contract ab initio, I demand you uphold your private contract part, non ultra vires, as laid down by our Creator in His Holy Word and declared in the one We the People's organic Constitution for Texas a republic and with all other Oath offering(s) and Affirmation(s) notwithstanding. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Whereas the above private contract now being in force, you are personally liable for the protection for my entire Texian American Sovereignty declared rights standing in God's Kingdom without the Corporatism UNITED STATES, therefore I demand you honor my reserved declared rights imbedded in our Constitution and protected with God's Superior common law and commercial law which is created within imprescriptibility as mine and are inalienable in their entirety. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Absent the above private contract involving my Sovereign private affairs that are arrived at without recourse and dishonor with you and whereas your Corporatist Title being one PERSON created by THE STATE OF MONTANA/UNITED STATES is fired from assigning or appointing any 3rd party legal representation for making legal determinations involving me. Doing otherwise initiates Dishonor unto Him our Creator and good faith breach with me of God and in International Maritime Law voids your fiduciary worthiness.

I further declare I am confident for handling my own affairs. I do not own or reside on or in any water body on planet earth. I declare by Affidavit "I am of God not a Corporatism UNITED STATES OR STATE created Corporatist". If you insist on pursuing, standing against me of God without Venue or proper geographical jurisdiction you are in Montana State Corporatism violation "Law with Color", Nation's Laws, International Laws and the most superior law over all, our creator God's one Royal law.

**KJV/Gal: 5-14; all law is fulfilled in one word; Thou shall love thy neighbor as thyself, James 2:8-10**

THEREFORE, *YOU ARE NOTICED* that you may be knowingly or unknowingly COMMITTING CRIMINAL ACTS by criminally converting Civil Statutes and my inalienable rights. These acts are being Created by simulating Court Processes using Corporatism "LAWS WITH COLOR" while being INFERIOR

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

With the Copy-Claim BY _____ Seal



**FOR THE RECORD At Law;**



with We the People's Superior created organic Constitutional Jurisdiction and Venue. Therefore you may be standing in DISHONOR our OATH(S) OF OFFICE by dishonoring God the one Organic Creator Superior over all and myself a declared sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES. If found you have knowledge in COMMITTING such CRIMINAL ACTS and dishonoring your OATH(S) OF OFFICE as an Elected, Appointed, Assigned, and/or Employed official servant for We the People of God, claims may be brought against you <u>PERSONALLY</u> for you are operating outside the bounds for your constitutional, legislated, delegated, and regulatory authority. THE STATE OF MONTANA/UNITED STATES Corporatism offers <u>no protection for its administrators, agents, employees that are elected, contracted, employed or appointed</u> when they operate outside their jurisdictional bounds and against God's Superior created mankind.

I demand acknowledgement and receipt with <u>attached</u> *NOTICE/DEMAND* including any charging, billing, inquiry, summons and/or any other simulated Court process with related instrument(s) certified copies being sought against me that may require a fine, pleading, subpoena or arrest and/or causing myself injury and/or my private property. If you refuse in signing said OFFICIAL NOTICE/DEMAND then any fraudulent actions by you against me will be declared tendered and dishonored by affidavit and describing you as being an unlawful official administrator/agent/employee impersonator. I demand your signature hereon and returned within three days from receipt as an acknowledgement which may be introduced as evidence for initiated claim(s) and your signature hereon <u>is not a guilt admission:</u>

Official man/woman's living Name: <u>Michael T. Tooley</u>; Signature: _____

Official's Corporatism d.b.a./Title: <u>MICHAEL T. TOOLEY, COLONEL, CHIEF ADMINISTRATOR, MONTANA STATE PATROL;</u>

Official's Corporatist Bar Card No: _____ Official's Office No.: _____

Official's Elected and/or Appointed Bonding Co. name and number: _____

Regards:

Me By _____ of God;

I, me, my/myself By Glenn Winningham; house of Fearn, a Sui Juris Living-Soul, Claimant. By Affidavit I am of God standing in God's Kingdom without the Corporatism UNITED STATES as a Private-Texian-American-Sovereign and all my rights standing reserved in God's Kingdom, without Recourse

## Witnesses

We, the undersigned witnesses, who are sovereign living souls, each and everyone of us, and inhabitants of the land of New York, do hereby certify that we witnessed the signature of Glenn Winningham; house of Fearn, who is also a sovereign living soul, and an inhabitant of the land of Texas.

| Name | Signature | Date | City nearest abode: |
|------|-----------|------|---------------------|
| George Batts | George Batts | 6/7/10 | White Plains |
| Barry Brown | Barry Brown | 6/7/10 | White Plains |
| Kenneth Levy | K.L. | 6/7/10 | White Plains |

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

With the Copy-Claim BY _____ Seal


**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign in

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: RR56 9486 047U S
Class: First-Class Mail®
Service(s): Registered Mail™
            Return Receipt
Status: Delivered

Your item was delivered at 10:04 AM on June 14, 2010 in HELENA, MT 59601.

Detailed Results:

- **Delivered, June 14, 2010, 10:04 am, HELENA, MT 59601**
- Arrival at Unit, June 14, 2010, 5:27 am, HELENA, MT 59601
- Processed through Sort Facility, June 13, 2010, 4:41 pm, BILLINGS, MT 59101
- Acceptance, June 09, 2010, 11:18 am, PURCHASE, NY 10577

### Notification Options

Track & Confirm by email     Item sent to you or others by email. (Go »)

Track & Confirm
Enter Label/Receipt Number.

( Go » )

Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 1999-2009 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA ●

---

*(handwritten return receipt card and registered mail receipt)*

A. Signature
X
B. Received by (Printed Name)    C. Date of Delivery   JUN 1 4 2010

1. Article Addressed to:

MICHAEL T TOONEY COLONEL
MONTANA HWY PATROL CHIEF
2550 PROSPECT AVE
P.O. BOX 201419
HELENA, MT 59620

2. Article Number   RR 569 486 047 US

PS Form 3811, February 2004   Domestic Return Receipt

Registered No.   RR569486047US

| | | |
|---|---|---|
| Reg. Fee | $11.50 | |
| Handling Charge | $0.00 | Return Receipt | $2.30 |
| Postage | $2.24 | Restricted Delivery | $0.00 |
| Received by | | |
| Customer Must Declare Full Value $ 201.00 | | |

OFFICIAL USE

FROM
Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas

ZIP CODE EXEMPT
MICHAEL T TOONEY, C6 COVE
2550 PROSPECT AVE
P.O. BOX 201419
HELENA, MT 59620

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2007 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# Lake Worth Police Department

Page 1

3805 Adam Grubb

**Inmate Booking Report**

7/27/2018

## Personal

Name: **Fearn, Glenn Winningham**                    Agency Id: **8837-1**

Ethnicity: **Non-Hispanic**    DOB ▇▇▇    Age: **60**    POB: **refused**

Race:  **White**    Sex:  **Male**    Weight: **200**    Height:  **5` 8``**

Hair:  **Brown**    Eyes:  **Blue**

Identifying Characteristics

| Characteristics | Body Parts | Description |
|---|---|---|

---

| DL No.: ▇▇▇ | Issued: **TX** | SS No.: ▇▇▇ | DPS No.: | FBI No.: |
|---|---|---|---|---|

Occupation:                    Employer:

### Address

Street:                    City:        State:        Zip:

### Phone

Phone:            Type:

Phone:            Type:

## Arrest

Arrest Agency: **Lake Worth Police Department**    Booking Date:  **07/27/2018 14:23**

Arrest Officer:                    Booking Officer:

Arrest Location:                    Arrest Date:

### Vehicle

Make: **Dodge**        Model: **3500**        License No.:  **54JBP9**    Towed: **Yes**

### Remarks:

**Subject refused to answer questions related to the book-in process.**

*24 PICKUP sent 7/27 @ 1929*

## Charges

**1    — Arrest Report Warrants**

Agency :**Azle PD**                    Warrant#:            Charge Type **Warrant**

Classification: **Class C Misdemeanor**

Remarks:    **A023735-01    FMFR    $346.00**
            **A023735-02    Speeding    $283.00**
            **A023735-03    NO DL    $266.00**
                **Total: $895.00**

*Check 293 304*
*Entered by:*
*Date* *7/28/18*

**Call No.:**
**1800016607**

Amount

*$895.00*

**Total Amount: 0**

*RLS NON PICKUP @ 1726/1537*

# Lake Worth Police Department
## Narrative

Date of report: 2018-07-27                                  Case Number: 1800016607

Incident Number :1800016607

On Friday 07/27/2018 at approximately 13:10, Officer West #259, Officer Martin #323 and I, Officer D. Martinez #314 were dispatched to the parking lot of Albertsons, located at 6308 Lake Worth Blvd, Lake Worth, Tarrant County Texas 76135 in reference to the Department of Homeland Security requesting assistance on a suspicious vehicle. DHS was advising that the license plate might possibly not belong to the vehicle that it was on.

Upon arrival, the vehicle was located in the parking lot of Racetrack (6300 Lake Worth Blvd), adjacent to Albertsons. Officer West and I positioned our vehicles to keep eyes on the suspect vehicle while we gathered more information from dispatch. Lake Worth dispatch advised that the vehicle had a regional warrant (Class C misdemeanor/traffic) attached to the license plate out of the Azle Police Department. The vehicle then left the Racetrack, staying in the parking lot of Albertsons, and proceeded to the EZ Mail, located at 6340 Lake Worth Blvd. Dispatch stated that the warrant attached to the license plate belonged to a Glenn Winningham Fearn (W/M, 09/04/1957). As the male exited the vehicle and walked into the store, I observed that the date of birth for the wanted individual was consistent with the age of the male driver and sole occupant of the vehicle.

After the man (later identified as the above listed subject) walked back to his truck, he left he parking lot and began driving west in the 6300 block of Lake Worth Blvd. I activated my overhead lights on my marked patrol vehicle and initiated a traffic stop on the vehicle, which yielded in the parking lot of Walmart (6360 Lake Worth Blvd). The vehicle was a 2008 Dodge pickup, red in color, bearing Arizona license plate CH56267.

I approached the driver's side of the vehicle and made contact with Glenn, requesting to see his driver's license and proof of insurance, who stated that he was not required to have a driver's license because he was in transit. I asked him several more times for his driver's license and insurance and he refused to present it. I asked Glenn to exit his vehicle and he reluctantly complied after telling me that it was lawful to resist an unlawful arrest.

Officer West convinced him to present ID and he handed us a photo ID that appeared handmade and had his name on it. The Azle PD warrants were confirmed and Glenn was placed under arrest for the following charges:

Warrant # A023735-01        FMFR        $346.00

---

Officer: MARTINEZ, D                            Approving Supervisor: GREGORY, C.

Page 1

# Lake Worth Police Department
## Narrative

Date of report: 2018-07-27                              Case Number: 1800016607

| | | |
|---|---|---|
| Warrant # A023735–02 | Speeding | $283.00 |
| Warrant # A023735–03 | No DL | $266.00 |
| | Total: | $895.00 |

An inventory of the vehicle was completed before the wrecker arrived for the vehicle and a loaded stainless Colt Commander Mark IV in .45 ACP caliber was located in the center console, along with 44 rounds of .45 ACP hollow point ammunition and 2 magazines for the pistol. Also located were multiple open FedEx bags, two of which contained flash drives (one package contained 8 flash drives with the number "8" on them and the other contained 4–5 flash drives that were Scandisk brand). A brand new Samsung cell phone was also located inside the cab of the pickup. Glenn was issued citation LPD1066097 for Fail to Maintain Financial Responsibility and LPD1066096 for Fail to Display Driver's License. The pistol, 2 magazines and 44 rounds of ammunition were booked into property locker #2 for safekeeping. No further info.

Officer: MARTINEZ, D                          Approving Supervisor: GREGORY, C.

Dear Dad,

I had really looked forward to having you come to Arizona. I was devistated when I realized we wouldn't be able to have you around all the time because of Barron's line of work / security clearance. I don't really understand fully why that is a thing, but it is. I feel really stuck between a rock and a hard place. On one hand I want you in my life, and you are such a great Grandpa to the kids and I want you in their lives." On the other hand Barron is very stressed having you hear knowing it may be/ putting his job in jeapardy, this in turn makes things hard for me also. You are my Dad! How could can I not welcome you into my home?!

I have so many conflicting feelings and that is why we have had you longer than we thought you should be with us. However, the past few days I have really started to feel more and more uneasy. This has all lasted much longer than we originally thought. You have also seemed more and more reclusive, which seems out of character. I'm not sure →

if ~~it~~ it is because you are trying to stay out of our way because you know you've ~~been~~ around much longer than planned, but my un easy feelings have only ~~been~~ increasing and tonight I haven't been able to sleep worrying ~~too~~ about all this.

Dad, I love you and I don't want you to resent me or Barron for this, it isn't our fault. It just is what it is, we can't have you here any longer, I don't think we should have you even another night.

I know you have to ~~go~~ to New Jersey, maybe you can leave early? ~~M~~ Maybe Wilson can have you at his place? I know Washington is not where you want to be but maybe you can stay there for a bit and re-group? Just some ideas.

Dad, I love you and I want to be a good daughter and I hope you know that I am doing ~~the best~~ my best and I hope that is good enough for you. ♡♡

Love, Jess



U.S. Department of Homeland Security
Arlington, Virginia 20598

Transportation
Security
Administration

**JUL 0 9 2014**

**By First Class, Registered and Certified Mail - Return Receipt Requested**

Mr. Glenn Fearn          Mr. Glenn Fearn          Mr. Glenn Fearn
6340 Lake Worth Blvd     261 Main St.             PO Box 152
#437                     Cardston, AB T0K 0K0, Canada   Babb, MT 59411
Fort Worth, TX 76135

      Re:   Initial Notification of Threat Assessment
           Federal Aviation Administration Airman Certificate Number 069685426

Dear Mr. Glenn Fearn:

   This letter serves as an initial notification of a threat assessment (Initial Notification).
Based upon materials available to the Transportation Security Administration (TSA),
which I have personally reviewed, and pursuant to 49 United States Code § 46111, I have
determined that you pose, or are suspected of posing, a security threat. Accordingly,
TSA is initiating the process to revoke all certificates issued to you by the Federal
Aviation Administration (FAA).

   As part of this process, TSA is concurrently notifying the FAA of the determination
that you pose, or are suspected of posing, a security threat and requesting that the FAA
suspend all certificates issued to you by the FAA.

   No later than 15 calendar days after the date of service of this Initial Notification, you
may serve upon TSA a written request for copies of releasable materials and an
unclassified summary of the classified information upon which this Initial Notification
was based.

   In addition, you may serve upon TSA a written reply to the Initial Notification no later
than 30 calendar days after the date of service of the Initial Notification, or 30 days after
the date of service of TSA's response to your request for copies of the releasable
materials upon which this Initial Notification was based, whichever is later. This written
reply should include any information that you believe TSA should consider in reviewing
the basis for the Initial Notification.

   In your written reply, you may request an in-person or written hearing before an
administrative law judge. If requested, the in-person hearing will be held either at TSA
headquarters or a location selected by TSA in the metropolitan Washington, D.C. area.
The administrative law judge will issue a written decision no later than 30 calendar days
after the conclusion of the hearing. The administrative law judge's decision may be
appealed by either party to the Transportation Security Oversight Board (TSOB). The

TSOB shall issue a Final Determination, which constitutes a final agency order. You should serve all documents upon:

> Robert G. Seasonwein
> Assistant Chief Counsel
> Security Threat Assessment Operations
> TSA Headquarters
> 12th Floor, TSA -2
> 601 South 12th Street
> Arlington, VA 20598

TSA does not disclose classified information, as defined in Executive Order 12968 section 1.1(d), and TSA reserves the right to not disclose any other information or material not warranting disclosure or protected from disclosure under law.

You may, if you choose, be represented by counsel during this process at your own expense.

Sincerely,

J. W. Halinksi
Deputy Administrator

cc:    The Honorable Michael P. Huerta
       Administrator
       Federal Aviation Administration

 Gmail                 **Winningham Fearn <winfearn@gmail.com>**

## Re: Public Information Request
1 message

**Jennifer D. Gabbert <JDGabbert@tarrantcounty.com>**            Tue, May 25, 2021 at 8:39 PM
To: Winningham Fearn <winfearn@gmail.com>

Hello Mr. Fearn,

Tarrant County Sheriff's Office does not have county traffic officers as described in TC 701.

Take care-

Get Outlook for iOS

---

**From:** Winningham Fearn <winfearn@gmail.com>
**Sent:** Tuesday, May 25, 2021 6:09:41 PM
**To:** Jennifer D. Gabbert <JDGabbert@TarrantCounty.com>
**Subject:** Public Information Request

**EXTERNAL EMAIL ALERT! Think Before You Click!**

Please provide the names and titles of everybody who was appointed a County Traffic Officer under Texas Transportation Code Section 701 for the last year.

Thanks in advance for your help with this!!!

Best Regards,

Win

# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| GLENN WINNINGHAM | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1986-S-BH |
| | § | |
| CORY BLOUNT, et al. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The case will be dismissed by separate judgment for failure to prosecute or follow orders of the Court.

**SO ORDERED.**

SIGNED November 22, 2019.

_____
**UNITED STATES DISTRICT JUDGE**

# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

GLENN WINNINGHAM                    §
                                    §
            v.                      §    CIVIL ACTION NO. 3:19-CV-1986-S-BH
                                    §
CORY BLOUNT, et al.                 §

## FINAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1.      The plaintiff's claims are **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or follow orders of the Court.

2.      The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the plaintiff.

**SO ORDERED.**

SIGNED November 22, 2019.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GLENN WINNINGHAM,                          )
                                           )
            Plaintiff,                     )
vs.                                        )        No. 3:19-CV-1986-S (BH)
                                           )
CORY BLOUNT, et al.,                       )
                                           )
            Defendants.                    )        Referred to U.S. Magistrate Judge[1]

## FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Based on the relevant filings and applicable law, this case should be dismissed without prejudice for failure to prosecute or follow orders of the court.

## I. BACKGROUND

The plaintiff filed this action against the defendants on August 19, 2019. (*See* doc. 3.) By *Notice of Deficiency and Order* dated August 21, 2019, he was notified that he had not paid the filing fee or submitted an application to proceed *in forma pauperis* (IFP). (*See* doc. 4.) Attached to the order was an IFP application. *See id.* The order specifically advised the plaintiff that he must either pay the filing fee or file his IFP application within fourteen days, and that a failure to do so could result in the dismissal of his case. *Id.* More than fourteen days from the date of the order have passed, but the plaintiff has not paid the filing fee or filed an IFP application, or filed anything else in this case.

## II. INVOLUNTARY DISMISSAL

Rule 41(b) of the Federal Rules of Civil Procedure permits a court to dismiss an action *sua sponte* for failure to prosecute or follow orders of the court. *McCullough v. Lynaugh,* 835

---

[1] By *Special Order No. 3-251,* this *pro se* case has been automatically referred for full case management.

F.2d 1126, 1127 (5th Cir. 1988) (§ 1983 prisoner action). This authority flows from a court's inherent power to control its docket, prevent undue delays in the disposition of pending cases, and avoid congested court calendars. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962). The plaintiff failed to comply with the August 21, 2019 order that he pay the filing fee or submit an IFP application despite a warning that failure to do so could result in dismissal of the case. Because the plaintiff failed to follow a court order or otherwise show that he intends to proceed with this case, it should be dismissed.

## III. RECOMMENDATION

This case should be dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or follow orders of the court, unless the plaintiff either pays the filing fee or submits his completed application to proceed *in forma pauperis* within the time for objecting to this recommendation, or by some other deadline set by the court.

**SO RECOMMENDED on this 21st day of October, 2019.**

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

2

## INSTRUCTIONS FOR SERVICE AND
## NOTICE OF RIGHT TO APPEAL/OBJECT

A copy of these findings, conclusions, and recommendation shall be served on all parties in the manner provided by law. Any party who objects to any part of these findings, conclusions and recommendation must file specific written objections within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's findings, conclusions and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Servs. Automobile Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996).

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GLENN WINNINGHAM,      )
                       )
          Plaintiff,   )
vs.                    )     No. 3:19-CV-1986-S (BH)
                       )
CORY BLOUNT,           )
                       )
          Defendants.  )     Referred to U.S. Magistrate Judge[1]

## NOTICE OF DEFICIENCY AND ORDER

Your civil complaint does not comply with the requirement in Fed. R. Civ. P. 8(a) of a "short and plain statement of the claim showing that the pleader is entitled to relief." **Please submit an amended complaint that complies with Rule 8(a) within fourteen (14) days of the date of this order.**

You have not paid the filing fee for this civil case or submitted a request to proceed *in forma pauperis.* **You must either pay the $400 filing fee or submit a fully completed and signed application to proceed *in forma pauperis* within fourteen (14) days from the date of this order.**[2]

You must immediately notify the Court of any change of address and its effective date by filing a notice entitled "NOTICE TO THE COURT OF CHANGE OF ADDRESS". The notice should contain **only** information about the change of address and effective date.

Failure to comply with this order may result in the dismissal of your suit under Federal Rule of Civil Procedure 41(b).

**The Clerk of the Court shall mail the plaintiff (1) a form application to proceed *in forma pauperis*, and (2) a copy of Fed. R. Civ. P. 8. No process shall issue except upon order of the Court.**

---

[1] By *Special Order No. 3-251*, this *pro se* case has been automatically referred for full case management.

[2] As of May 1, 2013, a $50 administrative fee will be assessed in addition to the $350 filing fee, resulting in a total filing fee of $400 for a civil action in which the plaintiff has not sought or been granted leave to proceed *in forma pauperis*. *See* District Court Miscellaneous Fee Schedule.

**SO ORDERED** this 21st day of August, 2019.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

|  |  |  |
|---|---|---|
| _Plaintiff/Petitioner_ | ) | Civil Action No. |
| v. | ) | |
| _Defendant/Respondent_ | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

| Affidavit in Support of the Application | Instructions |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.<br><br>Signed: | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: |

1.  For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property _(such as rental income)_ | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| **Total monthly income:** | $ | $ | $ | $ |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.    How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | $ |
|     Make and year: | |
|     Model: | |
|     Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
|     Make and year: | |
|     Model: | |
|     Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.  Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>      Are real estate taxes included?   ☐ Yes  ☐ No<br>      Is property insurance included?   ☐ Yes  ☐ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* |  |  |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments |  |  |
|     Motor vehicle: | $ | $ |
|     Credit card *(name):* | $ | $ |
|     Department store *(name):* | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ | $ |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ❐ Yes    ❐ No    If yes, describe on an attached sheet.

10.  Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ❐ Yes   ❐ No

    If yes, how much?   $ _ _ _ _ _ _ _ _ _ _
    If yes, state the attorney's name, address, and telephone number:

11.  Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?    ❐ Yes   ❐ No

    If yes, how much?   $ _ _ _ _ _ _ _ _ _ _
    If yes, state the person's name, address, and telephone number:

12.  Provide any other information that will help explain why you cannot pay the costs of these proceedings.

13.  Identify the city and state of your legal residence.

    Your daytime phone number: _ _ _ _ _ _ _ _ _ _

    Your age: _ _ _ _ _ _   Your years of schooling: _ _ _ _ _ _

    Last four digits of your social-security number: _ _ _ _ _ _

 Gmail

**Winningham Fearn <winfearn@gmail.com>**

## Re: Public Information Request
1 message

**Jennifer D. Gabbert** <JDGabbert@tarrantcounty.com>
To: Winningham Fearn <winfearn@gmail.com>

Tue, May 25, 2021 at 8:39 PM

Hello Mr. Fearn,

Tarrant County Sheriff's Office does not have county traffic officers as described in TC 701.

Take care-

Get Outlook for iOS

**From:** Winningham Fearn <winfearn@gmail.com>
**Sent:** Tuesday, May 25, 2021 6:09:41 PM
**To:** Jennifer D. Gabbert <JDGabbert@TarrantCounty.com>
**Subject:** Public Information Request

EXTERNAL EMAIL ALERT! Think Before You Click!

Please provide the names and titles of everybody who was appointed a County Traffic Officer under Texas Transportation Code Section 701 for the last year.

Thanks in advance for your help with this!!!

Best Regards,

Win

# Lake Worth Police Department
## Narrative

Date of report: 2018-07-27                    Case Number: 1800016607

Incident Number :1800016607

On Friday 07/27/2018 at approximately 13:10, Officer West #259, Officer Martin #323 and I, Officer D. Martinez #314 were dispatched to the parking lot of Albertsons, located at 6308 Lake Worth Blvd, Lake Worth, Tarrant County Texas 76135 in reference to the Department of Homeland Security requesting assistance on a suspicious vehicle. DHS was advising that the license plate might possibly not belong to the vehicle that it was on.

Upon arrival, the vehicle was located in the parking lot of Racetrack (6300 Lake Worth Blvd), adjacent to Albertsons. Officer West and I positioned our vehicles to keep eyes on the suspect vehicle while we gathered more information from dispatch. Lake Worth dispatch advised that the vehicle had a regional warrant (Class C misdemeanor/traffic) attached to the license plate out of the Azle Police Department. The vehicle then left the Racetrack, staying in the parking lot of Albertsons, and proceeded to the EZ Mail, located at 6340 Lake Worth Blvd. Dispatch stated that the warrant attached to the license plate belonged to a Glenn Winningham Fearn (W/M, 09/04/1957). As the male exited the vehicle and walked into the store, I observed that the date of birth for the wanted individual was consistent with the age of the male driver and sole occupant of the vehicle.

After the man (later identified as the above listed subject) walked back to his truck, he left he parking lot and began driving west in the 6300 block of Lake Worth Blvd. I activated my overhead lights on my marked patrol vehicle and initiated a traffic stop on the vehicle, which yielded in the parking lot of Walmart (6360 Lake Worth Blvd). The vehicle was a 2008 Dodge pickup, red in color, bearing Arizona license plate CH56267.

I approached the driver's side of the vehicle and made contact with Glenn, requesting to see his driver's license and proof of insurance, who stated that he was not required to have a driver's license because he was in transit. I asked him several more times for his driver's license and insurance and he refused to present it. I asked Glenn to exit his vehicle and he reluctantly complied after telling me that it was lawful to resist an unlawful arrest.

Officer West convinced him to present ID and he handed us a photo ID that appeared handmade and had his name on it. The Azle PD warrants were confirmed and Glenn was placed under arrest for the following charges:

Warrant # A023735–01        FMFR        $346.00

Officer: MARTINEZ, D                    Approving Supervisor: GREGORY, C.

Page 1

# Lake Worth Police Department
## Narrative

Date of report: 2018-07-27                          Case Number: 1800016607

| Warrant # A023735–02 | Speeding | $283.00 |
| Warrant # A023735–03 | No DL | $266.00 |
| | Total: | $895.00 |

An inventory of the vehicle was completed before the wrecker arrived for the vehicle and a loaded stainless Colt Commander Mark IV in .45 ACP caliber was located in the center console, along with 44 rounds of .45 ACP hollow point ammunition and 2 magazines for the pistol. Also located were multiple open FedEx bags, two of which contained flash drives (one package contained 8 flash drives with the number "8" on them and the other contained 4–5 flash drives that were Scandisk brand). A brand new Samsung cell phone was also located inside the cab of the pickup. Glenn was issued citation LPD1066097 for Fail to Maintain Financial Responsibility and LPD1066096 for Fail to Display Driver's License. The pistol, 2 magazines and 44 rounds of ammunition were booked into property locker #2 for safekeeping. No further info.

Officer: MARTINEZ, D                          Approving Supervisor: GREGORY, C.

# EULESS POLICE DEPARTMENT
## Narrative

Date of report: 2019-11-23                          Case Number: 1900065251

Incident Number :1900065251

On 11/22/19 at 2032 hours I, Officer Graham (629), was patrolling in the area of 2200 Gateway Blvd in marked unit 1019. While patrolling in this area Graham came into contact with a silver in color Toyota corolla displaying a Texas Republic private property placard which is not a state issued license plate. Graham activated his emergency overhead lights to conduct a vehicle traffic stop and the above stated vehicle pulled over to the shoulder of the roadway. Graham made contact with the driver and sole occupant of the vehicle and tried to explain the reason for the stop but the driver was on the phone with Euless Police Dispatch demanding that they send a county sheriff deputy to this location. The unidentified driver continued to request for a county sheriff deputy, but was told by EPD Dispatch to talk to the Euless Officer on scene. Graham explained the reason for the stop to the unidentified driver, who became verbally combative and stated to Graham that he was not required to have a state LP on his vehicle. The unidentified driver started reading off a laminated paper accusing Graham of official oppression and reading of his version of the Texas penal code on why he was not required to have a LP on his vehicle. Graham contacted the on duty supervisor Sgt Hurtado (357) via radio and requested that he make Graham's scene. Graham asked the unidentified driver for his drivers license and insurance to which he responded " I don't have them and am not required to have them". The unidentified driver continued to read off of his laminated paper and was verbally combative towards Graham and at one point informed Graham that he had been to the supreme court five times and asked Graham if he wanted to be next. Graham again asked for the unidentified driver to provide identifying information and the driver continued to not provide it and informed Graham that he was " Going to sue his butt off".

Sgt Hurtado and Ofc Collingwood (626) arrived on scene and Graham had the unidentified driver step out of his vehicle and to the rear of the vehicle. Graham patted the driver down for weapons and asked him to sit on the curve, which he refused to do and continued to be verbally combative towards officers. Graham informed Sgt Hurtado for the reason for the stop and what all had transpired after making contact with the unidentified driver. Sgt Hurtado tried to reason with the driver and explain to him what would happen if he did not comply with the officers request of identifying information. The driver continued to be verbally aggressive with Officers and refused to comply with the above stated request. Due to the unidentified driver

---

Officer: Graham,T                                   ID#: 629

Approving Supervisor: Not approved                  ID#:

# EULESS POLICE DEPARTMENT
## Narrative

Date of report: 2019-11-23                              Case Number: 1900065251

refusing to give identifying information for Graham to issue him citations for the traffic offenses, Graham placed the driver into handcuffs behind the back (double–locked), searched him incident to arrest, and placed him into the backseat of marked unit 1019. Collingwood requested a wrecker from B&B Wrecker service and did a vehicle inventory sheet on the vehicle. Graham transported the unidentified driver to the Euless Jail for booking on the following:

1.) Euless PD Cit#4098295–1– FMFR

2.) Euless PD Cit#4098295–2– Registration (No Plate)

While out at the Euless Jail the unidentified driver still refused to give any identifying information the booking officers and had to be finger printed so that Officers could obtain the necessary information. The results of the fingerprints came back and identified the driver as Glenn Fearn W/M 9/4/57 holding  AZDL#D01474189. Graham ran Fearns information through Euless Police Dispatch which came back with possible warrants out of Lake Worth PD with the identifiers being name, AZDL#, and address. Graham had EPD Dispatch confirm the warrants using the above stated identifiers and a short time later EPD Dispatch came back as the warrants being confirmed. Due to this new information of Fearn having active warrants and refusing to identify himself to law enforcement officers, Graham added the following charges:

3.) Euless PD– Fail To ID Fugitive FRM Justice Refuse To Give

4.) Lake Worth PD Wrnt#LPD–1066097– FMFR

5.) Lake Worth PD Wrnt#LPD–1055096– DL– Fail To Display


Dashcam: 1019

Bodycam: Graham 629, Sgt Hurtado 357, Collingwood 626

---

Officer: Graham,T                                      ID#: 629
Approving Supervisor: Not approved                     ID#:

Creator: glenn winningham; house of fearn

## DISTRICT COURT OF UNITED STATES FOR THE
## NORTHERN DISTRICT OF TEXAS

glenn winningham; house of fearn  ]
     a man, Demandant ]
vs.           ]  3:19-CV-1986-S-BH
Cory Blount, Lake Worth Chief of Police ]
Steve Carpenter, Assistant Chief of Police ] claim: trespass [assault, kidnapping,
D. Martinez, Lake Worth Police Officer ] theft, imprisonment, false arrest,
C Gregory, Lake Worth Police Supervisor ] breach of trust, perjury, extortion
Martin, #323, Lake Worth Police Officer ] treason, seditious conspiracy
West, #259, Lake Worth Police Officer ] malicious prosecution, Official
Crystal Hale, Lake Worth Property Technician ] Oppression, Illegal search, War
John Doe, unknown Lake Worth Police Officer ] Crimes, Taking Reprisals for Political
Jane Doe, unknown Lake Worth Police Officer ] Opinion, intimidation, Terrorism, torture
John Doe, unknown Lake Worth Police Officer ] threats, pillaging, theft, Denials of due,
John Doe, unknown (coward) Agent, ] process, Racketeering, Coercing
   Federal Bureau of Investigation ] information from Demandant and from
Jim Palamino, (coward) Agent ] third parties, compelling Demandant to
  US Department of Homeland Security ] work for the occupying power, Using
John Doe, unknown (coward) Agent, ] Codes Rules and Regulations to deny
   Texas Dept of Public Safety ] Relief, Violating Rights and Immunities
Walter Bowen, Mayor, City of Lake Worth ] under Color of Law, Threatening,
Andrew Vogle, Azle Prosecutor ] Intimidating, Injuring, and Coercing in
Havins #259, Azle Police Officer ] free exercise of rights under color of
Sargeant Stutzman, Azle Police Supervisor ] Law, Subjecting by Force to
Rick Pippins, Azle Chief of Police ] deprivation of Religious Beliefs
Douglas R Hudman, Azle Judge ] Sending threats through the mail,
Alan Brundrett, Azle Mayor ] Conspiracy
John Elliot Mayer, Jr., Homeland Security tool ] (verified)
Steve McCraw, Director, ]
   Texas Dept of Public Safety ]
Skylor Hearn, Deputy Director ]
   Texas Dept of Public Safety ]
Freeman F Martin, Deputy Director ]
   Texas Dept of Public Safety ]
Randall B Prince, Deputy Director ]
   Texas Dept of Public Safety ]
Ken Paxton, Texas Attorney rank of General ]
GLENN WINNINGHAM FEARN, ]
     cestui que trust ]
      Wrongdoers ]

## War Crimes

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS

As a direct descendant of the founders of the Constitution for the United States of America (Supreme Law of the land) and as one of "the Posterity" found in the preamble, by right of blood, I hereby declare;

Randall B Prince is a Deputy Director of the Texas Department of Public Safety and deemed to know the law.

*"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.*

*"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Stewart, 284 F. Supp. 94*

I have reason to believe and do believe that Randall B Prince, is engaging in War Crimes in violation of 18 United States Code § 2441

*(a)*OFFENSE.—*Whoever, whether inside or outside the United States, commits a <u>war crime</u>, in any of the circumstances described in subsection (b), shall be fined under this title or imprisoned for life or any term of years, or both, and if death results to the victim, shall also be subject to the penalty of death.*
*(b)*CIRCUMSTANCES.—

*The circumstances referred to in subsection (a) are that the person committing such <u>war crime</u> or the victim of such <u>war crime</u> is a member of the Armed Forces of the United States or a national of the United States (as defined in section 101 of the <u>Immigration and Nationality Act</u>).*
*(c)*DEFINITION.—*As used in this section the term "<u>war crime</u>" means any conduct—*
*(1) defined as a <u>grave breach</u> in any of the international conventions signed at Geneva 12 August 1949, or any protocol to such convention to which the United States is a party;*
*(2) prohibited by Article 23, 25, 27, or 28 of the Annex to the Hague Convention IV, Respecting the Laws and Customs of War on Land, signed 18 October 1907;*
*(3) which constitutes a <u>grave breach of common Article 3</u> (as defined in subsection (d)) when committed in the context of and in association with an armed conflict not of an international character; or*
*(4) of a person who, in relation to an armed conflict and contrary to the provisions of the Protocol on Prohibitions or Restrictions on the Use of Mines, Booby-Traps and Other Devices as amended at Geneva on 3 May 1996 (Protocol II as amended on 3 May 1996), when the United States is a party to such Protocol, willfully kills or causes serious injury to civilians.*
*(d)*COMMON ARTICLE 3 VIOLATIONS.—

*(1)*PROHIBITED CONDUCT.—*In subsection (c)(3), the term "<u>grave breach of common Article 3</u>" means any conduct (such conduct constituting a <u>grave breach of common Article 3</u> of the international conventions done at Geneva August 12, 1949), as follows:*
*<u>(A)Torture.—The act of a person who commits, or conspires or attempts to commit, an act specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control for the purpose of obtaining information or a confession, punishment, intimidation, coercion, or any reason based on discrimination of any kind.</u>*
*<u>(B)Cruel or inhuman treatment.—The act of a person who commits, or conspires or attempts to commit, an act intended to inflict severe or serious physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions), including serious physical abuse, upon another within his custody or control.</u>*
*<u>(C)Performing biological experiments.—The act of a person who subjects, or conspires or attempts to subject, one or more persons within his custody or physical control to biological experiments without a legitimate medical or dental purpose and in so doing endangers the body or health of such person or persons.</u>*
*(D)Murder.—The act of a person who intentionally kills, or conspires or attempts to kill, or kills whether intentionally or unintentionally in the course of committing any other offense under this subsection, one or*

*more persons taking no active part in the hostilities, including those placed out of combat by sickness, wounds, detention, or any other cause.*

*(E)Mutilation or maiming.—The act of a person who intentionally injures, or conspires or attempts to injure, or injures whether intentionally or unintentionally in the course of committing any other offense under this subsection, one or more persons taking no active part in the hostilities, including those placed out of combat by sickness, wounds, detention, or any other cause, by disfiguring the person or persons by any mutilation thereof or by permanently disabling any member, limb, or organ of his body, without any legitimate medical or dental purpose.*

*(I)Taking hostages.—The act of a person who, having knowingly seized or detained one or more persons, threatens to kill, injure, or continue to detain such person or persons with the intent of compelling any nation, person other than the hostage, or group of persons to act or refrain from acting as an explicit or implicit condition for the safety or release of such person or persons.*

*(2)DEFINITIONS.—In the case of an offense under subsection (a) by reason of subsection (c)(3)—*

*(A) the term "severe mental pain or suffering" shall be applied for purposes of paragraphs (1)(A) and (1)(B) in accordance with the meaning given that term in section 2340(2) of this title;*

*(B) the term "serious bodily injury" shall be applied for purposes of paragraph (1)(F) in accordance with the meaning given that term in section 113(b)(2) of this title;*

*(C) the term "sexual contact" shall be applied for purposes of paragraph (1)(G) in accordance with the meaning given that term in section 2246(3) of this title;*

*(D)the term "serious physical pain or suffering" shall be applied for purposes of paragraph (1)(B) as meaning bodily injury that involves—*

*(i) a substantial risk of death;*

*(ii) extreme physical pain;*

*(iii) a burn or physical disfigurement of a serious nature (other than cuts, abrasions, or bruises); or*

*(iv) significant loss or impairment of the function of a bodily member, organ, or mental faculty; and*

*(E)the term "serious mental pain or suffering" shall be applied for purposes of paragraph (1)(B) in accordance with the meaning given the term "severe mental pain or suffering" (as defined in section 2340(2) of this title), except that—*

*(i) the term "serious" shall replace the term "severe" where it appears; and*

*(ii) as to conduct occurring after the date of the enactment of the Military Commissions Act of 2006, the term "serious and non-transitory mental harm (which need not be prolonged)" shall replace the term "prolonged mental harm" where it appears.*

*(5)DEFINITION OF GRAVE BREACHES.— The definitions in this subsection are intended only to define the grave breaches of common Article 3 and not the full scope of United States obligations under that Article. 18 USC § 2441 War Crimes*

## in support of their Homeland Security Criminal Street Gang

*Sec. 71.01. DEFINITIONS. In this chapter,*

*(a) "Combination" means three or more persons who collaborate in carrying on criminal activities, although:*

*(1) participants may not know each other's identity;*

*(2) membership in the combination may change from time to time; and*

*(3) participants may stand in a wholesaler-retailer or other arm's-length relationship in illicit distribution operations.*

*(b) "Conspires to commit" means that a person agrees with one or more persons that they or one or more of them engage in conduct that would constitute the offense and that person and one or more of them perform an overt act in pursuance of the agreement. An agreement constituting conspiring to commit may be inferred from the acts of the parties.*

*(c) "Profits" means property constituting or derived from any proceeds obtained, directly or indirectly, from an offense listed in Section 71.02.*

*(d) "Criminal street gang" means three or more persons having a common identifying sign or symbol or an identifiable leadership who continuously or regularly associate in the commission of criminal activities.*

and they are required to know that Texas is under a military occupation since 1862 when the Union Army invaded Galveston, Texas, and Arizona, where the Demandant is domiciled is under Martial Law from the War with Mexico in the 1840's

*A place, district, or country occupied by an enemy stands, in consequence of the occupation, under the Martial Law of the invading or occupying army, whether any proclamation declaring Martial Law, or any public warning to the inhabitants, has been issued or not. <u>Martial Law is the immediate and direct effect and consequence of occupation or conquest. The presence of a hostile army proclaims its Martial Law.</u> Article 1, General Orders 100 (Lieber Code)*

*"Territory is considered occupied when it is actually placed under the authority of the hostile army.." Law and Customs of War on Land (Hague Convention IV), Article 42;*

and they are required to know that the ONLY way Martial Law ends is by specific mention in a Treaty of Peace or by Special Proclamation by the Commander in Chief (President of the United States)

*Martial Law does not cease during the hostile occupation, except by special proclamation, ordered by the commander in chief; or by special mention in the treaty of peace concluding the war, when the occupation of a place or territory continues beyond the conclusion of peace as one of the conditions of the same. Article 2, General Orders 100 (Lieber Code)*

and there has been no Treaty of Peace, and there has been no Special Proclamation by the Commander in Chief (President of the United States), for Texas, and Arizona has the Treaty of Hidalgo which has no "specific mention" ending the Martial Law, therefore the military occupation continues to this day, and they are required to know that all police are military police with military rank structures and military uniforms

*"Martial Law affects chiefly the police and collection of public revenue and taxes, whether imposed by the expelled government or by the invader, and refers mainly to the support and efficiency of the army, its safety, and the safety of its operations." Article 10, General Orders 100 (Lieber Code)*

and they are required to know that they get paid in Federal Reserve Notes which are forced loans and military scrip

*"<u>The forced loans of 1862 and 1863, in the form of legal tender notes</u>, were vital forces in the struggle for national supremacy. They formed a part of the public debt of the United States, ..." Julliard v. Greenman, 110 US 432*

*The United States acknowledge and protect, in hostile countries occupied by them, religion and morality; strictly private property; the persons of the inhabitants, especially those of women: and the sacredness of domestic relations. Offenses to the contrary shall be rigorously punished.*
*<u>This rule does not interfere with the right of the victorious invader to tax the people or their property, to levy forced loans</u>, to billet soldiers, or to appropriate property, especially houses, lands, boats or ships, and churches, for temporary and military uses. Article 37, General Orders 100 (Lieber Code)*

and they are required to know that the occupying power are US citizens (foreign) with their US citizen military troops to enforce the martial law

*U.S. citizenship is a requirement to be licensed as a peace officer in Texas. Texas Commission on Law Enforcement  (Commission Rule (§217.1(a)(18))*

and they are required to know that Texas, Arizona, and United States codes are edicts under Martial Law

*"NOTE: Under the Law-Martial, only the criminal jurisdiction of a Military Court is the recognized law. But as Article Three says, "the civil courts can continue wholly or in part as long as the civil jurisdiction does*

not violate the Military orders laid down by the Commander in Chief or one of his Commanders." By this means; a military venue, jurisdiction, and authority are imposed upon the occupied populace under disguise of the ordinary civil courts and officers of the occupied district or region, because the so-called civil authorities in an occupied district, or region, only act at the pleasure of a military authority.
It should also be noted here that the several State Legislatures, County Boards of Commissioners, and City Councils, are constantly legislating to please the edicts of the federal government (the occupying force) and that their legislation, in this sense, is not an exercise of State sovereignty, but instead, a compliance with edicts of the military force which occupies the several States and consequently are edicts of Martial Law Rule." Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Judge A.H. Ellett, Utah Supreme Court [emphasis added

Military jurisdiction is of two kinds: First, that which is conferred and defined by statute; second, that which is derived from the common law of war. Military offenses under the statute law must be tried in the manner therein directed; but military offenses which do not come within the statute must be tried and punished under the common law of war. The character of the courts which exercise these jurisdictions depends upon the local laws of each particular country.
In the armies of the United States the first is exercised by courts-martial, while cases which do not come within the "Rules and Articles of War," or the jurisdiction conferred by statute on courts-martial, are tried by military commissions. Article 13 General Orders 100 (Lieber Code)

and a mixed war is made between a public authority and private individuals
"A mixed war is one which is made on one side by public authority, and the other by mere private persons." Black's Law Dictionary 5th Ed., page 1420

and the Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949 applies to all armed conflicts of "High Contracting Parties", and United States and Mexico are both "High Contracting Parties" for the Treaty of Hidalgo
"In addition to the provisions which shall be implemented in peacetime, the present Convention shall apply to all cases of declared war or of any other armed conflict which may arise between two or more of the High Contracting Parties, even if the state of war is not recognized by one of them.
The Convention shall also apply to all cases of partial or total occupation of the territory of a High Contracting Party, even if the said occupation meets with no armed resistance." Article 2, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949

and numerous Articles of the Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949 apply for the duration of the occupation
"…the Occupying Power shall be bound, for the duration of the occupation, to the extent that such Power exercises the functions of government in such territory, by the provisions of the following Articles of the present Convention: 1 to 12, 27, 29 to 34, 47, 49, 51, 52, 53, 59, 61 to 77, 143." Article 6, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949

and Randall B Prince and his Lake Worth, Azle, Homeland Security, and Federal Bureau of Investigation military police buddies are engaged in War Crimes by coercing information from the Demandant and from third parties with their forced finger printing
"No physical or moral coercion shall be exercised against protected persons, in particular to obtain information from them or from third parties." Article 31, Geneva Convention Relative to the Treatment of Civilians in a Time of War of 1949

and Randall B Prince and his Lake Worth, Azle, Homeland Security, and Federal Bureau of Investigation military police buddies are using his "local rules" as a mechanism to deny the Demandant a remedy (another War Crime)
No contract, agreement or regulation shall impair the right of any worker, whether voluntary or not and wherever he may be, to apply to the representatives of the Protecting Power in order to request the said

*Power's intervention. Article 52, Clause 1, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and his Lake Worth, Azle, Homeland Security, and Federal Bureau of Investigation military police buddies are taking reprisals against the Demandant because of his political beliefs (another War Crime) and pillaged his Arm (Colt Commander)

*"....Without prejudice to the provisions relating to their state of health, age and sex, all protected persons shall be treated with the same consideration by the Party to the conflict in whose power they are, <u>without any adverse distinction based, in particular, on race, religion or political opinion.</u>" Article 27, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

*<u>No protected person may be punished for an offence he or she has not personally committed.</u> Collective penalties and likewise all measures of intimidation or of terrorism are prohibited.*
*Pillage is prohibited.*
*<u>Reprisals against protected persons and their property are prohibited.</u> Article 33, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and they are attacking the Demandant, a man, for the crimes of their Roman cult cestui que trust because the Demandant is one of "the posterity" found in the preamble of the Constitution for the United States of America

*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America. Preamble, Constitution for the United States of America*

and they are required to know the protections provided under the Geneva Conventions may NOT be given up or waived

*<u>Protected persons may in no circumstances renounce in part or in entirety the rights secured to them by the present Convention,</u> and by the special agreements referred to in the foregoing Article, if such there be. Article 8, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and they are required to know that the protections are mandatory

*<u>Protected persons who are in occupied territory shall not be deprived, in any case or in any manner whatsoever, of the benefits of the present Convention</u> by any change introduced, as the result of the occupation of a territory, into the institutions or government of the said territory, nor by any agreement concluded between the authorities of the occupied territories and the Occupying Power, nor by any annexation by the latter of the whole or part of the occupied territory. Article 47, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

by conspiring with McCraw, Hearn, Tooley, and Prince, and some unknown coward under McCraw's supervision to issue an INTELLIGENCE BULLETIN to declare the Demandant ARMED AND DANGEROUS because of a Notice and Demand the Demandant served on Michael T Tooley, the Montana Highway Patrol Chief Administrator in which the Demandant said in Paragraph 38 that the Demandant has "the right to resist an unlawful arrest with lethal force if necessary" but the Demandant is having trouble finding where he said he WOULD resist their unlawful arrest, and the Demandant has NEVER – IN HIS LIFE Breached the Peace and McCraw's hired thugs and Tooley's hired thugs breach the peace under color of law, on a routine basis, and the Demandant DOES have a right to resist any unlawful arrest, as evidenced in the court citations that were originally provided

*"These principles apply as well to an officer attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they do to a private individual who unlawfully uses such force and violence." Jones v. State, 26 Tex. App. I; Beaverts v. State, 4 Tex. App. 1 75; Skidmore v. State, 43 Tex. 93, 903.*

*"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery." (State v. Robinson, 145 ME. 77, 72 ATL. 260).*

*"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense." State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100.*

*"One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance." (Adams v. State, 121 Ga. 16, 48 S.E. 910).*

and the Demandant DOES have a right to resist any unlawful arrest <u>with lethal force if necessary</u>, as evidenced by The Amistadt where the people killed all of their captors except for one because they did NOT know how to sail and they demanded that the one survivor take them back to Africa where the Supreme Court of the United States dismissed the murder charges and ordered them to be returned to Africa, **United States v. Schooner Amistad, 40 U.S. (15 Pet.) 518 (1841)**

*"Story affirmed the right of self-defense by persons held illegally. In his own writings, he had admitted that "a situation could arise in which the checks-and-balances principle ceased to work and the various branches of government concurred in a gross usurpation." There would be no usual remedy by changing the law or passing an amendment to the Constitution, should the oppressed party be a minority. Story concluded, "If there be any remedy at all ... it is a remedy never provided for by human institutions." That was the "ultimate right of all human beings in extreme cases to resist oppression, and to apply force against ruinous injustice." (From Mutiny on the Amistad by Howard Jones, Oxford University Press, 1987, an account of the reading of the decision in the case by Justice Joseph Story of the Supreme Court.*

This INTELLIGENCE BULLETIN (attached) is evidence that McCraw and his redacted coward thugs intend to conspire with Tooley and his Montana Highway Patrol military police, and others, to threaten, coerce, injure and intimidate the Demandant in the free exercise of his right to resist an unlawful arrest with lethal force if necessary, in violation of their title 18 United States Code § 241 Conspiracy Against Rights

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or*
*If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—*
*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.18 USC 241 Conspiracy Against Rights*

This INTELLIGENCE BULLETIN (attached) is evidence that McCraw and his redacted coward thugs and Tooley and his Montana Highway Patrol military police, buddies, and

others, intend that the Demandant is unlawfully arrested under the color of law in violation of their of title 18 United States Code § 242 Violating Rights under Color of law
*"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, …….. shall be fined under this title or imprisoned not more than one year, or both; ………" 18 USC § 242 Violating Rights under Color of Law*

This INTELLIGENCE BULLETIN (attached) is evidence that McCraw and his redacted coward thugs intend to conspire with Tooley and his Montana Highway Patrol military police, and others, to Obstructing by Force the Free exercise of Christian Religious Beliefs, by Subjecting to the Demandant to their Satanic Religious Ceremony, by denying Common Law as found in the Holy Bible, with lies and fraud and a foreign unconstitutional jurisdiction, under Private International Law and their Roman Cult handlers, with their Roman Cult cestui que trust, and their fraudulent military so-called courts, with their Roman Law
*""Civil Law," "Roman Law," and "Roman Civil Law" are convertible phrases, meaning the same system of jurisprudence. That rule of action which every particular nation, commonwealth, or city has established peculiarly for itself; more properly called "municipal" law, to distinguish it from the "law of nature," and from international law. See Bowyer, Mod. Civil Law, 19; Sevier v. Riley, 189 Cal. 170, 244 P. 323, 325" Black's Law Dictionary, Revised 4th Edition, page 312 [emphasis added]*

and there is a maxim of Roman Law
*Let him who is willing to be deceived be deceived*

and they lie and cheat and steal and engage in fraud and deception when they criminally convert your name into GLENN WINNINGHAM (in my case) which is a Roman Cult cestui que trust
*"Yet still it was found difficult to set bounds to ecclesiastical ingenuity; for when they were driven out of all their former holds, they devised a new method of conveyance, by which the lands were granted, not to themselves directly, but to nominal feoffees to the use of the religious houses; thus distinguishing between the possession and the use, and receiving the actual profits, while the seisin of the lands remained in the nominal feoffee, who was held by the courts of equity (then under the direction of the clergy) to be bound in conscience to account [taxes] to his cestui que use for the rents and emoluments of the estate: and it is to these inventions that our practitioners are indebted for the introduction of uses and trusts, the foundation of modern conveyancing." Tomlins Law Dictionary 1835 edition, Volume 2 under the definition of Mortmain [emphasis added]*

under the Code of Law for the District of Columbia
*"Chap. 854. – An Act to establish a code of law for the District of Columbia." which was Approved on March 3, 1901, by the Fifty-Sixth Congress, Session II, at 31 Stat. 1189, and at 2, where it says;*
*"And be it further enacted, That in the interpretation and construction of said code the following rules shall be observed namely:…*
*"Third. The word "person" shall be held to apply to partnerships and corporations, …", [emphasis added]*

*"The Legal Estate to be in Cestui Que Use" Chapter Fifty-Six in Sec. 1617, at 31 Stat. 1432*

and they presume you are dead
*Chapter three – Absence for Seven Years, in Sec. 252, at 31 Stat. 1230, where it says;*
*"SEC. 252. PRESUMPTION OF DEATH. - If any person shall leave his domicile without any known intention of changing the same, and shall not return or be heard from for seven years from the time of his*

*so leaving, he shall be presumed to be dead, in any case wherein his death shall come in question, unless proof be made that he was alive within that time.,*

## and they fraudulently forge your signature onto their quasi contracts

*"Assumpsit - ....In its origin an action of tort, [assumpsit] was soon transformed into an action of contract, becoming afterwards a remedy where there was neither tort nor contract. Based at first only upon an express promise, it was afterwards supported upon an implied promise, and even upon a fictitious promise. Introduced as a special manifestation of the action on the case, it soon acquired the dignity of a distinct form of action, which superseded Debt, became concurrent with Account, with Case upon a bailment, a warranty, and bills of exchange, and competed with Equity in the case of the essentially equitable quasi-contracts growing out of the principle of unjust enrichment. Surely, it would be hard to find a better illustration of the flexibility and power of self-development of the Common Law." James Barr Ames, "The History of Assumpsit," in 3 Select Essays in Anglo-American Legal History 298 (1909)." Black's Law Dictionary, 8th Edition, page 379*

*"Both in Roman and English law there are certain obligations which were not in truth contractual, but which the law treats as IF they were. They are contractual in law, but not in fact, being the subject-matter of a fictitious extension of the sphere of contract to cover obligations which do not in reality fall within it." Salmond, Salmond on Jurisprudence, p. 642 (9th Edition, 1937, Sweet & Maxwell, Ltd. England)*

## which is based solely on the Roman Cult cestui que trust

*"Constructive/quasi contracts are based solely upon a legal fiction or fiction of law." Hill v. Waxberg, 237 F.2d 936*

## where they assault you with some of their so-called "benefits"

*"It is a well settled rule of law that he who seeks benefits of contract must also assume burdens." Higgins v. Monckton (1938), 28 C.A.2d 723, 83 P.2d 516*

*"Voluntary acceptance of benefit of transaction is equivalent to consent to all obligations arising from it, so far as facts are known, or ought to be known, to person accepting." Northern Assurance Co. v. Stout (1911), 16 C.A. 548, 117 P. 617*

*"A quasi contractual action presupposes acceptance and retention of a benefit by one party with full appreciation of the facts, under circumstances making it inequitable for him to retain the benefit without payment of its reasonable value." Major-Blakeney Co. v. Jenkins (1953), 121 C.A.2d 325, 263 P.2d 655, hear den.; Townsend Pierson, Inc. v. Holly-Coleman Co. (1960), 178 C.A.2d 373, 2 Cal. Rptr. 812. [emphasis added]*

## under their "equity",

*"In doing this, I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker." Chisholm v Georgia, 2 Dal. 419 at p 455*

*"A state like a merchant makes a contract. A dishonest state, like a dishonest merchant willfully refuses to discharge it." Chisholm v Georgia, 2 Dal. 419 at p 456*

## and they lie and cheat and steal and engage in fraud and deception where the so-called Judge is actually a (bought and paid for) Clerk masquerading as a Judge

*""When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts administrating or enforcing statutes do not act judicially, but merely ministerially....but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464 [emphasis added]*

*"...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)*

*"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal 596; 167 Cal 762*

and (bought and paid for Clerks masquerading as Judges are not competent to do anything judicial, like issue Warrants, or Orders
*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities" Burns v. Sup., Ct., SF, 140 Cal. 1*

and they demand their fraudulent fake money / military scrip / Federal Reserve Notes / Forced Loans that are Satan's money because the God of Abraham, Isaac and Jacob claims all of the gold and silver which is lawful money
*The silver is mine, and the gold is mine, saith the LORD of hosts. Hagai 2:8*

which is the ONLY lawful money
*"At common law only gold and silver were a legal tender. (2 Inst. 577.)" McClarin v. Nesbit, 2 Nott & McC. (11 S.C.L.) 519 (1820),*

and they are required to follow Texas Codes and the Texas Tax Code requires <u>"cash or its equivalent"</u>, which means Satan's fake money / Federal Reserve Notes, that are NOT authorized in violation of their title 18 USC § 247 Damage to Religious Property; Obstruction of persons in the free exercise of religious beliefs
*(a)Whoever, in any of the circumstances referred to in subsection (b) of this section—*
*(2) <u>intentionally obstructs, by force or threat of force,</u> including by threat of force against religious real property, <u>any person in the enjoyment of that person's free exercise of religious beliefs, or attempts to do so;</u>*
*shall be punished as provided in subsection (d).*
*(b) The circumstances referred to in subsection (a) are that the offense is in or affects interstate or foreign commerce.*
*(d)The punishment for a violation of subsection (a) or (c) of this section shall be—*
*(1) if death results from acts committed in violation of this section <u>or if such acts include kidnapping or an attempt to kidnap,</u> aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, <u>a fine in accordance with this title and imprisonment for any term of years or for life, or both, or may be sentenced to death;</u>*
*(5) <u>in any other case, a fine in accordance with this title and imprisonment for not more than one year, or both.</u> 18 USC § 247 Damage to Religious Property; Obstruction of persons in the free exercise of religious beliefs*

This INTELLIGENCE BULLETIN (attached) is evidence that McCraw and his redacted coward thugs and the Director of the Montana Highway Patrol military police, intend to perjure their Oath of Office by bringing District of Columbia Codes on the land of Texas and the land of Montana and elsewhere in violation of their Oath to the Supreme law of the land Article 1, Section 8, Clause 17
*To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals,*

*dock-Yards, and other needful Buildings Article 1, Section 8, Clause 17, Constitution for the United States of America*

This INTELLIGENCE BULLETIN (attached) claims that the demandant is "naturalized" as required by McCraw and his screened for low intelligence thugs but it is impossible for the Demandant to be one of their US citizen slaves because the Demandant is one of "the posterity" found in the preamble of the Constitution for the United States of America

*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America. Preamble, Constitution for the United States of America*

and Prince is required to know that the Demandant is a direct descendant of "We the People" and is entitled to the right of blood

*"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768*

and Prince is required to know that "We the People" failed to be US citizens, because US citizens failed to exist when the Constitution was written

*"The term, citizens of the United States, must be understood to intend those who were citizens of a State, as such, after the Union had commenced, and the several States had assumed their sovereignties. Before this period there was no citizens of the United States." Manchester v. Boston, Massachusetts Reports, Vol. 16, Page 235 (1819)*

and Prince is required to know that it is impossible for his Montana Highway Patrol Military Police, and his Lake Worth military police buddies, and his Azle military police buddies, and his Homeland Security military police buddies, and his Federal Bureau of Investigation military police buddies and his Fort Worth military police buddies, and his North Richland Hills military police buddies, and his Colleyville military police buddies, and his Bedford military police buddies, and his Euless military police buddies and his Grapevine military police buddies to be superior to the Demandant because they all exist under government authority, and are "other property of the United States" because they are subject to the Code of Federal Regulations

*The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State. Constitution for the United States of America, Article IV, Section 3, Clause 2*

and Prince is required to know that as a direct descendant of "We the People", the Constitution for the United States of America was written under authority of the Demandant

*"the power which is derived cannot be greater than that from which is derived" – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition*

as evidenced by the Statement of Original Status and associated Pedigree charts that is contained in and attached to the Original Claim for Relief, all of which is incorporated herein by reference in its entirety, and it is impossible for the Demandant to be a citizen

of the United States, because the Demandant is white as evidenced in the Lake Worth military police report

*"All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property." 42 USC § 1982 [emphasis added]*

*"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution." Van Valkenburg v. Brown, 43 Cal 43;*

and the so-called Fourteenth Amendment requires that ONLY persons "born or naturalized in the United States"

*"All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States…" Amendment XIV, Section 1*

*"The (14th) amendment referred to slavery. Consequently, the only persons embraced by its provisions, and for which Congress was authorized to legislate in the manner were those then in slavery." Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5, 29*

*"The rights of (original judicial) Citizens of the States, as such, are not under consideration in the fourteenth amendment. They stand as they did before the fourteenth amendment, and are fully guaranteed under other provisions." United States v. Anthony, 24 Fed. Cas. 829, 930 (1873)*

*"Merely being native born within the territorial boundaries of the United States of America does not make such an inhabitant a Citizen of the United States subject to the jurisdiction of the Fourteenth Amendment." Elk v. Wilkins, Neb (1884), 5s.ct.41,112 U.S. 99, 28 L. Ed. 643.*

*"The persons declared to be citizens are, "All persons born or naturalized in the United States and subject to the jurisdiction of thereof." The evident meaning of these last words is not merely subject in some respect or degree to the jurisdiction of the United States, but completely subject…" Elk v Wilkins, 112 US 94, 101, 102, (1884)*

and the hearsay evidence shows that the Demandant was given birth on the soil of Alberta, Canada, which the Demandant has no first hand knowledge of, but having said that, the Demandant does remember walking to school, in Peace River, Alberta, about 600 miles north of the Montana border, in the winter when it was 69 degrees Fahrenheit below zero, and the Demandant does remember finishing high school in 1975 in Raymond, Alberta, about 20 miles north of the Montana border, and neither has the Demandant been naturalized because "the sole authority" is through the Attorney General and by taking the Oath of Allegiance, which the Demandant has failed to do

*"(a)AUTHORITY IN ATTORNEY GENERAL*
*The sole authority to naturalize persons as citizens of the United States is conferred upon the Attorney General.*
*(b)COURT AUTHORITY TO ADMINISTER OATHS*
*(1)JURISDICTION Subject to section 1448(c) of this title—*
*(A)General jurisdiction*
*Except as provided in subparagraph (B), each applicant for naturalization may choose to have the oath of allegiance under section 1448(a) of this title administered by the Attorney General or by an eligible court described in paragraph (5). Each such eligible court shall have authority to administer such oath of allegiance to persons residing within the jurisdiction of the court.*
*(B)Exclusive authority*
*An eligible court described in paragraph (5) that wishes to have exclusive authority to administer the oath of allegiance under section 1448(a) of this title to persons residing within the jurisdiction of the court*

*during the period described in paragraph (3)(A)(i) shall notify the Attorney General of such wish and, subject to this subsection, shall have such exclusive authority with respect to such persons during such period." 8 U.S. Code § 1421.Naturalization authority*

neither is the Demandant a resident alien because the Demandant has failed to make application for a "green card", but the Demandant did claim American nationality through the United States Secretary of State, by right of blood, because the Demandant has ancestors who were in the Colony of South Carolina and the Colony of Virginia, and the Colony of Maryland, prior to the War of Independence, which means that the Demandant's ancestors wrote the state and federal constitutions and all government authority comes from the Demandant, and people like the Demandant, "We the People" *"the power which is derived cannot be greater than that from which it is derived" – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition*

all of which evidences Prince's intent to perjure his oath and all civil laws (Texas and United States Statutes, codes rules and regulations) cannot be used to violate the Demandant's rights
*"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768*

which means that the Demandant is a free inhabitant as found in the Articles of Confederation
*".....the free inhabitants of each of these States, paupers, vagabonds and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several States;....." Article IV, Articles of Confederation (1781)*

and McCraw and Toole failed to be happy engaging in War Crimes against the Demandant, because they and their Homeland Security buddies spread the word under their "Five Eyes" alliance so their Communist buddies in Canada can help out with the War Crimes, as evidenced in the Canada Border Services Agency Lookout Synopsis (attached) where on Page 2, under DETAILS, they are outraged to think anyone has a right to "RESIST AN UNLAWFUL ARREST WITH LETHAL FORCE IF NECESSARY"

and in 2014, McCraw's and Toole's buddies the Canada Border Services Agency arrested the Demandant based on this Lookout Synopsis, held the Demandant in their torture chamber jail, for over 24 hours, that was about 40 degrees farenheight with nothing but a short sleeve shirt, and charged him with fraudulent fictitious charges against their Roman Cult Cestui que trust and put on a show trial and sold the Demandant into slavery for 82 days,

and their buddies Cindy Biggs, under instructions from Peter Kujawinski, Consul General, Richard Hanrahan, Consul General, John Andrews, Consul General, Consulate General of the United States, Calgary, Canada, intended to be accomplices to the war Crimes by notifying Calgary military Police and then taking a nice long lunch so the Calgary military police would have plenty of time to get there to execute their fake color of law warrant (capias) and be waiting for the Demandant when the Demandant went down stairs, to make sure the Demandant got sold into slavery,

and then the Homeland Security thugs used that as justification to revoke the Demandant's Airframe and Powerplant License in an effort to deny the Demandant his right to pursue happiness, and the Demandant has failed to get a compensation for labor contract since 2012 except for a 6 week period in 2015 when the Demandant had a contract with GKN Aerospace in Montgomery Alabama, and when they laid the Demandant off, they went to great trouble to tell the Demandant it had nothing to do with his work performance but that their corporate office in the United Kingdom had ordered it, one of Prince's Five Eyes Alliance buddies

all of which is part of their agenda to engage in War Crimes against anyone who thinks they have any rights, because they intend to enslave anyone who thinks they have rights, and their BAR member whores, like Richman, Alito, Lynn, Ramirez, and Scholer are their accomplices by using their rules to make sure that justice is denied, as part of their slavery agenda because it makes such good business for their so-called Court, so they can sell their "Justus",

and they intend to make sure the Demandant has no access to his grand sons and grand daughters, all of which is  in support of their reprisals agenda against anyone whose political beliefs fail to agree with theirs, and their reprisals against anyone who thinks they have any rights

by sending Jim Palamino, and his Homeland Security military police to conspire with the Federal Bureau of Investigation military police to conspire with John Elliott Mayer, Jr., to send the Demandant a FEDEX package and conspire with the Lake Worth Military police to unlawfully arrest the Demandant when the Demandant picked up the FEDEX package, for Transportation code offenses when McCraw and Palamino know that they and their military police are not authorized to enforce the Transportation code and they conspired with Federal Bureau of Investigation military police and Lake Worth military police and Homeland Security military police, and Azle military police, with fake color of law warrants (capias')

*"A capias is NOT a "Warrant of Arrest,"…." Knox v State, 586 S.W. 2d 504, 506 (Tex.Crim.App. 1979) [emphasis added]*

for Transportation Code offenses when none of them have authority to enforce the Transportation Code and then demanding Federal Reserve Notes from the Demandant for him to get his truck back and demanding Federal Reserve Notes for their fines and pillaging the Demandant's Arm (Colt Commander) and demanding that the Demandant prove that he is one of their US citizen slaves to get it back, and Randall B Prince is required to know that Article 1, Section 10, Clause 1 of the Constitution for the United States of America

*No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.*

requires that ONLY gold or silver coin can be a tender in the payment of a debt and Randall B Prince is required to know that NO Court CAN ask for gold or silver coin because gold or silver coin is NOT in general circulation and have not been since 1964,

and his Court may ONLY ask for Federal Reserve Notes because that is all that is in general circulation, he is required to follow Texas Codes and the Texas Tax Code requires "cash or its equivalent", which means Federal Reserve Notes, Federal Reserve Notes are for use in the District of Columbia ONLY under the Gold Reserve Act of 1934

*SEC. 15. As used in this Act the term "United States" means the Government of the United States; the term "the continental United States" means the States of the United States the District of Columbia, and the Territory of Alaska; the term "currency of the United States " means currency which is legal tender in the United States, and includes United States notes, Treasury notes of 1890, gold certificates, silver certificates, Federal Reserve notes, and circulating notes of Federal Reserve banks and national banking associations ; and the term " person " means any individual, partnership association, or corporation, including the Federal Reserve Board, Federal Reserve banks, and Federal Reserve agents ….. Gold Reserve Act of 1934, 48 Stat. 344*

which is codified at 12 USC § 411

*Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.12 USC 411 Issuance to Reserve Banks, Nature of obligations, Redemption*

therefore Federal Reserve Notes are NOT authorized to be used, which means Randall B Prince  intends to be a Revenue Officer under the Federal Tax Lien Act of 1966,

*"(h) DEFINITION's. …. "(3) MOTOR VEHICLE.-The term 'motor vehicle' means a self-propelled vehicle which is registered for highway use under the laws of any State or foreign country. "(4) SECURITY.-The term 'security' means any bond, debenture, note, or certificate or other evidence of indebtedness, issued by a corporation or a government or political subdivision thereof, with interest coupons or in registered form, share of stock, voting trust certificate, or any certificate of interest or participation in, certificate of deposit or receipt for, temporary or interim certificate for, or warrant or right to subscribe to or purchase any of the foregoing: negotiable instrument: or money." Federal Tax Lien Act of 1966 at Public Law 89-719 at 80 Stat. 1130-1131*

which means Randall B Prince is bringing District of Columbia codes *(not exceeding ten miles square)* on the land of Texas in violation of Article 1, Section 8, clause 17

*To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings Article 1, Section 8, Clause 17, Constitution for the United States of America*

which means Randall B Prince has waived any immunities he may have enjoyed

*"Governments [ any sovereign] descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen...where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . ...  For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." Clearfield Trust Co. v. United States 318 U.S. 363 (1943)*

*Governments lose their immunity and descend to level of private corporations when involved in commercial activity enforcing negotiable instruments, as in fines, penalties, assessments, bails, taxes, the*

*remedy lies in the hand of the state and its municipalities seeking remedy. Rio Grande v. Darke, 167 P. 241,*

and the Constitution for the United States of America is the Supreme Law of the Land
*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. Article VI, Clause 2, Constitution for the United States of America*

and they are required to know that all regulations are for property of the United States
*The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State. Constitution for the United States of America, Article IV, Section 3, Clause 2*

and the International Covenant on Civil and Political Rights was ratified by Congress as Treaty 95-20, which means it is the Supreme Law of the land and Article 1 says the Demandant has the right to self determination
*All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development. Article 1, Clause 1, International Covenant on Civil and Political Rights*

and Prince is required to know that the Four founding documents for The United States of America are The Declaration of Independence, the Articles of Confederation, the Northwest Ordinance, and the Constitution for the United States of America and among other things the Declaration of Independence says
*"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the Pursuit of Happiness. – that to secure these rights Governments are instituted among men…" Declaration of Independence, 1776*

and Prince is required to know that "the pursuit of Happiness" is defined as the right to get compensation for our labor
*"The property which every man has in his own labor, as it is the original foundation of all other property, so it is the most sacred and inviolable. The patrimony of the poor man lies in the strength and dexterity of his own hands, and to hinder his employing this strength and dexterity in what manner he thinks proper, without injury to his neighbor, is a plain violation of this most sacred property." Butchers Union Co. vs. Crescent City Co. 111 U.S. 764.*

*"…every man has a natural right to the fruits of his own labor, as generally admitted; and no other person can rightfully deprive him of those fruits, and appropriate them against his will…" The Antelope, 23 U.S. 66, 120*

*"The right to follow any of the common occupations of life is an inalienable right. It was formulated as such under the phrase 'pursuit of happiness' in the Declaration of Independence." Allgeyer vs. State of Louisiana, 165 U.S. 578, 17 S.Ct. 427, 4l L. Ed. 832 (1897) Hotel et al. vs. Longley, et al. 160 S.W. 2d. 124, 127 (1942)*

*"…The term [liberty]…denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life…The established doctrine is that this liberty may not be interfered with, under the guise of protecting public interest, by legislative action…". Meyer v. Nebraska, 262 U.S. 390, 399, 400*

Criminal Complaint Page 16

*"The right to labor and to its protection from unlawful interference is a constitutional as well as common-law right. Every man has a natural right to the fruits of his own industry". 48 American Jurisprudence, pg. 80*

which is codified in the Code of Law for the District of Columbia, also known as United States Code
*"The labor of a human being is not a commodity or article of commerce…." 15 USC § 17*

and Prince has demonstrated that he intends to deny the Demandant his right to pursue happiness as an accomplice to his Lake Worth military police buddies, and his Azle military police buddies, and his Homeland Security military police buddies, and his Federal Bureau of Investigation military police buddies and the International Covenant on Civil and Political Rights was ratified by Congress as Treaty 95-20, which means it is the Supreme Law of the land and Article 1 says the Demandant has the right to self determination
*All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development. Article 1, Clause 1, International Covenant on Civil and Political Rights*

which means the Demandant decides who the Demandant is, NOT some screened for low intelligence military police hired thug, and NOT some (bought and paid for) Clerk masquerading as a Judge,  and the Northwest Ordinance applies in all federal territory which  includes territory under a military occupation and Article II requires that the demandant be provided a common law proceeding
*The inhabitants of the said territory shall always be entitled to the benefits of the writ of habeas corpus, and of the trial by jury; of a proportionate representation of the people in the legislature; and of judicial proceedings according to the course of the common law. All persons shall be bailable, unless for capital offenses, where the proof shall be evident or the presumption great. All fines shall be moderate; and no cruel or unusual punishments shall be inflicted. No man shall be deprived of his liberty or property, but by the judgment of his peers or the law of the land; and, should the public exigencies make it necessary, for the common preservation, to take any person's property, or to demand his particular services, full compensation shall be made for the same. And, in the just preservation of rights and property, it is understood and declared, that no law ought ever to be made, or have force in the said territory, that shall, in any manner whatever, interfere with or affect private contracts or engagements, bona fide, and without fraud, previously formed. Article II Northwest Ordinance*

and the Supreme Law of the land found in the International Covenant on Civil and Political Rights requires that the Demandant have access to compensation for their unlawful and illegal arrest
*1. Everyone has the right to liberty and security of person. No one shall be subjected to arbitrary arrest or detention. No one shall be deprived of his liberty except on such grounds and in accordance with such procedure as are established by law.*
*2. Anyone who is arrested shall be informed, at the time of arrest, of the reasons for his arrest and shall be promptly informed of any charges against him.*
*3. Anyone arrested or detained on a criminal charge shall be brought promptly before a judge or other officer authorized by law to exercise judicial power and shall be entitled to trial within a reasonable time or to release. It shall not be the general rule that persons awaiting trial shall be detained in custody, but release may be subject to guarantees to appear for trial, at any other stage of the judicial proceedings, and, should occasion arise, for execution of the judgement.*

*4. Anyone who is deprived of his liberty by arrest or detention shall be entitled to take proceedings before a court, in order that that court may decide without delay on the lawfulness of his detention and order his release if the detention is not lawful.*
*5. Anyone who has been the victim of unlawful arrest or detention shall have an enforceable right to compensation. International Covenant on Civil and Political Rights, Article 9*

all of which is evidence that Karen Gren Scholer, and Barbara M G Lynn, and Irma Carillo Ramirez, and Prescilla Richman, and Samuel Alito intend to conspire with Michael T Tooley and Steve McCraw, and Freeman F Martin, and Randall B Prince, and Skylor Hearn, and Alejandro Mayorkas, and John K Tien, and their screened for low intelligence hired thugs like Jim Palamino to deny the Demandant a remedy by using their color of law rules (another War Crime),
*No contract, agreement or regulation shall impair the right of any worker, whether voluntary or not and wherever he may be, to apply to the representatives of the Protecting Power in order to request the said Power's intervention. Article 52, Clause 1, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and as evidenced in the Canada Border Services Agency military police Lookout Synopsis, the Lake Worth military Police Narrative, the Notice and demand served on Michael T Tooley, the letter from the Demandant's daughter when she told the Demandant to leave because her husband is afraid of being FIRED, and the email from the Tarrant County Sheriff stating that they have no Traffic Safety Officers, true copies of each of which are attached hereto, all of each of which are incorporated herein by reference in their entirety and they all intend to unlawfully arrest people and they intend to perjure their oath to "support and defend the Constitution of the United States" which is the Supreme Law of the Land, and the Demandant has NEVER IN HIS LIFE Breached the Peace and Tooley and McCraw and Mayorkas and their PIGs (**P**ersons **I**n **G**overnment who intend to perjure their Oaths) Breach the Peace on a routine basis!

## AGAINST THE PEACE AND DIGNITY OF THE STATE.

### VERIFICATION

I, glenn winningham; house of fearn, do affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.

4 August 2022
_____ Date

_____ L.S.
glenn winningham; house of fearn
with a Proper Mailing address (18 USC § 1342) of;
General Post Office, ZIP CODE EXEMPT
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.

As a Notary Public, I hereby certify that glenn winningham; house of fearn, who is known to me, appeared before me and after affirming, he executed the foregoing document on this the ___4th___ day of August, in the year two thousand and twenty-two.


_Donna S Cartwright_
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

Notary Seal

```
DONNA CARTWRIGHT
Notary Public, State of Texas
Comm. Expires 09-03-2024
Notary ID 10482373
```



| Canada Border Services Agency | Agence des services frontaliers du Canada | PROTECTED B |
|---|---|---|

### Lookout Synopsis

Lookout/Target No.: 7050-10-0473
Date of Issue: 2013/06/17
Date of Expiry: 2013/11/30
Status: Active

**CAUTIONS: ARMED & DANGEROUS**

---

**SUBJECT**

Individual: FEARN, Glenn Winningham
Country of Birth: Not Available                    Gender: Male
Citizenship: Not Available                         DOB: 1957/09/04
Alias: No Data Entered
Description: Brown, N/A, N/A, N/A, Caucasian
             moustache
Tel: No phone number provided
Identification: Other personal document IDCARD036784189, Canada, Alberta
                Passport 208952994, United States, District of Columbia
Address: 6340 Lake Worth Blvd, 437   Fort Worth, TX,
         76135, United States
Address: PO Box 188   Donalda, AB, T0B1H0, Canada
Address: 14 Cayuga Cres W   Lethbridge, AB, Canada

---

**CONVEYANCE**

Highway: Truck, 54JBP9, Pickup, Dodge, 2008, RAM 2500, 3D7KS28A28G141628,
         TX, United States
Highway: Truck, ZUX083, Other, G.M.C., 2000, Jimmy, Gold, AB, Canada

---

**DETAILS**

Type: Firearms
Narrative: FEARN is a member of the Sovereign Citizens movement. This group is right-wing
           extremist group who are extremely anti-government.

           FEARN has made written statements indicating that it is his right to RESIST
           UNLAWFUL ARREST WITH LETHAL FORCE IF NECESSARY. This includes being arrested by
           the police or at the border. He has also indicated that he is prepared to die
           and has a death wish.

           The last time FEARN was dealt with at the border he declared two handguns. He
           was instructed to take his handguns back to the United States. It is suspected
           that he stored his handguns in the United States but at this time this can not
           be confirmed. At this time he was driving a Texas plated vehicle.

           FEARN is currently residing in Lethbridge Alberta but was recently residing in
           Fort Worth, Texas.

           FEARN recently attended provincial court in Lethbridge, Alberta to deal with a

---



| Canada Border Services Agency | Agence des services frontaliers du Canada | PROTECTED B |

**Lookout Synopsis**

lawsuit he served on many people in the Law Enforcement/Justice profession. This lawsuit was dismissed by the Judge and FEARN was ordered to pay court costs.

Due to his statements regarding a death wish, resisting arrest using lethal force, and possession of handguns in the recent past, FEARN is considered to be ARMED AND DANGEROUS.

Please use extreme caution when dealing with FEARN. Contact an Intelligence Officer upon interception. A secondary examination for firearms is strongly recommended.

Officers trained in the use of control and defensive tactics (CDT) and in possession of defensive equipment are expected to manage situations involving persons who may be prone to violence and who may be in possession of a weapon, including a firearm, up to such point that the officer believes he or she has reached the limits of his or her training and personal abilities. Where these limits have been reached, the officer shall permit the individual to proceed into Canada and immediately notify the police force of jurisdiction.

***UPDATE***
On November 30, 2010, Fearn appeared in QB Court. After reviewing the Application for the lawsuit, the judge dismissed the Application it in its entirety and awarded $2950 in costs to the Respondents to be paid by Fearn. After the court hearing and outside the courtroom Fearn made comments that he has numerous firearms in the U.S. which he intended to retrieve and bring into Canada. He also made comments of being killed by police.

***FEARN entered the US at POE Sweetgrass, MT on February 15, 2011.  FEARN would not provide any travel information to US CBP and was allowed to enter the US as he is a US Citizen.****

| | SOURCE | | CONTACT/ENTERED ON BEHALF OF |
| --- | --- | --- | --- |
| Category: | (2) Two | Agency: | CBSA |
| Reliability: | Completely Reliable and Available for Court | Name: | Mark Vanden Berg |
| Source: | CBSA - Port of Entry | Location: | Port of Coutts, AB |
| Legislation: | Customs Act (CA) | Telephone: | ███████ |
| | | Agency: | CBSA |
| | | Name: | Mark Vanden Berg |
| | | Location: | Coutts, AB |
| | | Telephone: | ███████ |

 **Canada Border Services Agency**   **Agence des services frontaliers du Canada**

PROTECTED B

Lookout Synopsis

Issued By: **HUNTLEY, Alana Joan**
  Location: **Alberta South - Intelligence**

Authorized: **HUNTLEY, Alana Joan**
  Location: **Alberta South - Intelligence**

7050-10-0473

UNAUTHORIZED DISCLOSURE OF THIS INFORMATION IS AN OFFENCE UNDER SECTION 107 OF THE CUSTOMS ACT.

LA DIVULGATION SANS AUTORISATION DE CES RENSEIGNEMENTS EST UNE INFRACTION À L'ARTICLE 107 DE LA LOI SUR LES DOUANES

**Page 3 / 3**

Law Enforcement Sensitive



### Texas Department of Public Safety, Intelligence and Counterterrorism Division
# Intelligence Bulletin
(September 7, 2010)

## OFFICER SAFETY
## CONSIDERED ARMED AND DANGEROUS



**GLENN WINNINGHAM FEARN**
DOB: ▓▓▓▓▓ 5'8", 200 lbs
Prior DL's: Utah and Montana (expired)
SSN: ▓▓▓▓▓
Vehicle: 2008 Red Dodge RAM

<u>Summary</u>

In mid-June 2010, GLENN WINNINGHAM FEARN, a self proclaimed member of the Republic of Texas, sent a "Notice and Demand" letter to the Montana Highway Patrol threatening to use lethal force if stopped or "unlawfully arrested." FEARN has a history of sending letters to government offices declaring his sovereignty from the United States, Arizona, New York, Texas and now Montana.

On July 16, 2010, FEARN attempted to enter Canada through a Montana Port of Entry declaring his firearms. He was required to pay a duty tax which he refused. FEARN rented a storage locker for the firearms, returned the same day and entered Canada. FEARN was driving a red Dodge pick up bearing Texas license plate 54J-BP9. FEARN'S Dodge may also bear Republic of Texas plates "2092-A Private Property." Currently, FEARN is back in the US at an unknown location to law enforcement.

FEARN was born in Canada and is a naturalized US Citizen. He has used addresses in Casa Grande, AZ and in Fort Worth, TX which were found to be a private mailing and a shipping business. He has sent multiple mailings to Law Enforcement Agencies giving notice that he would assert his right to resist with lethal force if necessary. He may be unstable, unpredictable, and most likely armed. He should be considered armed and dangerous.

Anyone with comments or questions regarding this bulletin or if contact or arrest of FEARN is made, should contact TX DPS CID Agent ▓▓▓▓▓ at ▓▓▓▓▓ or the DPS Texas Fusion Center at 1-866-786-5972 or e-mail at txdpsintelcenter@txdps.state.tx.us.

Title Holder: Glenn Winningham; house of Fearn     Michael T. Tooley, Chief Admin., Montana Highway Patrol, Notice and Demand 062110

From:
Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
ZIP CODE EXEMPT
DMM 602.1.3.e.2, 18 USC § 1342

**By Registered Mail <u>RR 569 486 047 US</u>**
To:
Michael T. Tooley, Colonel
Montana Highway Patrol Chief Administrator
Montana Highway Patrol Headquarters
2550 Prospect Avenue
P.O. Box 201419
Helena, Montana 59620-1419

**NON-NEGOTIABLE**                                                    **NON-NEGOTIABLE**
                                     **NOTICE AND DEMAND**

     I, Me, My, Myself, a man, a living soul, a sovereign, an inhabitant of the land of Texas, and a holder of the office of "the people", with an address correction: C/O Glenn Winningham; house of Fearn, Non-Domestic Mail, C/O 6340 Lake Worth Blvd., #437, Fort Worth, Texas, Zip Code Exempt, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1.    Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, I accept your Oath of Office. Please find an Oath of Office acceptance document attached hereto, and incorporated herein by reference in its entirety.

2.    Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, equality under the Law is paramount and mandatory by Law.

3.    Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, I did not give you, the authority for making a legal determination for Me.

4.    Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, if you think or assume that you are representing Me, you are FIRED!

5.    Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, neither you, nor any other person, is competent in dealing with any of My affairs.

6.    Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, I am competent for dealing in all of My affairs.

7.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, were Noticed of My copyrights on the name(s) **Glenn W. Fearn©, GLENN WINNINGHAM FEARN©, FEARN, GLENN WINNINGHAM©**, or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL

Page 1 (plus attachments)          Michael T. Tooley, Chief Administrator, Montana Highway Patrol, Notice and Demand 062110
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title
Holder.———————————————————————————————Title Holder Glenn Winningham; house of Fearn
                                                                                          With the Copy-Claim

COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety.

8.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, were ORDERED that any communication with me is to be signed "under the penalty of perjury".

9.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, were Noticed that any violation My copyright(s), or making a legal determination for Me, representing Me, or communicating with Me in any manner not "under penalty of perjury" would constitute an agreement to the fee of;

   a)    ten thousand dollars ($10,000.00), minimum; or

   b)    one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or

   c)    ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,
   for each and every violation, payable only in lawful money.

10.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, were also noticed that any violation as described in paragraph 9 above would constitute an agreement that I could seek relief from all of your corporate officers and directors as well as your parent corporation(s), and its officers and directors, jointly, severally, and personally.

11.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, if you wish to communicate with Me, the sovereign living soul, you are required to address the letter EXACTLY as shown above and if you must use a ZIP code, put it in square brackets, because it takes it off the page, otherwise, additional damages and injuries will accrue.

12.   You Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that pursuant to 18 USC § 1342, My proper name is Glenn Winningham; house of Fearn and My proper address is;
   **with a postal address of;**
   **Non-Domestic Mail,**
   **C/O 6340 Lake Worth Blvd., #437,**
   **Fort Worth, Texas**
   **ZIP CODE EXEMPT**
   **DMM 602.1.3.e.2, 18 USC § 1342**
   and unless you want to be guilty of mail fraud, it shall be shown EXACTLY like it.

13.   Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, you are NOTICED that it is My intent, **NEVER** to act as SURETY, or in any be the guarantor, or an accommodation party for the fictitious entities created by government officials through FRAUD, COERCION, INTIMIDATION, and PERJURY OF OATH.

14.   Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that because of criminal conversion of My name and the names of My

family members, I have seized control of the fraudulently created entities, and copyrighted the names, and therefore, I am the authorized representative for the 15 USC § 44 entity called GLENN WINNINGHAM FEARN, pursuant to Power of Attorney in Fact recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-159374, which is incorporated herein by reference in its entirety.

15.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that I am not a second class UNITED STATES citizen, 14th Amendment Citizen, corporation or other fictitious entity as found in CORPORATE DENIAL AFFIDAVIT, recorded with the Pinal County Recorder at FEE NUMBER 2005-107494, and ZIP CODE CORPORATE DENIAL AFFIDAVIT recorded with the Pinal County Recorder at FEE NUMBER 2005-120448, both of which are incorporated herein by reference in their entirety.

16.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that according to the courts, there is no such thing as a drivers license under Texas law.

*This court has held that there is no such license known to Texas Law as a "driver's license."* Frank John Callas v. State, 167 Tex. Crim. 375; 320 S.W. 2d 360

*We have held that there is no such license as a driver's license known to our law.* Claude D. Campbell v. State, 160 Tex. Crim. 627; 274 S.W.2d 401

*An information charging the driving of a motor vehicle upon a public highway without a driver's license charges no offense, as there is no such license as a driver's license known to the law.*
Keith Brooks v. State 158 Tex. Crim. 546; 258 S.W.2d 317

*There being no such license as a "driver's" license known to the law, it follows that the information, in charging the driving of a motor vehicle upon a highway without such a license, charges no offense.*
W. Lee Hassell v. The State, 149 Tex. Crim. 333; 194 S.W.2d 400

17.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that since there is no such thing as a drivers license, that I will not have one in the event I get stopped by one of your subordinates. However, if I do get stopped by one of your subordinates, I will have;
a)       a PHOTO IDENTIFICATION AFFIDAVIT which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-159373, and is also recorded with the republic of Texas Robertson County Recorder at Book 1, Line 9, as well as;
b)       a TRAFFIC STOP LAWFUL NOTICE which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-040493, and is also recorded with the republic of Texas Robertson County Recorder at Book 1, Line 17, as well as;
c)       a NON-NEGOTIABLE NOTICE AND DEMAND to all Corporate Commercial Agents, which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2010-034479,

Title Holder: Glenn Winningham; house of Fearn      Michael T. Tooley, Chief Admin., Montana Highway Patrol, Notice and Demand 062110

true copies of each of which are attached hereto, and incorporated herein by reference in their entirety.

18.  You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that I am not a person, as far as your statutes are concerned, because a "person" is:

   a)   *"a variety of entities other than human beings."* Church of Scientology v U.S. Department of Justice, 612 F2d 417 (1979) at pg 418

   b)   *"...foreigners, not citizens...."* United States v Otherson, 480 F. Supp. 1369 (1979) at pg 1373.

   c)   *the words "person" and "whoever" include corporations, companies, associations, firms, partnerships, societies, and joint stock companies...* Title 1 U.S.C. Chapter 1 – Rules of Construction, Section 1

and a sovereign is not a "person" in a legal sense and as far as a statute is concerned;

   a)   *" 'in common usage, the term 'person' does not include the sovereign, [and] statutes employing the [word] are normally construed to exclude it.'* Wilson v Omaha Tribe, 442 US653 667, 61 L Ed 2d 153, 99 S Ct 2529 (1979) (quoting United States v Cooper Corp. 312 US 600, 604, 85 L Ed 1071, 61 S Ct 742 (1941). See also United States v Mine Workers, 330 US 258, 275, 91 L Ed 884, 67 S Ct 677 (1947)"* Will v Michigan State Police, 491 US 58, 105 L. Ed. 2d 45, 109 S.Ct. 2304

   b)   *"a sovereign is not a person in a legal sense"* In re Fox, 52 N. Y. 535, 11 Am. Rep. 751; U.S. v. Fox, 94 U.S. 315, 24 L. Ed. 192

19.  You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that because I am not involved in commerce in any way, I do not have a Motor Vehicle pursuant to 18 USC § 31 which says;
*"The term "Motor Vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.*
*The term "used for commercial purposes" means the carriage of persons or property for any fare, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking intended for profit."*

20.  You Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that My private conveyance may have plates on it purporting to be associated with the republic of Texas similar to those, which are attached hereto, and incorporated herein by reference in their entirety, but in any event, it will be identified with the words **PRIVATE VEHICLE**, or **NON-COMMERCIAL**, or **PRIVATE PROPERTY**, in large unmistakable letters, on the rear bumper area. You are NOTICED that the reasons for these words being placed in the rear bumper area is firstly, because it is not a **"Motor Vehicle"**, it is a **"PRIVATE VEHICLE"**, and secondly, because a Certificate of Title certifies that the state has the title, which means the state owns the vehicle, and these words provide notice that this vehicle is

Title Holder: Glenn Winningham; house of Fearn       Michael T, Tooley, Chief Admin., Montana Highway Patrol, Notice and Demand 062110

not owned by the state, even though it may have state plates on it, and any claim to
the contrary is perjury of oath by any officer of the court or the state.

21. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are
NOTICED that all documents that are recorded with the PINAL COUNTY RECORDER
may be viewed at their website at;
http://pinalcountyaz.gov/Departments/Recorder/Pages/DocumentSearch.aspx

22. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are
NOTICED that you are not authorized to serve commercial process on Me.

23. As a titled sovereign, I hereby DEMAND that you Michael Tooley, Colonel, Chief
Administrator, Montana Highway Patrol, protect Me from all foreign agents, like agents
from the FBI, the DEA, the INS, the IRS, the IMF, the CIA, and any other agents of
foreign governments.

24. As you already know, Michael Tooley, Colonel, Chief Administrator, Montana Highway
Patrol, neither the Transportation Code, nor the Uniform Commercial Code, are
positive law, therefore, you have no authority whatsoever, to impose anything in either
of them on Me.

25. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are
NOTICED that because I am a sovereign living soul, and a holder of the office of "the
people", and an inhabitant of the land of Texas, who is currently travelling on the land
of New York, that it also holds true that I am not a "person" as found in any of your
corporate commercial codes, rules, and regulations, and therefore, your law merchant,
a/k/a private international law, a/k/a martial law, a/k/a canon law, a/k/a ecclesiastical
law, **does not apply to Me**, and if you or one of your subordinates attempts to impose
one of your law merchant so-called contracts upon Me, your subordinate and you will
be engaging in Perjury of Oath, Sedition to the Constitution, and giving aid and comfort
to the enemy in a time of war, which is the prosecutable form of Treason as found in
the constitutions for the united States of America, the New York republic, as well as
the republic of Texas.

*Inasmuch as every government is an artificial person, an abstraction, and a
creature of the mind only, a government can interface only with other artificial
persons. The imaginary, having neither actuality nor substance, is foreclosed
from creating and attaining parity with the tangible. The legal manifestation of
this is that no government, as well as any law, agency, aspect, court, etc. can
concern itself with anything other than corporate, artificial persons and the
contracts between them.*
*Penhallow v. Doane's Administraters 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54, (1795)*

26. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are
noticed that pursuant to the Federal Rules of Civil Procedure rule 81 (f) you are a
revenue officer of the United States, especially since you have in your court room a
US martial law war flag, and pursuant to the Eleventh Article in Amendment to the
Constitution for the united States of America, you and your subordinates have no

God

authority whatsoever to hear, (much less rule), in any case involving Me, or My wife, or My infant children, and if you or your subordinates do hear or rule in any matter involving Myself, My wife, or My children, it will be without any authority whatsoever, and in which case, you and your subordinate, will have no immunity whatsoever, and will be personally, fully liable for perjury of oath at a minimum.

27.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that the use of any statutes, codes, rules, regulations, or court citations, within any document created by Me, at any time, is only to notice that which is applicable to you, and is not intended, not shall it be construed, to mean that I have conferred, submitted to, or entered into any jurisdiction alluded to thereby.

28.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that if you receive commercial paper (Federal Reserve Notes, bank drafts, legal tender) for your compensation, then you do NOT receive lawful money and you are a municipal corporation and have no authority whatsoever over Me. You and your subordinates have no more authority over Me than a Walmart rent-a-cop does.

29.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I am not bankrupt like you and your criminal corporation, and I hereby certify that I have in my possession much more than twenty-one dollars in lawful money (twenty-one each, one troy ounce silver eagle coin with a face value of one dollar each).

30.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I recently converted some silver to land together with all of the rights and privileges of the original land patent, therefore, I hold absolute ownership in land.

31.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that I do travel on the land of New Jersey, or elsewhere from time to time, but I am not even remotely interested in being in your criminal municipal corporation called UNITED STATES, or its political subdivision called STATE OF MONTANA, and any attempt by you, or your subordinates, to coerce or intimidate Me into your municipal corporation is perjury of oath at a minimum, by whoever does it, and you.

32.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that the ONLY legitimate power that is held by ANY governmental entity in the United States, and their agencies, is power that "We the people" delegated, and "we the people" are not subject to their codes, rules, and regulations.
       *"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts."* Yick Wo v Hopkins, 118 US 356, at pg 370;

Title Holder: Glenn Winningham; house of Feam      Michael T. Tooley, Chief Admin., Montana Highway Patrol, Notice and Demand 062110

33.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are
       NOTICED that My rights are "unalienable" as found in the Declaration of
       Independence (1776), (which is positive law) which means that they CANNOT be
       alienated under ANY circumstances.

34.    You Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are
       NOTICED that just because the US Congress PERJURERS pass a Foreign Sovereign
       Immunity Act, (and it is true that I am foreign, because I am a citizen of Texas, which is
       foreign to the United States), that Congress does not have the authority to convert My
       rights from unalienable, (CANNOT be alienated under ANY circumstances) to
       inalienable (CAN be alienated based on some presumed contract), and neither does
       Congress have the right to grant ANY officer of ANY court the right to make such a
       presumption.

35.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are
       NOTICED that any (so-called) contract which appears to alienate ANY of My God
       given rights, as one of "the people", involving ANY government in America, or ANY
       agency of any government in America, is a NULLITY, because the government
       CANNOT commit TREASON (breach of trust), and ANY presumption to the contrary
       by **ANY** Officer of **ANY** Court, is Perjury of Oath.

36.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are
       NOTICED that the ONLY valid contract involving Me, one of "the people", is a common
       law contract, between living souls, with full disclosure, in writing, with full knowledge,
       and intent, and signed in red ink on the land of America, and this does NOT include
       ANY law merchant (so-called) contracts, or any contracts with any fictitious entities.

37.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are
       NOTICED that all corporations are, by definition, **incorporated** into the government,
       and all Banks are instrumentalities of Congress (because of the Bank Act), therefore
       they are all agencies of the government, and ALL contracts with ANY government
       agency is a NULLITY, as far as ANY violation of My rights is concerned, whether the
       so-called contract is in writing or not.

38.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are
       NOTICED that I have the right to resist unlawful arrest with lethal force if necessary, as
       found in the Notice and Demand to all Corporate Commercial Agents 022810 which is
       recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2010-034479, and
       also;

       **"These principles apply as well to an officer attempting to make an arrest, who
       abuses his authority and transcends the bounds thereof by the use of
       unnecessary force and violence, as they do to a private individual who
       unlawfully uses such force and violence."** Jones v. State, 26 Tex. App. I; Beaverts
       v. State, 4 Tex. App. 1 75; Skidmore v. State, 43 Tex. 93, 903.

       **"An illegal arrest is an assault and battery. The person so attempted to be
       restrained of his liberty has the same right to use force in defending himself as**

he would in repelling any other assault and battery." (State v. Robinson, 145 ME. 77, 72 ATL. 260).

"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense." State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100.

"One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance." (Adams v. State, 121 Ga. 16, 48 S.E. 910).

"Story affirmed the right of self-defense by persons held illegally. In his own writings, he had admitted that "a situation could arise in which the checks-and-balances principle ceased to work and the various branches of government concurred in a gross usurpation." There would be no usual remedy by changing the law or passing an amendment to the Constitution, should the oppressed party be a minority. Story concluded, "If there be any remedy at all ... it is a remedy never provided for by human institutions." That was the "ultimate right of all human beings in extreme cases to resist oppression, and to apply force against ruinous injustice." (From Mutiny on the Amistad by Howard Jones, Oxford University Press, 1987, an account of the reading of the decision in the case by Justice Joseph Story of the Supreme Court.

39.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I have an unlimited right to carry arms, whether concealed or not.

"The carrying of arms in a quiet, peaceable, and orderly manner, concealed on or about the person, is not a breach of the peace. Nor does such an act of itself, lead to a breach of the peace." Wharton's Criminal and Civil Procedure, 12th Ed., Vol.2: Judy v. Lashley, 5 W. Va. 628, 41 S.E. 197

40.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that in the event that one of your hired thugs attempts to unlawfully arrest Me, and I assert My right to resist that unlawful arrest, with lethal force if necessary, and your hired thug kills Me, your hired thug will be guilty of MURDER, and so will you.

"Perhaps it should be mentioned that as a general rule a person is placed under arrest when he is deprived of his liberty by an officer who intends to arrest him. It is not always necessary for the officer to make a formal declaration of arrest. See: 1 Varon, Searches, Seizures and Immunities, 75 (1961);" Henry v. United States, 361 U.S. 98, 4 L.Ed.2d 134, 80 S.Ct. 168 (1959) and United States v. Boston, 330 F.2d 937 (1964).

"The stopping of an automobile by a highway patrol officer for inspection of a driver's license, or for any other purpose where it is accomplished by the

**authority of the officers, is an "arrest."** Robinson v. State, 198 S.W.2d 633, 635, 184 Tenn. 277

**"A motorist stopped by a traffic officer for a traffic offense would be considered "arrested" . . . even if the motorist was not specifically informed that he had been arrested."** People ex rel. Winkle v. Bannan, 125 N.W.2d 875, 879, 372 Mich. 292.

**"Any restraint, however slight, upon another's liberty to come and go as one pleases, constitutes an "arrest."** Swetnam v. W.F. Woolworth Co., 318 P.2d 364, 366, 83 Ariz. 189.

41.   Finally, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, as a titled sovereign, I hereby DEMAND that you, and your subordinates, protect My unalienable rights.

42.   Signed and Sealed in red ink on the land of New York.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

**Notice for the principal is notice for the agent and notice for the agent is notice for the principal.**

This instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN, and all derivatives thereof
My Copyright

Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the
people", inhabitant of the land of Texas
travelling from time to time on the land of New York,
and elsewhere

Seal

Title Holder: Glenn Winningham; house of Fearn      Michael T. Tooley, Chief Admin., Montana Highway Patrol, Notice and Demand 062110

## Witnesses

We, the undersigned witnesses, who are sovereign living souls, each and everyone of us, and inhabitants of the land of New York, do hereby certify that we witnessed the signature of Glenn Winningham; house of Fearn, who is also a sovereign living soul, and an inhabitant of the land of Texas.

| Name | Signature | Date | City nearest abode; |
|------|-----------|------|---------------------|
| George Batts | George Batts | 6/7/10 | White Plains |
| Barry Brown | Barry Brown | 6/7/10 | White Plains |
| Kenneth Levy | | 6/7/10 | White Plains |

Michael T. Tooley, Chief Administrator, Montana Highway Patrol, Notice and Demand

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.————————————————————————————————————————Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

 **FOR THE RECORD At Law;** 

## _OFFICIAL NOTICE/DEMAND by an American Sovereign!_

**FOR: The living Man or Woman of God so named below offering We the People of God your OATH OR AFFIRMATION FOR SERVICE UNDER WE THE PEOPLE'S CONSTITUTIONS, FOR SERVING AS A ELECTED, EMPLOYED AND/OR APPOINTED SERVANT AS AN OFFICIAL ADMINISTRATOR OR AGENT is now NOTICED that who so ever acts with DISHONOR regarding his/her OATH OF OFFICE standing unto God is in Violation(s) of His one Natural Law and contract breach with me being one We the People of God for not upholding my organic Constitutional superior declared Sovereign Rights of God and is therefore impersonating without standing;**

In the name of God, Amen; I, me, my, myself, a living soul sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES, formally accept your contract offer for value being your Oath and/or Affirmation(s) for Office without the Corporatism UNITED STATES by affirming (swearing), "so help me God". I formally accept your offer with lawful conditions with your constitutional, legislated, delegated, regulatory authority and your timely public declaration for fiduciary officeholder by Oath and/or Affirmation by limiting your all enforcement claims brought forth, "UNDER PENALTIES with PERJURY". Further, I formally accept your Oath offers with conditions that all RETURNS must be signed Under Penalties with Perjury upholding and notwithstanding all your Oath offering(s) and/or Affirmation(s). I formally accept your Oath offers or Affirmation(s) for Office beholding unto our Creator God as being truth. KJV: Leviticus 19:12, Deuteronomy 23:23, I Kings 8:31-32, Ecclesiastes 5:3-6, Mathew 23:11-30, James 1:6-7.

It is now written that you and I have joinder standing under God in a firm binding private contract ab initio, I demand you uphold your private contract part, non ultra vires, as laid down by our Creator in His Holy Word and declared in the one We the People's organic Constitution for Texas a republic and with all other Oath offering(s) and Affirmation(s) notwithstanding. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Whereas the above private contract now being in force, you are personally liable for the protection for my entire Texian American Sovereignty declared rights standing in God's Kingdom without the Corporatism UNITED STATES, therefore I demand you honor my reserved declared rights imbedded in our Constitution and protected with God's Superior common law and commercial law which is created within imprescriptibility as mine and are inalienable in their entirety. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Absent the above private contract involving my Sovereign private affairs that are arrived at without recourse and dishonor with you and whereas your Corporatist Title being one PERSON created by THE STATE OF MONTANA/UNITED STATES is fired from assigning or appointing any 3rd party legal representation for making legal determinations involving me. Doing otherwise initiates Dishonor unto Him our Creator and good faith breach with me of God and in International Maritime Law voids your fiduciary worthiness.

I further declare I am confident for handling my own affairs. I do not own or reside on or in any water body on planet earth. I declare by Affidavit "I am of God not a Corporatism UNITED STATES OR STATE created Corporatist". If you insist on pursuing, standing against me of God without Venue or proper geographical Jurisdiction you are in Montana State Corporatism violation "Law with Color", Nation's Laws, International Laws and the most superior law over all, our creator God's one Royal law.

**KJV/Gal: 5-14; all law is fulfilled in one word; Thou shall love thy neighbor as thyself. James 2:8-10**

**THEREFORE, _YOU ARE NOTICED_ that you may be knowingly or unknowingly COMMITTING CRIMINAL ACTS by criminally converting Civil Statutes and my inalienable rights. These acts are being Created by simulating Court Processes using Corporatism "LAWS WITH COLOR" while being INFERIOR**

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

With the Copy-Claim BY _____ Seal



**FOR THE RECORD At Law;**



with **We the People's Superior created organic Constitutional Jurisdiction and Venue. Therefore you may be standing in DISHONOR our OATH(S) OF OFFICE by dishonoring God the one Organic Creator Superior over all and myself a declared sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES. If found you have knowledge in COMMITTING such CRIMINAL ACTS and dishonoring your OATH(S) OF OFFICE as an Elected, Appointed, Assigned, and/or Employed official servant for We the People of God, claims may be brought against you PERSONALLY for you are operating outside the bounds for your constitutional, legislated, delegated, and regulatory authority. THE STATE OF MONTANA/UNITED STATES Corporatism offers no protection for its administrators, agents, employees that are elected, contracted, employed or appointed when they operate outside their jurisdictional bounds and against God's Superior created mankind.**

    I demand acknowledgement and receipt with attached *NOTICE/DEMAND* including any charging, billing, inquiry, summons and/or any other simulated Court process with related instrument(s) certified copies being sought against me that may require a fine, pleading, subpoena or arrest and/or causing myself injury and/or my private property. If you refuse in signing said OFFICIAL NOTICE/DEMAND then any fraudulent actions by you against me will be declared tendered and dishonored by affidavit and describing you as being an unlawful official administrator/agent/employee impersonator. I demand your signature hereon and returned within three days from receipt as an acknowledgement which may be introduced as evidence for initiated claim(s) and your signature hereon is not a guilt admission:

Official man/woman's living Name: <u>Michael T. Tooley</u>; Signature: _____

Official's Corporatism d.b.a./Title: <u>MICHAEL T. TOOLEY, COLONEL, CHIEF ADMINISTRATOR, MONTANA STATE PATROL;</u>

Official's Corporatist Bar Card No: _____ Official's Office No.: _____

Official's Elected and/or Appointed Bonding Co. name and number: _____

Regards:

               Me By _____ of God;
**I, me, my/myself By Glenn Winningham; house of Fearn, a Sui Juris Living-Soul, Claimant. By Affidavit I am of God standing in God's Kingdom without the Corporatism UNITED STATES as a Private-Texian-American-Sovereign and all my rights standing reserved in God's Kingdom, without Recourse** .

## Witnesses

We, the undersigned witnesses, who are sovereign living souls, each and everyone of us, and inhabitants of the land of New York, do hereby certify that we witnessed the signature of Glenn Winningham; house of Fearn, who is also a sovereign living soul, and an inhabitant of the land of Texas.

| Name | Signature | Date | City nearest abode; |
|------|-----------|------|---------------------|
| George Botts | *George Botts* | 6/7/10 | White Plains |
| Barry Brown | *Barry Brown* | 6/7/10 | White Plains |
| Kenneth Levy | *Kt* | 6/7/10 | White Plains |

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

With the Copy-Claim BY _____ Seal

USPS - Track & Confirm                                    Page 1 of 1

 **UNITED STATES POSTAL SERVICE**

Home | Help | Sign in

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: RR56 9486 047U S
Class: First-Class Mail®
Service(s): Registered Mail™
             Return Receipt
Status: Delivered

Your item was delivered at 10:04 AM on June 14, 2010 in HELENA, MT
59601.

Detailed Results:

- Delivered, June 14, 2010, 10:04 am, HELENA, MT 59601
- Arrival at Unit, June 14, 2010, 5:27 am, HELENA, MT 59601
- Processed through Sort Facility, June 13, 2010, 4:41 pm, BILLINGS, MT 59101
- Acceptance, June 09, 2010, 11:18 am, PURCHASE, NY 10577

**Notification Options**

Track & Confirm by email     Item sent to you or others by email.   Go >

Track & Confirm
Enter Label/Receipt Number.

Go >

Careers   Privacy Policy   Terms of Use   Business Customer Gateway



# Lake Worth Police Department

Page 1

3805 Adam Grubb

## Inmate Booking Report

7/27/2018

### Personal

Name: Fearn, Glenn Winningham                    Agency Id: 8837-1

Ethnicity: Non-Hispanic   DOB ████     Age: 60      POB: refused

Race: White        Sex: Male      Weight: 200      Height: 5`8``

Hair: Brown        Eyes: Blue

Identifying Characteristics

| Characteristics | Body Parts | Description |
|---|---|---|

---

DL No.: ████      Issued: TX      SS No.: ████   DPS No.:        FBI No.:

Occupation:                    Employer:

### Address
Street:                    City:        State:        Zip:

### Phone
Phone:            Type:

Phone:            Type:

### Arrest
Arrest Agency: Lake Worth Police Department      Booking Date: 07/27/2018 14:23

Arrest Officer:                    Booking Officer:

Arrest Location:                    Arrest Date:

### Vehicle
Make: Dodge        Model: 3500      License No.: 54JBP9      Towed: Yes

### Remarks:
Subject refused to answer questions related to the book-in process.

*24 Pickup sent @ 1929 7/27*

### Charges

1  — Arrest Report Warrants                    Call No.:

                                               1800016607

Agency: Azle PD            Warrant #:       Charge Type Warrant      Amount:

Classification: Class C Misdemeanor

Remarks:   A023735-01   FMFR   $346.00
           A023735-02   Speeding   $283.00
           A023735-03   NO DL   $266.00
                Total: $895.00

*Check 29's*                    *$895.00*

*GB 304*

*Entered By:*                    Total Amount: 0

*Date ___ 7/28/18*

*RLS NON PICKUP @ 1726/1531*

# Lake Worth Police Department
## Narrative

Date of report: 2018-07-27                         Case Number: 1800016607

Incident Number :1800016607

On Friday 07/27/2018 at approximately 13:10, Officer West #259, Officer Martin #323 and I, Officer D. Martinez #314 were dispatched to the parking lot of Albertsons, located at 6308 Lake Worth Blvd, Lake Worth, Tarrant County Texas 76135 in reference to the Department of Homeland Security requesting assistance on a suspicious vehicle. DHS was advising that the license plate might possibly not belong to the vehicle that it was on.

Upon arrival, the vehicle was located in the parking lot of Racetrack (6300 Lake Worth Blvd), adjacent to Albertsons. Officer West and I positioned our vehicles to keep eyes on the suspect vehicle while we gathered more information from dispatch. Lake Worth dispatch advised that the vehicle had a regional warrant (Class C misdemeanor/traffic) attached to the license plate out of the Azle Police Department. The vehicle then left the Racetrack, staying in the parking lot of Albertsons, and proceeded to the EZ Mail, located at 6340 Lake Worth Blvd. Dispatch stated that the warrant attached to the license plate belonged to a Glenn Winningham Fearn (W/M, 09/04/1957). As the male exited the vehicle and walked into the store, I observed that the date of birth for the wanted individual was consistent with the age of the male driver and sole occupant of the vehicle.

After the man (later identified as the above listed subject) walked back to his truck, he left he parking lot and began driving west in the 6300 block of Lake Worth Blvd. I activated my overhead lights on my marked patrol vehicle and initiated a traffic stop on the vehicle, which yielded in the parking lot of Walmart (6360 Lake Worth Blvd). The vehicle was a 2008 Dodge pickup, red in color, bearing Arizona license plate CH56267.

I approached the driver's side of the vehicle and made contact with Glenn, requesting to see his driver's license and proof of insurance, who stated that he was not required to have a driver's license because he was in transit. I asked him several more times for his driver's license and insurance and he refused to present it. I asked Glenn to exit his vehicle and he reluctantly complied after telling me that it was lawful to resist an unlawful arrest.

Officer West convinced him to present ID and he handed us a photo ID that appeared handmade and had his name on it. The Azle PD warrants were confirmed and Glenn was placed under arrest for the following charges:

Warrant # A023735–01        FMFR        $346.00

Officer: MARTINEZ, D                         Approving Supervisor: GREGORY, C.

# Lake Worth Police Department
## Narrative

Date of report: 2018-07-27                                    Case Number: 1800016607

| | | |
|---|---|---|
| Warrant # A023735-02 | Speeding | $283.00 |
| Warrant # A023735-03 | No DL | $266.00 |
| | Total: | $895.00 |

An inventory of the vehicle was completed before the wrecker arrived for the vehicle and a loaded stainless Colt Commander Mark IV in .45 ACP caliber was located in the center console, along with 44 rounds of .45 ACP hollow point ammunition and 2 magazines for the pistol. Also located were multiple open FedEx bags, two of which contained flash drives (one package contained 8 flash drives with the number "8" on them and the other contained 4-5 flash drives that were Scandisk brand). A brand new Samsung cell phone was also located inside the cab of the pickup. Glenn was issued citation LPD1066097 for Fail to Maintain Financial Responsibility and LPD1066096 for Fail to Display Driver's License. The pistol, 2 magazines and 44 rounds of ammunition were booked into property locker #2 for safekeeping. No further info.

Officer: MARTINEZ, D                          Approving Supervisor: GREGORY, C.

Dear Dad,

I had really looked forward to having you come to Arizona. I was devistated when I realized we wouldn't be able to have you around all the time because of Barron's line of work / security clearance. I don't really understand fully why that is a thing, but it is. I feel really stuck between a rock and a hard place. On one hand I want you in my life, and you are such a great Grandpa to the kids and I want you in their lives! On the other hand Barron is very stressed having you hear knowing it may be putting his job in jeopardy, this in turn makes things hard for me also. You are my Dad! How can I not welcome you into my home?!

I have so many conflicting feelings and that is why we have had you longer than we thought you should be with us. However, the past few days I have really started to feel more and more uneasy. This has all lasted much longer than we originally thought. You have also seemed more and more reclusive, which seems out of character. I'm not sure →

if ~~it~~ it is because you are trying to stay out of our way because you know you've been around much longer than planned, but my uneasy feelings have only been increasing and tonight I haven't been able to sleep worrying ~~too~~ about all this.

Dad, I love you and I don't want you to resent me or Barron for this, it isn't our fault. It just is what it is, we can't have you here any longer, I don't think we should have you even another night.

I know you have to ~~go~~ to New Jersey, maybe you can leave early? ~~I~~ Maybe Wilson can have you at his place? I know Washington is not where you want to be but maybe you can stay there for a bit and re-group? Just some ideas.

Dad, I love you and I want to be a good daughter and I hope you know that I am doing ~~the best~~ my best and I hope that is good enough for you. ♡♡

Love,
Jess



U.S. Department of Homeland Security
Arlington, Virginia 20598



Transportation
Security
Administration

**JUL 0 9 2014**

### By First Class, Registered and Certified Mail - Return Receipt Requested

| | | |
|---|---|---|
| Mr. Glenn Fearn | Mr. Glenn Fearn | Mr. Glenn Fearn |
| 6340 Lake Worth Blvd | 261 Main St. | PO Box 152 |
| #437 | Cardston, AB T0K 0K0, Canada | Babb, MT 59411 |
| Fort Worth, TX 76135 | | |

      Re:    Initial Notification of Threat Assessment
              Federal Aviation Administration Airman Certificate Number 069685426

Dear Mr. Glenn Fearn:

    This letter serves as an initial notification of a threat assessment (Initial Notification). Based upon materials available to the Transportation Security Administration (TSA), which I have personally reviewed, and pursuant to 49 United States Code § 46111, I have determined that you pose, or are suspected of posing, a security threat. Accordingly, TSA is initiating the process to revoke all certificates issued to you by the Federal Aviation Administration (FAA).

    As part of this process, TSA is concurrently notifying the FAA of the determination that you pose, or are suspected of posing, a security threat and requesting that the FAA suspend all certificates issued to you by the FAA.

    No later than 15 calendar days after the date of service of this Initial Notification, you may serve upon TSA a written request for copies of releasable materials and an unclassified summary of the classified information upon which this Initial Notification was based.

    In addition, you may serve upon TSA a written reply to the Initial Notification no later than 30 calendar days after the date of service of the Initial Notification, or 30 days after the date of service of TSA's response to your request for copies of the releasable materials upon which this Initial Notification was based, whichever is later. This written reply should include any information that you believe TSA should consider in reviewing the basis for the Initial Notification.

    In your written reply, you may request an in-person or written hearing before an administrative law judge. If requested, the in-person hearing will be held either at TSA headquarters or a location selected by TSA in the metropolitan Washington, D.C. area. The administrative law judge will issue a written decision no later than 30 calendar days after the conclusion of the hearing. The administrative law judge's decision may be appealed by either party to the Transportation Security Oversight Board (TSOB). The

TSOB shall issue a Final Determination, which constitutes a final agency order.  You should serve all documents upon:

> Robert G. Seasonwein
> Assistant Chief Counsel
> Security Threat Assessment Operations
> TSA Headquarters
> 12th Floor, TSA -2
> 601 South 12th Street
> Arlington, VA  20598

TSA does not disclose classified information, as defined in Executive Order 12968 section 1.1(d), and TSA reserves the right to not disclose any other information or material not warranting disclosure or protected from disclosure under law.

You may, if you choose, be represented by counsel during this process at your own expense.

Sincerely,

J. W. Halinksi
Deputy Administrator

cc:   The Honorable Michael P. Huerta
      Administrator
      Federal Aviation Administration

 **Gmail**

Winningham Fearn <winfearn@gmail.com>

---

## Re: Public Information Request
1 message

---

**Jennifer D. Gabbert** <JDGabbert@tarrantcounty.com>                  Tue, May 25, 2021 at 8:39 PM
To: Winningham Fearn <winfearn@gmail.com>

Hello Mr. Fearn,

Tarrant County Sheriff's Office does not have county traffic officers as described in TC 701.

Take care-




Get Outlook for iOS

---

**From:** Winningham Fearn <winfearn@gmail.com>
**Sent:** Tuesday, May 25, 2021 6:09:41 PM
**To:** Jennifer D. Gabbert <JDGabbert@TarrantCounty.com>
**Subject:** Public Information Request

---

**EXTERNAL EMAIL ALERT! Think Before You Click!**

---

Please provide the names and titles of everybody who was appointed a County Traffic Officer under Texas Transportation Code Section 701 for the last year.

Thanks in advance for your help with this!!!

                                                         Best Regards,

                                                             Win

# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

GLENN WINNINGHAM      §
            §
     v.         §   CIVIL ACTION NO. 3:19-CV-1986-S-BH
            §
CORY BLOUNT, et al.      §

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

   After reviewing all relevant matters of record in this case, including the Findings, Conclu-

sions, and Recommendation of the United States Magistrate Judge and any objections thereto, in

accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclu-

sions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions

of the Court.  The case will be dismissed by separate judgment for failure to prosecute or follow

orders of the Court.

   **SO ORDERED.**

   SIGNED November 2̲2̲, 2019.


                                   
                  **UNITED STATES DISTRICT JUDGE**

# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| GLENN WINNINGHAM | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1986-S-BH |
| | § | |
| CORY BLOUNT, et al. | § | |

## FINAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1.   The plaintiff's claims are **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or follow orders of the Court.

2.   The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the plaintiff.

**SO ORDERED.**

SIGNED November 22, 2019.

_____
**UNITED STATES DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLENN WINNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:19-CV-1986-S (BH) |
| | ) | |
| CORY BLOUNT, et al., | ) | |
| | ) | |
| Defendants. | ) | Referred to U.S. Magistrate Judge[1] |

## FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Based on the relevant filings and applicable law, this case should be dismissed without prejudice for failure to prosecute or follow orders of the court.

### I. BACKGROUND

The plaintiff filed this action against the defendants on August 19, 2019. (*See* doc. 3.) By *Notice of Deficiency and Order* dated August 21, 2019, he was notified that he had not paid the filing fee or submitted an application to proceed *in forma pauperis* (IFP). (*See* doc. 4.) Attached to the order was an IFP application. *See id.* The order specifically advised the plaintiff that he must either pay the filing fee or file his IFP application within fourteen days, and that a failure to do so could result in the dismissal of his case. *Id.* More than fourteen days from the date of the order have passed, but the plaintiff has not paid the filing fee or filed an IFP application, or filed anything else in this case.

### II. INVOLUNTARY DISMISSAL

Rule 41(b) of the Federal Rules of Civil Procedure permits a court to dismiss an action *sua sponte* for failure to prosecute or follow orders of the court. *McCullough v. Lynaugh*, 835

---

[1] By *Special Order No. 3-251*, this *pro se* case has been automatically referred for full case management.

F.2d 1126, 1127 (5th Cir. 1988) (§ 1983 prisoner action).  This authority flows from a court's inherent power to control its docket, prevent undue delays in the disposition of pending cases, and avoid congested court calendars. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962). The plaintiff failed to comply with the August 21, 2019 order that he pay the filing fee or submit an IFP application despite a warning that failure to do so could result in dismissal of the case. Because the plaintiff failed to follow a court order or otherwise show that he intends to proceed with this case, it should be dismissed.

### III. RECOMMENDATION

This case should be dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or follow orders of the court, unless the plaintiff either pays the filing fee or submits his completed application to proceed *in forma pauperis* within the time for objecting to this recommendation, or by some other deadline set by the court.

**SO RECOMMENDED on this 21st day of October, 2019.**

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

2

**INSTRUCTIONS FOR SERVICE AND
NOTICE OF RIGHT TO APPEAL/OBJECT**

A copy of these findings, conclusions, and recommendation shall be served on all parties in the manner provided by law. Any party who objects to any part of these findings, conclusions and recommendation must file specific written objections within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's findings, conclusions and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Servs. Automobile Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996).

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| GLENN WINNINGHAM, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No. 3:19-CV-1986-S (BH)** |
| | ) | |
| CORY BLOUNT, | ) | |
| | ) | |
| **Defendants.** | ) | Referred to U.S. Magistrate Judge[1] |

## NOTICE OF DEFICIENCY AND ORDER

Your civil complaint does not comply with the requirement in Fed. R. Civ. P. 8(a) of a "short and plain statement of the claim showing that the pleader is entitled to relief." **Please submit an amended complaint that complies with Rule 8(a) within fourteen (14) days of the date of this order.**

You have not paid the filing fee for this civil case or submitted a request to proceed *in forma pauperis*. **You must either pay the $400 filing fee or submit a fully completed and signed application to proceed *in forma pauperis* within fourteen (14) days from the date of this order.**[2]

You must immediately notify the Court of any change of address and its effective date by filing a notice entitled "NOTICE TO THE COURT OF CHANGE OF ADDRESS". The notice should contain **only** information about to the change of address and effective date.

Failure to comply with this order may result in the dismissal of your suit under Federal Rule of Civil Procedure 41(b).

**The Clerk of the Court shall mail the plaintiff (1) a form application to proceed *in forma pauperis*, and (2) a copy of Fed. R. Civ. P. 8. No process shall issue except upon order of the Court.**

---

[1] By *Special Order No. 3-251*, this *pro se* case has been automatically referred for full case management.

[2] As of May 1, 2013, a $50 administrative fee will be assessed in addition to the $350 filing fee, resulting in a total filing fee of $400 for a civil action in which the plaintiff has not sought or been granted leave to proceed *in forma pauperis*. *See* District Court Miscellaneous Fee Schedule.

**SO ORDERED this 21st day of August, 2019.**

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| _Plaintiff/Petitioner_ | ) ) ) | Civil Action No. |
| v. | ) | |
| _Defendant/Respondent_ | ) ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
**(Long Form)**

| **Affidavit in Support of the Application** | **Instructions** |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: | Date: |

1.    For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property _(such as rental income)_ | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| **Total monthly income:** | $ | $ | $ | $ |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.    How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | $ |
|     Make and year: | |
|     Model: | |
|     Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
|     Make and year: | |
|     Model: | |
|     Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.   Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your
     spouse.  Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the
     monthly rate.

|  | **You** | **Your spouse** |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>       Are real estate taxes included?   ❏  Yes   ❏  No<br>       Is property insurance included?  ❏  Yes   ❏  No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* |  |  |
|        Homeowner's or renter's: | $ | $ |
|        Life: | $ | $ |
|        Health: | $ | $ |
|        Motor vehicle: | $ | $ |
|        Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments |  |  |
|        Motor vehicle: | $ | $ |
|        Credit card *(name)*: | $ | $ |
|        Department store *(name)*: | $ | $ |
|        Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ | $ |

9.   Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

     ❐ Yes     ❐ No     If yes, describe on an attached sheet.

10.  Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ❐ Yes   ❐ No

     If yes, how much?   $ _____
     If yes, state the attorney's name, address, and telephone number:

11.  Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?      ❐ Yes   ❐ No

     If yes, how much?   $ _____
     If yes, state the person's name, address, and telephone number:

12.  Provide any other information that will help explain why you cannot pay the costs of these proceedings.

13.  Identify the city and state of your legal residence.

     Your daytime phone number:        _____

     Your age:  _____    Your years of schooling:  _____

     Last four digits of your social-security number:  _____

 Gmail

**Winningham Fearn <winfearn@gmail.com>**

---

## Re: Public Information Request
1 message

---

**Jennifer D. Gabbert** <JDGabbert@tarrantcounty.com>          Tue, May 25, 2021 at 8:39 PM
To: Winningham Fearn <winfearn@gmail.com>

Hello Mr. Fearn,

Tarrant County Sheriff's Office does not have county traffic officers as described in TC 701.

Take care-



Get Outlook for iOS

---

**From:** Winningham Fearn <winfearn@gmail.com>
**Sent:** Tuesday, May 25, 2021 6:09:41 PM
**To:** Jennifer D. Gabbert <JDGabbert@TarrantCounty.com>
**Subject:** Public Information Request

  `EXTERNAL EMAIL ALERT! Think Before You Click!`

---

Please provide the names and titles of everybody who was appointed a County Traffic Officer under Texas Transportation Code Section 701 for the last year.

Thanks in advance for your help with this!!!

                                         Best Regards,

                                                  Win

# Lake Worth Police Department
## Narrative

Date of report: 2018-07-27                     Case Number: 1800016607

Incident Number : 1800016607

On Friday 07/27/2018 at approximately 13:10, Officer West #259, Officer Martin #323 and I, Officer D. Martinez #314 were dispatched to the parking lot of Albertsons, located at 6308 Lake Worth Blvd, Lake Worth, Tarrant County Texas 76135 in reference to the Department of Homeland Security requesting assistance on a suspicious vehicle. DHS was advising that the license plate might possibly not belong to the vehicle that it was on.

Upon arrival, the vehicle was located in the parking lot of Racetrack (6300 Lake Worth Blvd), adjacent to Albertsons. Officer West and I positioned our vehicles to keep eyes on the suspect vehicle while we gathered more information from dispatch. Lake Worth dispatch advised that the vehicle had a regional warrant (Class C misdemeanor/traffic) attached to the license plate out of the Azle Police Department. The vehicle then left the Racetrack, staying in the parking lot of Albertsons, and proceeded to the EZ Mail, located at 6340 Lake Worth Blvd. Dispatch stated that the warrant attached to the license plate belonged to a Glenn Winningham Fearn (W/M, 09/04/1957). As the male exited the vehicle and walked into the store, I observed that the date of birth for the wanted individual was consistent with the age of the male driver and sole occupant of the vehicle.

After the man (later identified as the above listed subject) walked back to his truck, he left he parking lot and began driving west in the 6300 block of Lake Worth Blvd. I activated my overhead lights on my marked patrol vehicle and initiated a traffic stop on the vehicle, which yielded in the parking lot of Walmart (6360 Lake Worth Blvd). The vehicle was a 2008 Dodge pickup, red in color, bearing Arizona license plate CH56267.

I approached the driver's side of the vehicle and made contact with Glenn, requesting to see his driver's license and proof of insurance, who stated that he was not required to have a driver's license because he was in transit. I asked him several more times for his driver's license and insurance and he refused to present it. I asked Glenn to exit his vehicle and he reluctantly complied after telling me that it was lawful to resist an unlawful arrest.

Officer West convinced him to present ID and he handed us a photo ID that appeared handmade and had his name on it. The Azle PD warrants were confirmed and Glenn was placed under arrest for the following charges:

Warrant # A023735–01        FMFR        $346.00

---

Officer: MARTINEZ, D                     Approving Supervisor: GREGORY, C.

# Lake Worth Police Department
## Narrative

Date of report: 2018-07-27          Case Number: 1800016607

| | | |
|---|---|---|
| Warrant # A023735–02 | Speeding | $283.00 |
| Warrant # A023735–03 | No DL | $266.00 |
| | Total: | $895.00 |

An inventory of the vehicle was completed before the wrecker arrived for the vehicle and a loaded stainless Colt Commander Mark IV in .45 ACP caliber was located in the center console, along with 44 rounds of .45 ACP hollow point ammunition and 2 magazines for the pistol. Also located were multiple open FedEx bags, two of which contained flash drives (one package contained 8 flash drives with the number "8" on them and the other contained 4–5 flash drives that were Scandisk brand). A brand new Samsung cell phone was also located inside the cab of the pickup. Glenn was issued citation LPD1068097 for Fail to Maintain Financial Responsibility and LPD1066096 for Fail to Display Driver's License. The pistol, 2 magazines and 44 rounds of ammunition were booked into property locker #2 for safekeeping. No further info.

Officer: MARTINEZ, D          Approving Supervisor: GREGORY, C.

# EULESS POLICE DEPARTMENT
## Narrative

Date of report: 2019-11-23                    Case Number: 1900065251

Incident Number :1900065251

On 11/22/19 at 2032 hours I, Officer Graham (629), was patrolling in the area of 2200 Gateway Blvd in marked unit 1019. While patrolling in this area Graham came into contact with a silver in color Toyota corolla displaying a Texas Republic private property placard which is not a state issued license plate. Graham activated his emergency overhead lights to conduct a vehicle traffic stop and the above stated vehicle pulled over to the shoulder of the roadway. Graham made contact with the driver and sole occupant of the vehicle and tried to explain the reason for the stop but the driver was on the phone with Euless Police Dispatch demanding that they send a county sheriff deputy to this location. The unidentified driver continued to request for a county sheriff deputy, but was told by EPD Dispatch to talk to the Euless Officer on scene. Graham explained the reason for the stop to the unidentified driver, who became verbally combative and stated to Graham that he was not required to have a state LP on his vehicle. The unidentified driver started reading off a laminated paper accusing Graham of official oppression and reading of his version of the Texas penal code on why he was not required to have a LP on his vehicle. Graham contacted the on duty supervisor Sgt Hurtado (357) via radio and requested that he make Graham's scene. Graham asked the unidentified driver for his drivers license and insurance to which he responded " I don't have them and am not required to have them". The unidentified driver continued to read off of his laminated paper and was verbally combative towards Graham and at one point informed Graham that he had been to the supreme court five times and asked Graham if he wanted to be next. Graham again asked for the unidentified driver to provide identifying information and the driver continued to not provide it and informed Graham that he was " Going to sue his butt off".

Sgt Hurtado and Ofc Collingwood (626) arrived on scene and Graham had the unidentified driver step out of his vehicle and to the rear of the vehicle. Graham patted the driver down for weapons and asked him to sit on the curve, which he refused to do and continued to be verbally combative towards officers. Graham informed Sgt Hurtado for the reason for the stop and what all had transpired after making contact with the unidentified driver. Sgt Hurtado tried to reason with the driver and explain to him what would happen if he did not comply with the officers request of identifying information. The driver continued to be verbally aggressive with Officers and refused to comply with the above stated request. Due to the unidentified driver

---

Officer: Graham,T                              ID#: 629

Approving Supervisor: Not approved             ID#:

# EULESS POLICE DEPARTMENT
## Narrative

Date of report: 2019-11-23                    Case Number: 1900065251

refusing to give identifying information for Graham to issue him citations for the traffic offenses, Graham placed the driver into handcuffs behind the back (double–locked), searched him incident to arrest, and placed him into the backseat of marked unit 1019. Collingwood requested a wrecker from B&B Wrecker service and did a vehicle inventory sheet on the vehicle. Graham transported the unidentified driver to the Euless Jail for booking on the following:

1.) Euless PD Cit#4098295–1– FMFR

2.) Euless PD Cit#4098295–2– Registration (No Plate)

While out at the Euless Jail the unidentified driver still refused to give any identifying information the booking officers and had to be finger printed so that Officers could obtain the necessary information. The results of the fingerprints came back and identified the driver as Glenn Fearn W/M 9/4/57 holding  AZDL#D01474189. Graham ran Fearns information through Euless Police Dispatch which came back with possible warrants out of Lake Worth PD with the identifiers being name, AZDL#, and address. Graham had EPD Dispatch confirm the warrants using the above stated identifiers and a short time later EPD Dispatch came back as the warrants being confirmed. Due to this new information of Fearn having active warrants and refusing to identify himself to law enforcement officers, Graham added the following charges:

3.) Euless PD– Fail To ID Fugitive FRM Justice Refuse To Give

4.) Lake Worth PD Wrnt#LPD–1066097– FMFR

5.) Lake Worth PD Wrnt#LPD–1055096– DL– Fail To Display


Dashcam: 1019

Bodycam: Graham 629, Sgt Hurtado 357, Collingwood 626

---

Officer: Graham,T                                    ID#: 629

Approving Supervisor: Not approved                   ID#:

Creator: glenn winningham; house of fearn

## DISTRICT COURT OF UNITED STATES FOR THE
## NORTHERN DISTRICT OF TEXAS

glenn winningham; house of fearn        ]
            a man, Demandant      ]
vs.                                ]    <u>3:19-CV-1986-S-BH</u>
Cory Blount, Lake Worth Chief of Police   ]
Steve Carpenter, Assistant Chief of Police   ] claim: trespass [assault, kidnapping,
D. Martinez, Lake Worth Police Officer   ] theft, imprisonment, false arrest,
C Gregory, Lake Worth Police Supervisor   ] breach of trust, perjury, extortion
Martin, #323, Lake Worth Police Officer   ] treason, seditious conspiracy
West, #259, Lake Worth Police Officer   ] malicious prosecution, Official
Crystal Hale, Lake Worth Property Technician   ] Oppression, Illegal search, War
John Doe, unknown Lake Worth Police Officer   ] Crimes, Taking Reprisals for Political
Jane Doe, unknown Lake Worth Police Officer   ] Opinion, intimidation, Terrorism, torture
John Doe, unknown Lake Worth Police Officer   ] threats, pillaging, theft, Denials of due,
John Doe, unknown (coward) Agent,   ] process, Racketeering, Coercing
         Federal Bureau of Investigation   ] information from Demandant and from
Jim Palamino, (coward) Agent   ] third parties, compelling Demandant to
      US Department of Homeland Security   ] work for the occupying power, Using
John Doe, unknown (coward) Agent,   ] Codes Rules and Regulations to deny
       Texas Dept of Public Safety   ] Relief, Violating Rights and Immunities
Walter Bowen, Mayor, City of Lake Worth   ] under Color of Law, Threatening,
Andrew Vogle, Azle Prosecutor   ] Intimidating, Injuring, and Coercing in
Havins #259, Azle Police Officer   ] free exercise of rights under color of
Sargeant Stutzman, Azle Police Supervisor   ] Law, Subjecting by Force to
Rick Pippins, Azle Chief of Police   ] deprivation of Religious Beliefs
Douglas R Hudman, Azle Judge   ] Sending threats through the mail,
Alan Brundrett, Azle Mayor   ] Conspiracy
John Elliot Mayer, Jr., Homeland Security tool   ] (verified)
Steve McCraw, Director,   ]
       Texas Dept of Public Safety   ]
Skylor Hearn, Deputy Director   ]
       Texas Dept of Public Safety   ]
Freeman F Martin, Deputy Director   ]
       Texas Dept of Public Safety   ]
Randall B Prince, Deputy Director   ]
       Texas Dept of Public Safety   ]
Ken Paxton, Texas Attorney rank of General   ]
GLENN WINNINGHAM FEARN,   ]
               cestui que trust   ]
                  Wrongdoers   ]

## War Crimes

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS

As a direct descendant of the founders of the Constitution for the United States of America (Supreme Law of the land) and as one of "the Posterity" found in the preamble, by right of blood, I hereby declare;

Michael T Tooley is the Administrator of the Montana Highway Patrol and deemed to know the law.

*"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.*

*"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Stewart, 284 F. Supp. 94*

I have reason to believe and do believe that Michael T Tooley, is engaging in War Crimes in violation of 18 United States Code § 2441

(a)OFFENSE.—*Whoever, whether inside or outside the United States, commits a <u>war crime</u>, in any of the circumstances described in subsection (b), shall be fined under this title or imprisoned for life or any term of years, or both, and if death results to the victim, shall also be subject to the penalty of death.*
(b)CIRCUMSTANCES.—
*The circumstances referred to in subsection (a) are that the person committing such <u>war crime</u> or the victim of such <u>war crime</u> is a member of the Armed Forces of the United States or a national of the United States (as defined in section 101 of the <u>Immigration and Nationality Act</u>).*
(c)DEFINITION.—*As used in this section the term "<u>war crime</u>" means any conduct—*
*(1) defined as a <u>grave breach</u> in any of the international conventions signed at Geneva 12 August 1949, or any protocol to such convention to which the United States is a party;*
*(2) prohibited by Article 23, 25, 27, or 28 of the Annex to the Hague Convention IV, Respecting the Laws and Customs of War on Land, signed 18 October 1907;*
*(3) which constitutes a <u>grave breach of common Article 3</u> (as defined in subsection (d)) when committed in the context of and in association with an armed conflict not of an international character; or*
*(4) of a person who, in relation to an armed conflict and contrary to the provisions of the Protocol on Prohibitions or Restrictions on the Use of Mines, Booby-Traps and Other Devices as amended at Geneva on 3 May 1996 (Protocol II as amended on 3 May 1996), when the United States is a party to such Protocol, willfully kills or causes serious injury to civilians.*
(d)COMMON ARTICLE 3 VIOLATIONS.—
*(1)PROHIBITED CONDUCT.—In subsection (c)(3), the term "<u>grave breach of common Article 3</u>" means any conduct (such conduct constituting a <u>grave breach of common Article 3</u> of the international conventions done at Geneva August 12, 1949), as follows:*
*<u>(A)Torture.—The act of a person who commits, or conspires or attempts to commit, an act specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control for the purpose of obtaining information or a confession, punishment, intimidation, coercion, or any reason based on discrimination of any kind.</u>*
*<u>(B)Cruel or inhuman treatment.—The act of a person who commits, or conspires or attempts to commit, an act intended to inflict severe or serious physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions), including serious physical abuse, upon another within his custody or control.</u>*
*<u>(C)Performing biological experiments.—The act of a person who subjects, or conspires or attempts to subject, one or more persons within his custody or physical control to biological experiments without a legitimate medical or dental purpose and in so doing endangers the body or health of such person or persons.</u>*
*(D)Murder.—The act of a person who intentionally kills, or conspires or attempts to kill, or kills whether intentionally or unintentionally in the course of committing any other offense under this subsection, one or*

*more persons taking no active part in the hostilities, including those placed out of combat by sickness, wounds, detention, or any other cause.*

*(E)Mutilation or maiming.—The act of a person who intentionally injures, or conspires or attempts to injure, or injures whether intentionally or unintentionally in the course of committing any other offense under this subsection, one or more persons taking no active part in the hostilities, including those placed out of combat by sickness, wounds, detention, or any other cause, by disfiguring the person or persons by any mutilation thereof or by permanently disabling any member, limb, or organ of his body, without any legitimate medical or dental purpose.*

<u>*(I)Taking hostages.—The act of a person who, having knowingly seized or detained one or more persons, threatens to kill, injure, or continue to detain such person or persons with the intent of compelling any nation, person other than the hostage, or group of persons to act or refrain from acting as an explicit or implicit condition for the safety or release of such person or persons.*</u>

*(2)DEFINITIONS.—In the case of an offense under subsection (a) by reason of subsection (c)(3)—*

*(A) the term "<u>severe mental pain or suffering</u>" shall be applied for purposes of paragraphs (1)(A) and (1)(B) in accordance with the meaning given that term in <u>section 2340(2) of this title</u>;*

*(B) the term "<u>serious bodily injury</u>" shall be applied for purposes of paragraph (1)(F) in accordance with the meaning given that term in <u>section 113(b)(2) of this title</u>;*

*(C) the term "<u>sexual contact</u>" shall be applied for purposes of paragraph (1)(G) in accordance with the meaning given that term in <u>section 2246(3) of this title</u>;*

*(D)the term "<u>serious physical pain or suffering</u>" shall be applied for purposes of paragraph (1)(B) as meaning bodily injury that involves—*

*(i) a substantial risk of death;*

*(ii) extreme physical pain;*

*(iii) a burn or physical disfigurement of a serious nature (other than cuts, abrasions, or bruises); or*

*(iv) significant loss or impairment of the function of a bodily member, organ, or mental faculty; and*

*(E)the term "serious mental pain or suffering" shall be applied for purposes of paragraph (1)(B) in accordance with the meaning given the term "<u>severe mental pain or suffering</u>" (as defined in <u>section 2340(2) of this title</u>), except that—*

*(i) the term "serious" shall replace the term "severe" where it appears; and*

*(ii) as to conduct occurring after the date of the enactment of the <u>Military Commissions Act of 2006</u>, the term "serious and non-transitory mental harm (which need not be prolonged)" shall replace the term "prolonged mental harm" where it appears.*

*(5)DEFINITION OF GRAVE BREACHES.— The definitions in this subsection are intended only to define the grave breaches of common Article 3 and not the full scope of United States obligations under that Article. 18 USC § 2441 War Crimes*

**in support of their Homeland Security Criminal Street Gang**

*Sec. 71.01.  DEFINITIONS.  In this chapter,*

*(a)  "Combination" means three or more persons who collaborate in carrying on criminal activities, although:*

*(1)  participants may not know each other's identity;*

*(2)  membership in the combination may change from time to time;  and*

*(3)  participants may stand in a wholesaler-retailer or other arm's-length relationship in illicit distribution operations.*

<u>*(b)  "Conspires to commit"*</u> *means that a person agrees with one or more persons that they or one or more of them engage in conduct that would constitute the offense and that person and one or more of them perform an overt act in pursuance of the agreement.  <u>An agreement constituting conspiring to commit may be inferred from the acts of the parties.</u>*

*(c)  "Profits" means property constituting or derived from any proceeds obtained, directly or indirectly, from an offense listed in Section <u>71.02</u>.*

*(d)  "Criminal street gang" means three or more persons having a common identifying sign or symbol or an identifiable leadership who continuously or regularly associate in the commission of criminal activities.*

and they are required to know that Texas is under a military occupation since 1862 when the Union Army invaded Galveston, Texas, and Arizona, where the Demandant is domiciled is under Martial Law from the War with Mexico in the 1840's

*A place, district, or country occupied by an enemy stands, in consequence of the occupation, under the Martial Law of the invading or occupying army, whether any proclamation declaring Martial Law, or any public warning to the inhabitants, has been issued or not. <u>Martial Law is the immediate and direct effect and consequence of occupation or conquest. The presence of a hostile army proclaims its Martial Law.</u> Article 1, General Orders 100 (Lieber Code)*

*"Territory is considered occupied when it is actually placed under the authority of the hostile army.." Law and Customs of War on Land (Hague Convention IV), Article 42;*

and they are required to know that the ONLY way Martial Law ends is by specific mention in a Treaty of Peace or by Special Proclamation by the Commander in Chief (President of the United States)

*Martial Law does not cease during the hostile occupation, except by special proclamation, ordered by the commander in chief; or by special mention in the treaty of peace concluding the war, when the occupation of a place or territory continues beyond the conclusion of peace as one of the conditions of the same. Article 2, General Orders 100 (Lieber Code)*

and there has been no Treaty of Peace, and there has been no Special Proclamation by the Commander in Chief (President of the United States), for Texas, and Arizona has the Treaty of Hidalgo which has no "specific mention" ending the Martial Law, therefore the military occupation continues to this day, and they are required to know that all police are military police with military rank structures and military uniforms

*"Martial Law affects chiefly the police and collection of public revenue and taxes, whether imposed by the expelled government or by the invader, and refers mainly to the support and efficiency of the army, its safety, and the safety of its operations." Article 10, General Orders 100 (Lieber Code)*

and they are required to know that they get paid in Federal Reserve Notes which are forced loans and military scrip

*<u>"The forced loans of 1862 and 1863, in the form of legal tender notes,</u> were vital forces in the struggle for national supremacy. They formed a part of the public debt of the United States, ..." Julliard v. Greenman, 110 US 432*

*The United States acknowledge and protect, in hostile countries occupied by them, religion and morality; strictly private property; the persons of the inhabitants, especially those of women: and the sacredness of domestic relations. Offenses to the contrary shall be rigorously punished.*
*<u>This rule does not interfere with the right of the victorious invader to tax the people or their property, to levy forced loans,</u> to billet soldiers, or to appropriate property, especially houses, lands, boats or ships, and churches, for temporary and military uses. Article 37, General Orders 100 (Lieber Code)*

and they are required to know that the occupying power are US citizens (foreign) with their US citizen military troops to enforce the martial law

*U.S. citizenship is a requirement to be licensed as a peace officer in Texas. Texas Commission on Law Enforcement  (Commission Rule (§217.1(a)(18))*

and they are required to know that Texas, Arizona, and United States codes are edicts under Martial Law

*"NOTE: Under the Law-Martial, only the criminal jurisdiction of a Military Court is the recognized law. But as Article Three says, "the civil courts can continue wholly or in part as long as the civil jurisdiction does*

*not violate the Military orders laid down by the Commander in Chief or one of his Commanders." By this means; a military venue, jurisdiction, and authority are imposed upon the occupied populace under disguise of the ordinary civil courts and officers of the occupied district or region, because the so-called civil authorities in an occupied district, or region, only act at the pleasure of a military authority.*
*It should also be noted here that the several State Legislatures, County Boards of Commissioners, and City Councils, are constantly legislating to please the edicts of the federal government (the occupying force) and that their legislation, in this sense, is not an exercise of State sovereignty, but instead, a compliance with edicts of the military force which occupies the several States and consequently are edicts of Martial Law Rule." Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Judge A.H. Ellett, Utah Supreme Court [emphasis added*

*Military jurisdiction is of two kinds: First, that which is conferred and defined by statute; second, that which is derived from the common law of war. Military offenses under the statute law must be tried in the manner therein directed; but military offenses which do not come within the statute must be tried and punished under the common law of war. The character of the courts which exercise these jurisdictions depends upon the local laws of each particular country.*
*In the armies of the United States the first is exercised by courts-martial, while cases which do not come within the "Rules and Articles of War," or the jurisdiction conferred by statute on courts-martial, are tried by military commissions. Article 13 General Orders 100 (Lieber Code)*

and a mixed war is made between a public authority and private individuals
*"A mixed war is one which is made on one side by public authority, and the other by mere private persons." Black's Law Dictionary 5th Ed., page 1420*

and the Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949 applies to all armed conflicts of "High Contracting Parties", and United States and Mexico are both "High Contracting Parties" for the Treaty of Hidalgo
*"In addition to the provisions which shall be implemented in peacetime, the present Convention shall apply to all cases of declared war or of any other armed conflict which may arise between two or more of the High Contracting Parties, even if the state of war is not recognized by one of them.*
*The Convention shall also apply to all cases of partial or total occupation of the territory of a High Contracting Party, even if the said occupation meets with no armed resistance." Article 2, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and numerous Articles of the Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949 apply for the duration of the occupation
*"…the Occupying Power shall be bound, for the duration of the occupation, to the extent that such Power exercises the functions of government in such territory, by the provisions of the following Articles of the present Convention: 1 to 12, 27, 29 to 34, 47, 49, 51, 52, 53, 59, 61 to 77, 143." Article 6, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and Michael T Tooley and his Lake Worth, Azle, Homeland Security, and Federal Bureau of Investigation military police buddies are engaged in War Crimes by coercing information from the Demandant and from third parties with their forced finger printing
*"No physical or moral coercion shall be exercised against protected persons, in particular to obtain information from them or from third parties." Article 31, Geneva Convention Relative to the Treatment of Civilians in a Time of War of 1949*

and Michael T Tooley and his Lake Worth, Azle, Homeland Security, and Federal Bureau of Investigation military police buddies are using his "local rules" as a mechanism to deny the Demandant a remedy (another War Crime)
*No contract, agreement or regulation shall impair the right of any worker, whether voluntary or not and wherever he may be, to apply to the representatives of the Protecting Power in order to request the said*

*Power's intervention. Article 52, Clause 1, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and his Lake Worth, Azle, Homeland Security, and Federal Bureau of Investigation military police buddies are taking reprisals against the Demandant because of his political beliefs (another War Crime) and pillaged his Arm (Colt Commander)
*"....Without prejudice to the provisions relating to their state of health, age and sex, all protected persons shall be treated with the same consideration by the Party to the conflict in whose power they are, <u>without any adverse distinction based, in particular, on race, religion or political opinion</u>." Article 27, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

*<u>No protected person may be punished for an offence he or she has not personally committed</u>. Collective penalties and likewise all measures of intimidation or of terrorism are prohibited.*
*Pillage is prohibited.*
*<u>Reprisals against protected persons and their property are prohibited</u>. Article 33, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and they are attacking the Demandant, a man, for the crimes of their Roman cult cestui que trust because the Demandant is one of "the posterity" found in the preamble of the Constitution for the United States of America
*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America. Preamble, Constitution for the United States of America*

and they are required to know the protections provided under the Geneva Conventions may NOT be given up or waived
*<u>Protected persons may in no circumstances renounce in part or in entirety the rights secured to them by the present Convention</u>, and by the special agreements referred to in the foregoing Article, if such there be. Article 8, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and they are required to know that the protections are mandatory
*<u>Protected persons who are in occupied territory shall not be deprived, in any case or in any manner whatsoever, of the benefits of the present Convention</u> by any change introduced, as the result of the occupation of a territory, into the institutions or government of the said territory, nor by any agreement concluded between the authorities of the occupied territories and the Occupying Power, nor by any annexation by the latter of the whole or part of the occupied territory. Article 47, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

by conspiring with McCraw, Hearn, Martin, and Prince, and some unknown coward under McCraw's supervision to issue an INTELLIGENCE BULLETIN to declare the Demandant ARMED AND DANGEROUS because of a Notice and Demand the Demandant served on Michael T Tooley, the Montana Highway Patrol Chief Administrator in which the Demandant said in Paragraph 38 that the Demandant has "the right to resist an unlawful arrest with lethal force if necessary" but the Demandant is having trouble finding where he said he WOULD resist their unlawful arrest, and the Demandant has NEVER – IN HIS LIFE Breached the Peace and McCraw's hired thugs and Tooley's hired thugs breach the peace under color of law, on a routine basis, and the Demandant DOES have a right to resist any unlawful arrest, as evidenced in the court citations that were originally provided

*"These principles apply as well to an officer attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they do to a private individual who unlawfully uses such force and violence." Jones v. State, 26 Tex. App. I; Beaverts v. State, 4 Tex. App. 1 75; Skidmore v. State, 43 Tex. 93, 903.*

*"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery." (State v. Robinson, 145 ME. 77, 72 ATL. 260).*

*"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense." State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100.*

*"One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance." (Adams v. State, 121 Ga. 16, 48 S.E. 910).*

and the Demandant DOES have a right to resist any unlawful arrest <u>with lethal force if necessary</u>, as evidenced by The Amistadt where the people killed all of their captors except for one because they did NOT know how to sail and they demanded that the one survivor take them back to Africa where the Supreme Court of the United States dismissed the murder charges and ordered them to be returned to Africa, <u>**United States v. Schooner Amistad, 40 U.S. (15 Pet.) 518 (1841)**</u>

*"Story affirmed the right of self-defense by persons held illegally. In his own writings, he had admitted that "a situation could arise in which the checks-and-balances principle ceased to work and the various branches of government concurred in a gross usurpation." There would be no usual remedy by changing the law or passing an amendment to the Constitution, should the oppressed party be a minority. Story concluded, "If there be any remedy at all ... it is a remedy never provided for by human institutions." That was the "ultimate right of all human beings in extreme cases to resist oppression, and to apply force against ruinous injustice." (From Mutiny on the Amistad by Howard Jones, Oxford University Press, 1987, an account of the reading of the decision in the case by Justice Joseph Story of the Supreme Court.*

This INTELLIGENCE BULLETIN (attached) is evidence that McCraw and his redacted coward thugs intend to conspire with Tooley and his Montana Highway Patrol military police, and others, to threaten, coerce, injure and intimidate the Demandant in the free exercise of his right to resist an unlawful arrest with lethal force if necessary, in violation of their title 18 United States Code § 241 Conspiracy Against Rights

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or*

*If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—*

*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death. 18 USC 241 Conspiracy Against Rights*

This INTELLIGENCE BULLETIN (attached) is evidence that McCraw and his redacted coward thugs and Tooley and his Montana Highway Patrol military police, buddies, and

others, intend that the Demandant is unlawfully arrested under the color of law in violation of their of title 18 United States Code § 242 Violating Rights under Color of law
*"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, …….. shall be fined under this title or imprisoned not more than one year, or both; ……..." 18 USC § 242 Violating Rights under Color of Law*

This INTELLIGENCE BULLETIN (attached) is evidence that McCraw and his redacted coward thugs intend to conspire with Tooley and his Montana Highway Patrol military police, and others, to Obstructing by Force the Free exercise of Christian Religious Beliefs, by Subjecting to the Demandant to their Satanic Religious Ceremony, by denying Common Law as found in the Holy Bible, with lies and fraud and a foreign unconstitutional jurisdiction, under Private International Law and their Roman Cult handlers, with their Roman Cult cestui que trust, and their fraudulent military so-called courts, with their Roman Law
*""Civil Law," "Roman Law," and "Roman Civil Law" are convertible phrases, meaning the same system of jurisprudence. That rule of action which every particular nation, commonwealth, or city has established peculiarly for itself; more properly called "municipal" law, to distinguish it from the "law of nature," and from international law.  See Bowyer, Mod. Civil Law, 19; Sevier v. Riley, 189 Cal. 170, 244 P. 323, 325" Black's Law Dictionary, Revised 4th Edition, page 312 [emphasis added]*

and there is a maxim of Roman Law
*Let him who is willing to be deceived be deceived*

and they lie and cheat and steal and engage in fraud and deception when they criminally convert your name into GLENN WINNINGHAM (in my case) which is a Roman Cult cestui que trust
*"Yet still it was found difficult to set bounds to ecclesiastical ingenuity; for when they were driven out of all their former holds, they devised a new method of conveyance, by which the lands were granted, not to themselves directly, but to nominal feoffees to the uses of the religious houses; thus distinguishing between the possession and the use, and receiving the actual profits, while the seisin of the lands remained in the nominal feoffee, who was held by the courts of equity (then under the direction of the clergy) to be bound in conscience to account [taxes] to his cestui que use for the rents and emoluments of the estate: and it is to these inventions that our practitioners are indebted for the introduction of uses and trusts, the foundation of modern conveyancing." Tomlins Law Dictionary 1835 edition, Volume 2 under the definition of Mortmain [emphasis added]*

under the Code of Law for the District of Columbia
*"Chap. 854. – An Act to establish a code of law for the District of Columbia." which was Approved on March 3, 1901, by the Fifty-Sixth Congress, Session II, at 31 Stat. 1189, and at 2, where it says;
"And be it further enacted, That in the interpretation and construction of said code the following rules shall be observed namely:…
"Third. The word "person" shall be held to apply to partnerships and corporations, …", [emphasis added]*

*"The Legal Estate to be in Cestui Que Use" Chapter Fifty-Six in Sec. 1617, at 31 Stat. 1432*

and they presume you are dead
*Chapter three – Absence for Seven Years, in Sec. 252, at 31 Stat. 1230, where it says;
"SEC. 252. PRESUMPTION OF DEATH. - If any person shall leave his domicile without any known intention of changing the same, and shall not return or be heard from for seven years from the time of his*

*so leaving, he shall be presumed to be dead, in any case wherein his death shall come in question, unless proof be made that he was alive within that time.,*

## and they fraudulently forge your signature onto their quasi contracts

*"Assumpsit - ….In its origin an action of tort, [assumpsit] was soon transformed into an action of contract, becoming afterwards a remedy where there was neither tort nor contract. Based at first only upon an express promise, it was afterwards supported upon an implied promise, and even upon a fictitious promise. Introduced as a special manifestation of the action on the case, it soon acquired the dignity of a distinct form of action, which superseded Debt, became concurrent with Account, with Case upon a bailment, a warranty, and bills of exchange, and competed with Equity in the case of the essentially equitable quasi-contracts growing out of the principle of unjust enrichment. Surely, it would be hard to find a better illustration of the flexibility and power of self-development of the Common Law." James Barr Ames, "The History of Assumpsit," in 3 Select Essays in Anglo-American Legal History 298 (1909)." Black's Law Dictionary, 8th Edition, page 379*

*"Both in Roman and English law there are certain obligations which were not in truth contractual, but which the law treats as IF they were.  They are contractual in law, but not in fact, being the subject-matter of a fictitious extension of the sphere of contract to cover obligations which do not in reality fall within it." Salmond, Salmond on Jurisprudence, p. 642 (9th Edition, 1937, Sweet & Maxwell, Ltd. England)*

## which is based solely on the Roman Cult cestui que trust

*"Constructive/quasi contracts are based solely upon a legal fiction or fiction of law." Hill v. Waxberg, 237 F.2d 936*

## where they assault you with some of their so-called "benefits"

*"It is a well settled rule of law that he who seeks benefits of contract must also assume burdens." Higgins v. Monckton (1938), 28 C.A.2d 723, 83 P.2d 516*

*"Voluntary acceptance of benefit of transaction is equivalent to consent to all obligations arising from it, so far as facts are known, or ought to be known, to person accepting." Northern Assurance Co. v. Stout (1911), 16 C.A. 548, 117 P. 617*

*"A quasi contractual action presupposes acceptance and retention of a benefit by one party with full appreciation of the facts, under circumstances making it inequitable for him to retain the benefit without payment of its reasonable value." Major-Blakeney Co. v. Jenkins (1953), 121 C.A.2d 325, 263 P.2d 655, hear den.; Townsend Pierson, Inc. v. Holly-Coleman Co. (1960), 178 C.A.2d 373, 2 Cal. Rptr. 812. [emphasis added]*

## under their "equity",

*"In doing this, I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker." Chisholm v Georgia, 2 Dal. 419 at p 455*

*"A state like a merchant makes a contract. A dishonest state, like a dishonest merchant willfully refuses to discharge it." Chisholm v Georgia, 2 Dal. 419 at p 456*

## and they lie and cheat and steal and engage in fraud and deception where the so-called Judge is actually a (bought and  paid for) Clerk masquerading as a Judge

*""When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts administrating or enforcing statutes do not act judicially, but merely ministerially….the judge acts as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464 [emphasis added]*

*"...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)*

*"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal 596; 167 Cal 762*

and (bought and paid for Clerks masquerading as Judges are not competent to do anything judicial, like issue Warrants, or Orders

*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities" Burns v. Sup., Ct., SF, 140 Cal. 1*

and they demand their fraudulent fake money / military scrip / Federal Reserve Notes / Forced Loans that are Satan's money because the God of Abraham, Isaac and Jacob claims all of the gold and silver which is lawful money

*The silver is mine, and the gold is mine, saith the LORD of hosts. Hagai 2:8*

which is the ONLY lawful money

*"At common law only gold and silver were a legal tender. (2 Inst. 577.)" McClarin v. Nesbit, 2 Nott & McC. (11 S.C.L.) 519 (1820),*

and they are required to follow Texas Codes and the Texas Tax Code requires "cash or its equivalent", which means Satan's fake money / Federal Reserve Notes, that are NOT authorized in violation of their title 18 USC § 247 Damage to Religious Property; Obstruction of persons in the free exercise of religious beliefs

*(a)Whoever, in any of the circumstances referred to in subsection (b) of this section—*
*(2) intentionally obstructs, by force or threat of force, including by threat of force against religious real property, any person in the enjoyment of that person's free exercise of religious beliefs, or attempts to do so;*
*shall be punished as provided in subsection (d).*
*(b) The circumstances referred to in subsection (a) are that the offense is in or affects interstate or foreign commerce.*
*(d)The punishment for a violation of subsection (a) or (c) of this section shall be—*
*(1) if death results from acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, a fine in accordance with this title and imprisonment for any term of years or for life, or both, or may be sentenced to death;*
*(5) in any other case, a fine in accordance with this title and imprisonment for not more than one year, or both. 18 USC § 247 Damage to Religious Property; Obstruction of persons in the free exercise of religious beliefs*

This INTELLIGENCE BULLETIN (attached) is evidence that McCraw and his redacted coward thugs and the Director of the Montana Highway Patrol military police, intend to perjure their Oath of Office by bringing District of Columbia Codes on the land of Texas and the land of Montana and elsewhere in violation of their Oath to the Supreme law of the land Article 1, Section 8, Clause 17

*To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals,*

Criminal Complaint Page 10

*dock-Yards, and other needful Buildings Article 1, Section 8, Clause 17, Constitution for the United States of America*

This INTELLIGENCE BULLETIN (attached) claims that the demandant is "naturalized" as required by McCraw and his screened for low intelligence thugs but it is impossible for the Demandant to be one of their US citizen slaves because the Demandant is one of "the posterity" found in the preamble of the Constitution for the United States of America

*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America. Preamble, Constitution for the United States of America*

and Tooley is required to know that the Demandant is a direct descendant of "We the People" and is entitled to the right of blood

*"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768*

and Tooley is required to know that "We the People" failed to be US citizens, because US citizens failed to exist when the Constitution was written

*"The term, citizens of the United States, must be understood to intend those who were citizens of a State, as such, after the Union had commenced, and the several States had assumed their sovereignties. Before this period there was no citizens of the United States." Manchester v. Boston, Massachusetts Reports, Vol. 16, Page 235 (1819)*

and Tooley is required to know that it is impossible for his Montana Highway Patrol Military Police, and his Lake Worth military police buddies, and his Azle military police buddies, and his Homeland Security military police buddies, and his Federal Bureau of Investigation military police buddies and his Fort Worth military police buddies, and his North Richland Hills military police buddies, and his Colleyville military police buddies, and his Bedford military police buddies, and his Euless military police buddies and his Grapevine military police buddies to be superior to the Demandant because they all exist under government authority, and are "other property of the United States" because they are subject to the Code of Federal Regulations

*The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State. Constitution for the United States of America, Article IV, Section 3, Clause 2*

and Tooley is required to know that as a direct descendant of "We the People", the Constitution for the United States of America was written under authority of the Demandant

*"the power which is derived cannot be greater than that from which it is derived" – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition*

as evidenced by the Statement of Original Status and associated Pedigree charts that is contained in and attached to the Original Claim for Relief, all of which is incorporated herein by reference in its entirety, and it is impossible for the Demandant to be a citizen

of the United States, because the Demandant is white as evidenced in the Lake Worth military police report

*"All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property." 42 USC § 1982 [emphasis added]*

*"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution." Van Valkenburg v. Brown, 43 Cal 43;*

and the so-called Fourteenth Amendment requires that ONLY persons "born or naturalized in the United States"

*"All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States..." Amendment XIV, Section 1*

*"The (14th) amendment referred to slavery. Consequently, the only persons embraced by its provisions, and for which Congress was authorized to legislate in the manner were those then in slavery." Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5, 29*

*"The rights of (original judicial) Citizens of the States, as such, are not under consideration in the fourteenth amendment. They stand as they did before the fourteenth amendment, and are fully guaranteed under other provisions." United States v. Anthony, 24 Fed. Cas. 829, 930 (1873)*

*"Merely being native born within the territorial boundaries of the United States of America does not make such an inhabitant a Citizen of the United States subject to the jurisdiction of the Fourteenth Amendment." Elk v. Wilkins, Neb (1884), 5s.ct.41,112 U.S. 99, 28 L. Ed. 643.*

*"The persons declared to be citizens are, "All persons born or naturalized in the United States and subject to the jurisdiction of thereof." The evident meaning of these last words is not merely subject in some respect or degree to the jurisdiction of the United States, but completely subject..." Elk v Wilkins, 112 US 94, 101, 102, (1884)*

and the hearsay evidence shows that the Demandant was given birth on the soil of Alberta, Canada, which the Demandant has no first hand knowledge of, but having said that, the Demandant does remember walking to school, in Peace River, Alberta, about 600 miles north of the Montana border, in the winter when it was 69 degrees Fahrenheit below zero, and the Demandant does remember finishing high school in 1975 in Raymond, Alberta, about 20 miles north of the Montana border, and neither has the Demandant been naturalized because "the sole authority" is through the Attorney General and by taking the Oath of Allegiance, which the Demandant has failed to do

*"(a)AUTHORITY IN ATTORNEY GENERAL*
*The sole authority to naturalize persons as citizens of the United States is conferred upon the Attorney General.*
*(b)COURT AUTHORITY TO ADMINISTER OATHS*
*(1)JURISDICTION Subject to section 1448(c) of this title—*
*(A)General jurisdiction*
*Except as provided in subparagraph (B), each applicant for naturalization may choose to have the oath of allegiance under section 1448(a) of this title administered by the Attorney General or by an eligible court described in paragraph (5). Each such eligible court shall have authority to administer such oath of allegiance to persons residing within the jurisdiction of the court.*
*(B)Exclusive authority*
*An eligible court described in paragraph (5) that wishes to have exclusive authority to administer the oath of allegiance under section 1448(a) of this title to persons residing within the jurisdiction of the court*

*during the period described in paragraph (3)(A)(i) shall notify the Attorney General of such wish and, subject to this subsection, shall have such exclusive authority with respect to such persons during such period." 8 U.S. Code § 1421.Naturalization authority*

neither is the Demandant a resident alien because the Demandant has failed to make application for a "green card", but the Demandant did claim American nationality through the United States Secretary of State, by right of blood, because the Demandant has ancestors who were in the Colony of South Carolina and the Colony of Virginia, and the Colony of Maryland, prior to the War of Independence, which means that the Demandant's ancestors wrote the state and federal constitutions and all government authority comes from the Demandant, and people like the Demandant, "We the People"
*"the power which is derived cannot be greater than that from which it is derived" – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition*

all of which evidences Tooley's intent to perjure his oath and all civil laws (Texas and United States Statutes, codes rules and regulations) cannot be used to violate the Demandant's rights
*"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768*

which means that the Demandant is a free inhabitant as found in the Articles of Confederation
*".....the free inhabitants of each of these States, paupers, vagabonds and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several States;....." Article IV, Articles of Confederation (1781)*

and McCraw and Toole failed to be happy engaging in War Crimes against the Demandant, because they and their Homeland Security buddies spread the word under their "Five Eyes" alliance so their Communist buddies in Canada can help out with the War Crimes, as evidenced in the Canada Border Services Agency Lookout Synopsis (attached) where on Page 2, under DETAILS, they are outraged to think anyone has a right to "RESIST AN UNLAWFUL ARREST WITH LETHAL FORCE IF NECESSARY"

and in 2014, McCraw's and Toole's buddies the Canada Border Services Agency arrested the Demandant based on this Lookout Synopsis, held the Demandant in their torture chamber jail, for over 24 hours, that was about 40 degrees farenheight with nothing but a short sleeve shirt, and charged him with fraudulent fictitious charges against their Roman Cult Cestui que trust and put on a show trial and sold the Demandant into slavery for 82 days,

and their buddies Cindy Biggs, under instructions from Peter Kujawinski, Consul General, Richard Hanrahan, Consul General, John Andrews, Consul General, Consulate General of the United States, Calgary, Canada, intended to be accomplices to the war Crimes by notifying Calgary military Police and then taking a nice long lunch so the Calgary military police would have plenty of time to get there to execute their fake color of law warrant (capias) and be waiting for the Demandant when the Demandant went down stairs, to make sure the Demandant got sold into slavery,

and then the Homeland Security thugs used that as justification to revoke the Demandant's Airframe and Powerplant License in an effort to deny the Demandant his right to pursue happiness, and the Demandant has failed to get a compensation for labor contract since 2012 except for a 6 week period in 2015 when the Demandant had a contract with GKN Aerospace in Montgomery Alabama, and when they laid the Demandant off, they went to great trouble to tell the Demandant it had nothing to do with his work performance but that their corporate office in the United Kingdom had ordered it, one of Tooley's Five Eyes Alliance buddies

all of which is part of their agenda to engage in War Crimes against anyone who thinks they have any rights, because they intend to enslave anyone who thinks they have rights, and their BAR member whores, like Richman, Alito, Lynn, Ramirez, and Scholer are their accomplices by using their rules to make sure that justice is denied, as part of their slavery agenda because it makes such good business for their so-called Court, so they can sell their "Justus",

and they intend to make sure the Demandant has no access to his grand sons and grand daughters, all of which is  in support of their reprisals agenda against anyone whose political beliefs fail to agree with theirs, and their reprisals against anyone who thinks they have any rights

by sending Jim Palamino, and his Homeland Security military police to conspire with the Federal Bureau of Investigation military police to conspire with John Elliott Mayer, Jr., to send the Demandant a FEDEX package and conspire with the Lake Worth Military police to unlawfully arrest the Demandant when the Demandant picked up the FEDEX package, for Transportation code offenses when McCraw and Palamino know that they and their military police are not authorized to enforce the Transportation code and they conspired with Federal Bureau of Investigation military police and Lake Worth military police and Homeland Security military police, and Azle military police, with fake color of law warrants (capias')

*"A capias is NOT a "Warrant of Arrest,"...." Knox v State, 586 S.W. 2d 504, 506 (Tex.Crim.App. 1979) [emphasis added]*

for Transportation Code offenses when none of them have authority to enforce the Transportation Code and then demanding Federal Reserve Notes from the Demandant for him to get his truck back and demanding Federal Reserve Notes for their fines and pillaging the Demandant's Arm (Colt Commander) and demanding that the Demandant prove that he is one of their US citizen slaves to get it back, and Michael T Tooley is required to know that Article 1, Section 10, Clause 1 of the Constitution for the United States of America

*No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.*

requires that ONLY gold or silver coin can be a tender in the payment of a debt and Michael T Tooley is required to know that NO Court CAN ask for gold or silver coin because gold or silver coin is NOT in general circulation and have not been since 1964,

and his Court may ONLY ask for Federal Reserve Notes because that is all that is in general circulation, he is required to follow Texas Codes and the Texas Tax Code requires <u>"cash or its equivalent"</u>, which means Federal Reserve Notes, Federal Reserve Notes are for use in the District of Columbia ONLY under the Gold Reserve Act of 1934

*SEC. 15. As used in this Act the term <u>"United States" means the Government of the United States</u>; the term "the continental United States" means the States of the United States the District of Columbia, and the Territory of Alaska; <u>the term "currency of the United States " means currency which is legal tender in the United States, and includes United States notes, Treasury notes of 1890, gold certificates, silver certificates, Federal Reserve notes, and circulating notes of Federal Reserve banks and national banking associations</u> ; and the term " person " means any individual, partnership association, or corporation, including the Federal Reserve Board, Federal Reserve banks, and Federal Reserve agents ..... Gold Reserve Act of 1934, 48 Stat. 344*

which is codified at 12 USC § 411

*<u>Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized.</u> The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.12 USC 411 Issuance to Reserve Banks, Nature of obligations, Redemption*

therefore Federal Reserve Notes are NOT authorized to be used, which means Michael T Tooley  intends to be a Revenue Officer under the Federal Tax Lien Act of 1966,

*"(h) DEFINITION's. .... "(3) MOTOR VEHICLE.-The term 'motor vehicle' means a self-propelled vehicle <u>which is registered</u> for highway use under the laws of any State or foreign country. <u>"(4) SECURITY.-The term 'security' means any</u> bond, debenture, <u>note</u>, or <u>certificate or other evidence of indebtedness, issued by a corporation or a government or political subdivision thereof,</u> with interest coupons or in registered form, share of stock, voting trust certificate, or any certificate of interest or participation in, certificate of deposit or receipt for, temporary or interim certificate for, or warrant or right to subscribe to or purchase any of the foregoing: <u>negotiable instrument: or money.</u>" Federal Tax Lien Act of 1966 at Public Law 89-719 at 80 Stat. 1130-1131*

which means Michael T Tooley is bringing District of Columbia codes *(not exceeding ten miles square)* on the land of Texas in violation of Article 1, Section 8, clause 17

*To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings Article 1, Section 8, Clause 17, Constitution for the United States of America*

which means Michael T Tooley has waived any immunities he may have enjoyed

*"Governments [ any sovereign] descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen...where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . ...  For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." Clearfield Trust Co. v. United States 318 U.S. 363 (1943)*

*Governments lose their immunity and descend to level of private corporations when involved in commercial activity enforcing negotiable instruments, as in fines, penalties, assessments, bails, taxes, the*

*remedy lies in the hand of the state and its municipalities seeking remedy. Rio Grande v. Darke, 167 P. 241,*

and the Constitution for the United States of America is the Supreme Law of the Land
*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. Article VI, Clause 2, Constitution for the United States of America*

and they are required to know that all regulations are for property of the United States
*The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State. Constitution for the United States of America, Article IV, Section 3, Clause 2*

and the International Covenant on Civil and Political Rights was ratified by Congress as Treaty 95-20, which means it is the Supreme Law of the land and Article 1 says the Demandant has the right to self determination
*All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development. Article 1, Clause 1, International Covenant on Civil and Political Rights*

and Tooley is required to know that the Four founding documents for The United States of America are The Declaration of Independence, the Articles of Confederation, the Northwest Ordinance, and the Constitution for the United States of America and among other things the Declaration of Independence says
*"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the Pursuit of Happiness. – that to secure these rights Governments are instituted among men..." Declaration of Independence, 1776*

and Tooley is required to know that "the pursuit of Happiness" is defined as the right to get compensation for our labor
*"The property which every man has in his own labor, as it is the original foundation of all other property, so it is the most sacred and inviolable. The patrimony of the poor man lies in the strength and dexterity of his own hands, and to hinder his employing this strength and dexterity in what manner he thinks proper, without injury to his neighbor, is a plain violation of this most sacred property." Butchers Union Co. vs. Crescent City Co. 111 U.S. 764.*

*"...every man has a natural right to the fruits of his own labor, as generally admitted; and no other person can rightfully deprive him of those fruits, and appropriate them against his will..." The Antelope, 23 U.S. 66, 120*

*"The right to follow any of the common occupations of life is an inalienable right. It was formulated as such under the phrase 'pursuit of happiness' in the Declaration of Independence." Allgeyer vs. State of Louisiana, 165 U.S. 578, 17 S.Ct. 427, 4l L. Ed. 832 (1897) Hotel et al. vs. Longley, et al. 160 S.W. 2d. 124, 127 (1942)*

*"...The term [liberty]...denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life...The established doctrine is that this liberty may not be interfered with, under the guise of protecting public interest, by legislative action...". Meyer v. Nebraska, 262 U.S. 390, 399, 400*

*"The right to labor and to its protection from unlawful interference is a constitutional as well as common-law right. Every man has a natural right to the fruits of his own industry". 48 American Jurisprudence, pg. 80*

which is codified in the Code of Law for the District of Columbia, also known as United States Code

*"The labor of a human being is not a commodity or article of commerce...." 15 USC § 17*

and Tooley has demonstrated that he intends to deny the Demandant his right to pursue happiness as an accomplice to his Lake Worth military police buddies, and his Azle military police buddies, and his Homeland Security military police buddies, and his Federal Bureau of Investigation military police buddies and the International Covenant on Civil and Political Rights was ratified by Congress as Treaty 95-20, which means it is the Supreme Law of the land and Article 1 says the Demandant has the right to self determination

*All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development. Article 1, Clause 1, International Covenant on Civil and Political Rights*

which means the Demandant decides who the Demandant is, NOT some screened for low intelligence military police hired thug, and NOT some (bought and paid for) Clerk masquerading as a Judge, and the Northwest Ordinance applies in all federal territory which includes territory under a military occupation and Article II requires that the demandant be provided a common law proceeding

*The inhabitants of the said territory shall always be entitled to the benefits of the writ of habeas corpus, and of the trial by jury; of a proportionate representation of the people in the legislature; and of judicial proceedings according to the course of the common law. All persons shall be bailable, unless for capital offenses, where the proof shall be evident or the presumption great. All fines shall be moderate; and no cruel or unusual punishments shall be inflicted. No man shall be deprived of his liberty or property, but by the judgment of his peers or the law of the land; and, should the public exigencies make it necessary, for the common preservation, to take any person's property, or to demand his particular services, full compensation shall be made for the same. And, in the just preservation of rights and property, it is understood and declared, that no law ought ever to be made, or have force in the said territory, that shall, in any manner whatever, interfere with or affect private contracts or engagements, bona fide, and without fraud, previously formed. Article II Northwest Ordinance*

and the Supreme Law of the land found in the International Covenant on Civil and Political Rights requires that the Demandant have access to compensation for their unlawful and illegal arrest

*1. Everyone has the right to liberty and security of person. No one shall be subjected to arbitrary arrest or detention. No one shall be deprived of his liberty except on such grounds and in accordance with such procedure as are established by law.*

*2. Anyone who is arrested shall be informed, at the time of arrest, of the reasons for his arrest and shall be promptly informed of any charges against him.*

*3. Anyone arrested or detained on a criminal charge shall be brought promptly before a judge or other officer authorized by law to exercise judicial power and shall be entitled to trial within a reasonable time or to release. It shall not be the general rule that persons awaiting trial shall be detained in custody, but release may be subject to guarantees to appear for trial, at any other stage of the judicial proceedings, and, should occasion arise, for execution of the judgement.*

*4. Anyone who is deprived of his liberty by arrest or detention shall be entitled to take proceedings before a court, in order that that court may decide without delay on the lawfulness of his detention and order his release if the detention is not lawful.*
*5. Anyone who has been the victim of unlawful arrest or detention shall have an enforceable right to compensation. International Covenant on Civil and Political Rights, Article 9*

all of which is evidence that Karen Gren Scholer, and Barbara M G Lynn, and Irma Carillo Ramirez, and Prescilla Richman, and Samuel Alito intend to conspire with Michael T Tooley and Steve McCraw, and Freeman F Martin, and Randall B Prince, and Skylor Hearn, and Alejandro Mayorkas, and John K Tien, and their screened for low intelligence hired thugs like Jim Palamino to deny the Demandant a remedy by using their color of law rules (another War Crime),

*No contract, agreement or regulation shall impair the right of any worker, whether voluntary or not and wherever he may be, to apply to the representatives of the Protecting Power in order to request the said Power's intervention. Article 52, Clause 1, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and as evidenced in the Canada Border Services Agency military police Lookout Synopsis, the Lake Worth military Police Narrative, the Notice and demand served on Michael T Tooley, the letter from the Demandant's daughter when she told the Demandant to leave because her husband is afraid of being FIRED, and the email from the Tarrant County Sheriff stating that they have no Traffic Safety Officers, true copies of each of which are attached hereto, all of each of which are incorporated herein by reference in their entirety and they all intend to unlawfully arrest people and they intend to perjure their oath to "support and defend the Constitution of the United States" which is the Supreme Law of the Land, and the Demandant has NEVER IN HIS LIFE Breached the Peace and Tooley and McCraw and their PIGs (**P**ersons **I**n **G**overnment who intend to perjure their Oaths) Breach the Peace on a routine basis!

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

**VERIFICATION**

I, glenn winningham; house of fearn, do affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.

4 August 2022
Date

_____ L.S.
glenn winningham; house of fearn
with a Proper Mailing address (18 USC § 1342) of;
General Post Office, ZIP CODE EXEMPT
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.

As a Notary Public, I hereby certify that glenn winningham; house of fearn, who is known to me, appeared before me and after affirming, he executed the foregoing document on this the ___4th___ day of August, in the year two thousand and twenty-two.


_Donna S Cartwright_
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

Notary Seal

DONNA CARTWRIGHT
Notary Public, State of Texas
Comm. Expires 09-03-2024
Notary ID 10482373



| Canada Border Services Agency | Agence des services frontaliers du Canada | | PROTECTED B |
|---|---|---|---|

**Lookout Synopsis**

Lookout/Target No.: 7050-10-0473
Date of Issue: 2013/06/17
Date of Expiry: 2013/11/30
Status: Active

CAUTIONS: ARMED & DANGEROUS

## SUBJECT

Individual: FEARN, Glenn Winningham
Country of Birth: Not Available     Gender: Male
Citizenship: Not Available     DOB: 1957/09/04
Alias: No Data Entered
Description: Brown, N/A, N/A, N/A, Caucasian
     moustache
Tel: No phone number provided
Identification: Other personal document IDCARD036784189, Canada, Alberta
     Passport 208952994, United States, District of Columbia
Address: 6340 Lake Worth Blvd, 437   Fort Worth, TX,
     76135, United States
Address: PO Box 188   Donalda, AB, T0B1H0, Canada
Address: 14 Cayuga Cres W   Lethbridge, AB, Canada

## CONVEYANCE

Highway: Truck, 54JBP9, Pickup, Dodge, 2008, RAM 2500, 3D7KS28A28G141628,
     TX, United States
Highway: Truck, EUX083, Other, G.M.C., 2000, Jimmy, Gold, AB, Canada

## DETAILS

Type: Firearms
Narrative: FEARN is a member of the Sovereign Citizens movement. This group is right-wing
     extremist group who are extremely anti-government.

     FEARN has made written statements indicating that it is his right to RESIST
     UNLAWFUL ARREST WITH LETHAL FORCE IF NECESSARY. This includes being arrested by
     the police or at the border. He has also indicated that he is prepared to die
     and has a death wish.

     The last time FEARN was dealt with at the border he declared two handguns. He
     was instructed to take his handguns back to the United States. It is suspected
     that he stored his handguns in the United States but at this time this can not
     be confirmed. At this time he was driving a Texas plated vehicle.

     FEARN is currently residing in Lethbridge Alberta but was recently residing in
     Fort Worth, Texas.

     FEARN recently attended provincial court in Lethbridge, Alberta to deal with a



Canada Border
Services Agency

Agence des services
frontaliers du Canada

**PROTECTED B**

Lookout Synopsis

lawsuit he served on many people in the Law Enforcement/Justice profession. This
lawsuit was dismissed by the Judge and FEARN was ordered to pay court costs.

Due to his statements regarding a death wish, resisting arrest using lethal
force, and possession of handguns in the recent past, FEARN is considered to be
ARMED AND DANGEROUS.

Please use extreme caution when dealing with FEARN. Contact an Intelligence
Officer upon interception. A secondary examination for firearms is strongly
recommended.

Officers trained in the use of control and defensive tactics (CDT) and in
possession of defensive equipment are expected to manage situations involving
persons who may be prone to violence and who may be in possession of a weapon,
including a firearm, up to such point that the officer believes he or she has
reached the limits of his or her training and personal abilities. Where these
limits have been reached, the officer shall permit the individual to proceed
into Canada and immediately notify the police force of jurisdiction.

***UPDATE***
On November 30, 2010, Fearn appeared in QB Court. After reviewing the
Application for the lawsuit, the judge dismissed the Application it in its
entirety and awarded $2950 in costs to the Respondents to be paid by Fearn.
After the court hearing and outside the courtroom Fearn made comments that he
has numerous firearms in the U.S. which he intended to retrieve and bring into
Canada. He also made comments of being killed by police.

***FEARN entered the US at POE Sweetgrass, MT on February 15, 2011.  FEARN would
not provide any travel information to US CBP and was allowed to enter the US as
he is a US Citizen.****

|  |  |
|---|---|
| **SOURCE** | **CONTACT/ENTERED ON BEHALF OF** |
| Category: (2) Two | Agency: CBSA |
| Reliability: Completely Reliable and Available for Court | Name: Mark Vanden Berg |
| Source: CBSA - Port of Entry | Location: Port of Coutts, AB |
| Legislation: Customs Act (CA) | Telephone: ■■■■■■■■ |
|  | Agency: CBSA |
|  | Name: Mark Vanden Berg |
|  | Location: Coutts, AB |
|  | Telephone: ■■■■■■■■ |



**Canada Border
Services Agency**   **Agence des services
frontaliers du Canada**                                          PROTECTED B

Lookout Synopsis

Issued By: HUNTLEY, Alana Joan                    Authorized: HUNTLEY, Alana Joan
    Location: Alberta South - Intelligence            Location: Alberta South - Intelligence

Law Enforcement Sensitive



**Intelligence Bulletin**

(September 7, 2010)

## OFFICER SAFETY
## CONSIDERED ARMED AND DANGEROUS



**GLENN WINNINGHAM FEARN**
DOB: ████████ 5'8", 200 lbs
Prior DL's: Utah and Montana (expired)
SSN: ████████
Vehicle: 2008 Red Dodge RAM

Summary

In mid-June 2010, GLENN WINNINGHAM FEARN, a self proclaimed member of the Republic of Texas, sent a "Notice and Demand" letter to the Montana Highway Patrol threatening to use lethal force if stopped or "unlawfully arrested." FEARN has a history of sending letters to government offices declaring his sovereignty from the United States, Arizona, New York, Texas and now Montana.

On July 16, 2010, FEARN attempted to enter Canada through a Montana Port of Entry declaring his firearms. He was required to pay a duty tax which he refused. FEARN rented a storage locker for the firearms. returned the same day and entered Canada. FEARN was driving a red Dodge pick up bearing Texas license plate 54J-BP9. FEARN'S Dodge may also bear Republic of Texas plates "2092-A Private Property." Currently, FEARN is back in the US at an unknown location to law enforcement.

FEARN was born in Canada and is a naturalized US Citizen. He has used addresses in Casa Grande, AZ and in Fort Worth, TX which were found to be a private mailing and a shipping business. He has sent multiple mailings to Law Enforcement Agencies giving notice that he would assert his right to resist with lethal force if necessary. He may be unstable, unpredictable, and most likely armed. He should be considered armed and dangerous.

Anyone with comments or questions regarding this bulletin or if contact or arrest of FEARN is made, should contact TX DPS CID Agent ████████ at ████████ or the DPS Texas Fusion Center at 1-866-786-5972 or e-mail at txdpsintelcenter@txdps.state.tx.us.

Title Holder: Glenn Winningham; house of Fearn    Michael T. Tooley, Chief Admin., Montana Highway Patrol, Notice and Demand 062110

From:
Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
ZIP CODE EXEMPT
DMM 602.1.3.e.2, 18 USC § 1342

**By Registered Mail <u>RR 569 486 047 US</u>**
To:
Michael T. Tooley, Colonel
Montana Highway Patrol Chief Administrator
Montana Highway Patrol Headquarters
2550 Prospect Avenue
P.O. Box 201419
Helena, Montana 59620-1419

**NON-NEGOTIABLE**                                              **NON-NEGOTIABLE**
                              **NOTICE AND DEMAND**

     I, Me, My, Myself, a man, a living soul, a sovereign, an inhabitant of the land of Texas, and a holder of the office of "the people", with an address correction: C/O Glenn Winningham; house of Fearn, Non-Domestic Mail, C/O 6340 Lake Worth Blvd., #437, Fort Worth, Texas, Zip Code Exempt, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1.    Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, I accept your Oath of Office. Please find an Oath of Office acceptance document attached hereto, and incorporated herein by reference in its entirety.

2.    Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, equality under the Law is paramount and mandatory by Law.

3.    Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, I did not give you, the authority for making a legal determination for Me.

4.    Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, if you think or assume that you are representing Me, you are FIRED!

5.    Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, neither you, nor any other person, is competent in dealing with any of My affairs.

6.    Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, I am competent for dealing in all of My affairs.

7.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, were Noticed of My copyrights on the name(s) **Glenn W. Fearn©, GLENN WINNINGHAM FEARN©, FEARN, GLENN WINNINGHAM©**, or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL

Page 1 (plus attachments)                    Michael T. Tooley, Chief Administrator, Montana Highway Patrol, Notice and Demand 062110
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title
Holder.————————————————————————————————Title Holder Glenn Winningham; house of Fearn
                                                                                                With the Copy-Claim

COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety.

8.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, were ORDERED that any communication with me is to be signed "under the penalty of perjury".

9.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, were Noticed that any violation My copyright(s), or making a legal determination for Me, representing Me, or communicating with Me in any manner not "under penalty of perjury" would constitute an agreement to the fee of;

    a)    ten thousand dollars ($10,000.00), minimum; or

    b)    one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or

    c)    ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,
for each and every violation, payable only in lawful money.

10.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, were also noticed that any violation as described in paragraph 9 above would constitute an agreement that I could seek relief from all of your corporate officers and directors as well as your parent corporation(s), and its officers and directors, jointly, severally, and personally.

11.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, if you wish to communicate with Me, the sovereign living soul, you are required to address the letter EXACTLY as shown above and if you must use a ZIP code, put it in square brackets, because it takes it off the page, otherwise, additional damages and injuries will accrue.

12.    You Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that pursuant to 18 USC § 1342, My proper name is Glenn Winningham; house of Fearn and My proper address is;
**with a postal address of;**
**Non-Domestic Mail,**
**C/O 6340 Lake Worth Blvd., #437,**
**Fort Worth, Texas**
**ZIP CODE EXEMPT**
**DMM 602.1.3.e.2, 18 USC § 1342**
and unless you want to be guilty of mail fraud, it shall be shown EXACTLY like it.

13.    Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, you are NOTICED that it is My intent, **NEVER** to act as SURETY, or in any be the guarantor, or an accommodation party for the fictitious entities created by government officials through FRAUD, COERCION, INTIMIDATION, and PERJURY OF OATH.

14.    Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that because of criminal conversion of My name and the names of My

Title Holder: Glenn Winningham; house of Fearn        Michael T. Tooley, Chief Admin., Montana Highway Patrol, Notice and Demand 062110

family members, I have seized control of the fraudulently created entities, and copyrighted the names, and therefore, I am the authorized representative for the 15 USC § 44 entity called GLENN WINNINGHAM FEARN, pursuant to Power of Attorney in Fact recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-159374, which is incorporated herein by reference in its entirety.

15.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that I am not a second class UNITED STATES citizen, 14th Amendment Citizen, corporation or other fictitious entity as found in CORPORATE DENIAL AFFIDAVIT, recorded with the Pinal County Recorder at FEE NUMBER 2005-107494, and ZIP CODE CORPORATE DENIAL AFFIDAVIT recorded with the Pinal County Recorder at FEE NUMBER 2005-120448, both of which are incorporated herein by reference in their entirety.

16.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that according to the courts, there is no such thing as a drivers license under Texas law.

*This court has held that there is no such license known to Texas Law as a "driver's license."* Frank John Callas v. State, 167 Tex. Crim. 375; 320 S.W. 2d 360

*We have held that there is no such license as a driver's license known to our law.* Claude D. Campbell v. State, 160 Tex. Crim. 627; 274 S.W.2d 401

*An information charging the driving of a motor vehicle upon a public highway without a driver's license charges no offense, as there is no such license as a driver's license known to the law.*
Keith Brooks v. State 158 Tex. Crim. 546; 258 S.W.2d 317

*There being no such license as a "driver's" license known to the law, it follows that the information, in charging the driving of a motor vehicle upon a highway without such a license, charges no offense.*
W. Lee Hassell v. The State, 149 Tex. Crim. 333; 194 S.W.2d 400

17.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that since there is no such thing as a drivers license, that I will not have one in the event I get stopped by one of your subordinates. However, if I do get stopped by one of your subordinates, I will have;
a)      a PHOTO IDENTIFICATION AFFIDAVIT which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-159373, and is also recorded with the republic of Texas Robertson County Recorder at Book 1, Line 9, as well as;
b)      a TRAFFIC STOP LAWFUL NOTICE which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-040493, and is also recorded with the republic of Texas Robertson County Recorder at Book 1, Line 17, as well as;
c)      a NON-NEGOTIABLE NOTICE AND DEMAND to all Corporate Commercial Agents, which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2010-034479,

true copies of each of which are attached hereto, and incorporated herein by reference in their entirety.

18. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that I am not a person, as far as your statutes are concerned, because a "person" is:
    a)   *"a variety of entities other than human beings."* Church of Scientology v U.S. Department of Justice, 612 F2d 417 (1979) at pg 418
    b)   *"...foreigners, not citizens...."* United States v Otherson, 480 F. Supp. 1369 (1979) at pg 1373.
    c)   *the words "person" and "whoever" include corporations, companies, associations, firms, partnerships, societies, and joint stock companies...*Title 1 U.S.C. Chapter 1 – Rules of Construction, Section 1

    and a sovereign is not a "person" in a legal sense and as far as a statute is concerned;
    a)   *" 'in common usage, the term 'person' does not include the sovereign, [and] statutes employing the [word] are normally construed to exclude it.'* Wilson v Omaha Tribe, 442 US653 667, 61 L Ed 2d 153, 99 S Ct 2529 (1979) (quoting United States v Cooper Corp. 312 US 600, 604, 85 L Ed 1071, 61 S Ct 742 (1941). See also United States v Mine Workers, 330 US 258, 275, 91 L Ed 884, 67 S Ct 677 (1947)"* Will v Michigan State Police, 491 US 58, 105 L. Ed. 2d 45, 109 S.Ct. 2304
    b)   *"a sovereign is not a person in a legal sense"* In re Fox, 52 N. Y. 535, 11 Am. Rep. 751; U.S. v. Fox, 94 U.S. 315, 24 L. Ed. 192

19. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that because I am not involved in commerce in any way, I do not have a Motor Vehicle pursuant to 18 USC § 31 which says;
    *"The term "Motor Vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.*
    *The term "used for commercial purposes" means the carriage of persons or property for any fare, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking intended for profit."*

20. You Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that My private conveyance may have plates on it purporting to be associated with the republic of Texas similar to those, which are attached hereto, and incorporated herein by reference in their entirety, but in any event, it will be identified with the words **PRIVATE VEHICLE**, or **NON-COMMERCIAL**, or **PRIVATE PROPERTY**, in large unmistakable letters, on the rear bumper area. You are NOTICED that the reasons for these words being placed in the rear bumper area is firstly, because it is not a **"Motor Vehicle"**, it is a **"PRIVATE VEHICLE"**, and secondly, because a Certificate of Title certifies that the state has the title, which means the state owns the vehicle, and these words provide notice that this vehicle is

not owned by the state, even though it may have state plates on it, and any claim to the contrary is perjury of oath by any officer of the court or the state.

21.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that all documents that are recorded with the PINAL COUNTY RECORDER may be viewed at their website at; http://pinalcountyaz.gov/Departments/Recorder/Pages/DocumentSearch.aspx

22.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that you are not authorized to serve commercial process on Me.

23.    As a titled sovereign, I hereby DEMAND that you Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, protect Me from all foreign agents, like agents from the FBI, the DEA, the INS, the IRS, the IMF, the CIA, and any other agents of foreign governments.

24.    As you already know, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, neither the Transportation Code, nor the Uniform Commercial Code, are positive law, therefore, you have no authority whatsoever, to impose anything in either of them on Me.

25.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that because I am a sovereign living soul, and a holder of the office of "the people", and an inhabitant of the land of Texas, who is currently travelling on the land of New York, that it also holds true that I am not a "person" as found in any of your corporate commercial codes, rules, and regulations, and therefore, your law merchant, a/k/a private international law, a/k/a martial law, a/k/a canon law, a/k/a ecclesiastical law, **does not apply to Me**, and if you or one of your subordinates attempts to impose one of your law merchant so-called contracts upon Me, your subordinate and you will be engaging in Perjury of Oath, Sedition to the Constitution, and giving aid and comfort to the enemy in a time of war, which is the prosecutable form of Treason as found in the constitutions for the united States of America, the New York republic, as well as the republic of Texas.

*Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them.*
*Penhallow v. Doane's Administraters 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54, (1795)*

26.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are noticed that pursuant to the Federal Rules of Civil Procedure rule 81 (f) you are a revenue officer of the United States, especially since you have in your court room a US martial law war flag, and pursuant to the Eleventh Article in Amendment to the Constitution for the united States of America, you and your subordinates have no

authority whatsoever to hear, (much less rule), in any case involving Me, or My wife, or My infant children, and if you or your subordinates do hear or rule in any matter involving Myself, My wife, or My children, it will be without any authority whatsoever, and in which case, you and your subordinate, will have no immunity whatsoever, and will be personally, fully liable for perjury of oath at a minimum.

27.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that the use of any statutes, codes, rules, regulations, or court citations, within any document created by Me, at any time, is only to notice that which is applicable to you, and is not intended, not shall it be construed, to mean that I have conferred, submitted to, or entered into any jurisdiction alluded to thereby.

28.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that if you receive commercial paper (Federal Reserve Notes, bank drafts, legal tender) for your compensation, then you do NOT receive lawful money and you are a municipal corporation and have no authority whatsoever over Me. You and your subordinates have no more authority over Me than a Walmart rent-a-cop does.

29.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I am not bankrupt like you and your criminal corporation, and I hereby certify that I have in my possession much more than twenty-one dollars in lawful money (twenty-one each, one troy ounce silver eagle coin with a face value of one dollar each).

30.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I recently converted some silver to land together with all of the rights and privileges of the original land patent, therefore, I hold absolute ownership in land.

31.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that I do travel on the land of New Jersey, or elsewhere from time to time, but I am not even remotely interested in being in your criminal municipal corporation called UNITED STATES, or its political subdivision called STATE OF MONTANA, and any attempt by you, or your subordinates, to coerce or intimidate Me into your municipal corporation is perjury of oath at a minimum, by whoever does it, and you.

32.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that the ONLY legitimate power that is held by ANY governmental entity in the United States, and their agencies, is power that "We the people" delegated, and "we the people" are not subject to their codes, rules, and regulations.
       *"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts."* Yick Wo v Hopkins, 118 US 356, at pg 370;

33. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that My rights are "unalienable" as found in the Declaration of Independence (1776), (which is positive law) which means that they CANNOT be alienated under ANY circumstances.

34. You Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that just because the US Congress PERJURERS pass a Foreign Sovereign Immunity Act, (and it is true that I am foreign, because I am a citizen of Texas, which is foreign to the United States), that Congress does not have the authority to convert My rights from unalienable, (CANNOT be alienated under ANY circumstances) to inalienable (CAN be alienated based on some presumed contract), and neither does Congress have the right to grant ANY officer of ANY court the right to make such a presumption.

35. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that any (so-called) contract which appears to alienate ANY of My God given rights, as one of "the people", involving ANY government in America, or ANY agency of any government in America, is a NULLITY, because the government CANNOT commit TREASON (breach of trust), and ANY presumption to the contrary by **ANY** Officer of **ANY** Court, is Perjury of Oath.

36. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that the ONLY valid contract involving Me, one of "the people", is a common law contract, between living souls, with full disclosure, in writing, with full knowledge, and intent, and signed in red ink on the land of America, and this does NOT include ANY law merchant (so-called) contracts, or any contracts with any fictitious entities.

37. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that all corporations are, by definition, **incorporated** into the government, and all Banks are instrumentalities of Congress (because of the Bank Act), therefore they are all agencies of the government, and ALL contracts with ANY government agency is a NULLITY, as far as ANY violation of My rights is concerned, whether the so-called contract is in writing or not.

38. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I have the right to resist unlawful arrest with lethal force if necessary, as found in the Notice and Demand to all Corporate Commercial Agents 022810 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2010-034479, and also;

**"These principles apply as well to an officer attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they do to a private individual who unlawfully uses such force and violence."** Jones v. State, 26 Tex. App. I; Beaverts v. State, 4 Tex. App. 1 75; Skidmore v. State, 43 Tex. 93, 903.

**"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as**

he would in repelling any other assault and battery." (State v. Robinson, 145 ME. 77, 72 ATL. 260).

"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense." State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100.

"One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance." (Adams v. State, 121 Ga. 16, 48 S.E. 910).

"Story affirmed the right of self-defense by persons held illegally. In his own writings, he had admitted that "a situation could arise in which the checks-and-balances principle ceased to work and the various branches of government concurred in a gross usurpation." There would be no usual remedy by changing the law or passing an amendment to the Constitution, should the oppressed party be a minority. Story concluded, "If there be any remedy at all ... it is a remedy never provided for by human institutions." That was the "ultimate right of all human beings in extreme cases to resist oppression, and to apply force against ruinous injustice." (From Mutiny on the Amistad by Howard Jones, Oxford University Press, 1987, an account of the reading of the decision in the case by Justice Joseph Story of the Supreme Court.

39.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I have an unlimited right to carry arms, whether concealed or not.

"The carrying of arms in a quiet, peaceable, and orderly manner, concealed on or about the person, is not a breach of the peace. Nor does such an act of itself, lead to a breach of the peace." Wharton's Criminal and Civil Procedure, 12th Ed., Vol.2: Judy v. Lashley, 5 W. Va. 628, 41 S.E. 197

40.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that in the event that one of your hired thugs attempts to unlawfully arrest Me, and I assert My right to resist that unlawful arrest, with lethal force if necessary, and your hired thug kills Me, your hired thug will be guilty of MURDER, and so will you.

"Perhaps it should be mentioned that as a general rule a person is placed under arrest when he is deprived of his liberty by an officer who intends to arrest him. It is not always necessary for the officer to make a formal declaration of arrest. See: 1 Varon, Searches, Seizures and Immunities, 75 (1961);"  Henry v. United States, 361 U.S. 98, 4 L.Ed.2d 134, 80 S.Ct. 168 (1959) and United States v. Boston, 330 F.2d 937 (1964).

"The stopping of an automobile by a highway patrol officer for inspection of a driver's license, or for any other purpose where it is accomplished by the

**authority of the officers, is an "arrest."** Robinson v. State, 198 S.W.2d 633, 635, 184 Tenn. 277

**"A motorist stopped by a traffic officer for a traffic offense would be considered "arrested" . . . even if the motorist was not specifically informed that he had been arrested."** People ex rel. Winkle v. Bannan, 125 N.W.2d 875, 879, 372 Mich. 292.

**"Any restraint, however slight, upon another's liberty to come and go as one pleases, constitutes an "arrest."** Swetnam v. W.F. Woolworth Co., 318 P.2d 364, 366, 83 Ariz. 189.

41.   Finally, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, as a titled sovereign, I hereby DEMAND that you, and your subordinates, protect My unalienable rights.

42.   Signed and Sealed in red ink on the land of New York.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

**Notice for the principal is notice for the agent and notice for the agent is notice for the principal.**

This instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN, and all derivatives thereof
My Copyright

Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the
people", inhabitant of the land of Texas
travelling from time to time on the land of New York,
and elsewhere

Seal

Title Holder: Glenn Winningham; house of Fearn    Michael T. Tooley, Chief Admin., Montana Highway Patrol, Notice and Demand 062110

## Witnesses

We, the undersigned witnesses, who are sovereign living souls, each and everyone of us, and inhabitants of the land of New York, do hereby certify that we witnessed the signature of Glenn Winningham; house of Fearn, who is also a sovereign living soul, and an inhabitant of the land of Texas.

| Name | Signature | Date | City nearest abode: |
|------|-----------|------|---------------------|
| George Betts | George Betts | 6/7/10 | White Plains |
| Barry Brown | Barry Brown | 6/7/10 | White Plains |
| Kenneth Levy | | 6/7/10 | White Plains |

Michael T. Tooley, Chief Administrator, Montana Highway Patrol, Notice and Demand

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.————————————————————————————Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

  **FOR THE RECORD At Law;**  

## _OFFICIAL NOTICE/DEMAND by an American Sovereign!_

**FOR: The living Man or Woman of God so named below offering We the People of God your OATH OR AFFIRMATION FOR SERVICE UNDER WE THE PEOPLE'S CONSTITUTIONS, FOR SERVING AS A ELECTED, EMPLOYED AND/OR APPOINTED SERVANT AS AN OFFICIAL ADMINISTRATOR OR AGENT is now NOTICED that who so ever acts with DISHONOR regarding his/her OATH OF OFFICE standing unto God is in Violation(s) of His one Natural Law and contract breach with me being one We the People of God for not upholding my organic Constitutional superior declared Sovereign Rights of God and is therefore impersonating without standing;**

In the name of God, Amen; I, me, my, myself, a living soul sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES, formally accept your contract offer for value being your Oath and/or Affirmation(s) for Office without the Corporatism UNITED STATES by affirming (swearing), "so help me God". I formally accept your offer with lawful conditions with your constitutional, legislated, delegated, regulatory authority and your timely public declaration for fiduciary officeholder by Oath and/or Affirmation by limiting your all enforcement claims brought forth, "UNDER PENALTIES with PERJURY". Further, I formally accept your Oath offers with conditions that all RETURNS must be signed Under Penalties with Perjury upholding and notwithstanding all your Oath offering(s) and/or Affirmation(s). I formally accept your Oath offers or Affirmation(s) for Office beholding unto our Creator God as being truth. KJV: Leviticus 19:12, Deuteronomy 23:23, I Kings 8:31-32, Ecclesiastes 5:3-6, Mathew 23:11-30, James 1:6-7.

It is now written that you and I have joinder standing under God in a firm binding private contract ab initio, I demand you uphold your private contract part, non ultra vires, as laid down by our Creator in His Holy Word and declared in the one We the People's organic Constitution for Texas a republic and with all other Oath offering(s) and Affirmation(s) notwithstanding. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Whereas the above private contract now being in force, you are personally liable for the protection for my entire Texian American Sovereignty declared rights standing in God's Kingdom without the Corporatism UNITED STATES, therefore I demand you honor my reserved declared rights imbedded in our Constitution and protected with God's Superior common law and commercial law which is created within imprescriptibility as mine and are inalienable in their entirety. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Absent the above private contract involving my Sovereign private affairs that are arrived at without recourse and dishonor with you and whereas your Corporatist Title being one PERSON created by THE STATE OF MONTANA/UNITED STATES is fired from assigning or appointing any 3rd party legal representation for making legal determinations involving me. Doing otherwise initiates Dishonor unto Him our Creator and good faith breach with me of God and in International Maritime Law voids your fiduciary worthiness.

I further declare I am confident for handling my own affairs. I do not own or reside on or in any water body on planet earth. I declare by Affidavit "I am of God not a Corporatism UNITED STATES OR STATE created Corporatist". If you insist on pursuing, standing against me of God without Venue or proper geographical Jurisdiction you are in Montana State Corporatism violation "Law with Color", Nation's Laws, International Laws and the most superior law over all, our creator God's one Royal law.

**KJV/Gal: 5-14; all law is fulfilled in one word; Thou shall love thy neighbor as thyself, James 2:8-10**

**THEREFORE, _YOU ARE NOTICED_ that you may be knowingly or unknowingly COMMITTING CRIMINAL ACTS by criminally converting Civil Statutes and my inalienable rights. These acts are being Created by simulating Court Processes using Corporatism "LAWS WITH COLOR" while being INFERIOR**

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

Page 1 of 2                                        With the Copy-Claim BY _____ Seal



## FOR THE RECORD At Law;



with **We the People's Superior created organic Constitutional Jurisdiction and Venue. Therefore you may be standing in DISHONOR our OATH(S) OF OFFICE by dishonoring God the one Organic Creator Superior over all and myself a declared sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES. If found you have knowledge in COMMITTING such CRIMINAL ACTS and dishonoring your OATH(S) OF OFFICE as an Elected, Appointed, Assigned, and/or Employed official servant for We the People of God, claims may be brought against you PERSONALLY for you are operating outside the bounds for your constitutional, legislated, delegated, and regulatory authority. THE STATE OF MONTANA/UNITED STATES Corporatism offers no protection for its administrators, agents, employees that are elected, contracted, employed or appointed when they operate outside their jurisdictional bounds and against God's Superior created mankind.**

I demand acknowledgement and receipt with attached *NOTICE/DEMAND* including any charging, billing, inquiry, summons and/or any other simulated Court process with related instrument(s) certified copies being sought against me that may require a fine, pleading, subpoena or arrest and/or causing myself injury and/or my private property. If you refuse in signing said OFFICIAL NOTICE/DEMAND then any fraudulent actions by you against me will be declared tendered and dishonored by affidavit and describing you as being an unlawful official administrator/agent/employee impersonator. I demand your signature hereon and returned within three days from receipt as an acknowledgement which may be introduced as evidence for initiated claim(s) and your signature hereon is not a guilt admission:

Official man/woman's living Name: <u>Michael T. Tooley</u>; Signature: _____

Official's Corporatism d.b.a./Title: <u>MICHAEL T. TOOLEY, COLONEL, CHIEF ADMINISTRATOR, MONTANA STATE PATROL;</u>

Official's Corporatist Bar Card No: _____ Official's Office No.: _____

Official's Elected and/or Appointed Bonding Co. name and number: _____

Regards:

Me By _____ of God;
**I, me, my/myself By Glenn Winningham; house of Fearn, a Sui Juris Living-Soul, Claimant. By Affidavit I am of God standing in God's Kingdom without the Corporatism UNITED STATES as a Private-Texian-American-Sovereign and all my rights standing reserved in God's Kingdom, without Recourse**

## Witnesses

We, the undersigned witnesses, who are sovereign living souls, each and everyone of us, and inhabitants of the land of New York, do hereby certify that we witnessed the signature of Glenn Winningham; house of Fearn, who is also a sovereign living soul, and an inhabitant of the land of Texas.

| Name | Signature | Date | City nearest abode: |
|------|-----------|------|---------------------|
| George Batts | George Batts | 6/7/10 | White Plains |
| Barry Brown | Barry Brown | 6/7/10 | White Plains |
| Kenneth Levy | K Levy | 6/7/10 | White Plains |

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

With the Copy-Claim BY _____ Seal



## UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: RR56 9486 047U S
Class: First-Class Mail®
Service(s): Registered Mail™
            Return Receipt
Status: Delivered

Your item was delivered at 10:04 AM on June 14, 2010 in HELENA, MT 59601.

**Detailed Results:**
- Delivered, June 14, 2010, 10:04 am, HELENA, MT 59601
- Arrival at Unit, June 14, 2010, 5:27 am, HELENA, MT 59601
- Processed through Sort Facility, June 13, 2010, 4:41 pm, BILLINGS, MT 59101
- Acceptance, June 09, 2010, 11:18 am, PURCHASE, NY 10577

**Notification Options**

Track & Confirm by email     Item sent to you or others by email.  (Go >)

| Track & Confirm |
|---|
| Enter Label/Receipt Number. |
| (Go >) |

Careers     Privacy Policy     Terms of Use     Business Customer Gateway



# Lake Worth Police Department

Page 1

3805 Adam Grubb

**Inmate Booking Report**

7/27/2018

## Personal

Name: **Fearn, Glenn Winningham**                Agency Id: **8837-1**

Ethnicity: **Non-Hispanic**    DOB █████    Age: **60**    POB: **refused**

Race:  **White**    Sex:  **Male**    Weight: **200**    Height:  **5` 8``**

Hair:  **Brown**    Eyes:  **Blue**

Identifying Characteristics

| Characteristics | Body Parts | Description |
|---|---|---|

---

DL No.:  ████████    Issued: **TX**    SS No.: ████████    DPS No.:    FBI No.:

Occupation:                Employer:

## Address
Street:                City:        State:        Zip:

## Phone
Phone:        Type:

Phone:        Type:

## Arrest
Arrest Agency: **Lake Worth Police Department**    Booking Date:  **07/27/2018 14:23**

Arrest Officer:            Booking Officer:

Arrest Location:                Arrest Date:

## Vehicle
Make: **Dodge**    Model: **3500**    License No.:  **54JBP9**    Towed: **Yes**

## Remarks:

**Subject refused to answer questions related to the book-in process.**

24 pickup sent @ 1929 7/27

## Charges

**1     — Arrest Report Warrants**    Charge Type **Warrant**    Call No.: **1800016607**

Agency :**Azle PD**        Warrant #:            Amount:

Classification: **Class C Misdemeanor**

| Remarks: | A023735-01 | **FMFR** | **$346.00** |
|---|---|---|---|
| | A023735-02 | **Speeding** | **$283.00** |
| | A023735-03 | **NO DL** | **$266.00** |
| | | **Total: $895.00** |

$895.00

Total Amount: 0

Check 29's    0304    Entered By:    Date Entered: 7/28/18

RLS NON PICKOP @ 1726/1537

# Lake Worth Police Department
## Narrative

Date of report: 2018-07-27                    ·Case Number: 1800016607

---

Incident Number :1800016607

On Friday 07/27/2018 at approximately 13:10, Officer West #259, Officer Martin #323 and I, Officer D. Martinez #314 were dispatched to the parking lot of Albertsons, located at 6308 Lake Worth Blvd, Lake Worth, Tarrant County Texas 76135 in reference to the Department of Homeland Security requesting assistance on a suspicious vehicle. DHS was advising that the license plate might possibly not belong to the vehicle that it was on.

Upon arrival, the vehicle was located in the parking lot of Racetrack (6300 Lake Worth Blvd), adjacent to Albertsons. Officer West and I positioned our vehicles to keep eyes on the suspect vehicle while we gathered more information from dispatch. Lake Worth dispatch advised that the vehicle had a regional warrant (Class C misdemeanor/traffic) attached to the license plate out of the Azle Police Department. The vehicle then left the Racetrack, staying in the parking lot of Albertsons, and proceeded to the EZ Mail, located at 6340 Lake Worth Blvd. Dispatch stated that the warrant attached to the license plate belonged to a Glenn Winningham Fearn (W/M, 09/04/1957). As the male exited the vehicle and walked into the store, I observed that the date of birth for the wanted individual was consistent with the age of the male driver and sole occupant of the vehicle.

After the man (later identified as the above listed subject) walked back to his truck, he left he parking lot and began driving west in the 6300 block of Lake Worth Blvd. I activated my overhead lights on my marked patrol vehicle and initiated a traffic stop on the vehicle, which yielded in the parking lot of Walmart (6360 Lake Worth Blvd). The vehicle was a 2008 Dodge pickup, red in color, bearing Arizona license plate CH56267.

I approached the driver's side of the vehicle and made contact with Glenn, requesting to see his driver's license and proof of insurance, who stated that he was not required to have a driver's license because he was in transit. I asked him several more times for his driver's license and insurance and he refused to present it. I asked Glenn to exit his vehicle and he reluctantly complied after telling me that it was lawful to resist an unlawful arrest.

Officer West convinced him to present ID and he handed us a photo ID that appeared handmade and had his name on it. The Azle PD warrants were confirmed and Glenn was placed under arrest for the following charges:

Warrant # A023735–01          FMFR          $346.00

---

Officer: MARTINEZ, D                    Approving Supervisor: GREGORY, C.

# Lake Worth Police Department
## Narrative

Date of report: 2018-07-27                                    Case Number: 1800016607

| | | |
|---|---|---|
| Warrant # A023735–02 | Speeding | $283.00 |
| Warrant # A023735–03 | No DL | $266.00 |
| | Total: | $895.00 |

An inventory of the vehicle was completed before the wrecker arrived for the vehicle and a loaded stainless Colt Commander Mark IV in .45 ACP caliber was located in the center console, along with 44 rounds of .45 ACP hollow point ammunition and 2 magazines for the pistol. Also located were multiple open FedEx bags, two of which contained flash drives (one package contained 8 flash drives with the number "8" on them and the other contained 4–5 flash drives that were Scandisk brand). A brand new Samsung cell phone was also located inside the cab of the pickup. Glenn was issued citation LPD1066097 for Fail to Maintain Financial Responsibility and LPD1066096 for Fail to Display Driver's License. The pistol, 2 magazines and 44 rounds of ammunition were booked into property locker #2 for safekeeping. No further info.

Officer: MARTINEZ, D                          Approving Supervisor: GREGORY, C.

Dear Dad,

I had really looked forward to having you come to Arizona. I was devistated when I realized we wouldn't be able to have you around all the time because of Barron's line of work / security clearance. I don't really understand fully why that is a thing, but it is. I feel really stuck between a rock and a hard place. On one hand I want you in my life, and you are such a great Grandpa to the kids and I want you in their lives! On the other hand Barron is very stressed having you here knowing it may be putting his job in jeopardy, this in turn makes things hard for me also. You are my Dad! How can I not welcome you into my home?!

I have so many conflicting feelings and that is why we have had you longer than we thought you should be with us. However, the past few days I have really started to feel more and more uneasy. This has all lasted much longer than we originally thought. You have also seemed more and more reclusive, which seems out of character. I'm not sure →

if it is because you are trying to stay out of our way because you know you've been around much longer than planned, but my un easy feelings have only been increasing and tonight I haven't been able to sleep worrying about all this.

Dad, I love you and I don't want you to resent me or Barron for this, it isn't our fault. It just is what it is, we can't have you here any longer, I don't think we should have you even another night.

I know you have to go to New Jersey, maybe you can leave early? Maybe Wilson can have you at his place? I know Washington is not where you want to be but maybe you can stay there for a bit and re-group? Just some ideas.

Dad, I love you and I want to be a good daughter and I hope you know that I am doing my best and I hope that is good enough for you. ♡♡

Love, Jess




U.S. Department of Homeland Security
Arlington, Virginia 20598

**Transportation
Security
Administration**

**JUL 0 9 2014**

## By First Class, Registered and Certified Mail - Return Receipt Requested

Mr. Glenn Fearn          Mr. Glenn Fearn          Mr. Glenn Fearn
6340 Lake Worth Blvd     261 Main St.             PO Box 152
#437                     Cardston, AB T0K 0K0, Canada   Babb, MT 59411
Fort Worth, TX 76135

    Re:    Initial Notification of Threat Assessment
            Federal Aviation Administration Airman Certificate Number 069685426´

Dear Mr. Glenn Fearn:

    This letter serves as an initial notification of a threat assessment (Initial Notification). Based upon materials available to the Transportation Security Administration (TSA), which I have personally reviewed, and pursuant to 49 United States Code § 46111, I have determined that you pose, or are suspected of posing, a security threat. Accordingly, TSA is initiating the process to revoke all certificates issued to you by the Federal Aviation Administration (FAA).

    As part of this process, TSA is concurrently notifying the FAA of the determination that you pose, or are suspected of posing, a security threat and requesting that the FAA suspend all certificates issued to you by the FAA.

    No later than 15 calendar days after the date of service of this Initial Notification, you may serve upon TSA a written request for copies of releasable materials and an unclassified summary of the classified information upon which this Initial Notification was based.

    In addition, you may serve upon TSA a written reply to the Initial Notification no later than 30 calendar days after the date of service of the Initial Notification, or 30 days after the date of service of TSA's response to your request for copies of the releasable materials upon which this Initial Notification was based, whichever is later. This written reply should include any information that you believe TSA should consider in reviewing the basis for the Initial Notification.

    In your written reply, you may request an in-person or written hearing before an administrative law judge. If requested, the in-person hearing will be held either at TSA headquarters or a location selected by TSA in the metropolitan Washington, D.C. area. The administrative law judge will issue a written decision no later than 30 calendar days after the conclusion of the hearing. The administrative law judge's decision may be appealed by either party to the Transportation Security Oversight Board (TSOB). The

2

TSOB shall issue a Final Determination, which constitutes a final agency order.  You should serve all documents upon:

> Robert G. Seasonwein
> Assistant Chief Counsel
> Security Threat Assessment Operations
> TSA Headquarters
> 12th Floor, TSA -2
> 601 South 12th Street
> Arlington, VA  20598

TSA does not disclose classified information, as defined in Executive Order 12968 section 1.1(d), and TSA reserves the right to not disclose any other information or material not warranting disclosure or protected from disclosure under law.

You may, if you choose, be represented by counsel during this process at your own expense.

Sincerely,

J. W. Halinksi
Deputy Administrator

cc:     The Honorable Michael P. Huerta
        Administrator
        Federal Aviation Administration

 Gmail                                            Winningham Fearn <winfearn@gmail.com>

---

# Re: Public Information Request
1 message

---

**Jennifer D. Gabbert** <JDGabbert@tarrantcounty.com>                    Tue, May 25, 2021 at 8:39 PM
To: Winningham Fearn <winfearn@gmail.com>

Hello Mr. Fearn,

Tarrant County Sheriff's Office does not have county traffic officers as described in TC 701.

Take care-

Get Outlook for iOS

---

**From:** Winningham Fearn <winfearn@gmail.com>
**Sent:** Tuesday, May 25, 2021 6:09:41 PM
**To:** Jennifer D. Gabbert <JDGabbert@TarrantCounty.com>
**Subject:** Public Information Request

**EXTERNAL EMAIL ALERT! Think Before You Click!**

---

Please provide the names and titles of everybody who was appointed a County Traffic Officer under Texas Transportation Code Section 701 for the last year.

Thanks in advance for your help with this!!!

Best Regards,

Win

# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| GLENN WINNINGHAM | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1986-S-BH |
| | § | |
| CORY BLOUNT, et al. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The case will be dismissed by separate judgment for failure to prosecute or follow orders of the Court.

**SO ORDERED.**

SIGNED November 22, 2019.

_____
**UNITED STATES DISTRICT JUDGE**

# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| GLENN WINNINGHAM | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1986-S-BH |
| | § | |
| CORY BLOUNT, et al. | § | |

## FINAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. The plaintiff's claims are **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or follow orders of the Court.

2. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the plaintiff.

**SO ORDERED.**

SIGNED November 22, 2019.

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GLENN WINNINGHAM,                    )
                                     )
          Plaintiff,                 )
vs.                                  )        No. 3:19-CV-1986-S (BH)
                                     )
CORY BLOUNT, et al.,                 )
                                     )
          Defendants.                )        Referred to U.S. Magistrate Judge[1]

### FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Based on the relevant filings and applicable law, this case should be dismissed without

prejudice for failure to prosecute or follow orders of the court.

### I. BACKGROUND

The plaintiff filed this action against the defendants on August 19, 2019. (*See* doc. 3.)

By *Notice of Deficiency and Order* dated August 21, 2019, he was notified that he had not paid

the filing fee or submitted an application to proceed *in forma pauperis* (IFP). (*See* doc. 4.)

Attached to the order was an IFP application. *See id.* The order specifically advised the plaintiff

that he must either pay the filing fee or file his IFP application within fourteen days, and that a

failure to do so could result in the dismissal of his case. *Id.* More than fourteen days from the

date of the order have passed, but the plaintiff has not paid the filing fee or filed an IFP

application, or filed anything else in this case.

### II. INVOLUNTARY DISMISSAL

Rule 41(b) of the Federal Rules of Civil Procedure permits a court to dismiss an action

*sua sponte* for failure to prosecute or follow orders of the court. *McCullough v. Lynaugh,* 835

---

[1] By *Special Order No. 3-251,* this *pro se* case has been automatically referred for full case management.

F.2d 1126. 1127 (5th Cir. 1988) (§ 1983 prisoner action). This authority flows from a court's inherent power to control its docket, prevent undue delays in the disposition of pending cases, and avoid congested court calendars. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962). The plaintiff failed to comply with the August 21, 2019 order that he pay the filing fee or submit an IFP application despite a warning that failure to do so could result in dismissal of the case. Because the plaintiff failed to follow a court order or otherwise show that he intends to proceed with this case, it should be dismissed.

## III. RECOMMENDATION

This case should be dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or follow orders of the court, unless the plaintiff either pays the filing fee or submits his completed application to proceed *in forma pauperis* within the time for objecting to this recommendation, or by some other deadline set by the court.

**SO RECOMMENDED on this 21st day of October, 2019.**

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

## INSTRUCTIONS FOR SERVICE AND
## NOTICE OF RIGHT TO APPEAL/OBJECT

A copy of these findings, conclusions, and recommendation shall be served on all parties in the manner provided by law. Any party who objects to any part of these findings, conclusions and recommendation must file specific written objections within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's findings, conclusions and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Servs. Automobile Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996).

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

GLENN WINNINGHAM,            )
                                )
       **Plaintiff,**         )
vs.                        )   **No. 3:19-CV-1986-S (BH)**
                                )
CORY BLOUNT,             )
                                )
       **Defendants.**      )   Referred to U.S. Magistrate Judge[1]

## NOTICE OF DEFICIENCY AND ORDER

Your civil complaint does not comply with the requirement in Fed. R. Civ. P. 8(a) of a "short and plain statement of the claim showing that the pleader is entitled to relief." **Please submit an amended complaint that complies with Rule 8(a) within fourteen (14) days of the date of this order.**

You have not paid the filing fee for this civil case or submitted a request to proceed *in forma pauperis*. **You must either pay the $400 filing fee <u>or</u> submit a fully completed and signed application to proceed *in forma pauperis* within fourteen (14) days from the date of this order.[2]**

You must immediately notify the Court of any change of address and its effective date by filing a notice entitled "NOTICE TO THE COURT OF CHANGE OF ADDRESS". The notice should contain **only** information about to the change of address and effective date.

Failure to comply with this order may result in the dismissal of your suit under Federal Rule of Civil Procedure 41(b).

**The Clerk of the Court shall mail the plaintiff (1) a form application to proceed *in forma pauperis*, and (2) a copy of Fed. R. Civ. P. 8. No process shall issue except upon order of the Court.**

---

[1] By *Special Order No. 3-251*, this *pro se* case has been automatically referred for full case management.

As of May 1, 2013, a $50 administrative fee will be assessed in addition to the $350 filing fee, resulting in a total filing fee of $400 for a civil action in which the plaintiff has not sought or been granted leave to proceed *in forma pauperis*. *See* District Court Miscellaneous Fee Schedule.

**SO ORDERED** this 21st day of August, 2019.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| _Plaintiff/Petitioner_ | ) ) ) | Civil Action No. |
| v. | | |
| _Defendant/Respondent_ | ) ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
**(Long Form)**

| **Affidavit in Support of the Application** | **Instructions** |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: | Date: |

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| **Total monthly income:** | $ | $ | $ | $ |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.    How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.      List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | $ |
|       Make and year: | |
|       Model: | |
|       Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
|       Make and year: | |
|       Model: | |
|       Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6.      State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.      State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.     Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>       Are real estate taxes included?   ☐ Yes   ☐ No<br>       Is property insurance included?  ☐ Yes   ☐ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|        Homeowner's or renter's: | $ | $ |
|        Life: | $ | $ |
|        Health: | $ | $ |
|        Motor vehicle: | $ | $ |
|        Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
|        Motor vehicle: | $ | $ |
|        Credit card *(name):* | $ | $ |
|        Department store *(name):* | $ | $ |
|        Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify):* | $ | $ |
| **Total monthly expenses:** | $ | $ |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ❐ Yes    ❐ No    If yes, describe on an attached sheet.

10.  Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ❐ Yes  ❐ No

    If yes, how much?  $ _____
    If yes, state the attorney's name, address, and telephone number:

11.  Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?    ❐ Yes  ❐ No

    If yes, how much?  $ _____
    If yes, state the person's name, address, and telephone number:

12.  Provide any other information that will help explain why you cannot pay the costs of these proceedings.

13.  Identify the city and state of your legal residence.

    Your daytime phone number: _____

    Your age: _____  Your years of schooling: _____

    Last four digits of your social-security number: _____

 Gmail

**Winningham Fearn <winfearn@gmail.com>**

## Re: Public Information Request

1 message

**Jennifer D. Gabbert** <JDGabbert@tarrantcounty.com>          Tue, May 25, 2021 at 8:39 PM
To: Winningham Fearn <winfearn@gmail.com>

Hello Mr. Fearn,

Tarrant County Sheriff's Office does not have county traffic officers as described in TC 701.

Take care-

Get Outlook for iOS

**From:** Winningham Fearn <winfearn@gmail.com>
**Sent:** Tuesday, May 25, 2021 6:09:41 PM
**To:** Jennifer D. Gabbert <JDGabbert@TarrantCounty.com>
**Subject:** Public Information Request

EXTERNAL EMAIL ALERT! Think Before You Click!

Please provide the names and titles of everybody who was appointed a County Traffic Officer under Texas Transportation
Code Section 701 for the last year.

Thanks in advance for your help with this!!!

Best Regards,

Win

# Lake Worth Police Department
## Narrative

Date of report: 2018-07-27                         Case Number: 1800016607

Incident Number :1800016607

On Friday 07/27/2018 at approximately 13:10, Officer West #259, Officer Martin #323 and I, Officer D. Martinez #314 were dispatched to the parking lot of Albertsons, located at 6308 Lake Worth Blvd, Lake Worth, Tarrant County Texas 76135 in reference to the Department of Homeland Security requesting assistance on a suspicious vehicle. DHS was advising that the license plate might possibly not belong to the vehicle that it was on.

Upon arrival, the vehicle was located in the parking lot of Racetrack (6300 Lake Worth Blvd), adjacent to Albertsons. Officer West and I positioned our vehicles to keep eyes on the suspect vehicle while we gathered more information from dispatch. Lake Worth dispatch advised that the vehicle had a regional warrant (Class C misdemeanor/traffic) attached to the license plate out of the Azle Police Department. The vehicle then left the Racetrack, staying in the parking lot of Albertsons, and proceeded to the EZ Mail, located at 6340 Lake Worth Blvd. Dispatch stated that the warrant attached to the license plate belonged to a Glenn Winningham Fearn (W/M, 09/04/1957). As the male exited the vehicle and walked into the store. I observed that the date of birth for the wanted individual was consistent with the age of the male driver and sole occupant of the vehicle.

After the man (later identified as the above listed subject) walked back to his truck, he left he parking lot and began driving west in the 6300 block of Lake Worth Blvd. I activated my overhead lights on my marked patrol vehicle and initiated a traffic stop on the vehicle, which yielded in the parking lot of Walmart (6360 Lake Worth Blvd). The vehicle was a 2008 Dodge pickup, red in color, bearing Arizona license plate CH56267.

I approached the driver's side of the vehicle and made contact with Glenn, requesting to see his driver's license and proof of insurance, who stated that he was not required to have a driver's license because he was in transit. I asked him several more times for his driver's license and insurance and he refused to present it. I asked Glenn to exit his vehicle and he reluctantly complied after telling me that it was lawful to resist an unlawful arrest.

Officer West convinced him to present ID and he handed us a photo ID that appeared handmade and had his name on it. The Azle PD warrants were confirmed and Glenn was placed under arrest for the following charges:

Warrant # A023735–01        FMFR        $346.00

Officer: MARTINEZ, D                          Approving Supervisor: GREGORY. C.

# Lake Worth Police Department
## Narrative

Date of report: 2018-07-27                    Case Number: 1800016607

Warrant # A023735–02      Speeding      $283.00

Warrant # A023735–03      No DL          $266.00

                          Total:          $895.00

An inventory of the vehicle was completed before the wrecker arrived for the vehicle and a loaded stainless Colt Commander Mark IV in .45 ACP caliber was located in the center console, along with 44 rounds of .45 ACP hollow point ammunition and 2 magazines for the pistol. Also located were multiple open FedEx bags, two of which contained flash drives (one package contained 8 flash drives with the number "8" on them and the other contained 4–5 flash drives that were Scandisk brand). A brand new Samsung cell phone was also located inside the cab of the pickup. Glenn was issued citation LPD1066097 for Fail to Maintain Financial Responsibility and LPD1066096 for Fail to Display Driver's License. The pistol, 2 magazines and 44 rounds of ammunition were booked into property locker #2 for safekeeping. No further info.

---

Officer: MARTINEZ, D                         Approving Supervisor: GREGORY, C.

# EULESS POLICE DEPARTMENT
## Narrative

Date of report: 2019-11-23                    Case Number: 1900065251

Incident Number :1900065251

On 11/22/19 at 2032 hours I, Officer Graham (629), was patrolling in the area of 2200 Gateway Blvd in marked unit 1019. While patrolling in this area Graham came into contact with a silver in color Toyota corolla displaying a Texas Republic private property placard which is not a state issued license plate. Graham activated his emergency overhead lights to conduct a vehicle traffic stop and the above stated vehicle pulled over to the shoulder of the roadway. Graham made contact with the driver and sole occupant of the vehicle and tried to explain the reason for the stop but the driver was on the phone with Euless Police Dispatch demanding that they send a county sheriff deputy to this location. The unidentified driver continued to request for a county sheriff deputy, but was told by EPD Dispatch to talk to the Euless Officer on scene. Graham explained the reason for the stop to the unidentified driver, who became verbally combative and stated to Graham that he was not required to have a state LP on his vehicle. The unidentified driver started reading off a laminated paper accusing Graham of official oppression and reading of his version of the Texas penal code on why he was not required to have a LP on his vehicle. Graham contacted the on duty supervisor Sgt Hurtado (357) via radio and requested that he make Graham's scene. Graham asked the unidentified driver for his drivers license and insurance to which he responded " I don't have them and am not required to have them". The unidentified driver continued to read off of his laminated paper and was verbally combative towards Graham and at one point informed Graham that he had been to the supreme court five times and asked Graham if he wanted to be next. Graham again asked for the unidentified driver to provide identifying information and the driver continued to not provide it and informed Graham that he was " Going to sue his butt off".

Sgt Hurtado and Ofc Collingwood (626) arrived on scene and Graham had the unidentified driver step out of his vehicle and to the rear of the vehicle. Graham patted the driver down for weapons and asked him to sit on the curve, which he refused to do and continued to be verbally combative towards officers. Graham informed Sgt Hurtado for the reason for the stop and what all had transpired after making contact with the unidentified driver. Sgt Hurtado tried to reason with the driver and explain to him what would happen if he did not comply with the officers request of identifying information. The driver continued to be verbally aggressive with Officers and refused to comply with the above stated request. Due to the unidentified driver

Officer: Graham,T                                    ID#: 629
Approving Supervisor: Not approved                   ID#:
                        Page 1

# EULESS POLICE DEPARTMENT
## Narrative

Date of report: 2019-11-23                      Case Number: 1900065251

refusing to give identifying information for Graham to issue him citations for the traffic offenses, Graham placed the driver into handcuffs behind the back (double–locked), searched him incident to arrest, and placed him into the backseat of marked unit 1019. Collingwood requested a wrecker from B&B Wrecker service and did a vehicle inventory sheet on the vehicle. Graham transported the unidentified driver to the Euless Jail for booking on the following:

1.) Euless PD Cit#4098295–1– FMFR

2.) Euless PD Cit#4098295–2– Registration (No Plate)

While out at the Euless Jail the unidentified driver still refused to give any identifying information the booking officers and had to be finger printed so that Officers could obtain the necessary information. The results of the fingerprints came back and identified the driver as Glenn Fearn W/M 9/4/57 holding  AZDL#D01474189. Graham ran Fearns information through Euless Police Dispatch which came back with possible warrants out of Lake Worth PD with the identifiers being name, AZDL#, and address. Graham had EPD Dispatch confirm the warrants using the above stated identifiers and a short time later EPD Dispatch came back as the warrants being confirmed. Due to this new information of Fearn having active warrants and refusing to identify himself to law enforcement officers, Graham added the following charges:

3.) Euless PD– Fail To ID Fugitive FRM Justice Refuse To Give

4.) Lake Worth PD Wrnt#LPD–1066097– FMFR

5.) Lake Worth PD Wrnt#LPD–1055096– DL– Fail To Display


Dashcam: 1019

Bodycam: Graham 629, Sgt Hurtado 357, Collingwood 626

---

Officer: Graham,T                               ID#: 629
Approving Supervisor: Not approved              ID#:

Creator: glenn winningham; house of fearn

## DISTRICT COURT OF UNITED STATES FOR THE
## NORTHERN DISTRICT OF TEXAS

glenn winningham; house of fearn     ]
           a man, Demandant   ]

vs.                              ]     <u>3:19-CV-1986-S-BH</u>

Cory Blount, Lake Worth Chief of Police   ]
Steve Carpenter, Assistant Chief of Police   ] claim: trespass [assault, kidnapping,
D. Martinez, Lake Worth Police Officer   ] theft, imprisonment, false arrest,
C Gregory, Lake Worth Police Supervisor   ] breach of trust, perjury, extortion
Martin, #323, Lake Worth Police Officer   ] treason, seditious conspiracy
West, #259, Lake Worth Police Officer   ] malicious prosecution, Official
Crystal Hale, Lake Worth Property Technician   ] Oppression, Illegal search, War
John Doe, unknown Lake Worth Police Officer   ] Crimes, Taking Reprisals for Political
Jane Doe, unknown Lake Worth Police Officer   ] Opinion, intimidation, Terrorism, torture
John Doe, unknown Lake Worth Police Officer   ] threats, pillaging, theft, Denials of due,
John Doe, unknown (coward) Agent,   ] process, Racketeering, Coercing
      Federal Bureau of Investigation   ] information from Demandant and from
Jim Palamino, (coward) Agent   ] third parties, compelling Demandant to
    US Department of Homeland Security   ] work for the occupying power, Using
John Doe, unknown (coward) Agent,   ] Codes Rules and Regulations to deny
      Texas Dept of Public Safety   ] Relief, Violating Rights and Immunities
Walter Bowen, Mayor, City of Lake Worth   ] under Color of Law, Threatening,
Andrew Vogle, Azle Prosecutor   ] Intimidating, Injuring, and Coercing in
Havins #259, Azle Police Officer   ] free exercise of rights under color of
Sargeant Stutzman, Azle Police Supervisor   ] Law, Subjecting by Force to
Rick Pippins, Azle Chief of Police   ] deprivation of Religious Beliefs
Douglas R Hudman, Azle Judge   ] Sending threats through the mail,
Alan Brundrett, Azle Mayor   ] Conspiracy
John Elliot Mayer, Jr., Homeland Security tool   ] (verified)
Steve McCraw, Director,   ]
      Texas Dept of Public Safety   ]
Skylor Hearn, Deputy Director   ]
      Texas Dept of Public Safety   ]
Freeman F Martin, Deputy Director   ]
      Texas Dept of Public Safety   ]
Randall B Prince, Deputy Director   ]
      Texas Dept of Public Safety   ]
Ken Paxton, Texas Attorney rank of General   ]
GLENN WINNINGHAM FEARN,   ]
             cestui que trust   ]
             Wrongdoers   ]

**War Crimes**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS**
As a direct descendant of the founders of the Constitution for the United States of America (Supreme Law of the land) and as one of "the Posterity" found in the preamble, by right of blood, I hereby declare;

Alehandro Mayorkas is the Secretary of Homeland Security and deemed to know the law.
*"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.*

*"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Stewart, 284 F. Supp. 94*

I have reason to believe and do believe that Alehandro Mayorkas, is engaging in War Crimes in violation of 18 United States Code § 2441
(a)OFFENSE.—*Whoever, whether inside or outside the United States, commits a <u>war crime</u>, in any of the circumstances described in subsection (b), shall be fined under this title or imprisoned for life or any term of years, or both, and if death results to the victim, shall also be subject to the penalty of death.*
**(b)CIRCUMSTANCES.—**
*The circumstances referred to in subsection (a) are that the person committing such <u>war crime</u> or the victim of such <u>war crime</u> is a member of the Armed Forces of the United States or a national of the United States (as defined in section 101 of the <u>Immigration and Nationality Act</u>).*
*(c)DEFINITION.—As used in this section the term "<u>war crime</u>" means any conduct—*
*(1) defined as a grave breach in any of the international conventions signed at Geneva 12 August 1949, or any protocol to such convention to which the United States is a party;*
*(2) prohibited by Article 23, 25, 27, or 28 of the Annex to the Hague Convention IV, Respecting the Laws and Customs of War on Land, signed 18 October 1907;*
*(3) which constitutes a <u>grave breach of common Article 3</u> (as defined in subsection (d)) when committed in the context of and in association with an armed conflict not of an international character; or*
*(4) of a person who, in relation to an armed conflict and contrary to the provisions of the Protocol on Prohibitions or Restrictions on the Use of Mines, Booby-Traps and Other Devices as amended at Geneva on 3 May 1996 (Protocol II as amended on 3 May 1996), when the United States is a party to such Protocol, willfully kills or causes serious injury to civilians.*
*(d)COMMON ARTICLE 3 VIOLATIONS.—*
*(1)PROHIBITED CONDUCT.—In subsection (c)(3), the term "<u>grave breach of common Article 3</u>" means any conduct (such conduct constituting a <u>grave breach of common Article 3</u> of the international conventions done at Geneva August 12, 1949), as follows:*
*<u>(A)Torture.—The act of a person who commits, or conspires or attempts to commit, an act specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control for the purpose of obtaining information or a confession, punishment, intimidation, coercion, or any reason based on discrimination of any kind.</u>*
*<u>(B)Cruel or inhuman treatment.—The act of a person who commits, or conspires or attempts to commit, an act intended to inflict severe or serious physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions), including serious physical abuse, upon another within his custody or control.</u>*
*<u>(C)Performing biological experiments.—The act of a person who subjects, or conspires or attempts to subject, one or more persons within his custody or physical control to biological experiments without a legitimate medical or dental purpose and in so doing endangers the body or health of such person or persons.</u>*
*(D)Murder.—The act of a person who intentionally kills, or conspires or attempts to kill, or kills whether intentionally or unintentionally in the course of committing any other offense under this subsection, one or*

more persons taking no active part in the hostilities, including those placed out of combat by sickness, wounds, detention, or any other cause.

**(E)**Mutilation or maiming.—The act of a person who intentionally injures, or conspires or attempts to injure, or injures whether intentionally or unintentionally in the course of committing any other offense under this subsection, one or more persons taking no active part in the hostilities, including those placed out of combat by sickness, wounds, detention, or any other cause, by disfiguring the person or persons by any mutilation thereof or by permanently disabling any member, limb, or organ of his body, without any legitimate medical or dental purpose.

**(I)**Taking hostages.—The act of a person who, having knowingly seized or detained one or more persons, threatens to kill, injure, or continue to detain such person or persons with the intent of compelling any nation, person other than the hostage, or group of persons to act or refrain from acting as an explicit or implicit condition for the safety or release of such person or persons.

**(2)**DEFINITIONS.—In the case of an offense under subsection (a) by reason of subsection (c)(3)—

**(A)** the term "severe mental pain or suffering" shall be applied for purposes of paragraphs (1)(A) and (1)(B) in accordance with the meaning given that term in section 2340(2) of this title;

**(B)** the term "serious bodily injury" shall be applied for purposes of paragraph (1)(F) in accordance with the meaning given that term in section 113(b)(2) of this title;

**(C)** the term "sexual contact" shall be applied for purposes of paragraph (1)(G) in accordance with the meaning given that term in section 2246(3) of this title;

**(D)**the term "serious physical pain or suffering" shall be applied for purposes of paragraph (1)(B) as meaning bodily injury that involves—

**(i)** a substantial risk of death;

**(ii)** extreme physical pain;

**(iii)** a burn or physical disfigurement of a serious nature (other than cuts, abrasions, or bruises); or

**(iv)** significant loss or impairment of the function of a bodily member, organ, or mental faculty; and

**(E)**the term "serious mental pain or suffering" shall be applied for purposes of paragraph (1)(B) in accordance with the meaning given the term "severe mental pain or suffering" (as defined in section 2340(2) of this title), except that—

**(i)** the term "serious" shall replace the term "severe" where it appears; and

**(ii)** as to conduct occurring after the date of the enactment of the Military Commissions Act of 2006, the term "serious and non-transitory mental harm (which need not be prolonged)" shall replace the term "prolonged mental harm" where it appears.

**(5)**DEFINITION OF GRAVE BREACHES.— The definitions in this subsection are intended only to define the grave breaches of common Article 3 and not the full scope of United States obligations under that Article.

18 USC § 2441 War Crimes

## in support of their Homeland Security Criminal Street Gang

Sec. 71.01.  DEFINITIONS.  In this chapter,

(a)  "Combination" means three or more persons who collaborate in carrying on criminal activities, although:

(1)  participants may not know each other's identity;

(2)  membership in the combination may change from time to time;  and

(3)  participants may stand in a wholesaler-retailer or other arm's-length relationship in illicit distribution operations.

(b)  "Conspires to commit" means that a person agrees with one or more persons that they or one or more of them engage in conduct that would constitute the offense and that person and one or more of them perform an overt act in pursuance of the agreement.  An agreement constituting conspiring to commit may be inferred from the acts of the parties.

(c)  "Profits" means property constituting or derived from any proceeds obtained, directly or indirectly, from an offense listed in Section 71.02.

(d)  "Criminal street gang" means three or more persons having a common identifying sign or symbol or an identifiable leadership who continuously or regularly associate in the commission of criminal activities.

and they are required to know that Texas is under a military occupation since 1862 when the Union Army invaded Galveston, Texas, and Arizona, where the Demandant is domiciled is under Martial Law from the War with Mexico in the 1840's

*A place, district, or country occupied by an enemy stands, in consequence of the occupation, under the Martial Law of the invading or occupying army, whether any proclamation declaring Martial Law, or any public warning to the inhabitants, has been issued or not. Martial Law is the immediate and direct effect and consequence of occupation or conquest. The presence of a hostile army proclaims its Martial Law. Article 1, General Orders 100 (Lieber Code)*

*"Territory is considered occupied when it is actually placed under the authority of the hostile army.." Law and Customs of War on Land (Hague Convention IV), Article 42;*

and they are required to know that the ONLY way Martial Law ends is by specific mention in a Treaty of Peace or by Special Proclamation by the Commander in Chief (President of the United States)

*Martial Law does not cease during the hostile occupation, except by special proclamation, ordered by the commander in chief; or by special mention in the treaty of peace concluding the war, when the occupation of a place or territory continues beyond the conclusion of peace as one of the conditions of the same. Article 2, General Orders 100 (Lieber Code)*

and there has been no Treaty of Peace, and there has been no Special Proclamation by the Commander in Chief (President of the United States), for Texas, and Arizona has the Treaty of Hidalgo which has no "specific mention" ending the Martial Law, therefore the military occupation continues to this day, and they are required to know that all police are military police with military rank structures and military uniforms

*"Martial Law affects chiefly the police and collection of public revenue and taxes, whether imposed by the expelled government or by the invader, and refers mainly to the support and efficiency of the army, its safety, and the safety of its operations." Article 10, General Orders 100 (Lieber Code)*

and they are required to know that they get paid in Federal Reserve Notes which are forced loans and military scrip

*"The forced loans of 1862 and 1863, in the form of legal tender notes, were vital forces in the struggle for national supremacy. They formed a part of the public debt of the United States, ..." Julliard v. Greenman, 110 US 432*

*The United States acknowledge and protect, in hostile countries occupied by them, religion and morality; strictly private property; the persons of the inhabitants, especially those of women: and the sacredness of domestic relations. Offenses to the contrary shall be rigorously punished. This rule does not interfere with the right of the victorious invader to tax the people or their property, to levy forced loans, to billet soldiers, or to appropriate property, especially houses, lands, boats or ships, and churches, for temporary and military uses. Article 37, General Orders 100 (Lieber Code)*

and they are required to know that the occupying power are US citizens (foreign) with their US citizen military troops to enforce the martial law

*U.S. citizenship is a requirement to be licensed as a peace officer in Texas. Texas Commission on Law Enforcement (Commission Rule (§217.1(a)(18))*

and they are required to know that Texas, Arizona, and United States codes are edicts under Martial Law

*"NOTE: Under the Law-Martial, only the criminal jurisdiction of a Military Court is the recognized law. But as Article Three says, "the civil courts can continue wholly or in part as long as the civil jurisdiction does*

*not violate the Military orders laid down by the Commander in Chief or one of his Commanders." By this means; a military venue, jurisdiction, and authority are imposed upon the occupied populace under disguise of the ordinary civil courts and officers of the occupied district or region, because the so-called civil authorities in an occupied district, or region, only act at the pleasure of a military authority.*
*It should also be noted here that the several State Legislatures, County Boards of Commissioners, and City Councils, are constantly legislating to please the edicts of the federal government (the occupying force) and that their legislation, in this sense, is not an exercise of State sovereignty, but instead, a compliance with edicts of the military force which occupies the several States and consequently are edicts of Martial Law Rule." Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Judge A.H. Ellett, Utah Supreme Court [emphasis added*

*Military jurisdiction is of two kinds: First, that which is conferred and defined by statute; second, that which is derived from the common law of war. Military offenses under the statute law must be tried in the manner therein directed; but military offenses which do not come within the statute must be tried and punished under the common law of war. The character of the courts which exercise these jurisdictions depends upon the local laws of each particular country.*
*In the armies of the United States the first is exercised by courts-martial, while cases which do not come within the "Rules and Articles of War," or the jurisdiction conferred by statute on courts-martial, are tried by military commissions. Article 13 General Orders 100 (Lieber Code)*

## and a mixed war is made between a public authority and private individuals
*"A mixed war is one which is made on one side by public authority, and the other by mere private persons." Black's Law Dictionary 5th Ed., page 1420*

## and the Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949 applies to all armed conflicts of "High Contracting Parties", and United States and Mexico are both "High Contracting Parties" for the Treaty of Hidalgo
*"In addition to the provisions which shall be implemented in peacetime, the present Convention shall apply to all cases of declared war or of any other armed conflict which may arise between two or more of the High Contracting Parties, even if the state of war is not recognized by one of them.*
*The Convention shall also apply to all cases of partial or total occupation of the territory of a High Contracting Party, even if the said occupation meets with no armed resistance." Article 2, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

## and numerous Articles of the Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949 apply for the duration of the occupation
*"...the Occupying Power shall be bound, for the duration of the occupation, to the extent that such Power exercises the functions of government in such territory, by the provisions of the following Articles of the present Convention: 1 to 12, 27, 29 to 34, 47, 49, 51, 52, 53, 59, 61 to 77, 143." Article 6, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

## and Alehandro Mayorkas and his Lake Worth, Azle, Homeland Security, and Federal Bureau of Investigation military police buddies are engaged in War Crimes by coercing information from the Demandant and from third parties with their forced finger printing
*"No physical or moral coercion shall be exercised against protected persons, in particular to obtain information from them or from third parties." Article 31, Geneva Convention Relative to the Treatment of Civilians in a Time of War of 1949*

## and Alehandro Mayorkas and his Lake Worth, Azle, Homeland Security, and Federal Bureau of Investigation military police buddies are using his "local rules" as a mechanism to deny the Demandant a remedy (another War Crime)
*No contract, agreement or regulation shall impair the right of any worker, whether voluntary or not and wherever he may be, to apply to the representatives of the Protecting Power in order to request the said*

*Power's intervention. Article 52, Clause 1, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and his Lake Worth, Azle, Homeland Security, and Federal Bureau of Investigation military police buddies are taking reprisals against the Demandant because of his political beliefs (another War Crime) and pillaged his Arm (Colt Commander)

*"....Without prejudice to the provisions relating to their state of health, age and sex, all protected persons shall be treated with the same consideration by the Party to the conflict in whose power they are, <u>without any adverse distinction based, in particular, on race, religion or political opinion</u>." Article 27, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

<u>*No protected person may be punished for an offence he or she has not personally committed*</u>*. Collective penalties and likewise all measures of intimidation or of terrorism are prohibited.*
*Pillage is prohibited.*
<u>*Reprisals against protected persons and their property are prohibited*</u>*. Article 33, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and they are attacking the Demandant, a man, for the crimes of their Roman cult cestui que trust because the Demandant is one of "the posterity" found in the preamble of the Constitution for the United States of America

*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America. Preamble, Constitution for the United States of America*

and they are required to know the protections provided under the Geneva Conventions may NOT be given up or waived

<u>*Protected persons may in no circumstances renounce in part or in entirety the rights secured to them by the present Convention*</u>*, and by the special agreements referred to in the foregoing Article, if such there be. Article 8, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and they are required to know that the protections are mandatory

<u>*Protected persons who are in occupied territory shall not be deprived, in any case or in any manner whatsoever, of the benefits of the present Convention*</u>* by any change introduced, as the result of the occupation of a territory, into the institutions or government of the said territory, nor by any agreement concluded between the authorities of the occupied territories and the Occupying Power, nor by any annexation by the latter of the whole or part of the occupied territory. Article 47, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

by conspiring with McCraw, Hearn, Martin, and Prince, and some unknown coward under McCraw's supervision to issue an INTELLIGENCE BULLETIN to declare the Demandant ARMED AND DANGEROUS because  of a Notice and Demand the Demandant served on Michael T Tooley, the Montana Highway Patrol Chief Administrator in which the Demandant said in Paragraph 38 that the Demandant has "the right to resist an unlawful arrest with lethal force if necessary" but the Demandant is having trouble finding where he said he WOULD resist their unlawful arrest, and the Demandant has NEVER – IN HIS LIFE Breached the Peace and McCraw's hired thugs and Tooley's hired thugs breach the peace under color of law, on a routine basis, and the Demandant DOES have a right to resist any unlawful arrest, as evidenced in the court citations that were originally  provided

*"These principles apply as well to an officer attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they do to a private individual who unlawfully uses such force and violence." Jones v. State, 26 Tex. App. I; Beaverts v. State, 4 Tex. App. 1 75; Skidmore v. State, 43 Tex. 93, 903.*

*"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery." (State v. Robinson, 145 ME. 77, 72 ATL. 260).*

*"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense." State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100.*

*"One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance." (Adams v. State, 121 Ga. 16, 48 S.E. 910).*

and the Demandant DOES have a right to resist any unlawful arrest <u>with lethal force if necessary</u>, as evidenced by The Amistadt where the people killed all of their captors except for one because they did NOT know how to sail and they demanded that the one survivor take them back to Africa where the Supreme Court of the United States dismissed the murder charges and ordered them to be returned to Africa, **United States v. Schooner Amistad, 40 U.S. (15 Pet.) 518 (1841)**

*"Story affirmed the right of self-defense by persons held illegally. In his own writings, he had admitted that "a situation could arise in which the checks-and-balances principle ceased to work and the various branches of government concurred in a gross usurpation." There would be no usual remedy by changing the law or passing an amendment to the Constitution, should the oppressed party be a minority. Story concluded, "If there be any remedy at all ... it is a remedy never provided for by human institutions." That was the "ultimate right of all human beings in extreme cases to resist oppression, and to apply force against ruinous injustice." (From Mutiny on the Amistad by Howard Jones, Oxford University Press, 1987, an account of the reading of the decision in the case by Justice Joseph Story of the Supreme Court.*

This INTELLIGENCE BULLETIN (attached) is evidence that McCraw and his redacted coward thugs intend to conspire with Tooley and his Montana Highway Patrol military police, and others, to threaten, coerce, injure and intimidate the Demandant in the free exercise of his right to resist an unlawful arrest with lethal force if necessary, in violation of their title 18 United States Code § 241 Conspiracy Against Rights

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or*
*If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—*
*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death. 18 USC 241 Conspiracy Against Rights*

This INTELLIGENCE BULLETIN (attached) is evidence that McCraw and his redacted coward thugs and Tooley and his Montana Highway Patrol military police, buddies, and

others, intend that the Demandant is unlawfully arrested under the color of law in violation of their of title 18 United States Code § 242 Violating Rights under Color of law *"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, …….. shall be fined under this title or imprisoned not more than one year, or both; ………" 18 USC § 242 Violating Rights under Color of Law*

This INTELLIGENCE BULLETIN (attached) is evidence that McCraw and his redacted coward thugs intend to conspire with Tooley and his Montana Highway Patrol military police, and others, to Obstructing by Force the Free exercise of Christian Religious Beliefs, by Subjecting to the Demandant to their Satanic Religious Ceremony, by denying Common Law as found in the Holy Bible, with lies and fraud and a foreign unconstitutional jurisdiction, under Private International Law and their Roman Cult handlers, with their Roman Cult cestui que trust, and their fraudulent military so-called courts, with their Roman Law
*""Civil Law," "Roman Law," and "Roman Civil Law" are convertible phrases, meaning the same system of jurisprudence. That rule of action which every particular nation, commonwealth, or city has established peculiarly for itself; more properly called "municipal" law, to distinguish it from the "law of nature," and from international law. See Bowyer, Mod. Civil Law, 19; Sevier v. Riley, 189 Cal. 170, 244 P. 323, 325" Black's Law Dictionary, Revised 4th Edition, page 312 [emphasis added]*

and there is a maxim of Roman Law
*Let him who is willing to be deceived be deceived*

and they lie and cheat and steal and engage in fraud and deception when they criminally convert your name into GLENN WINNINGHAM (in my case) which is a Roman Cult cestui que trust
*"Yet still it was found difficult to set bounds to ecclesiastical ingenuity; for when they were driven out of all their former holds, they devised a new method of conveyance, by which the lands were granted, not to themselves directly, but to nominal feoffees to the use of the religious houses; thus distinguishing between the possession and the use, and receiving the actual profits, while the seisin of the lands remained in the nominal feoffee, who was held by the courts of equity (then under the direction of the clergy) to be bound in conscience to account [taxes] to his cestui que use for the rents and emoluments of the estate: and it is to these inventions that our practitioners are indebted for the introduction of uses and trusts, the foundation of modern conveyancing." Tomlins Law Dictionary 1835 edition, Volume 2 under the definition of Mortmain [emphasis added]*

under the Code of Law for the District of Columbia
*"Chap. 854. – An Act to establish a code of law for the District of Columbia." which was Approved on March 3, 1901, by the Fifty-Sixth Congress, Session II, at 31 Stat. 1189, and at 2, where it says; "And be it further enacted, That in the interpretation and construction of said code the following rules shall be observed namely:…*
*"Third. The word "person" shall be held to apply to partnerships and corporations, …", [emphasis added]*

*"The Legal Estate to be in Cestui Que Use" Chapter Fifty-Six in Sec. 1617, at 31 Stat. 1432*

and they presume you are dead
*Chapter three – Absence for Seven Years, in Sec. 252, at 31 Stat. 1230, where it says; "SEC. 252. PRESUMPTION OF DEATH. - If any person shall leave his domicile without any known intention of changing the same, and shall not return or be heard from for seven years from the time of his*

*so leaving, he shall be presumed to be dead, in any case wherein his death shall come in question, unless proof be made that he was alive within that time.,*

## and they fraudulently forge your signature onto their quasi contracts

*"Assumpsit - ….In its origin an action of tort, [assumpsit] was soon transformed into an action of contract, becoming afterwards a remedy where there was neither tort nor contract. Based at first only upon an express promise, it was afterwards supported upon an implied promise, and even upon a fictitious promise. Introduced as a special manifestation of the action on the case, it soon acquired the dignity of a distinct form of action, which superseded Debt, became concurrent with Account, with Case upon a bailment, a warranty, and bills of exchange, and competed with Equity in the case of the essentially equitable quasi-contracts growing out of the principle of unjust enrichment. Surely, it would be hard to find a better illustration of the flexibility and power of self-development of the Common Law." James Barr Ames, "The History of Assumpsit," in 3 Select Essays in Anglo-American Legal History 298 (1909)." Black's Law Dictionary, 8th Edition, page 379*

*"Both in Roman and English law there are certain obligations which were not in truth contractual, but which the law treats as IF they were.  They are contractual in law, but not in fact, being the subject-matter of a fictitious extension of the sphere of contract to cover obligations which do not in reality fall within it." Salmond, Salmond on Jurisprudence, p. 642 (9th Edition, 1937, Sweet & Maxwell, Ltd. England)*

## which is based solely on the Roman Cult cestui que trust

*"Constructive/quasi contracts are based solely upon a legal fiction or fiction of law." Hill v. Waxberg, 237 F.2d 936*

## where they assault you with some of their so-called "benefits"

*"It is a well settled rule of law that he who seeks benefits of contract must also assume burdens." Higgins v. Monckton (1938), 28 C.A.2d 723, 83 P.2d 516*

*"Voluntary acceptance of benefit of transaction is equivalent to consent to all obligations arising from it, so far as facts are known, or ought to be known, to person accepting." Northern Assurance Co. v. Stout (1911), 16 C.A. 548, 117 P. 617*

*"A quasi contractual action presupposes acceptance and retention of a benefit by one party with full appreciation of the facts, under circumstances making it inequitable for him to retain the benefit without payment of its reasonable value." Major-Blakeney Co. v. Jenkins (1953), 121 C.A.2d 325, 263 P.2d 655, hear den.; Townsend Pierson, Inc. v. Holly-Coleman Co. (1960), 178 C.A.2d 373, 2 Cal. Rptr. 812. [emphasis added]*

## under their "equity",

*"In doing this, I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker." Chisholm v Georgia, 2 Dal. 419 at p 455*

*"A state like a merchant makes a contract. A dishonest state, like a dishonest merchant willfully refuses to discharge it." Chisholm v Georgia, 2 Dal. 419 at p 456*

## and they lie and cheat and steal and engage in fraud and deception where the so-called Judge is actually a (bought and  paid for) Clerk masquerading as a Judge

*""When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts administrating or enforcing statutes do not act judicially, but merely ministerially….but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464 [emphasis added]*

"...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)

"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal 596; 167 Cal 762

and (bought and paid for Clerks masquerading as Judges are not competent to do anything judicial, like issue Warrants, or Orders
"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities" Burns v. Sup., Ct., SF, 140 Cal. 1

and they demand their fraudulent fake money / military scrip / Federal Reserve Notes / Forced Loans that are Satan's money because the God of Abraham, Isaac and Jacob claims all of the gold and silver which is lawful money
The silver is mine, and the gold is mine, saith the LORD of hosts. Hagai 2:8

which is the ONLY lawful money
"At common law only gold and silver were a legal tender. (2 Inst. 577.)" McClarin v. Nesbit, 2 Nott & McC. (11 S.C.L.) 519 (1820),

and they are required to follow Texas Codes and the Texas Tax Code requires "cash or its equivalent", which means Satan's fake money / Federal Reserve Notes, that are NOT authorized in violation of their title 18 USC § 247 Damage to Religious Property; Obstruction of persons in the free exercise of religious beliefs
(a)Whoever, in any of the circumstances referred to in subsection (b) of this section—
(2) intentionally obstructs, by force or threat of force, including by threat of force against religious real property, any person in the enjoyment of that person's free exercise of religious beliefs, or attempts to do so;
shall be punished as provided in subsection (d).
(b) The circumstances referred to in subsection (a) are that the offense is in or affects interstate or foreign commerce.
(d)The punishment for a violation of subsection (a) or (c) of this section shall be—
(1) if death results from acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, a fine in accordance with this title and imprisonment for any term of years or for life, or both, or may be sentenced to death;
(5) in any other case, a fine in accordance with this title and imprisonment for not more than one year, or both. 18 USC § 247 Damage to Religious Property; Obstruction of persons in the free exercise of religious beliefs

This INTELLIGENCE BULLETIN (attached) is evidence that McCraw and his redacted coward thugs and the Director of the Montana Highway Patrol military police, intend to perjure their Oath of Office by bringing District of Columbia Codes on the land of Texas and the land of Montana and elsewhere in violation of their Oath to the Supreme law of the land Article 1, Section 8, Clause 17
To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals,

*dock-Yards, and other needful Buildings Article 1, Section 8, Clause 17, Constitution for the United States of America*

This INTELLIGENCE BULLETIN (attached) claims that the demandant is "naturalized" as required by McCraw and his screened for low intelligence thugs but  it is impossible for the Demandant to be one of their US citizen slaves because the Demandant is one of "the posterity" found in the preamble of the Constitution for the United States of America

*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America. Preamble, Constitution for the United States of America*

and Tooley is required to know that the Demandant is a direct descendant of "We the People" and is entitled to the right of blood

*"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768*

and Tooley  is required to know that "We the People" failed to be US citizens, because US citizens failed to exist when the Constitution was written

*"The term, citizens of the United States, must be understood to intend those who were citizens of a State, as such, after the Union had commenced, and the several States had assumed their sovereignties. Before this period there was no citizens of the United States." Manchester v. Boston, Massachusetts Reports, Vol. 16, Page 235 (1819)*

and Tooley is required to know that it is impossible for his Montana Highway Patrol Military Police, and his Lake Worth military police buddies, and his Azle military police buddies, and his Homeland Security military police buddies, and his Federal Bureau of Investigation military police buddies and his Fort Worth military police buddies, and his North Richland Hills military police buddies, and his Colleyville military police buddies, and his Bedford military police buddies, and his Euless military police buddies and his Grapevine military police buddies to be superior to the Demandant because they all exist under government authority, and are "other property of the United States" because they are subject to the Code of Federal Regulations

*The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State. Constitution for the United States of America, Article IV, Section 3, Clause 2*

and Tooley is required to know that as a direct descendant of "We the People", the Constitution for the United States of America was written under authority of the Demandant

*"the power which is derived cannot be greater than that from which it is derived" – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition*

as evidenced by the Statement of Original Status and associated Pedigree charts that is contained in and attached to the Original Claim for Relief, all of which is incorporated herein by reference in its entirety, and it is impossible for the Demandant to be a citizen

of the United States, because the Demandant is white as evidenced in the Lake Worth military police report

*"All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property." 42 USC § 1982 [emphasis added]*

*"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution." Van Valkenburg v. Brown, 43 Cal 43;*

and the so-called Fourteenth Amendment requires that ONLY persons "born or naturalized in the United States"

*"All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States..." Amendment XIV, Section 1*

*"The (14th) amendment referred to slavery. Consequently, the only persons embraced by its provisions, and for which Congress was authorized to legislate in the manner were those then in slavery." Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5, 29*

*"The rights of (original judicial) Citizens of the States, as such, are not under consideration in the fourteenth amendment. They stand as they did before the fourteenth amendment, and are fully guaranteed under other provisions." United States v. Anthony, 24 Fed. Cas. 829, 930 (1873)*

*"Merely being native born within the territorial boundaries of the United States of America does not make such an inhabitant a Citizen of the United States subject to the jurisdiction of the Fourteenth Amendment." Elk v. Wilkins, Neb (1884), 5s.ct.41,112 U.S. 99, 28 L. Ed. 643.*

*"The persons declared to be citizens are, "All persons born or naturalized in the United States and subject to the jurisdiction of thereof." The evident meaning of these last words is not merely subject in some respect or degree to the jurisdiction of the United States, but completely subject..." Elk v Wilkins, 112 US 94, 101, 102, (1884)*

and the hearsay evidence shows that the Demandant was given birth on the soil of Alberta, Canada, which the Demandant has no first hand knowledge of, but having said that, the Demandant does remember walking to school, in Peace River, Alberta, about 600 miles north of the Montana border, in the winter when it was 69 degrees Fahrenheit below zero, and the Demandant does remember finishing high school in 1975 in Raymond, Alberta, about 20 miles north of the Montana border, and neither has the Demandant been naturalized because "the sole authority" is through the Attorney General and by taking the Oath of Allegiance, which the Demandant has failed to do

*"(a)AUTHORITY IN ATTORNEY GENERAL*
*The sole authority to naturalize persons as citizens of the United States is conferred upon the Attorney General.*
*(b)COURT AUTHORITY TO ADMINISTER OATHS*
*(1)JURISDICTION Subject to section 1448(c) of this title—*
*(A)General jurisdiction*
*Except as provided in subparagraph (B), each applicant for naturalization may choose to have the oath of allegiance under section 1448(a) of this title administered by the Attorney General or by an eligible court described in paragraph (5). Each such eligible court shall have authority to administer such oath of allegiance to persons residing within the jurisdiction of the court.*
*(B)Exclusive authority*
*An eligible court described in paragraph (5) that wishes to have exclusive authority to administer the oath of allegiance under section 1448(a) of this title to persons residing within the jurisdiction of the court*

*during the period described in paragraph (3)(A)(i) shall notify the Attorney General of such wish and, subject to this subsection, shall have such exclusive authority with respect to such persons during such period." 8 U.S. Code § 1421.Naturalization authority*

neither is the Demandant a resident alien because the Demandant has failed to make application for a "green card", but the Demandant did claim American nationality through the United States Secretary of State, by right of blood, because the Demandant has ancestors who were in the Colony of South Carolina and the Colony of Virginia, and the Colony of Maryland, prior to the War of Independence, which means that the Demandant's ancestors wrote the state and federal constitutions and all government authority comes from the Demandant, and people like the Demandant, "We the People"
*"the power which is derived cannot be greater than that from which it is derived" – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition*

all of which evidences Tooley's intent to perjure his oath and all civil laws (Texas and United States Statutes, codes rules and regulations) cannot be used to violate the Demandant's rights
*"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768*

which means that the Demandant is a free inhabitant as found in the Articles of Confederation
*".....the free inhabitants of each of these States, paupers, vagabonds and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several States;....." Article IV, Articles of Confederation (1781)*

and McCraw and Toole failed to be happy engaging in War Crimes against the Demandant, because they and their Homeland Security buddies spread the word under their "Five Eyes" alliance so their Communist buddies in Canada can help out with the War Crimes, as evidenced in the Canada Border Services Agency Lookout Synopsis (attached) where on Page 2, under DETAILS, they are outraged to think anyone has a right to "RESIST AN UNLAWFUL ARREST WITH LETHAL FORCE IF NECESSARY"

and in 2014, McCraw's and Toole's buddies the Canada Border Services Agency arrested the Demandant based on this Lookout Synopsis, held the Demandant in their torture chamber jail, for over 24 hours, that was about 40 degrees farenheight with nothing but a short sleeve shirt, and charged him with fraudulent fictitious charges against their Roman Cult Cestui que trust and put on a show trial and sold the Demandant into slavery for 82 days,

and their buddies Cindy Biggs, under instructions from Peter Kujawinski, Consul General, Richard Hanrahan, Consul General, John Andrews, Consul General, Consulate General of the United States, Calgary, Canada, intended to be accomplices to the war Crimes by notifying Calgary military Police and then taking a nice long lunch so the Calgary military police would have plenty of time to get there to execute their fake color of law warrant (capias) and be waiting for the Demandant when the Demandant went down stairs, to make sure the Demandant got sold into slavery,

and then the Homeland Security thugs used that as justification to revoke the Demandant's Airframe and Powerplant License in an effort to deny the Demandant his right to pursue happiness, and the Demandant has failed to get a compensation for labor contract since 2012 except for a 6 week period in 2015 when the Demandant had a contract with GKN Aerospace in Montgomery Alabama, and when they laid the Demandant off, they went to great trouble to tell the Demandant it had nothing to do with his work performance but that their corporate office in the United Kingdom had ordered it, one of Tooley's Five Eyes Alliance buddies

all of which is part of their agenda to engage in War Crimes against anyone who thinks they have any rights, because they intend to enslave anyone who thinks they have rights, and their BAR member whores, like Richman, Alito, Lynn, Ramirez, and Scholer are their accomplices by using their rules to make sure that justice is denied, as part of their slavery agenda because it makes such good business for their so-called Court, so they can sell their "Justus",

and they intend to make sure the Demandant has no access to his grand sons and grand daughters, all of which is  in support of their reprisals agenda against anyone whose political beliefs fail to agree with theirs, and their reprisals against anyone who thinks they have any rights

by sending Jim Palamino, and his Homeland Security military police to conspire with the Federal Bureau of Investigation military police to conspire with John Elliott Mayer, Jr., to send the Demandant a FEDEX package and conspire with the Lake Worth Military police to unlawfully arrest the Demandant when the Demandant picked up the FEDEX package, for Transportation code offenses when McCraw and Palamino know that they and their military police are not authorized to enforce the Transportation code and they conspired with Federal Bureau of Investigation military police and Lake Worth military police and Homeland Security military police, and Azle military police, with fake color of law warrants (capias')

*"A capias is NOT a "Warrant of Arrest,"...." Knox v State, 586 S.W. 2d 504, 506 (Tex.Crim.App. 1979) [emphasis added]*

for Transportation Code offenses when none of them have authority to enforce the Transportation Code and then demanding Federal Reserve Notes from the Demandant for him to get his truck back and demanding Federal Reserve Notes for their fines and pillaging the Demandant's Arm (Colt Commander) and demanding that the Demandant prove that he is one of their US citizen slaves to get it back, and Alehandro Mayorkas is required to know that Article 1, Section 10, Clause 1 of the Constitution for the United States of America

*No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.*

requires that ONLY gold or silver coin can be a tender in the payment of a debt and Alehandro Mayorkas is required to know that NO Court CAN ask for gold or silver coin because gold or silver coin is NOT in general circulation and have not been since 1964,

and his Court may ONLY ask for Federal Reserve Notes because that is all that is in general circulation, he is required to follow Texas Codes and the Texas Tax Code requires <u>"cash or its equivalent"</u>, which means Federal Reserve Notes, Federal Reserve Notes are for use in the District of Columbia ONLY under the Gold Reserve Act of 1934

*SEC. 15. As used in this Act the term <u>"United States" means the Government of the United States</u>; the term "the continental United States" means the States of the United States the District of Columbia, and the Territory of Alaska; <u>the term "currency of the United States " means currency which is legal tender in the United States, and includes United States notes, Treasury notes of 1890, gold certificates, silver certificates, Federal Reserve notes, and circulating notes of Federal Reserve banks and national banking associations</u> ; and the term " person " means any individual, partnership association, or corporation, including the Federal Reserve Board, Federal Reserve banks, and Federal Reserve agents ..... Gold Reserve Act of 1934, 48 Stat. 344*

which is codified at 12 USC § 411

*<u>Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized</u>. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.12 USC 411 Issuance to Reserve Banks, Nature of obligations, Redemption*

therefore Federal Reserve Notes are NOT authorized to be used, which means Alehandro Mayorkas intends to be a Revenue Officer under the Federal Tax Lien Act of 1966,

*"(h) DEFINITION's. .... "(3) MOTOR VEHICLE.-The term 'motor vehicle' means a self-propelled vehicle <u>which is registered</u> for highway use under the laws of any State or foreign country. <u>"(4) SECURITY.-The term 'security' means any</u> bond, debenture, <u>note</u>, or <u>certificate or other evidence of indebtedness, issued by a corporation or a government or political subdivision thereof</u>, with interest coupons or in registered form, share of stock, voting trust certificate, or any certificate of interest or participation in, certificate of deposit or receipt for, temporary or interim certificate for, or warrant or right to subscribe to or purchase any of the foregoing: <u>negotiable instrument: or money</u>." Federal Tax Lien Act of 1966 at Public Law 89-719 at 80 Stat. 1130-1131*

which means Alehandro Mayorkas is bringing District of Columbia codes *(not exceeding ten miles square)* on the land of Texas in violation of Article 1, Section 8, clause 17
*To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings Article 1, Section 8, Clause 17, Constitution for the United States of America*

which means Alehandro Mayorkas has waived any immunities he may have enjoyed
*"Governments [ any sovereign] descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen...where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . ... For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." Clearfield Trust Co. v. United States 318 U.S. 363 (1943)*

*Governments lose their immunity and descend to level of private corporations when involved in commercial activity enforcing negotiable instruments, as in fines, penalties, assessments, bails, taxes, the remedy lies in the hand of the state and its municipalities seeking remedy. Rio Grande v. Darke, 167 P. 241,*

and the Constitution for the United States of America is the Supreme Law of the Land
*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. Article VI, Clause 2, Constitution for the United States of America*

and they are required to know that all regulations are for property of the United States
*The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State. Constitution for the United States of America, Article IV, Section 3, Clause 2*

and the International Covenant on Civil and Political Rights was ratified by Congress as Treaty 95-20, which means it is the Supreme Law of the land and Article 1 says the Demandant has the right to self determination
*All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development. Article 1, Clause 1, International Covenant on Civil and Political Rights*

and Tooley is required to know that the Four founding documents for The United States of America are The Declaration of Independence, the Articles of Confederation, the Northwest Ordinance, and the Constitution for the United States of America and among other things the Declaration of Independence says
*"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the Pursuit of Happiness. – that to secure these rights Governments are instituted among men..." Declaration of Independence, 1776*

and Tooley is required to know that "the pursuit of Happiness" is defined as the right to get compensation for our labor
*"The property which every man has in his own labor, as it is the original foundation of all other property, so it is the most sacred and inviolable. The patrimony of the poor man lies in the strength and dexterity of his own hands, and to hinder his employing this strength and dexterity in what manner he thinks proper, without injury to his neighbor, is a plain violation of this most sacred property." Butchers Union Co. vs. Crescent City Co. 111 U.S. 764.*

*"...every man has a natural right to the fruits of his own labor, as generally admitted; and no other person can rightfully deprive him of those fruits, and appropriate them against his will..." The Antelope, 23 U.S. 66, 120*

*"The right to follow any of the common occupations of life is an inalienable right. It was formulated as such under the phrase 'pursuit of happiness' in the Declaration of Independence." Allgeyer vs. State of Louisiana, 165 U.S. 578, 17 S.Ct. 427, 4l L. Ed. 832 (1897) Hotel et al. vs. Longley, et al. 160 S.W. 2d. 124, 127 (1942)*

*"...The term [liberty]...denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life...The established doctrine is that this*

*liberty may not be interfered with, under the guise of protecting public interest, by legislative action…".*
*Meyer v. Nebraska, 262 U.S. 390, 399, 400*

*"The right to labor and to its protection from unlawful interference is a constitutional as well as common-law right. Every man has a natural right to the fruits of his own industry". 48 American Jurisprudence, pg. 80*

which is codified in the Code of Law for the District of Columbia, also known as United States Code
*"The labor of a human being is not a commodity or article of commerce…." 15 USC § 17*

and Tooley has demonstrated that he intends to deny the Demandant his right to pursue happiness as an accomplice to his Lake Worth military police buddies, and his Azle military police buddies, and his Homeland Security military police buddies, and his Federal Bureau of Investigation military police buddies and the International Covenant on Civil and Political Rights was ratified by Congress as Treaty 95-20, which means it is the Supreme Law of the land and Article 1 says the Demandant has the right to self determination
*All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development. Article 1, Clause 1, International Covenant on Civil and Political Rights*

which means the Demandant decides who the Demandant is, NOT some screened for low intelligence military police hired thug, and NOT some (bought and paid for) Clerk masquerading as a Judge,  and the Northwest Ordinance applies in all federal territory which  includes territory under a military occupation and Article II requires that the demandant be provided a common law proceeding
*The inhabitants of the said territory shall always be entitled to the benefits of the writ of habeas corpus, and of the trial by jury; of a proportionate representation of the people in the legislature; and of judicial proceedings according to the course of the common law. All persons shall be bailable, unless for capital offenses, where the proof shall be evident or the presumption great. All fines shall be moderate; and no cruel or unusual punishments shall be inflicted. No man shall be deprived of his liberty or property, but by the judgment of his peers or the law of the land; and, should the public exigencies make it necessary, for the common preservation, to take any person's property, or to demand his particular services, full compensation shall be made for the same. And, in the just preservation of rights and property, it is understood and declared, that no law ought ever to be made, or have force in the said territory, that shall, in any manner whatever, interfere with or affect private contracts or engagements, bona fide, and without fraud, previously formed. Article II Northwest Ordinance*

and the Supreme Law of the land found in the International Covenant on Civil and Political Rights requires that the Demandant have access to compensation for their unlawful and illegal arrest
*1. Everyone has the right to liberty and security of person. No one shall be subjected to arbitrary arrest or detention. No one shall be deprived of his liberty except on such grounds and in accordance with such procedure as are established by law.*
*2. Anyone who is arrested shall be informed, at the time of arrest, of the reasons for his arrest and shall be promptly informed of any charges against him.*
*3. Anyone arrested or detained on a criminal charge shall be brought promptly before a judge or other officer authorized by law to exercise judicial power and shall be entitled to trial within a reasonable time or to release. It shall not be the general rule that persons awaiting trial shall be detained in custody, but release may be subject to guarantees to appear for trial, at any other stage of the judicial proceedings, and, should occasion arise, for execution of the judgement.*

*4. Anyone who is deprived of his liberty by arrest or detention shall be entitled to take proceedings before a court, in order that that court may decide without delay on the lawfulness of his detention and order his release if the detention is not lawful.*
*5. Anyone who has been the victim of unlawful arrest or detention shall have an enforceable right to compensation. International Covenant on Civil and Political Rights, Article 9*

all of which is evidence that Karen Gren Scholer, and Barbara M G Lynn, and Irma Carillo Ramirez, and Prescilla Richman, and Samuel Alito intend to conspire with Michael T Tooley and Steve McCraw, and Freeman F Martin, and Randall B Prince, and Skylor Hearn, and Alejandro Mayorkas, and John K Tien, and their screened for low intelligence hired thugs like Jim Palamino to deny the Demandant a remedy by using their color of law rules (another War Crime),
*No contract, agreement or regulation shall impair the right of any worker, whether voluntary or not and wherever he may be, to apply to the representatives of the Protecting Power in order to request the said Power's intervention. Article 52, Clause 1, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and as evidenced in the Canada Border Services Agency military police Lookout Synopsis, the Lake Worth military Police Narrative, the Notice and demand served on Michael T Tooley, the letter from the Demandant's daughter when she told the Demandant to leave because her husband is afraid of being FIRED, and the email from the Tarrant County Sheriff stating that they have no Traffic Safety Officers, true copies of each of which are attached hereto, all of each of which are incorporated herein by reference in their entirety and they all intend to unlawfully arrest people and they intend to perjure their oath to "support and defend the Constitution of the United States" which is the Supreme Law of the Land, and the Demandant has NEVER IN HIS LIFE Breached the Peace and Tooley and McCraw and Mayorkas and their PIGs (**P**ersons **I**n **G**overnment who intend to perjure their Oaths) Breach the Peace on a routine basis!

## AGAINST THE PEACE AND DIGNITY OF THE STATE.

### VERIFICATION

I, glenn winningham; house of fearn, do affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.

August 2022
Date

_____ L.S.
glenn winningham; house of fearn
with a Proper Mailing address (18 USC § 1342) of;
General Post Office, ZIP CODE EXEMPT
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.

As a Notary Public, I hereby certify that glenn winningham; house of fearn, who is known to me, appeared before me and after affirming, he executed the foregoing document on this the ___4th___ day of August, in the year two thousand and twenty-two.


_Donna S Cartwright_
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

Notary Seal

DONNA CARTWRIGHT
Notary Public, State of Texas
Comm. Expires 09-03-2024
Notary ID 10482373



| Canada Border Services Agency | Agence des services frontaliers du Canada | | PROTECTED B |
|---|---|---|---|

**Lookout Synopsis**

Lookout/Target No.: 7050-10-0473
Date of Issue: 2013/06/17
Date of Expiry: 2013/11/30
Status: Active

CAUTIONS: ARMED & DANGEROUS

## SUBJECT

Individual: FEARN, Glenn Winningham
Country of Birth: Not Available
Citizenship: Not Available
Alias: No Data Entered
Description: Brown, N/A, N/A, N/A, Caucasian
moustache
Tel: No phone number provided
Identification: Other personal document IDCARD036784189, Canada, Alberta
Passport 208952994, United States, District of Columbia
Address: 6340 Lake Worth Blvd, 437    Fort Worth, TX,
76135, United States
Address: PO Box 188   Donalda, AB, T0B1H0, Canada
Address: 14 Cayuga Cres W   Lethbridge, AB, Canada

Gender: Male
DOB: 1957/09/04

## CONVEYANCE

Highway: Truck, 54JBP9, Pickup, Dodge, 2008, RAM 2500, 3D7KS28A28G141628,
TX, United States
Highway: Truck, EUX083, Other, G.M.C., 2000, Jimmy, Gold, AB, Canada

## DETAILS

Type: Firearms
Narrative: FEARN is a member of the Sovereign Citizens movement. This group is right-wing
extremist group who are extremely anti-government.

FEARN has made written statements indicating that it is his right to RESIST
UNLAWFUL ARREST WITH LETHAL FORCE IF NECESSARY. This includes being arrested by
the police or at the border. He has also indicated that he is prepared to die
and has a death wish.

The last time FEARN was dealt with at the border he declared two handguns. He
was instructed to take his handguns back to the United States. It is suspected
that he stored his handguns in the United States but at this time this can not
be confirmed. At this time he was driving a Texas plated vehicle.

FEARN is currently residing in Lethbridge Alberta but was recently residing in
Fort Worth, Texas.

FEARN recently attended provincial court in Lethbridge, Alberta to deal with a



| Canada Border Services Agency | Agence des services frontaliers du Canada | PROTECTED B |
|---|---|---|

**Lookout Synopsis**

lawsuit he served on many people in the Law Enforcement/Justice profession. This lawsuit was dismissed by the Judge and FEARN was ordered to pay court costs.

Due to his statements regarding a death wish, resisting arrest using lethal force, and possession of handguns in the recent past, FEARN is considered to be ARMED AND DANGEROUS.

Please use extreme caution when dealing with FEARN. Contact an Intelligence Officer upon interception. A secondary examination for firearms is strongly recommended.

Officers trained in the use of control and defensive tactics (CDT) and in possession of defensive equipment are expected to manage situations involving persons who may be prone to violence and who may be in possession of a weapon, including a firearm, up to such point that the officer believes he or she has reached the limits of his or her training and personal abilities. Where these limits have been reached, the officer shall permit the individual to proceed into Canada and immediately notify the police force of jurisdiction.

***UPDATE***
On November 30, 2010, Fearn appeared in QB Court. After reviewing the Application for the lawsuit, the judge dismissed the Application it in its entirety and awarded $2950 in costs to the Respondents to be paid by Fearn. After the court hearing and outside the courtroom Fearn made comments that he has numerous firearms in the U.S. which he intended to retrieve and bring into Canada. He also made comments of being killed by police.

***FEARN entered the US at POE Sweetgrass, MT on February 15, 2011.  FEARN would not provide any travel information to US CBP and was allowed to enter the US as he is a US Citizen.****

|  | SOURCE | | CONTACT/ENTERED ON BEHALF OF |
|---|---|---|---|
| Category: | (2) Two | Agency: | CBSA |
| Reliability: | Completely Reliable and Available for Court | Name: | Mark Vanden Berg |
| Source: | CBSA - Port of Entry | Location: | Port of Coutts, AB |
| Legislation: | Customs Act (CA) | Telephone: | ████████████ |
|  |  | Agency: | CBSA |
|  |  | Name: | Mark Vanden Berg |
|  |  | Location: | Coutts, AB |
|  |  | Telephone: | ████████████ |



**Canada Border
Services Agency**   **Agence des services
frontaliers du Canada**

PROTECTED B

**Lookout Synopsis**

Issued By: HUNTLEY, Alana Joan          Authorized: HUNTLEY, Alana Joan
  Location: Alberta South - Intelligence       Location: Alberta South - Intelligence

Law Enforcement Sensitive



Texas Department of Public Safety, Intelligence and Counterterrorism Division

# Intelligence Bulletin

(September 7, 2010)

## OFFICER SAFETY
## CONSIDERED ARMED AND DANGEROUS



**GLENN WINNINGHAM FEARN**
DOB: ████████ 5'8", 200 lbs
Prior DL's: Utah and Montana (expired)
SSN: ████████
Vehicle: 2008 Red Dodge RAM

Summary

In mid-June 2010, GLENN WINNINGHAM FEARN, a self proclaimed member of the Republic of Texas, sent a "Notice and Demand" letter to the Montana Highway Patrol threatening to use lethal force if stopped or "unlawfully arrested." FEARN has a history of sending letters to government offices declaring his sovereignty from the United States, Arizona, New York, Texas and now Montana.

On July 16, 2010, FEARN attempted to enter Canada through a Montana Port of Entry declaring his firearms. He was required to pay a duty tax which he refused. FEARN rented a storage locker for the firearms, returned the same day and entered Canada. FEARN was driving a red Dodge pick up bearing Texas license plate 54J-BP9. FEARN'S Dodge may also bear Republic of Texas plates "2092-A Private Property." Currently, FEARN is back in the US at an unknown location to law enforcement.

FEARN was born in Canada and is a naturalized US Citizen. He has used addresses in Casa Grande, AZ and in Fort Worth, TX which were found to be a private mailing and a shipping business. He has sent multiple mailings to Law Enforcement Agencies giving notice that he would assert his right to resist with lethal force if necessary. He may be unstable, unpredictable, and most likely armed. He should be considered armed and dangerous.

Anyone with comments or questions regarding this bulletin or if contact or arrest of FEARN is made, should contact TX DPS CID Agent ████████ at ████████ or the DPS Texas Fusion Center at 1-866-786-5972 or e-mail at txdpsintelcenter@txdps.state.tx.us.

Title Holder: Glenn Winningham; house of Fearn      Michael T. Tooley, Chief Admin., Montana Highway Patrol, Notice and Demand 062110

From:
Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
ZIP CODE EXEMPT
DMM 602.1.3.e.2, 18 USC § 1342

**By Registered Mail** RR 569 486 047 US
To:
Michael T. Tooley, Colonel
Montana Highway Patrol Chief Administrator
Montana Highway Patrol Headquarters
2550 Prospect Avenue
P.O. Box 201419
Helena, Montana 59620-1419

**NON-NEGOTIABLE**                                    **NON-NEGOTIABLE**
                          **NOTICE AND DEMAND**

        I, Me, My, Myself, a man, a living soul, a sovereign, an inhabitant of the land of Texas, and a holder of the office of "the people", with an address correction: C/O Glenn Winningham; house of Fearn, Non-Domestic Mail, C/O 6340 Lake Worth Blvd., #437, Fort Worth, Texas, Zip Code Exempt, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1.      Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, I accept your Oath of Office. Please find an Oath of Office acceptance document attached hereto, and incorporated herein by reference in its entirety.

2.      Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, equality under the Law is paramount and mandatory by Law.

3.      Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, I did not give you, the authority for making a legal determination for Me.

4.      Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, if you think or assume that you are representing Me, you are FIRED!

5.      Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, neither you, nor any other person, is competent in dealing with any of My affairs.

6.      Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, I am competent for dealing in all of My affairs.

7.      You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, were Noticed of My copyrights on the name(s) **Glenn W. Fearn©, GLENN WINNINGHAM FEARN©, FEARN, GLENN WINNINGHAM©**, or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL

Page 1 (plus attachments)                    Michael T. Tooley, Chief Administrator, Montana Highway Patrol, Notice and Demand 062110
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title
Holder.——————————————————————————————————Title Holder Glenn Winningham; house of Fearn
                                                                                                With the Copy-Claim

Title Holder: Glenn Winningham; house of Fearn      Michael T. Tooley, Chief Admin., Montana Highway Patrol, Notice and Demand 062110

COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety.

8.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, were ORDERED that any communication with me is to be signed "under the penalty of perjury".

9.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, were Noticed that any violation My copyright(s), or making a legal determination for Me, representing Me, or communicating with Me in any manner not "under penalty of perjury" would constitute an agreement to the fee of;

a)   ten thousand dollars ($10,000.00), minimum; or

b)   one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or

c)   ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,
for each and every violation, payable only in lawful money.

10.  You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, were also noticed that any violation as described in paragraph 9 above would constitute an agreement that I could seek relief from all of your corporate officers and directors as well as your parent corporation(s), and its officers and directors, jointly, severally, and personally.

11.  You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, if you wish to communicate with Me, the sovereign living soul, you are required to address the letter EXACTLY as shown above and if you must use a ZIP code, put it in square brackets, because it takes it off the page, otherwise, additional damages and injuries will accrue.

12.  You Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that pursuant to 18 USC § 1342, My proper name is Glenn Winningham; house of Fearn and My proper address is;
     **with a postal address of;**
     **Non-Domestic Mail,**
     **C/O 6340 Lake Worth Blvd., #437,**
     **Fort Worth, Texas**
     **ZIP CODE EXEMPT**
     **DMM 602.1.3.e.2, 18 USC § 1342**
     and unless you want to be guilty of mail fraud, it shall be shown EXACTLY like it.

13.  Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, you are NOTICED that it is My intent, **NEVER** to act as SURETY, or in any be the guarantor, or an accommodation party for the fictitious entities created by government officials through FRAUD, COERCION, INTIMIDATION, and PERJURY OF OATH.

14.  Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that because of criminal conversion of My name and the names of My

Page 2 (plus attachments)                Michael T. Tooley, Chief Administrator, Montana Highway Patrol, Notice and Demand 062110
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title
Holder.————————————————————————————————————————Title Holder Glenn Winningham; house of Fearn
                                                                                                      With the Copy-Claim

family members, I have seized control of the fraudulently created entities, and copyrighted the names, and therefore, I am the authorized representative for the 15 USC § 44 entity called GLENN WINNINGHAM FEARN, pursuant to Power of Attorney in Fact recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-159374, which is incorporated herein by reference in its entirety.

15.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that I am not a second class UNITED STATES citizen, 14th Amendment Citizen, corporation or other fictitious entity as found in CORPORATE DENIAL AFFIDAVIT, recorded with the Pinal County Recorder at FEE NUMBER 2005-107494, and ZIP CODE CORPORATE DENIAL AFFIDAVIT recorded with the Pinal County Recorder at FEE NUMBER 2005-120448, both of which are incorporated herein by reference in their entirety.

16.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that according to the courts, there is no such thing as a drivers license under Texas law.

*This court has held that there is no such license known to Texas Law as a "driver's license."* Frank John Callas v. State, 167 Tex. Crim. 375; 320 S.W. 2d 360

*We have held that there is no such license as a driver's license known to our law.* Claude D. Campbell v. State, 160 Tex. Crim. 627; 274 S.W.2d 401

*An information charging the driving of a motor vehicle upon a public highway without a driver's license charges no offense, as there is no such license as a driver's license known to the law.*
Keith Brooks v. State 158 Tex. Crim. 546; 258 S.W.2d 317

*There being no such license as a "driver's" license known to the law, it follows that the information, in charging the driving of a motor vehicle upon a highway without such a license, charges no offense.*
W. Lee Hassell v. The State, 149 Tex. Crim. 333; 194 S.W.2d 400

17.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that since there is no such thing as a drivers license, that I will not have one in the event I get stopped by one of your subordinates. However, if I do get stopped by one of your subordinates, I will have;
a)      a PHOTO IDENTIFICATION AFFIDAVIT which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-159373, and is also recorded with the republic of Texas Robertson County Recorder at Book 1, Line 9, as well as;
b)      a TRAFFIC STOP LAWFUL NOTICE which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-040493, and is also recorded with the republic of Texas Robertson County Recorder at Book 1, Line 17, as well as;
c)      a NON-NEGOTIABLE NOTICE AND DEMAND to all Corporate Commercial Agents, which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2010-034479,

*Seal*

true copies of each of which are attached hereto, and incorporated herein by reference in their entirety.

18. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that I am not a person, as far as your statutes are concerned, because a "person" is:
   a) **"a variety of entities other than human beings."** Church of Scientology v U.S. Department of Justice, 612 F2d 417 (1979) at pg 418
   b) **"...foreigners, not citizens...."** United States v Otherson, 480 F. Supp. 1369 (1979) at pg 1373.
   c) **the words "person" and "whoever" include corporations, companies, associations, firms, partnerships, societies, and joint stock companies...** Title 1 U.S.C. Chapter 1 – Rules of Construction, Section 1

   and a sovereign is not a "person" in a legal sense and as far as a statute is concerned;
   a) **" 'In common usage, the term 'person' does not include the sovereign, [and] statutes employing the [word] are normally construed to exclude it.'** Wilson v Omaha Tribe, 442 US653 667, 61 L Ed 2d 153, 99 S Ct 2529 (1979) (quoting United States v Cooper Corp. 312 US 600, 604, 85 L Ed 1071, 61 S Ct 742 (1941). See also United States v Mine Workers, 330 US 258, 275, 91 L Ed 884, 67 S Ct 677 (1947)"** Will v Michigan State Police, 491 US 58, 105 L. Ed. 2d 45, 109 S.Ct. 2304
   b) **"a sovereign is not a person in a legal sense"** In re Fox, 52 N. Y. 535, 11 Am. Rep. 751; U.S. v. Fox, 94 U.S. 315, 24 L. Ed. 192

19. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that because I am not involved in commerce in any way, I do not have a Motor Vehicle pursuant to 18 USC § 31 which says;
   **The term "Motor Vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.**
   **The term "used for commercial purposes" means the carriage of persons or property for any fare, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking intended for profit."**

20. You Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that My private conveyance may have plates on it purporting to be associated with the republic of Texas similar to those, which are attached hereto, and incorporated herein by reference in their entirety, but in any event, it will be identified with the words **PRIVATE VEHICLE**, or **NON-COMMERCIAL**, or **PRIVATE PROPERTY**, in large unmistakable letters, on the rear bumper area. You are NOTICED that the reasons for these words being placed in the rear bumper area is firstly, because it is not a **"Motor Vehicle"**, it is a **"PRIVATE VEHICLE"**, and secondly, because a Certificate of Title certifies that the state has the title, which means the state owns the vehicle, and these words provide notice that this vehicle is

not owned by the state, even though it may have state plates on it, and any claim to the contrary is perjury of oath by any officer of the court or the state.

21. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that all documents that are recorded with the PINAL COUNTY RECORDER may be viewed at their website at; http://pinalcountyaz.gov/Departments/Recorder/Pages/DocumentSearch.aspx

22. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that you are not authorized to serve commercial process on Me.

23. As a titled sovereign, I hereby DEMAND that you Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, protect Me from all foreign agents, like agents from the FBI, the DEA, the INS, the IRS, the IMF, the CIA, and any other agents of foreign governments.

24. As you already know, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, neither the Transportation Code, nor the Uniform Commercial Code, are positive law, therefore, you have no authority whatsoever, to impose anything in either of them on Me.

25. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that because I am a sovereign living soul, and a holder of the office of "the people", and an inhabitant of the land of Texas, who is currently travelling on the land of New York, that it also holds true that I am not a "person" as found in any of your corporate commercial codes, rules, and regulations, and therefore, your law merchant, a/k/a private international law, a/k/a martial law, a/k/a canon law, a/k/a ecclesiastical law, **does not apply to Me**, and if you or one of your subordinates attempts to impose one of your law merchant so-called contracts upon Me, your subordinate and you will be engaging in Perjury of Oath, Sedition to the Constitution, and giving aid and comfort to the enemy in a time of war, which is the prosecutable form of Treason as found in the constitutions for the united States of America, the New York republic, as well as the republic of Texas.

   *Inasmuch as **every government** is an **artificial person,** an abstraction, and a creature of the mind only, a government can interface **only with other artificial persons.** The imaginary, having **neither actuality nor substance,** is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that **no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them.***
   *Penhallow v. Doane's Administrators 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54, (1795)*

26. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are noticed that pursuant to the Federal Rules of Civil Procedure rule 81 (f) you are a revenue officer of the United States, especially since you have in your court room a US martial law war flag, and pursuant to the Eleventh Article in Amendment to the Constitution for the united States of America, you and your subordinates have no

authority whatsoever to hear, (much less rule), in any case involving Me, or My wife, or My infant children, and if you or your subordinates do hear or rule in any matter involving Myself, My wife, or My children, it will be without any authority whatsoever, and in which case, you and your subordinate, will have no immunity whatsoever, and will be personally, fully liable for perjury of oath at a minimum.

27.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that the use of any statutes, codes, rules, regulations, or court citations, within any document created by Me, at any time, is only to notice that which is applicable to you, and is not intended, not shall it be construed, to mean that I have conferred, submitted to, or entered into any jurisdiction alluded to thereby.

28.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that if you receive commercial paper (Federal Reserve Notes, bank drafts, legal tender) for your compensation, then you do NOT receive lawful money and you are a municipal corporation and have no authority whatsoever over Me. You and your subordinates have no more authority over Me than a Walmart rent-a-cop does.

29.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I am not bankrupt like you and your criminal corporation, and I hereby certify that I have in my possession much more than twenty-one dollars in lawful money (twenty-one each, one troy ounce silver eagle coin with a face value of one dollar each).

30.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I recently converted some silver to land together with all of the rights and privileges of the original land patent, therefore, I hold absolute ownership in land.

31.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that I do travel on the land of New Jersey, or elsewhere from time to time, but I am not even remotely interested in being in your criminal municipal corporation called UNITED STATES, or its political subdivision called STATE OF MONTANA, and any attempt by you, or your subordinates, to coerce or intimidate Me into your municipal corporation is perjury of oath at a minimum, by whoever does it, and you.

32.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that the ONLY legitimate power that is held by ANY governmental entity in the United States, and their agencies, is power that "We the people" delegated, and "we the people" are not subject to their codes, rules, and regulations.
   *"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts."* Yick Wo v Hopkins, 118 US 356, at pg 370;

Title Holder: Glenn Winningham; house of Fearn     Michael T. Tooley, Chief Admin., Montana Highway Patrol, Notice and Demand 062110

33.     You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that My rights are "unalienable" as found in the Declaration of Independence (1776), (which is positive law) which means that they CANNOT be alienated under ANY circumstances.

34.     You Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that just because the US Congress PERJURERS pass a Foreign Sovereign Immunity Act, (and it is true that I am foreign, because I am a citizen of Texas, which is foreign to the United States), that Congress does not have the authority to convert My rights from unalienable, (CANNOT be alienated under ANY circumstances) to inalienable (CAN be alienated based on some presumed contract), and neither does Congress have the right to grant ANY officer of ANY court the right to make such a presumption.

35.     You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that any (so-called) contract which appears to alienate ANY of My God given rights, as one of "the people", involving ANY government in America, or ANY agency of any government in America, is a NULLITY, because the government CANNOT commit TREASON (breach of trust), and ANY presumption to the contrary by **ANY** Officer of **ANY** Court, is Perjury of Oath.

36.     You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that the ONLY valid contract involving Me, one of "the people", is a common law contract, between living souls, with full disclosure, in writing, with full knowledge, and intent, and signed in red ink on the land of America, and this does NOT include ANY law merchant (so-called) contracts, or any contracts with any fictitious entities.

37.     You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that all corporations are, by definition, **incorporated** into the government, and all Banks are instrumentalities of Congress (because of the Bank Act), therefore they are all agencies of the government, and ALL contracts with ANY government agency is a NULLITY, as far as ANY violation of My rights is concerned, whether the so-called contract is in writing or not.

38.     You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I have the right to resist unlawful arrest with lethal force if necessary, as found in the Notice and Demand to all Corporate Commercial Agents 022810 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2010-034479, and also;

        **"These principles apply as well to an officer attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they do to a private individual who unlawfully uses such force and violence."** Jones v. State, 26 Tex. App. I; Beaverts v. State, 4 Tex. App. 1 75; Skidmore v. State, 43 Tex. 93, 903.

        **"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as**

he would in repelling any other assault and battery." (State v. Robinson, 145 ME. 77, 72 ATL. 260).

"**Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense.**" State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100.

"**One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance.**" (Adams v. State, 121 Ga. 16, 48 S.E. 910).

"Story affirmed the right of self-defense by persons held illegally. In his own writings, he had admitted that "**a situation could arise in which the checks-and-balances principle ceased to work and the various branches of government concurred in a gross usurpation.**" There would be no usual remedy by changing the law or passing an amendment to the Constitution, should the oppressed party be a minority. Story concluded, "**If there be any remedy at all ... it is a remedy never provided for by human institutions.**" That was the "**ultimate right of all human beings in extreme cases to resist oppression, and to apply force against ruinous injustice.**" (From Mutiny on the Amistad by Howard Jones, Oxford University Press, 1987, an account of the reading of the decision in the case by Justice Joseph Story of the Supreme Court.

39.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I have an unlimited right to carry arms, whether concealed or not.

"**The carrying of arms in a quiet, peaceable, and orderly manner, concealed on or about the person, is not a breach of the peace. Nor does such an act of itself, lead to a breach of the peace.**" Wharton's Criminal and Civil Procedure, 12th Ed., Vol.2: Judy v. Lashley, 5 W. Va. 628, 41 S.E. 197

40.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that in the event that one of your hired thugs attempts to unlawfully arrest Me, and I assert My right to resist that unlawful arrest, with lethal force if necessary, and your hired thug kills Me, your hired thug will be guilty of MURDER, and so will you.

"**Perhaps it should be mentioned that as a general rule <u>a person is placed under arrest when he is deprived of his liberty by an officer who intends to arrest him</u>. It is not always necessary for the officer to make a formal declaration of arrest. See: 1 Varon, Searches, Seizures and Immunities, 75 (1961);**" Henry v. United States, 361 U.S. 98, 4 L.Ed.2d 134, 80 S.Ct. 168 (1959) and United States v. Boston, 330 F.2d 937 (1964).

"**The stopping of an automobile by a highway patrol officer for inspection of a driver's license, or for any other purpose where it is accomplished by the**

**authority of the officers, is an "arrest."** Robinson v. State, 198 S.W.2d 633, 635, 184 Tenn. 277

**"A motorist stopped by a traffic officer for a traffic offense would be considered "arrested" . . . even if the motorist was not specifically informed that he had been arrested."** People ex rel. Winkle v. Bannan, 125 N.W.2d 875, 879, 372 Mich. 292.

**"Any restraint, however slight, upon another's liberty to come and go as one pleases, constitutes an "arrest."** Swetnam v. W.F. Woolworth Co., 318 P.2d 364, 366, 83 Ariz. 189.

41.  Finally, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, as a titled sovereign, I hereby DEMAND that you, and your subordinates, protect My unalienable rights.

42.  Signed and Sealed in red ink on the land of New York.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

**Notice for the principal is notice for the agent and
notice for the agent is notice for the principal.**

This instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN, and all derivatives thereof
My Copyright

Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the
people", inhabitant of the land of Texas
travelling from time to time on the land of New York,
and elsewhere

Seal

Title Holder: Glenn Winningham; house of Fearn     Michael T. Tooley, Chief Admin., Montana Highway Patrol, Notice and Demand 062110

## Witnesses

We, the undersigned witnesses, who are sovereign living souls, each and everyone of us, and inhabitants of the land of New York, do hereby certify that we witnessed the signature of Glenn Winningham; house of Fearn, who is also a sovereign living soul, and an inhabitant of the land of Texas.

| **Name** | **Signature** | **Date** | **City nearest abode:** |
|---|---|---|---|
| George Batts | *George Batts* | 6/7/10 | White Plains |
| Barry Brown | *Barry Brown* | 6/7/10 | White Plains |
| Kenneth Levy | *(signature)* | 6/7/10 | White Plains |

Page 10 (plus attachments)
062110
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.

Michael T. Tooley, Chief Administrator, Montana Highway Patrol, Notice and Demand

Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

 **FOR THE RECORD At Law;** 

## *OFFICIAL NOTICE/DEMAND by an American Sovereign!*

**FOR: The living Man or Woman of God so named below offering We the People of God your OATH OR AFFIRMATION FOR SERVICE UNDER WE THE PEOPLE'S CONSTITUTIONS, FOR SERVING AS A ELECTED, EMPLOYED AND/OR APPOINTED SERVANT AS AN OFFICIAL ADMINISTRATOR OR AGENT is now NOTICED that who so ever acts with DISHONOR regarding his/her OATH OF OFFICE standing unto God is in Violation(s) of His one Natural Law and contract breech with me being one We the People of God for not upholding my organic Constitutional superior declared Sovereign Rights of God and is therefore impersonating without standing;**

In the name of God, Amen; I, me, my, myself, a living soul sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES, formally accept your contract offer for value being your Oath and/or Affirmation(s) for Office without the Corporatism UNITED STATES by affirming (swearing), "so help me God". I formally accept your offer with lawful conditions with your constitutional, legislated, delegated, regulatory authority and your timely public declaration for fiduciary officeholder by Oath and/or Affirmation by limiting your all enforcement claims brought forth, "UNDER PENALTIES with PERJURY". Further, I formally accept your Oath offers with conditions that all RETURNS must be signed Under Penalties with Perjury upholding and notwithstanding all your Oath offering(s) and/or Affirmation(s). I formally accept your Oath offers or Affirmation(s) for Office beholding unto our Creator God as being truth. KJV: Leviticus 19:12, Deuteronomy 23:23, I Kings 8:31-32, Ecclesiastes 5:3-6, Mathew 23:11-30, James 1:6-7.

It is now written that you and I have joinder standing under God in a firm binding private contract ab initio, I demand you uphold your private contract part, non ultra vires, as laid down by our Creator in His Holy Word and declared in the one We the People's organic Constitution for Texas a republic and with all other Oath offering(s) and Affirmation(s) notwithstanding. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Whereas the above private contract now being in force, you are personally liable for the protection for my entire Texian American Sovereignty declared rights standing in God's Kingdom without the Corporatism UNITED STATES, therefore I demand you honor my reserved declared rights imbedded in our Constitution and protected with God's Superior common law and commercial law which is created within imprescriptibility as mine and are inalienable in their entirety. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Absent the above private contract involving my Sovereign private affairs that are arrived at without recourse and dishonor with you and whereas your Corporatist Title being one PERSON created by THE STATE OF MONTANA/UNITED STATES is fired from assigning or appointing any 3rd party legal representation for making legal determinations involving me. Doing otherwise initiates Dishonor unto Him our Creator and good faith breach with me of God and in International Maritime Law voids your fiduciary worthiness.

I further declare I am confident for handling my own affairs. I do not own or reside on or in any water body on planet earth. I declare by Affidavit "I am of God not a Corporatism UNITED STATES OR STATE created Corporatist". If you insist on pursuing, standing against me of God without Venue or proper geographical Jurisdiction you are in Montana State Corporatism violation "Law with Color", Nation's Laws, International Laws and the most superior law over all, our creator God's one Royal law.

**KJV/Gal: 5-14; all law is fulfilled in one word; Thou shall love thy neighbor as thyself, James 2:8-10**

**THEREFORE, *YOU ARE NOTICED* that you may be knowingly or unknowingly COMMITTING CRIMINAL ACTS by criminally converting Civil Statutes and my inalienable rights. These acts are being Created by simulating Court Processes using Corporatism "LAWS WITH COLOR" while being INFERIOR**

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

With the Copy-Claim BY _____ Seal



**FOR THE RECORD At Law;**



with We the People's Superior created organic Constitutional Jurisdiction and Venue. Therefore you may be standing in DISHONOR our OATH(S) OF OFFICE by dishonoring God the one Organic Creator Superior over all and myself a declared sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES. If found you have knowledge in COMMITTING such CRIMINAL ACTS and dishonoring your OATH(S) OF OFFICE as an Elected, Appointed, Assigned, and/or Employed official servant for We the People of God, claims may be brought against you PERSONALLY for you are operating outside the bounds for your constitutional, legislated, delegated, and regulatory authority. THE STATE OF MONTANA/UNITED STATES Corporatism offers no protection for its administrators, agents, employees that are elected, contracted, employed or appointed when they operate outside their jurisdictional bounds and against God's Superior created mankind.

I demand acknowledgement and receipt with attached *NOTICE/DEMAND* including any charging, billing, inquiry, summons and/or any other simulated Court process with related instrument(s) certified copies being sought against me that may require a fine, pleading, subpoena or arrest and/or causing myself injury and/or my private property. If you refuse in signing said OFFICIAL NOTICE/DEMAND then any fraudulent actions by you against me will be declared tendered and dishonored by affidavit and describing you as being an unlawful official administrator/agent/employee impersonator. I demand your signature hereon and returned within three days from receipt as an acknowledgement which may be introduced as evidence for initiated claim(s) and your signature hereon is not a guilt admission:

Official man/woman's living Name: Michael T. Tooley; Signature: _____

Official's Corporatism d.b.a./Title: MICHAEL T. TOOLEY, COLONEL, CHIEF ADMINISTRATOR, MONTANA STATE PATROL;

Official's Corporatist Bar Card No: _____ Official's Office No.: _____

Official's Elected and/or Appointed Bonding Co. name and number: _____

Regards:

Me By _____ of God;
I, me, my/myself By Glenn Winningham; house of Fearn, a Sui Juris Living-Soul, Claimant. By Affidavit I am of God standing in God's Kingdom without the Corporatism UNITED STATES as a Private-Texian-American-Sovereign and all my rights standing reserved in God's Kingdom, without Recourse

## Witnesses

We, the undersigned witnesses, who are sovereign living souls, each and everyone of us, and inhabitants of the land of New York, do hereby certify that we witnessed the signature of Glenn Winningham; house of Fearn, who is also a sovereign living soul, and an inhabitant of the land of Texas.

| Name | Signature | Date | City nearest abode: |
|------|-----------|------|---------------------|
| George Botts | George Batts | 6/7/10 | White Plains |
| Barry Brown | Barry Brown | 6/7/10 | White Plains |
| Kenneth Levy | K.L. | 6/7/10 | White Plains |

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

With the Copy-Claim BY _____ Seal

 **UNITED STATES POSTAL SERVICE®**

Home | Help | Sign in

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: RR56 9486 047U S
Class: First-Class Mail®
Service(s): Registered Mail™
         Return Receipt
Status: Delivered

Your item was delivered at 10:04 AM on June 14, 2010 in HELENA, MT 59601.

Detailed Results:

- Delivered, June 14, 2010, 10:04 am, HELENA, MT 59601
- Arrival at Unit, June 14, 2010, 5:27 am, HELENA, MT 59601
- Processed through Sort Facility, June 13, 2010, 4:41 pm, BILLINGS, MT 59101
- Acceptance, June 09, 2010, 11:18 am, PURCHASE, NY 10577

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

Track & Confirm by email   Item sent to you or others by email. ( Go > )

Careers   Privacy Policy   Terms of Use   Business Customer Gateway



# Lake Worth Police Department

Page 1

3805 Adam Grubb

## Inmate Booking Report

7/27/2018

### Personal

Name: Fearn, Glenn Winningham                    Agency Id: 8837-1

Ethnicity: Non-Hispanic   DOB ▮▮▮▮   Age: 60   POB: refused

Race:  White          Sex  Male        Weight: 200       Height:  5` 8``

Hair: Brown           Eyes: Blue

Identifying Characteristics

| Characteristics | Body Parts | Description |
|---|---|---|

---

| DL No.: ▮▮▮▮ | Issued: TX | SS No.: ▮▮▮▮ | DPS No.: | FBI No.: |
|---|---|---|---|---|

Occupation:                         Employer:

### Address

Street:                    City:          State:           Zip:

### Phone

Phone:                Type:

Phone:                Type:

### Arrest

Arrest Agency: Lake Worth Police Department    Booking Date:  07/27/2018 14:23

Arrest Officer:                            Booking Officer:

Arrest Location:                                Arrest Date:

### Vehicle

Make: Dodge        Model: 3500         License No.:  54JBP9       Towed: Yes

### Remarks:

Subject refused to answer questions related to the book-in process.

*24 Pickup Sent @ 1929 7/27*

### Charges

1    – Arrest Report Warrants

Agency :Azle PD            Warrant #:            Charge Type Warrant

Classification: Class C Misdemeanor

Remarks:    A023735-01   FMFR   $346.00
           A023735-02   Speeding   $283.00
           A023735-03   NO DL   $266.00
              Total: $895.00

Call No.:

1800016607

Amount:

*895.00*

Total Amount: 0

*Check 29's*

*304*

*Entered By:*

*Date  7/28/18*

*RLS NON PICKUP @ 1726/1537*

# Lake Worth Police Department
## Narrative

Date of report: 2018-07-27                              Case Number: 1800016607

Incident Number : 1800016607

On Friday 07/27/2018 at approximately 13:10, Officer West #259, Officer Martin #323 and I, Officer D. Martinez #314 were dispatched to the parking lot of Albertsons, located at 6308 Lake Worth Blvd, Lake Worth, Tarrant County Texas 76135 in reference to the Department of Homeland Security requesting assistance on a suspicious vehicle. DHS was advising that the license plate might possibly not belong to the vehicle that it was on.

Upon arrival, the vehicle was located in the parking lot of Racetrack (6300 Lake Worth Blvd), adjacent to Albertsons. Officer West and I positioned our vehicles to keep eyes on the suspect vehicle while we gathered more information from dispatch. Lake Worth dispatch advised that the vehicle had a regional warrant (Class C misdemeanor/traffic) attached to the license plate out of the Azle Police Department. The vehicle then left the Racetrack, staying in the parking lot of Albertsons, and proceeded to the EZ Mail, located at 6340 Lake Worth Blvd. Dispatch stated that the warrant attached to the license plate belonged to a Glenn Winningham Fearn (W/M, 09/04/1957). As the male exited the vehicle and walked into the store, I observed that the date of birth for the wanted individual was consistent with the age of the male driver and sole occupant of the vehicle.

After the man (later identified as the above listed subject) walked back to his truck, he left he parking lot and began driving west in the 6300 block of Lake Worth Blvd. I activated my overhead lights on my marked patrol vehicle and initiated a traffic stop on the vehicle, which yielded in the parking lot of Walmart (6360 Lake Worth Blvd). The vehicle was a 2008 Dodge pickup, red in color, bearing Arizona license plate CH56267.

I approached the driver's side of the vehicle and made contact with Glenn, requesting to see his driver's license and proof of insurance, who stated that he was not required to have a driver's license because he was in transit. I asked him several more times for his driver's license and insurance and he refused to present it. I asked Glenn to exit his vehicle and he reluctantly complied after telling me that it was lawful to resist an unlawful arrest.

Officer West convinced him to present ID and he handed us a photo ID that appeared handmade and had his name on it. The Azle PD warrants were confirmed and Glenn was placed under arrest for the following charges:

Warrant # A023735-01          FMFR          $346.00

Officer: MARTINEZ, D                              Approving Supervisor: GREGORY, C.

# Lake Worth Police Department
## Narrative

Date of report: 2018-07-27          Case Number: 1800016607

| Warrant # A023735–02 | Speeding | $283.00 |
| Warrant # A023735–03 | No DL | $266.00 |
| | Total: | $895.00 |

An inventory of the vehicle was completed before the wrecker arrived for the vehicle and a loaded stainless Colt Commander Mark IV in .45 ACP caliber was located in the center console, along with 44 rounds of .45 ACP hollow point ammunition and 2 magazines for the pistol. Also located were multiple open FedEx bags, two of which contained flash drives (one package contained 8 flash drives with the number "8" on them and the other contained 4–5 flash drives that were Scandisk brand). A brand new Samsung cell phone was also located inside the cab of the pickup. Glenn was issued citation LPD1066097 for Fail to Maintain Financial Responsibility and LPD1066096 for Fail to Display Driver's License. The pistol, 2 magazines and 44 rounds of ammunition were booked into property locker #2 for safekeeping. No further info.

Officer: MARTINEZ, D          Approving Supervisor: GREGORY, C.

Dear Dad,

I had really looked forward to having you come to Arizona. I was devistated when I realized we wouldn't be able to have you around all the time because of Barron's line of work / security clearance. I don't really understand fully why that is a thing, but it is. I feel really stuck between a rock and a hard place. On one hand I want you in my life, and you are such a great Grandpa to the kids and I want you in their lives." On the other hand Barron is very stressed having you hear knowing it may be putting his job in jeopardy, this in turn makes things hard for me also. You are my Dad! How could can I not welcome you into my home?!

I have so many conflicting feelings and that is why we have had you longer than we thought you should be with us. However, the past few days I have really started to feel more and more uneasy. This has all lasted much longer than we originally thought. You have also seemed more and more reclusive, which seems out of character. I'm not sure →

if it is because you are trying to stay out of our way because you know you've been around much longer than planned, but my un easy feelings have only been increasing and tonight I haven't been able to sleep worrying about all this.

Dad, I love you and I don't want you to resent me or Barron for this, it isn't our fault. It just is what it is, we can't have you here any longer, I don't think we should have you even another night.

I know you have to go to New Jersey, maybe you can leave early? Maybe Wilson can have you at his place? I know Washington is not where you want to be but maybe you can stay there for a bit and re-group? Just some ideas.

Dad, I love you and I want to be a good daughter and I hope you know that I am doing my best and I hope that is good enough for you. ♡♡

Love,
Jess



U.S. Department of Homeland Security
Arlington, Virginia 20598



**Transportation
Security
Administration**

**JUL 0 9 2014**

### By First Class, Registered and Certified Mail - Return Receipt Requested

Mr. Glenn Fearn  
6340 Lake Worth Blvd  
#437  
Fort Worth, TX 76135

Mr. Glenn Fearn  
261 Main St.  
Cardston, AB T0K 0K0, Canada

Mr. Glenn Fearn  
PO Box 152  
Babb, MT 59411

Re:  Initial Notification of Threat Assessment
Federal Aviation Administration Airman Certificate Number 069685426

Dear Mr. Glenn Fearn:

This letter serves as an initial notification of a threat assessment (Initial Notification). Based upon materials available to the Transportation Security Administration (TSA), which I have personally reviewed, and pursuant to 49 United States Code § 46111, I have determined that you pose, or are suspected of posing, a security threat. Accordingly, TSA is initiating the process to revoke all certificates issued to you by the Federal Aviation Administration (FAA).

As part of this process, TSA is concurrently notifying the FAA of the determination that you pose, or are suspected of posing, a security threat and requesting that the FAA suspend all certificates issued to you by the FAA.

No later than 15 calendar days after the date of service of this Initial Notification, you may serve upon TSA a written request for copies of releasable materials and an unclassified summary of the classified information upon which this Initial Notification was based.

In addition, you may serve upon TSA a written reply to the Initial Notification no later than 30 calendar days after the date of service of the Initial Notification, or 30 days after the date of service of TSA's response to your request for copies of the releasable materials upon which this Initial Notification was based, whichever is later. This written reply should include any information that you believe TSA should consider in reviewing the basis for the Initial Notification.

In your written reply, you may request an in-person or written hearing before an administrative law judge. If requested, the in-person hearing will be held either at TSA headquarters or a location selected by TSA in the metropolitan Washington, D.C. area. The administrative law judge will issue a written decision no later than 30 calendar days after the conclusion of the hearing. The administrative law judge's decision may be appealed by either party to the Transportation Security Oversight Board (TSOB). The

2

TSOB shall issue a Final Determination, which constitutes a final agency order.  You should serve all documents upon:

> Robert G. Seasonwein
> Assistant Chief Counsel
> Security Threat Assessment Operations
> TSA Headquarters
> 12th Floor, TSA -2
> 601 South 12th Street
> Arlington, VA  20598

TSA does not disclose classified information, as defined in Executive Order 12968 section 1.1(d), and TSA reserves the right to not disclose any other information or material not warranting disclosure or protected from disclosure under law.

You may, if you choose, be represented by counsel during this process at your own expense.

Sincerely,

J. W. Halinksi
Deputy Administrator

cc:    The Honorable Michael P. Huerta
       Administrator
       Federal Aviation Administration

 Gmail

Winningham Fearn <winfearn@gmail.com>

---

## Re: Public Information Request
1 message

---

**Jennifer D. Gabbert** <JDGabbert@tarrantcounty.com>
To: Winningham Fearn <winfearn@gmail.com>

Tue, May 25, 2021 at 8:39 PM

Hello Mr. Fearn,

Tarrant County Sheriff's Office does not have county traffic officers as described in TC 701.

Take care-

Get Outlook for iOS

---

**From:** Winningham Fearn <winfearn@gmail.com>
**Sent:** Tuesday, May 25, 2021 6:09:41 PM
**To:** Jennifer D. Gabbert <JDGabbert@TarrantCounty.com>
**Subject:** Public Information Request

---

**EXTERNAL EMAIL ALERT! Think Before You Click!**

---

Please provide the names and titles of everybody who was appointed a County Traffic Officer under Texas Transportation Code Section 701 for the last year.

Thanks in advance for your help with this!!!

Best Regards,

Win

# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

GLENN WINNINGHAM            §
                                  §
              v.                §       CIVIL ACTION NO. 3:19-CV-1986-S-BH
                                    §
CORY BLOUNT, et al.             §

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  The case will be dismissed by separate judgment for failure to prosecute or follow orders of the Court.

**SO ORDERED.**

SIGNED November 22, 2019.

_____
**UNITED STATES DISTRICT JUDGE**

# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| GLENN WINNINGHAM | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1986-S-BH |
| | § | |
| CORY BLOUNT, et al. | § | |

## FINAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1.    The plaintiff's claims are **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or follow orders of the Court.

2.    The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the plaintiff.

**SO ORDERED.**

SIGNED November 22, 2019.

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GLENN WINNINGHAM,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　)　　No. 3:19-CV-1986-S (BH)
　　　　　　　　　　　　　　　　　　　　)
CORY BLOUNT, et al.,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　　　)　　Referred to U.S. Magistrate Judge[1]

## FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Based on the relevant filings and applicable law, this case should be dismissed without prejudice for failure to prosecute or follow orders of the court.

### I. BACKGROUND

The plaintiff filed this action against the defendants on August 19, 2019. (*See* doc. 3.) By *Notice of Deficiency and Order* dated August 21, 2019, he was notified that he had not paid the filing fee or submitted an application to proceed *in forma pauperis* (IFP). (*See* doc. 4.) Attached to the order was an IFP application. *See id.* The order specifically advised the plaintiff that he must either pay the filing fee or file his IFP application within fourteen days, and that a failure to do so could result in the dismissal of his case. *Id.* More than fourteen days from the date of the order have passed, but the plaintiff has not paid the filing fee or filed an IFP application, or filed anything else in this case.

### II. INVOLUNTARY DISMISSAL

Rule 41(b) of the Federal Rules of Civil Procedure permits a court to dismiss an action *sua sponte* for failure to prosecute or follow orders of the court. *McCullough v. Lynaugh*, 835

---

[1] By *Special Order No. 3-251*, this *pro se* case has been automatically referred for full case management.

F.2d 1126, 1127 (5th Cir. 1988) (§ 1983 prisoner action). This authority flows from a court's inherent power to control its docket, prevent undue delays in the disposition of pending cases, and avoid congested court calendars. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962). The plaintiff failed to comply with the August 21, 2019 order that he pay the filing fee or submit an IFP application despite a warning that failure to do so could result in dismissal of the case. Because the plaintiff failed to follow a court order or otherwise show that he intends to proceed with this case, it should be dismissed.

### III. RECOMMENDATION

This case should be dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or follow orders of the court, unless the plaintiff either pays the filing fee or submits his completed application to proceed *in forma pauperis* within the time for objecting to this recommendation, or by some other deadline set by the court.

**SO RECOMMENDED on this 21st day of October, 2019.**

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

2

## INSTRUCTIONS FOR SERVICE AND
## NOTICE OF RIGHT TO APPEAL/OBJECT

A copy of these findings, conclusions, and recommendation shall be served on all parties in the manner provided by law. Any party who objects to any part of these findings, conclusions and recommendation must file specific written objections within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's findings, conclusions and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Servs. Automobile Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996).

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GLENN WINNINGHAM,                    )
                                     )
              Plaintiff,             )
vs.                                  )    No. 3:19-CV-1986-S (BH)
                                     )
CORY BLOUNT,                         )
                                     )
              Defendants.            )    Referred to U.S. Magistrate Judge[1]

## NOTICE OF DEFICIENCY AND ORDER

Your civil complaint does not comply with the requirement in Fed. R. Civ. P. 8(a) of a "short and plain statement of the claim showing that the pleader is entitled to relief." **Please submit an amended complaint that complies with Rule 8(a) within fourteen (14) days of the date of this order.**

You have not paid the filing fee for this civil case or submitted a request to proceed *in forma pauperis*. **You must either pay the $400 filing fee or submit a fully completed and signed application to proceed *in forma pauperis* within fourteen (14) days from the date of this order.**[2]

You must immediately notify the Court of any change of address and its effective date by filing a notice entitled "NOTICE TO THE COURT OF CHANGE OF ADDRESS". The notice should contain **only** information about to the change of address and effective date.

Failure to comply with this order may result in the dismissal of your suit under Federal Rule of Civil Procedure 41(b).

**The Clerk of the Court shall mail the plaintiff (1) a form application to proceed *in forma pauperis*, and (2) a copy of Fed. R. Civ. P. 8. No process shall issue except upon order of the Court.**

---

[1] By *Special Order No. 3-251*, this *pro se* case has been automatically referred for full case management.

[2] As of May 1, 2013, a $50 administrative fee will be assessed in addition to the $350 filing fee, resulting in a total filing fee of $400 for a civil action in which the plaintiff has not sought or been granted leave to proceed *in forma pauperis*. *See* District Court Miscellaneous Fee Schedule.

**SO ORDERED** this 21st day of August, 2019.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff/Petitioner* | ) | Civil Action No. |
| v | ) | |
| _____ | ) | |
| *Defendant/Respondent* | ) | |

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| **Affidavit in Support of the Application** | **Instructions** |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: _____ | Date: _____ |

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| **Total monthly income:** | $ | $ | $ | $ |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.    How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.     List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | $ |
|       Make and year: | |
|       Model: | |
|       Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
|       Make and year: | |
|       Model: | |
|       Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6.     State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.     State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>    Are real estate taxes included?   ☐ Yes  ☐ No<br>    Is property insurance included?  ☐ Yes  ☐ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $ | $ |
|     Credit card *(name):* | $ | $ |
|     Department store *(name):* | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify):* | $ | $ |
| **Total monthly expenses:** | $ | $ |

9.     Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

     ❑ Yes      ❑ No      If yes, describe on an attached sheet.

10.     Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ❑ Yes  ❑ No

If yes, how much?   $ _____
If yes, state the attorney's name, address, and telephone number:

11.     Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?      ❑ Yes  ❑ No

If yes, how much?   $ _____
If yes, state the person's name, address, and telephone number:

12.     Provide any other information that will help explain why you cannot pay the costs of these proceedings.

13.     Identify the city and state of your legal residence.

Your daytime phone number: _____

Your age: _____    Your years of schooling: _____

Last four digits of your social-security number: _____

5/25/2021                                Gmail - Re: Public Information Request

 Gmail                                           **Winningham Fearn <winfearn@gmail.com>**

## Re: Public Information Request
1 message

**Jennifer D. Gabbert** <JDGabbert@tarrantcounty.com>                    Tue, May 25, 2021 at 8:39 PM
To: Winningham Fearn <winfearn@gmail.com>

Hello Mr. Fearn,

Tarrant County Sheriff's Office does not have county traffic officers as described in TC 701.

Take care-

Get Outlook for iOS

**From:** Winningham Fearn <winfearn@gmail.com>
**Sent:** Tuesday, May 25, 2021 6:09:41 PM
**To:** Jennifer D. Gabbert <JDGabbert@TarrantCounty.com>
**Subject:** Public Information Request

EXTERNAL EMAIL ALERT! Think Before You Click!

Please provide the names and titles of everybody who was appointed a County Traffic Officer under Texas Transportation Code Section 701 for the last year.

Thanks in advance for your help with this!!!

Best Regards,

Win

# Lake Worth Police Department
## Narrative

Date of report: 2018-07-27                          Case Number: 1800016607

Incident Number :1800016607

On Friday 07/27/2018 at approximately 13:10, Officer West #259, Officer Martin #323 and I, Officer D. Martinez #314 were dispatched to the parking lot of Albertsons, located at 6308 Lake Worth Blvd, Lake Worth, Tarrant County Texas 76135 in reference to the Department of Homeland Security requesting assistance on a suspicious vehicle. DHS was advising that the license plate might possibly not belong to the vehicle that it was on.

Upon arrival, the vehicle was located in the parking lot of Racetrack (6300 Lake Worth Blvd), adjacent to Albertsons. Officer West and I positioned our vehicles to keep eyes on the suspect vehicle while we gathered more information from dispatch. Lake Worth dispatch advised that the vehicle had a regional warrant (Class C misdemeanor/traffic) attached to the license plate out of the Azle Police Department. The vehicle then left the Racetrack, staying in the parking lot of Albertsons. and proceeded to the EZ Mail, located at 6340 Lake Worth Blvd. Dispatch stated that the warrant attached to the license plate belonged to a Glenn Winningham Fearn (W/M, 09/04/1957). As the male exited the vehicle and walked into the store. I observed that the date of birth for the wanted individual was consistent with the age of the male driver and sole occupant of the vehicle.

After the man (later identified as the above listed subject) walked back to his truck, he left he parking lot and began driving west in the 6300 block of Lake Worth Blvd. I activated my overhead lights on my marked patrol vehicle and initiated a traffic stop on the vehicle, which yielded in the parking lot of Walmart (6360 Lake Worth Blvd). The vehicle was a 2008 Dodge pickup, red in color, bearing Arizona license plate CH56267.

I approached the driver's side of the vehicle and made contact with Glenn, requesting to see his driver's license and proof of insurance, who stated that he was not required to have a driver's license because he was in transit. I asked him several more times for his driver's license and insurance and he refused to present it. I asked Glenn to exit his vehicle and he reluctantly complied after telling me that it was lawful to resist an unlawful arrest.

Officer West convinced him to present ID and he handed us a photo ID that appeared handmade and had his name on it. The Azle PD warrants were confirmed and Glenn was placed under arrest for the following charges:

Warrant # A023735–01        FMFR        $346.00

---

Officer: MARTINEZ, D                          Approving Supervisor: GREGORY. C.

# Lake Worth Police Department
## Narrative

Date of report: 2018-07-27                                  Case Number: 1800016607

| | | |
|---|---|---|
| Warrant # A023735–02 | Speeding | $283.00 |
| Warrant # A023735–03 | No DL | $266.00 |
| | Total: | $895.00 |

An inventory of the vehicle was completed before the wrecker arrived for the vehicle and a loaded stainless Colt Commander Mark IV in .45 ACP caliber was located in the center console, along with 44 rounds of .45 ACP hollow point ammunition and 2 magazines for the pistol. Also located were multiple open FedEx bags, two of which contained flash drives (one package contained 8 flash drives with the number "8" on them and the other contained 4–5 flash drives that were Scandisk brand). A brand new Samsung cell phone was also located inside the cab of the pickup. Glenn was issued citation LPD1066097 for Fail to Maintain Financial Responsibility and LPD1066096 for Fail to Display Driver's License. The pistol, 2 magazines and 44 rounds of ammunition were booked into property locker #2 for safekeeping. No further info.

Officer: MARTINEZ, D                           Approving Supervisor: GREGORY, C.

# EULESS POLICE DEPARTMENT
## Narrative

Date of report: 2019-11-23                     Case Number: 1900065251

Incident Number :1900065251

On 11/22/19 at 2032 hours I, Officer Graham (629), was patrolling in the area of 2200 Gateway Blvd in marked unit 1019. While patrolling in this area Graham came into contact with a silver in color Toyota corolla displaying a Texas Republic private property placard which is not a state issued license plate. Graham activated his emergency overhead lights to conduct a vehicle traffic stop and the above stated vehicle pulled over to the shoulder of the roadway. Graham made contact with the driver and sole occupant of the vehicle and tried to explain the reason for the stop but the driver was on the phone with Euless Police Dispatch demanding that they send a county sheriff deputy to this location. The unidentified driver continued to request for a county sheriff deputy, but was told by EPD Dispatch to talk to the Euless Officer on scene. Graham explained the reason for the stop to the unidentified driver, who became verbally combative and stated to Graham that he was not required to have a state LP on his vehicle. The unidentified driver started reading off a laminated paper accusing Graham of official oppression and reading of his version of the Texas penal code on why he was not required to have a LP on his vehicle. Graham contacted the on duty supervisor Sgt Hurtado (357) via radio and requested that he make Graham's scene. Graham asked the unidentified driver for his drivers license and insurance to which he responded " I don't have them and am not required to have them". The unidentified driver continued to read off of his laminated paper and was verbally combative towards Graham and at one point informed Graham that he had been to the supreme court five times and asked Graham if he wanted to be next. Graham again asked for the unidentified driver to provide identifying information and the driver continued to not provide it and informed Graham that he was " Going to sue his butt off".

Sgt Hurtado and Ofc Collingwood (626) arrived on scene and Graham had the unidentified driver step out of his vehicle and to the rear of the vehicle. Graham patted the driver down for weapons and asked him to sit on the curve, which he refused to do and continued to be verbally combative towards officers. Graham informed Sgt Hurtado for the reason for the stop and what all had transpired after making contact with the unidentified driver. Sgt Hurtado tried to reason with the driver and explain to him what would happen if he did not comply with the officers request of identifying information. The driver continued to be verbally aggressive with Officers and refused to comply with the above stated request. Due to the unidentified driver

---

Officer: Graham,T                              ID#: 629

Approving Supervisor: Not approved             ID#:

# EULESS POLICE DEPARTMENT
## Narrative

Date of report: 2019-11-23                    Case Number: 1900065251

refusing to give identifying information for Graham to issue him citations for the traffic offenses, Graham placed the driver into handcuffs behind the back (double–locked), searched him incident to arrest, and placed him into the backseat of marked unit 1019. Collingwood requested a wrecker from B&B Wrecker service and did a vehicle inventory sheet on the vehicle. Graham transported the unidentified driver to the Euless Jail for booking on the following:

1.) Euless PD Cit#4098295–1– FMFR

2.) Euless PD Cit#4098295–2– Registration (No Plate)

While out at the Euless Jail the unidentified driver still refused to give any identifying information the booking officers and had to be finger printed so that Officers could obtain the necessary information. The results of the fingerprints came back and identified the driver as Glenn Fearn W/M 9/4/57 holding AZDL#D01474189. Graham ran Fearns information through Euless Police Dispatch which came back with possible warrants out of Lake Worth PD with the identifiers being name, AZDL#, and address. Graham had EPD Dispatch confirm the warrants using the above stated identifiers and a short time later EPD Dispatch came back as the warrants being confirmed. Due to this new information of Fearn having active warrants and refusing to identify himself to law enforcement officers, Graham added the following charges:

3.) Euless PD– Fail To ID Fugitive FRM Justice Refuse To Give

4.) Lake Worth PD Wrnt#LPD–1066097– FMFR

5.) Lake Worth PD Wrnt#LPD–1055096– DL– Fail To Display


Dashcam: 1019

Bodycam: Graham 629, Sgt Hurtado 357, Collingwood 626

---

Officer: Graham,T                          ID#: 629
Approving Supervisor: Not approved         ID#:

Creator: glenn winningham; house of fearn

## DISTRICT COURT OF UNITED STATES FOR THE
## NORTHERN DISTRICT OF TEXAS

glenn winningham; house of fearn       ]
             a man, Demandant    ]

vs.                         ]    __3:19-CV-1986-S-BH__

Cory Blount, Lake Worth Chief of Police  ]
Steve Carpenter, Assistant Chief of Police  ] claim: trespass [assault, kidnapping,
D. Martinez, Lake Worth Police Officer  ] theft, imprisonment, false arrest,
C Gregory, Lake Worth Police Supervisor  ] breach of trust, perjury, extortion
Martin, #323, Lake Worth Police Officer  ] treason, seditious conspiracy
West, #259, Lake Worth Police Officer  ] malicious prosecution, Official
Crystal Hale, Lake Worth Property Technician  ] Oppression, Illegal search, War
John Doe, unknown Lake Worth Police Officer  ] Crimes, Taking Reprisals for Political
Jane Doe, unknown Lake Worth Police Officer  ] Opinion, intimidation, Terrorism, torture
John Doe, unknown Lake Worth Police Officer  ] threats, pillaging, theft, Denials of due,
John Doe, unknown (coward) Agent,  ] process, Racketeering, Coercing
          Federal Bureau of Investigation  ] information from Demandant and from
Jim Palamino, (coward) Agent  ] third parties, compelling Demandant to
      US Department of Homeland Security  ] work for the occupying power, Using
John Doe, unknown (coward) Agent,  ] Codes Rules and Regulations to deny
         Texas Dept of Public Safety  ] Relief, Violating Rights and Immunities
Walter Bowen, Mayor, City of Lake Worth  ] under Color of Law, Threatening,
Andrew Vogle, Azle Prosecutor  ] Intimidating, Injuring, and Coercing in
Havins #259, Azle Police Officer  ] free exercise of rights under color of
Sargeant Stutzman, Azle Police Supervisor  ] Law, Subjecting by Force to
Rick Pippins, Azle Chief of Police  ] deprivation of Religious Beliefs
Douglas R Hudman, Azle Judge  ] Sending threats through the mail,
Alan Brundrett, Azle Mayor  ] Conspiracy
John Elliot Mayer, Jr., Homeland Security tool  ] (verified)
Steve McCraw, Director,  ]
         Texas Dept of Public Safety  ]
Skylor Hearn, Deputy Director  ]
         Texas Dept of Public Safety  ]
Freeman F Martin, Deputy Director  ]
         Texas Dept of Public Safety  ]
Randall B Prince, Deputy Director  ]
         Texas Dept of Public Safety  ]
Ken Paxton, Texas Attorney rank of General  ]
GLENN WINNINGHAM FEARN,  ]
              cestui que trust  ]
                Wrongdoers  ]

## War Crimes

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS**
As a direct descendant of the founders of the Constitution for the United States of America (Supreme Law of the land) and as one of "the Posterity" found in the preamble, by right of blood, I hereby declare;

John K Tien is a Deputy Secretary of Homeland Security and deemed to know the law.
*"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.*

*"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Stewart, 284 F. Supp. 94*

I have reason to believe and do believe that John K Tien, is engaging in War Crimes in violation of 18 United States Code § 2441

(a)OFFENSE.—*Whoever, whether inside or outside the United States, commits a war crime, in any of the circumstances described in subsection (b), shall be fined under this title or imprisoned for life or any term of years, or both, and if death results to the victim, shall also be subject to the penalty of death.*
(b)CIRCUMSTANCES.—
*The circumstances referred to in subsection (a) are that the person committing such war crime or the victim of such war crime is a member of the Armed Forces of the United States or a national of the United States (as defined in section 101 of the Immigration and Nationality Act).*
(c)DEFINITION.—*As used in this section the term "war crime" means any conduct—*
*(1) defined as a grave breach in any of the international conventions signed at Geneva 12 August 1949, or any protocol to such convention to which the United States is a party;*
*(2) prohibited by Article 23, 25, 27, or 28 of the Annex to the Hague Convention IV, Respecting the Laws and Customs of War on Land, signed 18 October 1907;*
*(3) which constitutes a grave breach of common Article 3 (as defined in subsection (d)) when committed in the context of and in association with an armed conflict not of an international character; or*
*(4) of a person who, in relation to an armed conflict and contrary to the provisions of the Protocol on Prohibitions or Restrictions on the Use of Mines, Booby-Traps and Other Devices as amended at Geneva on 3 May 1996 (Protocol II as amended on 3 May 1996), when the United States is a party to such Protocol, willfully kills or causes serious injury to civilians.*
(d)COMMON ARTICLE 3 VIOLATIONS.—
*(1)PROHIBITED CONDUCT.—In subsection (c)(3), the term "grave breach of common Article 3" means any conduct (such conduct constituting a grave breach of common Article 3 of the international conventions done at Geneva August 12, 1949), as follows:*
*(A)Torture.—The act of a person who commits, or conspires or attempts to commit, an act specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control for the purpose of obtaining information or a confession, punishment, intimidation, coercion, or any reason based on discrimination of any kind.*
*(B)Cruel or inhuman treatment.—The act of a person who commits, or conspires or attempts to commit, an act intended to inflict severe or serious physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions), including serious physical abuse, upon another within his custody or control.*
*(C)Performing biological experiments.—The act of a person who subjects, or conspires or attempts to subject, one or more persons within his custody or physical control to biological experiments without a legitimate medical or dental purpose and in so doing endangers the body or health of such person or persons.*
*(D)Murder.—The act of a person who intentionally kills, or conspires or attempts to kill, or kills whether intentionally or unintentionally in the course of committing any other offense under this subsection, one or more persons taking no active part in the hostilities, including those placed out of combat by sickness, wounds, detention, or any other cause.*

**(E)**Mutilation or maiming.—The act of a person who intentionally injures, or conspires or attempts to injure, or injures whether intentionally or unintentionally in the course of committing any other offense under this subsection, one or more persons taking no active part in the hostilities, including those placed out of combat by sickness, wounds, detention, or any other cause, by disfiguring the person or persons by any mutilation thereof or by permanently disabling any member, limb, or organ of his body, without any legitimate medical or dental purpose.

**(I)**Taking hostages.—The act of a person who, having knowingly seized or detained one or more persons, threatens to kill, injure, or continue to detain such person or persons with the intent of compelling any nation, person other than the hostage, or group of persons to act or refrain from acting as an explicit or implicit condition for the safety or release of such person or persons.

**(2)DEFINITIONS.**—In the case of an offense under subsection (a) by reason of subsection (c)(3)—

**(A)** the term "severe mental pain or suffering" shall be applied for purposes of paragraphs (1)(A) and (1)(B) in accordance with the meaning given that term in section 2340(2) of this title;

**(B)** the term "serious bodily injury" shall be applied for purposes of paragraph (1)(F) in accordance with the meaning given that term in section 113(b)(2) of this title;

**(C)** the term "sexual contact" shall be applied for purposes of paragraph (1)(G) in accordance with the meaning given that term in section 2246(3) of this title;

**(D)**the term "serious physical pain or suffering" shall be applied for purposes of paragraph (1)(B) as meaning bodily injury that involves—

**(i)** a substantial risk of death;

**(ii)** extreme physical pain;

**(iii)** a burn or physical disfigurement of a serious nature (other than cuts, abrasions, or bruises); or

**(iv)** significant loss or impairment of the function of a bodily member, organ, or mental faculty; and

**(E)**the term "serious mental pain or suffering" shall be applied for purposes of paragraph (1)(B) in accordance with the meaning given the term "severe mental pain or suffering" (as defined in section 2340(2) of this title), except that—

**(i)** the term "serious" shall replace the term "severe" where it appears; and

**(ii)** as to conduct occurring after the date of the enactment of the Military Commissions Act of 2006, the term "serious and non-transitory mental harm (which need not be prolonged)" shall replace the term "prolonged mental harm" where it appears.

**(5)DEFINITION OF GRAVE BREACHES.**— The definitions in this subsection are intended only to define the grave breaches of common Article 3 and not the full scope of United States obligations under that Article. 18 USC § 2441 War Crimes

## in support of their Homeland Security Criminal Street Gang

Sec. 71.01. DEFINITIONS. In this chapter,

(a) "Combination" means three or more persons who collaborate in carrying on criminal activities, although:

(1) participants may not know each other's identity;

(2) membership in the combination may change from time to time; and

(3) participants may stand in a wholesaler-retailer or other arm's-length relationship in illicit distribution operations.

(b) "Conspires to commit" means that a person agrees with one or more persons that they or one or more of them engage in conduct that would constitute the offense and that person and one or more of them perform an overt act in pursuance of the agreement. An agreement constituting conspiring to commit may be inferred from the acts of the parties.

(c) "Profits" means property constituting or derived from any proceeds obtained, directly or indirectly, from an offense listed in Section 71.02.

(d) "Criminal street gang" means three or more persons having a common identifying sign or symbol or an identifiable leadership who continuously or regularly associate in the commission of criminal activities.

## and they are required to know that Texas is under a military occupation since 1862 when the Union Army invaded Galveston, Texas, and Arizona, where the Demandant is domiciled is under Martial Law from the War with Mexico in the 1840's

*A place, district, or country occupied by an enemy stands, in consequence of the occupation, under the Martial Law of the invading or occupying army, whether any proclamation declaring Martial Law, or any public warning to the inhabitants, has been issued or not. <u>Martial Law is the immediate and direct effect and consequence of occupation or conquest. The presence of a hostile army proclaims its Martial Law.</u> Article 1, General Orders 100 (Lieber Code)*

*"Territory is considered occupied when it is actually placed under the authority of the hostile army.." Law and Customs of War on Land (Hague Convention IV), Article 42;*

and they are required to know that the ONLY way Martial Law ends is by specific mention in a Treaty of Peace or by Special Proclamation by the Commander in Chief (President of the United States)

*Martial Law does not cease during the hostile occupation, except by special proclamation, ordered by the commander in chief; or by special mention in the treaty of peace concluding the war, when the occupation of a place or territory continues beyond the conclusion of peace as one of the conditions of the same. Article 2, General Orders 100 (Lieber Code)*

and there has been no Treaty of Peace, and there has been no Special Proclamation by the Commander in Chief (President of the United States), for Texas, and Arizona has the Treaty of Hidalgo which has no "specific mention" ending the Martial Law, therefore the military occupation continues to this day, and they are required to know that all police are military police with military rank structures and military uniforms

*"Martial Law affects chiefly the police and collection of public revenue and taxes, whether imposed by the expelled government or by the invader, and refers mainly to the support and efficiency of the army, its safety, and the safety of its operations." Article 10, General Orders 100 (Lieber Code)*

and they are required to know that they get paid in Federal Reserve Notes which are forced loans and military scrip

*<u>"The forced loans of 1862 and 1863, in the form of legal tender notes,</u> were vital forces in the struggle for national supremacy. They formed a part of the public debt of the United States, ..." Julliard v. Greenman, 110 US 432*

*The United States acknowledge and protect, in hostile countries occupied by them, religion and morality; strictly private property; the persons of the inhabitants, especially those of women: and the sacredness of domestic relations. Offenses to the contrary shall be rigorously punished. <u>This rule does not interfere with the right of the victorious invader to tax the people or their property, to levy forced loans,</u> to billet soldiers, or to appropriate property, especially houses, lands, boats or ships, and churches, for temporary and military uses. Article 37, General Orders 100 (Lieber Code)*

and they are required to know that the occupying power are US citizens (foreign) with their US citizen military troops to enforce the martial law

*U.S. citizenship is a requirement to be licensed as a peace officer in Texas. Texas Commission on Law Enforcement  (Commission Rule (§217.1(a)(18))*

and they are required to know that Texas, Arizona, and United States codes are edicts under Martial Law

*"NOTE: Under the Law-Martial, only the criminal jurisdiction of a Military Court is the recognized law. But as Article Three says, "the civil courts can continue wholly or in part as long as the civil jurisdiction does not violate the Military orders laid down by the Commander in Chief or one of his Commanders." By this means; a military venue, jurisdiction, and authority are imposed upon the occupied populace under disguise of the ordinary civil courts and officers of the occupied district or region, because the so-called civil authorities in an occupied district, or region, only act at the pleasure of a military authority.*

*It should also be noted here that the several State Legislatures, County Boards of Commissioners, and City Councils, are constantly legislating to please the edicts of the federal government (the occupying force) and that their legislation, in this sense, is not an exercise of State sovereignty, but instead, a compliance with edicts of the military force which occupies the several States and consequently are edicts of Martial Law Rule." Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Judge A.H. Ellett, Utah Supreme Court [emphasis added*

*Military jurisdiction is of two kinds: First, that which is conferred and defined by statute; second, that which is derived from the common law of war. Military offenses under the statute law must be tried in the manner therein directed; but military offenses which do not come within the statute must be tried and punished under the common law of war. The character of the courts which exercise these jurisdictions depends upon the local laws of each particular country.*
*In the armies of the United States the first is exercised by courts-martial, while cases which do not come within the "Rules and Articles of War," or the jurisdiction conferred by statute on courts-martial, are tried by military commissions. Article 13 General Orders 100 (Lieber Code)*

and a mixed war is made between a public authority and private individuals
*"A mixed war is one which is made on one side by public authority, and the other by mere private persons." Black's Law Dictionary 5th Ed., page 1420*

and the Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949 applies to all armed conflicts of "High Contracting Parties", and United States and Mexico are both "High Contracting Parties" for the Treaty of Hidalgo
*"In addition to the provisions which shall be implemented in peacetime, the present Convention shall apply to all cases of declared war or of any other armed conflict which may arise between two or more of the High Contracting Parties, even if the state of war is not recognized by one of them.*
*The Convention shall also apply to all cases of partial or total occupation of the territory of a High Contracting Party, even if the said occupation meets with no armed resistance." Article 2, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and numerous Articles of the Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949 apply for the duration of the occupation
*"...the Occupying Power shall be bound, for the duration of the occupation, to the extent that such Power exercises the functions of government in such territory, by the provisions of the following Articles of the present Convention: 1 to 12, 27, 29 to 34, 47, 49, 51, 52, 53, 59, 61 to 77, 143." Article 6, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and John K Tien and his Lake Worth, Azle, Homeland Security, and Federal Bureau of Investigation military police buddies are engaged in War Crimes by coercing information from the Demandant and from third parties with their forced finger printing
*"No physical or moral coercion shall be exercised against protected persons, in particular to obtain information from them or from third parties." Article 31, Geneva Convention Relative to the Treatment of Civilians in a Time of War of 1949*

and John K Tien and his Lake Worth, Azle, Homeland Security, and Federal Bureau of Investigation military police buddies are using his "local rules" as a mechanism to deny the Demandant a remedy (another War Crime)
*No contract, agreement or regulation shall impair the right of any worker, whether voluntary or not and wherever he may be, to apply to the representatives of the Protecting Power in order to request the said Power's intervention. Article 52, Clause 1, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and his Lake Worth, Azle, Homeland Security, and Federal Bureau of Investigation military police buddies are taking reprisals against the Demandant because of his political beliefs (another War Crime) and pillaged his Arm (Colt Commander)

*"….Without prejudice to the provisions relating to their state of health, age and sex, all protected persons shall be treated with the same consideration by the Party to the conflict in whose power they are, without any adverse distinction based, in particular, on race, religion or political opinion." Article 27, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

*No protected person may be punished for an offence he or she has not personally committed. Collective penalties and likewise all measures of intimidation or of terrorism are prohibited.*
*Pillage is prohibited.*
*Reprisals against protected persons and their property are prohibited. Article 33, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and they are attacking the Demandant, a man, for the crimes of their Roman cult cestui que trust because the Demandant is one of "the posterity" found in the preamble of the Constitution for the United States of America

*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America. Preamble, Constitution for the United States of America*

and they are required to know the protections provided under the Geneva Conventions may NOT be given up or waived

*Protected persons may in no circumstances renounce in part or in entirety the rights secured to them by the present Convention, and by the special agreements referred to in the foregoing Article, if such there be. Article 8, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and they are required to know that the protections are mandatory

*Protected persons who are in occupied territory shall not be deprived, in any case or in any manner whatsoever, of the benefits of the present Convention by any change introduced, as the result of the occupation of a territory, into the institutions or government of the said territory, nor by any agreement concluded between the authorities of the occupied territories and the Occupying Power, nor by any annexation by the latter of the whole or part of the occupied territory. Article 47, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

by conspiring with McCraw, Hearn, Tooley, and Prince, and some unknown coward under McCraw's supervision to issue an INTELLIGENCE BULLETIN to declare the Demandant ARMED AND DANGEROUS because of a Notice and Demand the Demandant served on Michael T Tooley, the Montana Highway Patrol Chief Administrator in which the Demandant said in Paragraph 38 that the Demandant has "the right to resist an unlawful arrest with lethal force if necessary" but the Demandant is having trouble finding where he said he WOULD resist their unlawful arrest, and the Demandant has NEVER – IN HIS LIFE Breached the Peace and McCraw's hired thugs and Tooley's hired thugs breach the peace under color of law, on a routine basis, and the Demandant DOES have a right to resist any unlawful arrest, as evidenced in the court citations that were originally provided

*"These principles apply as well to an officer attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they do to a private individual who unlawfully uses such force and violence." Jones v. State, 26 Tex. App. I; Beaverts v. State, 4 Tex. App. 1 75; Skidmore v. State, 43 Tex. 93, 903.*

*"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery." (State v. Robinson, 145 ME. 77, 72 ATL. 260).*

*"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense." State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100.*

*"One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance." (Adams v. State, 121 Ga. 16, 48 S.E. 910).*

and the Demandant DOES have a right to resist any unlawful arrest <u>with lethal force if necessary</u>, as evidenced by The Amistadt where the people killed all of their captors except for one because they did NOT know how to sail and they demanded that the one survivor take them back to Africa where the Supreme Court of the United States dismissed the murder charges and ordered them to be returned to Africa, **United States v. Schooner Amistad, 40 U.S. (15 Pet.) 518 (1841)**

*"Story affirmed the right of self-defense by persons held illegally. In his own writings, he had admitted that "a situation could arise in which the checks-and-balances principle ceased to work and the various branches of government concurred in a gross usurpation." There would be no usual remedy by changing the law or passing an amendment to the Constitution, should the oppressed party be a minority. Story concluded, "If there be any remedy at all ... it is a remedy never provided for by human institutions." That was the "ultimate right of all human beings in extreme cases to resist oppression, and to apply force against ruinous injustice." (From Mutiny on the Amistad by Howard Jones, Oxford University Press, 1987, an account of the reading of the decision in the case by Justice Joseph Story of the Supreme Court.*

This INTELLIGENCE BULLETIN (attached) is evidence that McCraw and his redacted coward thugs intend to conspire with Tooley and his Montana Highway Patrol military police, and others, to threaten, coerce, injure and intimidate the Demandant in the free exercise of his right to resist an unlawful arrest with lethal force if necessary, in violation of their title 18 United States Code § 241 Conspiracy Against Rights

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or*
*If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—*
*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death. 18 USC 241 Conspiracy Against Rights*

This INTELLIGENCE BULLETIN (attached) is evidence that McCraw and his redacted coward thugs and Tooley and his Montana Highway Patrol military police, buddies, and others, intend that the Demandant is unlawfully arrested under the color of law in violation of their of title 18 United States Code § 242 Violating Rights under Color of law

*"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights,*

*privileges, or immunities secured or protected by the Constitution or laws of the United States, …….. shall be fined under this title or imprisoned not more than one year, or both; ………" 18 USC § 242 Violating Rights under Color of Law*

This INTELLIGENCE BULLETIN (attached) is evidence that McCraw and his redacted coward thugs intend to conspire with Tooley and his Montana Highway Patrol military police, and others, to Obstructing by Force the Free exercise of Christian Religious Beliefs, by Subjecting to the Demandant to their Satanic Religious Ceremony, by denying Common Law as found in the Holy Bible, with lies and fraud and a foreign unconstitutional jurisdiction, under Private International Law and their Roman Cult handlers, with their Roman Cult cestui que trust, and their fraudulent military so-called courts, with their Roman Law

*""Civil Law," "Roman Law," and "Roman Civil Law" are convertible phrases, meaning the same system of jurisprudence. That rule of action which every particular nation, commonwealth, or city has established peculiarly for itself; more properly called "municipal" law, to distinguish it from the "law of nature," and from international law.   See Bowyer, Mod.  Civil Law, 19; Sevier v.  Riley, 189 Cal.  170, 244 P. 323, 325" Black's Law Dictionary, Revised 4th Edition, page 312 [emphasis added]*

and there is a maxim of Roman Law
*Let him who is willing to be deceived be deceived*

and they lie and cheat and steal and engage in fraud and deception when they criminally convert your name into GLENN WINNINGHAM (in my case) which is a Roman Cult cestui que trust

*"Yet still it was found difficult to set bounds to ecclesiastical ingenuity; for when they were driven out of all their former holds, they devised a new method of conveyance, by which the lands were granted, not to themselves directly, but to nominal feoffees to the use of the religious houses; thus distinguishing between the possession and the use, and receiving the actual profits, while the seisin of the lands remained in the nominal feoffee, who was held by the courts of equity (then under the direction of the clergy) to be bound in conscience to account [taxes] to his cestui que use for the rents and emoluments of the estate: and it is to these inventions that our practitioners are indebted for the introduction of uses and trusts, the foundation of modern conveyancing." Tomlins Law Dictionary 1835 edition, Volume 2 under the definition of Mortmain [emphasis added]*

under the Code of Law for the District of Columbia
*"Chap. 854. – An Act to establish a code of law for the District of Columbia." which was Approved on March 3, 1901, by the Fifty-Sixth Congress, Session II, at 31 Stat. 1189, and at 2, where it says; "And be it further enacted, That in the interpretation and construction of said code the following rules shall be observed namely:… "Third. The word "person" shall be held to apply to partnerships and corporations, …", [emphasis added]*

*"The Legal Estate to be in Cestui Que Use" Chapter Fifty-Six in Sec. 1617, at 31 Stat. 1432*

and they presume you are dead
*Chapter three – Absence for Seven Years, in Sec. 252, at 31 Stat. 1230, where it says; "SEC. 252. PRESUMPTION OF DEATH. - If any person shall leave his domicile without any known intention of changing the same, and shall not return or be heard from for seven years from the time of his so leaving, he shall be presumed to be dead, in any case wherein his death shall come in question, unless proof be made that he was alive within that time.,*

and they fraudulently forge your signature onto their quasi contracts

*"Assumpsit - ....In its origin an action of tort, [assumpsit] was soon transformed into an action of contract, becoming afterwards a remedy where there was neither tort nor contract. Based at first only upon an express promise, it was afterwards supported upon an implied promise, and even upon a fictitious promise. Introduced as a special manifestation of the action on the case, it soon acquired the dignity of a distinct form of action, which superseded Debt, became concurrent with Account, with Case upon a bailment, a warranty, and bills of exchange, and competed with Equity in the case of the essentially equitable quasi-contracts growing out of the principle of unjust enrichment. Surely, it would be hard to find a better illustration of the flexibility and power of self-development of the Common Law." James Barr Ames, "The History of Assumpsit," in 3 Select Essays in Anglo-American Legal History 298 (1909)."* Black's Law Dictionary, 8th Edition, page 379

*"Both in Roman and English law there are certain obligations which were not in truth contractual, but which the law treats as IF they were. They are contractual in law, but not in fact, being the subject-matter of a fictitious extension of the sphere of contract to cover obligations which do not in reality fall within it."* Salmond, Salmond on Jurisprudence, p. 642 (9th Edition, 1937, Sweet & Maxwell, Ltd. England)

## which is based solely on the Roman Cult cestui que trust
*"Constructive/quasi contracts are based solely upon a legal fiction or fiction of law." Hill v. Waxberg, 237 F.2d 936*

## where they assault you with some of their so-called "benefits"
*"It is a well settled rule of law that he who seeks benefits of contract must also assume burdens." Higgins v. Monckton (1938), 28 C.A.2d 723, 83 P.2d 516*

*"Voluntary acceptance of benefit of transaction is equivalent to consent to all obligations arising from it, so far as facts are known, or ought to be known, to person accepting." Northern Assurance Co. v. Stout (1911), 16 C.A. 548, 117 P. 617*

*"A quasi contractual action presupposes acceptance and retention of a benefit by one party with full appreciation of the facts, under circumstances making it inequitable for him to retain the benefit without payment of its reasonable value." Major-Blakeney Co. v. Jenkins (1953), 121 C.A.2d 325, 263 P.2d 655, hear den.; Townsend Pierson, Inc. v. Holly-Coleman Co. (1960), 178 C.A.2d 373, 2 Cal. Rptr. 812. [emphasis added]*

## under their "equity",
*"In doing this, I shall have occasion incidentally to evince, how true it is that States and Governments were made for man, and, at the same time, how true it is that his creatures and servants have first deceived, next vilified, and, at last oppressed their master and maker." Chisholm v Georgia, 2 Dal. 419 at p 455*

*"A state like a merchant makes a contract. A dishonest state, like a dishonest merchant willfully refuses to discharge it." Chisholm v Georgia, 2 Dal. 419 at p 456*

## and they lie and cheat and steal and engage in fraud and deception where the so-called Judge is actually a (bought and paid for) Clerk masquerading as a Judge
*""When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts administrating or enforcing statutes do not act judicially, but merely ministerially....but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464 [emphasis added]*

*"...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)*

*"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal 596; 167 Cal 762*

and (bought and paid for Clerks masquerading as Judges are not competent to do anything judicial, like issue Warrants, or Orders

*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities" Burns v. Sup., Ct., SF, 140 Cal. 1*

and they demand their fraudulent fake money / military scrip / Federal Reserve Notes / Forced Loans that are Satan's money because the God of Abraham, Isaac and Jacob claims all of the gold and silver which is lawful money

*The silver is mine, and the gold is mine, saith the LORD of hosts. Hagai 2:8*

which is the ONLY lawful money

*"At common law only gold and silver were a legal tender. (2 Inst. 577.)" McClarin v. Nesbit, 2 Nott & McC. (11 S.C.L.) 519 (1820),*

and they are required to follow Texas Codes and the Texas Tax Code requires <u>"cash or its equivalent"</u>, which means Satan's fake money / Federal Reserve Notes, that are NOT authorized in violation of their title 18 USC § 247 Damage to Religious Property; Obstruction of persons in the free exercise of religious beliefs

*(a)Whoever, in any of the circumstances referred to in subsection (b) of this section—*
*(2) <u>intentionally obstructs, by force or threat of force,</u> including by threat of force against religious real property, <u>any person in the enjoyment of that person's free exercise of religious beliefs, or attempts to do so;</u>*
*shall be punished as provided in subsection (d).*
*(b) The circumstances referred to in subsection (a) are that the offense is in or affects interstate or foreign commerce.*
*(d)The punishment for a violation of subsection (a) or (c) of this section shall be—*
*(1) if death results from acts committed in violation of this section <u>or if such acts include kidnapping or an attempt to kidnap,</u> aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, <u>a fine in accordance with this title and imprisonment for any term of years or for life, or both, or may be sentenced to death;</u>*
*(5) <u>in any other case, a fine in accordance with this title and imprisonment for not more than one year, or both.</u> 18 USC § 247 Damage to Religious Property; Obstruction of persons in the free exercise of religious beliefs*

This INTELLIGENCE BULLETIN (attached) is evidence that McCraw and his redacted coward thugs and the Director of the Montana Highway Patrol military police, intend to perjure their Oath of Office by bringing District of Columbia Codes on the land of Texas and the land of Montana and elsewhere in violation of their Oath to the Supreme law of the land Article 1, Section 8, Clause 17

*To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings Article 1, Section 8, Clause 17, Constitution for the United States of America*

This INTELLIGENCE BULLETIN (attached) claims that the demandant is "naturalized" as required by McCraw and his screened for low intelligence thugs but it is impossible for the Demandant to be one of their US citizen slaves because the Demandant is one of "the posterity" found in the preamble of the Constitution for the United States of America

*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America. Preamble, Constitution for the United States of America*

and Tien is required to know that the Demandant is a direct descendant of "We the People" and is entitled to the right of blood

*"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768*

and Tien is required to know that "We the People" failed to be US citizens, because US citizens failed to exist when the Constitution was written

*"The term, citizens of the United States, must be understood to intend those who were citizens of a State, as such, after the Union had commenced, and the several States had assumed their sovereignties. Before this period there was no citizens of the United States." Manchester v. Boston, Massachusetts Reports, Vol. 16, Page 235 (1819)*

and Tien is required to know that it is impossible for his Montana Highway Patrol Military Police, and his Lake Worth military police buddies, and his Azle military police buddies, and his Homeland Security military police buddies, and his Federal Bureau of Investigation military police buddies and his Fort Worth military police buddies, and his North Richland Hills military police buddies, and his Colleyville military police buddies, and his Bedford military police buddies, and his Euless military police buddies and his Grapevine military police buddies to be superior to the Demandant because they all exist under government authority, and are "other property of the United States" because they are subject to the Code of Federal Regulations

*The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State. Constitution for the United States of America, Article IV, Section 3, Clause 2*

and Tien is required to know that as a direct descendant of "We the People", the Constitution for the United States of America was written under authority of the Demandant

*"the power which is derived cannot be greater than that from which it is derived" – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition*

as evidenced by the Statement of Original Status and associated Pedigree charts that is contained in and attached to the Original Claim for Relief, all of which is incorporated herein by reference in its entirety, and it is impossible for the Demandant to be a citizen of the United States, because the Demandant is white as evidenced in the Lake Worth military police report

*"All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property." 42 USC § 1982 [emphasis added]*

*"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution." Van Valkenburg v. Brown, 43 Cal 43;*

and the so-called Fourteenth Amendment requires that ONLY persons "<u>born or naturalized in the United States</u>"

*"All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States…" Amendment XIV, Section 1*

*"The (14th) amendment referred to slavery. Consequently, the only persons embraced by its provisions, and for which Congress was authorized to legislate in the manner were those then in slavery." Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5, 29*

*"The rights of (original judicial) Citizens of the States, as such, are not under consideration in the fourteenth amendment. They stand as they did before the fourteenth amendment, and are fully guaranteed under other provisions." United States v. Anthony, 24 Fed. Cas. 829, 930 (1873)*

*"Merely being native born within the territorial boundaries of the United States of America <u>does not make</u> such an <u>inhabitant</u> a Citizen of the United States subject to the jurisdiction of the Fourteenth Amendment." Elk v. Wilkins, Neb (1884), 5s.ct.41,112 U.S. 99, 28 L. Ed. 643.*

*"The persons declared to be citizens are, "All persons born or naturalized in the United States and subject to the jurisdiction of thereof." The evident meaning of these last words is not merely subject in some respect or degree to the jurisdiction of the United States, but <u>completely subject</u>…" Elk v Wilkins, 112 US 94, 101, 102, (1884)*

and the hearsay evidence shows that the Demandant was given birth on the soil of Alberta, Canada, which the Demandant has no first hand knowledge of, but having said that, the Demandant does remember walking to school, in Peace River, Alberta, about 600 miles north of the Montana border, in the winter when it was 69 degrees Fahrenheit below zero, and the Demandant does remember finishing high school in 1975 in Raymond, Alberta, about 20 miles north of the Montana border, and neither has the Demandant been naturalized because "<u>the sole authority</u>" is through the Attorney General and by taking the Oath of Allegiance, which the Demandant has failed to do

*"(a)AUTHORITY IN ATTORNEY GENERAL*
<u>*The sole authority to naturalize persons as citizens of the United States is conferred upon the Attorney General.*</u>
*(b)COURT AUTHORITY TO ADMINISTER OATHS*
*(1)JURISDICTION Subject to section 1448(c) of this title—*
*(A)General jurisdiction*
*Except as provided in subparagraph (B), each applicant for naturalization may choose to have the oath of allegiance under section 1448(a) of this title administered by the Attorney General or by an eligible court described in paragraph (5). Each such eligible court shall have authority to administer such oath of allegiance to persons residing within the jurisdiction of the court.*
*(B)Exclusive authority*
*An eligible court described in paragraph (5) that wishes to have exclusive authority to administer the oath of allegiance under section 1448(a) of this title to persons residing within the jurisdiction of the court during the period described in paragraph (3)(A)(i) shall notify the Attorney General of such wish and, subject to this subsection, shall have such exclusive authority with respect to such persons during such period." 8 U.S. Code § 1421.Naturalization authority*

neither is the Demandant a resident alien because the Demandant has failed to make application for a "green card", but the Demandant did claim American nationality through the United States Secretary of State, by right of blood, because the Demandant has ancestors who were in the Colony of South Carolina and the Colony of Virginia, and the Colony of Maryland, prior to the War of Independence, which means that the Demandant's ancestors wrote the state and federal constitutions and all government authority comes from the Demandant, and people like the Demandant, "We the People" *"the power which is derived cannot be greater than that from which it is derived" – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition*

all of which evidences Tien's intent to perjure his oath and all civil laws (Texas and United States Statutes, codes rules and regulations) cannot be used to violate the Demandant's rights *"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768*

which means that the Demandant is a free inhabitant as found in the Articles of Confederation *".....the free inhabitants of each of these States, paupers, vagabonds and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several States;....." Article IV, Articles of Confederation (1781)*

and McCraw and Toole failed to be happy engaging in War Crimes against the Demandant, because they and their Homeland Security buddies spread the word under their "Five Eyes" alliance so their Communist buddies in Canada can help out with the War Crimes, as evidenced in the Canada Border Services Agency Lookout Synopsis (attached) where on Page 2, under DETAILS, they are outraged to think anyone has a right to "RESIST AN UNLAWFUL ARREST WITH LETHAL FORCE IF NECESSARY"

and in 2014, McCraw's and Toole's buddies the Canada Border Services Agency arrested the Demandant based on this Lookout Synopsis, held the Demandant in their torture chamber jail, for over 24 hours, that was about 40 degrees farenheight with nothing but a short sleeve shirt, and charged him with fraudulent fictitious charges against their Roman Cult Cestui que trust and put on a show trial and sold the Demandant into slavery for 82 days,

and their buddies Cindy Biggs, under instructions from Peter Kujawinski, Consul General, Richard Hanrahan, Consul General, John Andrews, Consul General, Consulate General of the United States, Calgary, Canada, intended to be accomplices to the war Crimes by notifying Calgary military Police and then taking a nice long lunch so the Calgary military police would have plenty of time to get there to execute their fake color of law warrant (capias) and be waiting for the Demandant when the Demandant went down stairs, to make sure the Demandant got sold into slavery,

and then the Homeland Security thugs used that as justification to revoke the Demandant's Airframe and Powerplant License in an effort to deny the Demandant his right to pursue happiness, and the Demandant has failed to get a compensation for labor contract since 2012 except for a 6 week period in 2015 when the Demandant had

a contract with GKN Aerospace in Montgomery Alabama, and when they laid the Demandant off, they went to great trouble to tell the Demandant it had nothing to do with his work performance but that their corporate office in the United Kingdom had ordered it, one of Tien's Five Eyes Alliance buddies

all of which is part of their agenda to engage in War Crimes against anyone who thinks they have any rights, because they intend to enslave anyone who thinks they have rights, and their BAR member whores, like Richman, Alito, Lynn, Ramirez, and Scholer are their accomplices by using their rules to make sure that justice is denied, as part of their slavery agenda because it makes such good business for their so-called Court, so they can sell their "Justus",

and they intend to make sure the Demandant has no access to his grand sons and grand daughters, all of which is in support of their reprisals agenda against anyone whose political beliefs fail to agree with theirs, and their reprisals against anyone who thinks they have any rights

by sending Jim Palamino, and his Homeland Security military police to conspire with the Federal Bureau of Investigation military police to conspire with John Elliott Mayer, Jr., to send the Demandant a FEDEX package and conspire with the Lake Worth Military police to unlawfully arrest the Demandant when the Demandant picked up the FEDEX package, for Transportation code offenses when McCraw and Palamino know that they and their military police are not authorized to enforce the Transportation code and they conspired with Federal Bureau of Investigation military police and Lake Worth military police and Homeland Security military police, and Azle military police, with fake color of law warrants (capias')

*"A capias is NOT a "Warrant of Arrest,"…." Knox v State, 586 S.W. 2d 504, 506 (Tex.Crim.App. 1979) [emphasis added]*

for Transportation Code offenses when none of them have authority to enforce the Transportation Code and then demanding Federal Reserve Notes from the Demandant for him to get his truck back and demanding Federal Reserve Notes for their fines and pillaging the Demandant's Arm (Colt Commander) and demanding that the Demandant prove that he is one of their US citizen slaves to get it back, and John K Tien is required to know that Article 1, Section 10, Clause 1 of the Constitution for the United States of America

*No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.*

requires that ONLY gold or silver coin can be a tender in the payment of a debt and John K Tien is required to know that NO Court CAN ask for gold or silver coin because gold or silver coin is NOT in general circulation and have not been since 1964, and his Court may ONLY ask for Federal Reserve Notes because that is all that is in general circulation, he is required to follow Texas Codes and the Texas Tax Code requires "cash or its equivalent", which means Federal Reserve Notes, Federal Reserve Notes are for use in the District of Columbia ONLY under the Gold Reserve Act of 1934

*SEC. 15. As used in this Act the term <u>"United States" means the Government of the United States</u>; the term "the continental United States" means the States of the United States the District of Columbia, and the Territory of Alaska; <u>the term "currency of the United States " means currency which is legal tender in the United States, and includes United States notes, Treasury notes of 1890, gold certificates, silver certificates, Federal Reserve notes, and circulating notes of Federal Reserve banks and national banking associations</u> ; and the term " person " means any individual, partnership association, or corporation, including the Federal Reserve Board, Federal Reserve banks, and Federal Reserve agents ..... Gold Reserve Act of 1934, 48 Stat. 344*

which is codified at 12 USC § 411
*<u>Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized.</u> The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.12 USC 411 Issuance to Reserve Banks, Nature of obligations, Redemption*

therefore Federal Reserve Notes are NOT authorized to be used, which means John K Tien intends to be a Revenue Officer under the Federal Tax Lien Act of 1966,
*"(h) DEFINITION's. .... "(3) MOTOR VEHICLE.-The term 'motor vehicle' means a self-propelled vehicle <u>which is registered</u> for highway use under the laws of any State or foreign country. <u>"(4) SECURITY.-The term 'security' means any</u> bond, debenture, <u>note,</u> or <u>certificate or other evidence of indebtedness, issued by a corporation or a government or political subdivision thereof,</u> with interest coupons or in registered form, share of stock, voting trust certificate, or any certificate of interest or participation in, certificate of deposit or receipt for, temporary or interim certificate for, or warrant or right to subscribe to or purchase any of the foregoing: <u>negotiable instrument: or money</u>." Federal Tax Lien Act of 1966 at Public Law 89-719 at 80 Stat. 1130-1131*

which means John K Tien is bringing District of Columbia codes *(not exceeding ten miles square)* on the land of Texas in violation of Article 1, Section 8, clause 17
*To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings Article 1, Section 8, Clause 17, Constitution for the United States of America*

which means John K Tien has waived any immunities he may have enjoyed
*"Governments [ any sovereign] descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen...where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . ... For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." Clearfield Trust Co. v. United States 318 U.S. 363 (1943)*

*Governments lose their immunity and descend to level of private corporations when involved in commercial activity enforcing negotiable instruments, as in fines, penalties, assessments, bails, taxes, the remedy lies in the hand of the state and its municipalities seeking remedy. Rio Grande v. Darke, 167 P. 241,*

and the Constitution for the United States of America is the Supreme Law of the Land
*<u>This Constitution, and the laws of the United States which shall be made in pursuance thereof;</u> and all treaties made, or which shall be made, under the authority of the United States, <u>shall be the supreme law</u>*

*of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. Article VI, Clause 2, Constitution for the United States of America*

and they are required to know that all regulations are for property of the United States
*The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State. Constitution for the United States of America, Article IV, Section 3, Clause 2*

and the International Covenant on Civil and Political Rights was ratified by Congress as Treaty 95-20, which  means it is the Supreme Law of the land and Article 1 says the Demandant has the right to self determination
*All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development. Article 1, Clause 1, International Covenant on Civil and Political Rights*

and Tien is required to know that the Four founding documents for The United States of America are The Declaration of Independence, the Articles of Confederation, the Northwest Ordinance, and the Constitution for the United States of America and among other things the Declaration of Independence says
*"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the Pursuit of Happiness. – that to secure these rights Governments are instituted among men…" Declaration of Independence, 1776*

and Tien is required to know that "the pursuit of Happiness" is defined as the right to get compensation for our labor
*"The property which every man has in his own labor, as it is the original foundation of all other property, so it is the most sacred and inviolable.  The patrimony of the poor man lies in the strength and dexterity of his own hands, and to hinder his employing this strength and dexterity in what manner he thinks proper, without injury to his neighbor, is a plain violation of this most sacred property." Butchers Union Co. vs. Crescent City Co. 111 U.S. 764.*

*"…every man has a natural right to the fruits of his own labor, as generally admitted; and no other person can rightfully deprive him of those fruits, and appropriate them against his will…" The Antelope, 23 U.S. 66, 120*

*"The right to follow any of the common occupations of life is an inalienable right.  It was formulated as such under the phrase 'pursuit of happiness' in the Declaration of Independence." Allgeyer vs. State of Louisiana, 165 U.S. 578, 17 S.Ct. 427, 4l L. Ed. 832 (1897) Hotel et al. vs. Longley, et al. 160 S.W. 2d. 124, 127 (1942)*

*"…The term [liberty]…denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life…The established doctrine is that this liberty may not be interfered with, under the guise of protecting public interest, by legislative action…". Meyer v. Nebraska, 262 U.S. 390, 399, 400*

*"The right to labor and to its protection from unlawful interference is a constitutional as well as common-law right. Every man has a natural right to the fruits of his own industry". 48 American Jurisprudence, pg. 80*

which is codified in the Code of Law for the District of Columbia, also known as United States Code

*"The labor of a human being is not a commodity or article of commerce...." 15 USC § 17*

and Tien has demonstrated that he intends to deny the Demandant his right to pursue happiness as an accomplice to his Lake Worth military police buddies, and his Azle military police buddies, and his Homeland Security military police buddies, and his Federal Bureau of Investigation military police buddies and the International Covenant on Civil and Political Rights was ratified by Congress as Treaty 95-20, which means it is the Supreme Law of the land and Article 1 says the Demandant has the right to self determination

*<u>All peoples have the right of self-determination</u>. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development. Article 1, Clause 1, International Covenant on Civil and Political Rights*

which means the Demandant decides who the Demandant is, NOT some screened for low intelligence military police hired thug, and NOT some (bought and paid for) Clerk masquerading as a Judge, and the Northwest Ordinance applies in all federal territory which includes territory under a military occupation and Article II requires that the demandant be provided a common law proceeding

*The inhabitants of the said territory shall always be entitled to the benefits of the writ of habeas corpus, and of the trial by jury; of a proportionate representation of the people in the legislature; <u>and of judicial proceedings according to the course of the common law</u>. All persons shall be bailable, unless for capital offenses, where the proof shall be evident or the presumption great. All fines shall be moderate; and no cruel or unusual punishments shall be inflicted. <u>No man shall be deprived of his liberty or property, but by the judgment of his peers or the law of the land</u>; and, should the public exigencies make it necessary, for the common preservation, to take any person's property, or to demand his particular services, full compensation shall be made for the same. And, in the just preservation of rights and property, it is understood and declared, that no law ought ever to be made, or have force in the said territory, that shall, in any manner whatever, interfere with or affect private contracts or engagements, bona fide, and without fraud, previously formed. Article II Northwest Ordinance*

and the Supreme Law of the land found in the International Covenant on Civil and Political Rights requires that the Demandant have access to compensation for their unlawful and illegal arrest

*1. Everyone has the right to liberty and security of person. No one shall be subjected to arbitrary arrest or detention. No one shall be deprived of his liberty except on such grounds and in accordance with such procedure as are established by law.*

*2. Anyone who is arrested shall be informed, at the time of arrest, of the reasons for his arrest and shall be promptly informed of any charges against him.*

*3. <u>Anyone arrested or detained on a criminal charge shall be brought promptly before a judge</u> or other officer authorized by law to exercise judicial power and shall be entitled to trial within a reasonable time or to release. It shall not be the general rule that persons awaiting trial shall be detained in custody, but release may be subject to guarantees to appear for trial, at any other stage of the judicial proceedings, and, should occasion arise, for execution of the judgement.*

*4. Anyone who is deprived of his liberty by arrest or detention shall be entitled to take proceedings before a court, in order that that court may decide without delay on the lawfulness of his detention and order his release if the detention is not lawful.*

*5. <u>Anyone who has been the victim of unlawful arrest or detention shall have an enforceable right to compensation</u>. International Covenant on Civil and Political Rights, Article 9*

all of which is evidence that Karen Gren Scholer, and Barbara M G Lynn, and Irma Carillo Ramirez, and Prescilla Richman, and Samuel Alito intend to conspire with Michael T Tooley and Steve McCraw, and Freeman F Martin, and Randall B Prince, and Skylor Hearn, and Alejandro Mayorkas, and John K Tien, and their screened for low intelligence hired thugs like Jim Palamino to deny the Demandant a remedy by using their color of law rules (another War Crime),

*No contract, agreement or regulation shall impair the right of any worker, whether voluntary or not and wherever he may be, to apply to the representatives of the Protecting Power in order to request the said Power's intervention. Article 52, Clause 1, Geneva Convention Relative to the Protection of Civilians in a Time of War of 1949*

and as evidenced in the Canada Border Services Agency military police Lookout Synopsis, the Lake Worth military Police Narrative, the Notice and demand served on Michael T Tooley, the letter from the Demandant's daughter when she told the Demandant to leave because her husband is afraid of being FIRED, and the email from the Tarrant County Sheriff stating that they have no Traffic Safety Officers, true copies of each of which are attached hereto, all of each of which are incorporated herein by reference in their entirety and they all intend to unlawfully arrest people and they intend to perjure their oath to "support and defend the Constitution of the United States" which is the Supreme Law of the Land, and the Demandant has NEVER IN HIS LIFE Breached the Peace and Tooley and McCraw and Mayorkas and their PIGs (Persons In Government who intend to perjure their Oaths) Breach the Peace on a routine basis!

## AGAINST THE PEACE AND DIGNITY OF THE STATE.

### VERIFICATION

I, glenn winningham; house of fearn, do affirm that all statements made herein are true and accurate, in all respects, to the best of my knowledge.

4 AUGUST 2022
Date

_____ L.S.
glenn winningham; house of fearn
with a Proper Mailing address (18 USC § 1342) of;
General Post Office, ZIP CODE EXEMPT
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas [RR 76135]
Non-Domestic Mail, Without the United States, Inc.

As a Notary Public, I hereby certify that glenn winningham; house of fearn, who is known to me, appeared before me and after affirming, he executed the foregoing document on this the ___4th___ day of August, in the year two thousand and twenty-two.


___Donna S Cartwright___
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

Notary Seal

DONNA CARTWRIGHT
Notary Public, State of Texas
Comm. Expires 09-03-2024
Notary ID 10482373

| Canada Border Services Agency | Agence des services frontaliers du Canada | | PROTECTED B |

**Lookout Synopsis**

Lookout/Target No.: 7050-10-0473
Date of Issue: 2013/06/17
Date of Expiry: 2013/11/30
Status: Active

CAUTIONS: ARMED & DANGEROUS

## SUBJECT

Individual: FEARN, Glenn Winningham
Country of Birth: Not Available                                    Gender: Male
Citizenship: Not Available                                            DOB: 1957/09/04
Alias: No Data Entered
Description: Brown, N/A, N/A, N/A, Caucasian
moustache
Tel: No phone number provided
Identification: Other personal document IDCARD036784189, Canada, Alberta
Passport 208952994, United States, District of Columbia
Address: 6340 Lake Worth Blvd, 437   Fort Worth, TX,
76135, United States
Address: PO Box 188   Donalda, AB, T0B1H0, Canada
Address: 14 Cayuga Cres W   Lethbridge, AB, Canada

## CONVEYANCE

Highway: Truck, 54JBP9, Pickup, Dodge, 2008, RAM 2500, 3D7KS28A28G141628,
TX, United States
Highway: Truck, EUX083, Other, G.M.C., 2000, Jimmy, Gold, AB, Canada

## DETAILS

Type: Firearms

Narrative: FEARN is a member of the Sovereign Citizens movement. This group is right-wing extremist group who are extremely anti-government.

FEARN has made written statements indicating that it is his right to RESIST UNLAWFUL ARREST WITH LETHAL FORCE IF NECESSARY. This includes being arrested by the police or at the border. He has also indicated that he is prepared to die and has a death wish.

The last time FEARN was dealt with at the border he declared two handguns. He was instructed to take his handguns back to the United States. It is suspected that he stored his handguns in the United States but at this time this can not be confirmed. At this time he was driving a Texas plated vehicle.

FEARN is currently residing in Lethbridge Alberta but was recently residing in Fort Worth, Texas.

FEARN recently attended provincial court in Lethbridge, Alberta to deal with a



Canada Border          Agence des services                                    **PROTECTED B**
Services Agency        frontaliers du Canada
                                    Lookout Synopsis

lawsuit he served on many people in the Law Enforcement/Justice profession. This lawsuit was dismissed by the Judge and FEARN was ordered to pay court costs.

Due to his statements regarding a death wish, resisting arrest using lethal force, and possession of handguns in the recent past, FEARN is considered to be ARMED AND DANGEROUS.

Please use extreme caution when dealing with FEARN. Contact an Intelligence Officer upon interception. A secondary examination for firearms is strongly recommended.

Officers trained in the use of control and defensive tactics (CDT) and in possession of defensive equipment are expected to manage situations involving persons who may be prone to violence and who may be in possession of a weapon, including a firearm, up to such point that the officer believes he or she has reached the limits of his or her training and personal abilities. Where these limits have been reached, the officer shall permit the individual to proceed into Canada and immediately notify the police force of jurisdiction.

***UPDATE***
On November 30, 2010, Fearn appeared in QB Court. After reviewing the Application for the lawsuit, the judge dismissed the Application it in its entirety and awarded $2950 in costs to the Respondents to be paid by Fearn. After the court hearing and outside the courtroom Fearn made comments that he has numerous firearms in the U.S. which he intended to retrieve and bring into Canada. He also made comments of being killed by police.

***FEARN entered the US at POE Sweetgrass, MT on February 15, 2011.  FEARN would not provide any travel information to US CBP and was allowed to enter the US as he is a US Citizen.****

|  |  |
|---|---|
| **SOURCE** | **CONTACT/ENTERED ON BEHALF OF** |
| Category: (2) Two | Agency: CBSA |
| Reliability: Completely Reliable and | Name: Mark Vanden Berg |
| Available for Court | |
| Source: CBSA - Port of Entry | Location: Port of Coutts, AB |
| Legislation: Customs Act (CA) | Telephone: ██████████ |
| | Agency: CBSA |
| | Name: Mark Vanden Berg |
| | Location: Coutts, AB |
| | Telephone: ██████████ |



**Canada Border**
**Services Agency**

**Agence des services**
**frontaliers du Canada**

PROTECTED B

Lookout Synopsis

Issued By: HUNTLEY, Alana Joan
Location: Alberta South - Intelligence

Authorized: HUNTLEY, Alana Joan
Location: Alberta South - Intelligence

Law Enforcement Sensitive



Texas Department of Public Safety, Intelligence and Counterterrorism Division

# Intelligence Bulletin

(September 7, 2010)

## OFFICER SAFETY
## CONSIDERED ARMED AND DANGEROUS



**GLENN WINNINGHAM FEARN**
DOB: ▮▮▮▮▮▮ 5'8", 200 lbs
Prior DL's: Utah and Montana (expired)
SSN: ▮▮▮▮▮▮
Vehicle: 2008 Red Dodge RAM

### Summary

In mid-June 2010, GLENN WINNINGHAM FEARN, a self proclaimed member of the Republic of Texas, sent a "Notice and Demand" letter to the Montana Highway Patrol threatening to use lethal force if stopped or "unlawfully arrested." FEARN has a history of sending letters to government offices declaring his sovereignty from the United States, Arizona, New York, Texas and now Montana.

On July 16, 2010, FEARN attempted to enter Canada through a Montana Port of Entry declaring his firearms. He was required to pay a duty tax which he refused. FEARN rented a storage locker for the firearms, returned the same day and entered Canada. FEARN was driving a red Dodge pick up bearing Texas license plate 54J-BP9. FEARN'S Dodge may also bear Republic of Texas plates "2092-A Private Property." Currently, FEARN is back in the US at an unknown location to law enforcement.

FEARN was born in Canada and is a naturalized US Citizen. He has used addresses in Casa Grande, AZ and in Fort Worth, TX which were found to be a private mailing and a shipping business. He has sent multiple mailings to Law Enforcement Agencies giving notice that he would assert his right to resist with lethal force if necessary. He may be unstable, unpredictable, and most likely armed. He should be considered armed and dangerous.

Anyone with comments or questions regarding this bulletin or if contact or arrest of FEARN is made, should contact TX DPS CID Agent ▮▮▮▮▮▮▮▮ at ▮▮▮▮▮▮▮ or the DPS Texas Fusion Center at 1-866-786-5972 or e-mail at txdpsintelcenter@txdps.state.tx.us.

Title Holder: Glenn Winningham; house of Fearn   Michael T. Tooley, Chief Admin., Montana Highway Patrol, Notice and Demand 062110

From:
Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
ZIP CODE EXEMPT
DMM 602.1.3.e.2, 18 USC § 1342

**By Registered Mail RR 569 486 047 US**
To:
Michael T. Tooley, Colonel
Montana Highway Patrol Chief Administrator
Montana Highway Patrol Headquarters
2550 Prospect Avenue
P.O. Box 201419
Helena, Montana 59620-1419

**NON-NEGOTIABLE**                                                    **NON-NEGOTIABLE**

### NOTICE AND DEMAND

I, Me, My, Myself, a man, a living soul, a sovereign, an inhabitant of the land of Texas, and a holder of the office of "the people", with an address correction: C/O Glenn Winningham; house of Fearn, Non-Domestic Mail, C/O 6340 Lake Worth Blvd., #437, Fort Worth, Texas, Zip Code Exempt, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1.   Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, I accept your Oath of Office. Please find an Oath of Office acceptance document attached hereto, and incorporated herein by reference in its entirety.

2.   Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, equality under the Law is paramount and mandatory by Law.

3.   Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, I did not give you, the authority for making a legal determination for Me.

4.   Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, if you think or assume that you are representing Me, you are FIRED!

5.   Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, neither you, nor any other person, is competent in dealing with any of My affairs.

6.   Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, I am competent for dealing in all of My affairs.

7.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, were Noticed of My copyrights on the name(s) **Glenn W. Fearn©, GLENN WINNINGHAM FEARN©, FEARN, GLENN WINNINGHAM©**, or any derivative(s) thereof and others as found in NON-NEGOTIABLE COPYRIGHT NOTICE recorded with the PINAL

COUNTY RECORDER at FEE NUMBER 2005-121243, which is incorporated herein by reference in its entirety.

8.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, were ORDERED that any communication with me is to be signed "under the penalty of perjury".

9.    You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, were Noticed that any violation My copyright(s), or making a legal determination for Me, representing Me, or communicating with Me in any manner not "under penalty of perjury" would constitute an agreement to the fee of;

    a)    ten thousand dollars ($10,000.00), minimum; or

    b)    one million dollars ($1,000,000.00) if violated for the purpose of profit/gain; or

    c)    ten million dollars ($10,000,000.00) if violated for the purpose of profit or gain more than three (3) times within a year,
for each and every violation, payable only in lawful money.

10.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, were also noticed that any violation as described in paragraph 9 above would constitute an agreement that I could seek relief from all of your corporate officers and directors as well as your parent corporation(s), and its officers and directors, jointly, severally, and personally.

11.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, if you wish to communicate with Me, the sovereign living soul, you are required to address the letter EXACTLY as shown above and if you must use a ZIP code, put it in square brackets, because it takes it off the page, otherwise, additional damages and injuries will accrue.

12.   You Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that pursuant to 18 USC § 1342, My proper name is Glenn Winningham; house of Fearn and My proper address is;
**with a postal address of;**
**Non-Domestic Mail,**
**C/O 6340 Lake Worth Blvd., #437,**
**Fort Worth, Texas**
**ZIP CODE EXEMPT**
**DMM 602.1.3.e.2, 18 USC § 1342**
and unless you want to be guilty of mail fraud, it shall be shown EXACTLY like it.

13.   Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, you are NOTICED that it is My intent, **NEVER** to act as SURETY, or in any be the guarantor, or an accommodation party for the fictitious entities created by government officials through FRAUD, COERCION, INTIMIDATION, and PERJURY OF OATH.

14.   Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that because of criminal conversion of My name and the names of My

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.——————————————————————————————————Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

family members, I have seized control of the fraudulently created entities, and copyrighted the names, and therefore, I am the authorized representative for the 15 USC § 44 entity called GLENN WINNINGHAM FEARN, pursuant to Power of Attorney in Fact recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-159374, which is incorporated herein by reference in its entirety.

15. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that I am not a second class UNITED STATES citizen, 14th Amendment Citizen, corporation or other fictitious entity as found in CORPORATE DENIAL AFFIDAVIT, recorded with the Pinal County Recorder at FEE NUMBER 2005-107494, and ZIP CODE CORPORATE DENIAL AFFIDAVIT recorded with the Pinal County Recorder at FEE NUMBER 2005-120448, both of which are incorporated herein by reference in their entirety.

16. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that according to the courts, there is no such thing as a drivers license under Texas law.

*This court has held that there is no such license known to Texas Law as a "driver's license."* Frank John Callas v. State, 167 Tex. Crim. 375; 320 S.W. 2d 360

*We have held that there is no such license as a driver's license known to our law.* Claude D. Campbell v. State, 160 Tex. Crim. 627; 274 S.W.2d 401

*An information charging the driving of a motor vehicle upon a public highway without a driver's license charges no offense, as there is no such license as a driver's license known to the law.*
Keith Brooks v. State 158 Tex. Crim. 546; 258 S.W.2d 317

*There being no such license as a "driver's" license known to the law, it follows that the information, in charging the driving of a motor vehicle upon a highway without such a license, charges no offense.*
W. Lee Hassell v. The State, 149 Tex. Crim. 333; 194 S.W.2d 400

17. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are NOTICED that since there is no such thing as a drivers license, that I will not have one in the event I get stopped by one of your subordinates. However, if I do get stopped by one of your subordinates, I will have;
a)      a PHOTO IDENTIFICATION AFFIDAVIT which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2006-159373, and is also recorded with the republic of Texas Robertson County Recorder at Book 1, Line 9, as well as;
b)      a TRAFFIC STOP LAWFUL NOTICE which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2008-040493, and is also recorded with the republic of Texas Robertson County Recorder at Book 1, Line 17, as well as;
c)      a NON-NEGOTIABLE NOTICE AND DEMAND to all Corporate Commercial Agents, which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2010-034479,

*Seal*

true copies of each of which are attached hereto, and incorporated herein by reference in their entirety.

18.  You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that I am not a person, as far as your statutes are concerned, because a "person" is:
   a)  *"a variety of entities other than human beings."* Church of Scientology v U.S. Department of Justice, 612 F2d 417 (1979) at pg 418
   b)  *"...foreigners, not citizens...."* United States v Otherson, 480 F. Supp. 1369 (1979) at pg 1373.
   c)  *the words "person" and "whoever" include corporations, companies, associations, firms, partnerships, societies, and joint stock companies...*Title 1 U.S.C. Chapter 1 – Rules of Construction, Section 1

and a sovereign is not a "person" in a legal sense and as far as a statute is concerned;
   a)  *" 'in common usage, the term 'person' does not include the sovereign, [and] statutes employing the [word] are normally construed to exclude it.'* Wilson v Omaha Tribe, 442 US653 667, 61 L Ed 2d 153, 99 S Ct 2529 (1979) (quoting United States v Cooper Corp. 312 US 600, 604, 85 L Ed 1071, 61 S Ct 742 (1941). See also United States v Mine Workers, 330 US 258, 275, 91 L Ed 884, 67 S Ct 677 (1947)"* Will v Michigan State Police, 491 US 58, 105 L. Ed. 2d 45, 109 S.Ct. 2304
   b)  *"a sovereign is not a person in a legal sense"* In re Fox, 52 N. Y. 535, 11 Am. Rep. 751; U.S. v. Fox, 94 U.S. 315, 24 L. Ed. 192

19.  You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that because I am not involved in commerce in any way, I do not have a Motor Vehicle pursuant to 18 USC § 31 which says;
   *"The term "Motor Vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.*
   *The term "used for commercial purposes" means the carriage of persons or property for any fare, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking intended for profit."*

20.  You Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that My private conveyance may have plates on it purporting to be associated with the republic of Texas similar to those, which are attached hereto, and incorporated herein by reference in their entirety, but in any event, it will be identified with the words **PRIVATE VEHICLE**, or **NON-COMMERCIAL**, or **PRIVATE PROPERTY**, in large unmistakable letters, on the rear bumper area. You are NOTICED that the reasons for these words being placed in the rear bumper area is firstly, because it is not a **"Motor Vehicle"**, it is a **"PRIVATE VEHICLE"**, and secondly, because a Certificate of Title certifies that the state has the title, which means the state owns the vehicle, and these words provide notice that this vehicle is

not owned by the state, even though it may have state plates on it, and any claim to the contrary is perjury of oath by any officer of the court or the state.

21.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that all documents that are recorded with the PINAL COUNTY RECORDER may be viewed at their website at; http://pinalcountyaz.gov/Departments/Recorder/Pages/DocumentSearch.aspx

22.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that you are not authorized to serve commercial process on Me.

23.   As a titled sovereign, I hereby DEMAND that you Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, protect Me from all foreign agents, like agents from the FBI, the DEA, the INS, the IRS, the IMF, the CIA, and any other agents of foreign governments.

24.   As you already know, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, neither the Transportation Code, nor the Uniform Commercial Code, are positive law, therefore, you have no authority whatsoever, to impose anything in either of them on Me.

25.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that because I am a sovereign living soul, and a holder of the office of "the people", and an inhabitant of the land of Texas, who is currently travelling on the land of New York, that it also holds true that I am not a "person" as found in any of your corporate commercial codes, rules, and regulations, and therefore, your law merchant, a/k/a private international law, a/k/a martial law, a/k/a canon law, a/k/a ecclesiastical law, **does not apply to Me**, and if you or one of your subordinates attempts to impose one of your law merchant so-called contracts upon Me, your subordinate and you will be engaging in Perjury of Oath, Sedition to the Constitution, and giving aid and comfort to the enemy in a time of war, which is the prosecutable form of Treason as found in the constitutions for the united States of America, the New York republic, as well as the republic of Texas.

   *Inasmuch as __every government__ is an __artificial person,__ an abstraction, and a creature of the mind only, a government can interface __only with other artificial persons__. The imaginary, having __neither actuality nor substance,__ is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that __no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them.__*
   *Penhallow v. Doane's Administraters 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54, (1795)*

26.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are noticed that pursuant to the Federal Rules of Civil Procedure rule 81 (f) you are a revenue officer of the United States, especially since you have in your court room a US martial law war flag, and pursuant to the Eleventh Article in Amendment to the Constitution for the united States of America, you and your subordinates have no

authority whatsoever to hear, (much less rule), in any case involving Me, or My wife, or My infant children, and if you or your subordinates do hear or rule in any matter involving Myself, My wife, or My children, it will be without any authority whatsoever, and in which case, you and your subordinate, will have no immunity whatsoever, and will be personally, fully liable for perjury of oath at a minimum.

27. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that the use of any statutes, codes, rules, regulations, or court citations, within any document created by Me, at any time, is only to notice that which is applicable to you, and is not intended, not shall it be construed, to mean that I have conferred, submitted to, or entered into any jurisdiction alluded to thereby.

28. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that if you receive commercial paper (Federal Reserve Notes, bank drafts, legal tender) for your compensation, then you do NOT receive lawful money and you are a municipal corporation and have no authority whatsoever over Me. You and your subordinates have no more authority over Me than a Walmart rent-a-cop does.

29. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I am not bankrupt like you and your criminal corporation, and I hereby certify that I have in my possession much more than twenty-one dollars in lawful money (twenty-one each, one troy ounce silver eagle coin with a face value of one dollar each).

30. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I recently converted some silver to land together with all of the rights and privileges of the original land patent, therefore, I hold absolute ownership in land.

31. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, are further NOTICED that I do travel on the land of New Jersey, or elsewhere from time to time, but I am not even remotely interested in being in your criminal municipal corporation called UNITED STATES, or its political subdivision called STATE OF MONTANA, and any attempt by you, or your subordinates, to coerce or intimidate Me into your municipal corporation is perjury of oath at a minimum, by whoever does it, and you.

32. You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that the ONLY legitimate power that is held by ANY governmental entity in the United States, and their agencies, is power that "We the people" delegated, and "we the people" are not subject to their codes, rules, and regulations. *"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts."* Yick Wo v Hopkins, 118 US 356, at pg 370;

Title Holder: Glenn Winningham; house of Fearn     Michael T. Tooley, Chief Admin., Montana Highway Patrol, Notice and Demand 062110

33.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that My rights are "unalienable" as found in the Declaration of Independence (1776), (which is positive law) which means that they CANNOT be alienated under ANY circumstances.

34.   You Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that just because the US Congress PERJURERS pass a Foreign Sovereign Immunity Act, (and it is true that I am foreign, because I am a citizen of Texas, which is foreign to the United States), that Congress does not have the authority to convert My rights from unalienable, (CANNOT be alienated under ANY circumstances) to inalienable (CAN be alienated based on some presumed contract), and neither does Congress have the right to grant ANY officer of ANY court the right to make such a presumption.

35.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that any (so-called) contract which appears to alienate ANY of My God given rights, as one of "the people", involving ANY government in America, or ANY agency of any government in America, is a NULLITY, because the government CANNOT commit TREASON (breach of trust), and ANY presumption to the contrary by **ANY** Officer of **ANY** Court, is Perjury of Oath.

36.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that the ONLY valid contract involving Me, one of "the people", is a common law contract, between living souls, with full disclosure, in writing, with full knowledge, and intent, and signed in red ink on the land of America, and this does NOT include ANY law merchant (so-called) contracts, or any contracts with any fictitious entities.

37.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that all corporations are, by definition, **incorporated** into the government, and all Banks are instrumentalities of Congress (because of the Bank Act), therefore they are all agencies of the government, and ALL contracts with ANY government agency is a NULLITY, as far as ANY violation of My rights is concerned, whether the so-called contract is in writing or not.

38.   You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I have the right to resist unlawful arrest with lethal force if necessary, as found in the Notice and Demand to all Corporate Commercial Agents 022810 which is recorded with the PINAL COUNTY RECORDER at FEE NUMBER 2010-034479, and also;

**"These principles apply as well to an officer attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they do to a private individual who unlawfully uses such force and violence."** Jones v. State, 26 Tex. App. I; Beaverts v. State, 4 Tex. App. 1 75; Skidmore v. State, 43 Tex. 93, 903.

**"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as**

he would in repelling any other assault and battery." (State v. Robinson, 145 ME. 77, 72 ATL. 260).

"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense." State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100.

"One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance." (Adams v. State, 121 Ga. 16, 48 S.E. 910).

"Story affirmed the right of self-defense by persons held illegally. In his own writings, he had admitted that "a situation could arise in which the checks-and-balances principle ceased to work and the various branches of government concurred in a gross usurpation." There would be no usual remedy by changing the law or passing an amendment to the Constitution, should the oppressed party be a minority. Story concluded, "If there be any remedy at all ... it is a remedy never provided for by human institutions." That was the "ultimate right of all human beings in extreme cases to resist oppression, and to apply force against ruinous injustice." (From Mutiny on the Amistad by Howard Jones, Oxford University Press, 1987, an account of the reading of the decision in the case by Justice Joseph Story of the Supreme Court.

39.  You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that I have an unlimited right to carry arms, whether concealed or not.

"The carrying of arms in a quiet, peaceable, and orderly manner, concealed on or about the person, is not a breach of the peace. Nor does such an act of itself, lead to a breach of the peace." Wharton's Criminal and Civil Procedure, 12th Ed., Vol.2: Judy v. Lashley, 5 W. Va. 628, 41 S.E. 197

40.  You, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, are NOTICED that in the event that one of your hired thugs attempts to unlawfully arrest Me, and I assert My right to resist that unlawful arrest, with lethal force if necessary, and your hired thug kills Me, your hired thug will be guilty of MURDER, and so will you.

"Perhaps it should be mentioned that as a general rule a person is placed under arrest when he is deprived of his liberty by an officer who intends to arrest him. It is not always necessary for the officer to make a formal declaration of arrest. See: 1 Varon, Searches, Seizures and Immunities, 75 (1961);" Henry v. United States, 361 U.S. 98, 4 L.Ed.2d 134, 80 S.Ct. 168 (1959) and United States v. Boston, 330 F.2d 937 (1964).

"The stopping of an automobile by a highway patrol officer for inspection of a driver's license, or for any other purpose where it is accomplished by the

**authority of the officers, is an "arrest."** Robinson v. State, 198 S.W.2d 633, 635, 184 Tenn. 277

**"A motorist stopped by a traffic officer for a traffic offense would be considered "arrested" . . . even if the motorist was not specifically informed that he had been arrested."** People ex rel. Winkle v. Bannan, 125 N.W.2d 875, 879, 372 Mich. 292.

**"Any restraint, however slight, upon another's liberty to come and go as one pleases, constitutes an "arrest."** Swetnam v. W.F. Woolworth Co., 318 P.2d 364, 366, 83 Ariz. 189.

41.    Finally, Michael Tooley, Colonel, Chief Administrator, Montana Highway Patrol, et al, as a titled sovereign, I hereby DEMAND that you, and your subordinates, protect My unalienable rights.

42.    Signed and Sealed in red ink on the land of New York.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

**Notice for the principal is notice for the agent and
notice for the agent is notice for the principal.**

This instrument was prepared by Glenn Winningham; house of Fearn.

GLENN WINNINGHAM FEARN, and all derivatives thereof
My Copyright

_____

Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the
people", inhabitant of the land of Texas
travelling from time to time on the land of New York,
and elsewhere

Title Holder: Glenn Winningham; house of Fearn      Michael T. Tooley, Chief Admin., Montana Highway Patrol, Notice and Demand 062110

## Witnesses

We, the undersigned witnesses, who are sovereign living souls, each and everyone of us, and inhabitants of the land of New York, do hereby certify that we witnessed the signature of Glenn Winningham; house of Fearn, who is also a sovereign living soul, and an inhabitant of the land of Texas.

| **Name** | **Signature** | **Date** | **City nearest abode;** |
|---|---|---|---|
| George Batts | *George Batts* | 6/7/10 | White Plains |
| Barry Brown | *Barry Brown* | 6/7/10 | White Plains |
| Kenneth Levy | *signature* | 6/7/10 | White Plains |

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.——————————————————————————————————————————Title Holder Glenn Winningham; house of Fearn
With the Copy-Claim

Michael T. Tooley, Chief Administrator, Montana Highway Patrol, Notice and Demand

 **FOR THE RECORD At Law;** 

## OFFICIAL NOTICE/DEMAND by an American Sovereign!

**FOR: The living Man or Woman of God so named below offering We the People of God your OATH OR AFFIRMATION FOR SERVICE UNDER WE THE PEOPLE'S CONSTITUTIONS, FOR SERVING AS A ELECTED, EMPLOYED AND/OR APPOINTED SERVANT AS AN OFFICIAL ADMINISTRATOR OR AGENT is now NOTICED that who so ever acts with DISHONOR regarding his/her OATH OF OFFICE standing unto God is in Violation(s) of His one Natural Law and contract breach with me being one We the People of God for not upholding my organic Constitutional superior declared Sovereign Rights of God and is therefore impersonating without standing;**

In the name of God, Amen; I, me, my, myself, a living soul sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES, formally accept your contract offer for value being your Oath and/or Affirmation(s) for Office without the Corporatism UNITED STATES by affirming (swearing), "so help me God". I formally accept your offer with lawful conditions with your constitutional, legislated, delegated, regulatory authority and your timely public declaration for fiduciary officeholder by Oath and/or Affirmation by limiting your all enforcement claims brought forth, "UNDER PENALTIES with PERJURY". Further, I formally accept your Oath offers with conditions that all RETURNS must be signed Under Penalties with Perjury upholding and notwithstanding all your Oath offering(s) and/or Affirmation(s). I formally accept your Oath offers or Affirmation(s) for Office beholding unto our Creator God as being truth. KJV: Leviticus 19:12, Deuteronomy 23:23, I Kings 8:31-32, Ecclesiastes 5:3-6, Mathew 23:11-30, James 1:6-7.

It is now written that you and I have joinder standing under God in a firm binding private contract ab initio, I demand you uphold your private contract part, non ultra vires, as laid down by our Creator in His Holy Word and declared in the one We the People's organic Constitution for Texas a republic and with all other Oath offering(s) and Affirmation(s) notwithstanding. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Whereas the above private contract now being in force, you are personally liable for the protection for my entire Texian American Sovereignty declared rights standing in God's Kingdom without the Corporatism UNITED STATES, therefore I demand you honor my reserved declared rights imbedded in our Constitution and protected with God's Superior common law and commercial law which is created within imprescriptibility as mine and are inalienable in their entirety. Doing otherwise initiates Dishonor unto Him and good faith breach with me of God.

Absent the above private contract involving my Sovereign private affairs that are arrived at without recourse and dishonor with you and whereas your Corporatist Title being one PERSON created by THE STATE OF MONTANA/UNITED STATES is fired from assigning or appointing any 3rd party legal representation for making legal determinations involving me. Doing otherwise initiates Dishonor unto Him our Creator and good faith breach with me of God and in International Maritime Law voids your fiduciary worthiness.

I further declare I am confident for handling my own affairs. I do not own or reside on or in any water body on planet earth. I declare by Affidavit "I am of God not a Corporatism UNITED STATES OR STATE created Corporatist". If you insist on pursuing, standing against me of God without Venue or proper geographical Jurisdiction you are in Montana State Corporatism violation "Law with Color", Nation's Laws, International Laws and the most superior law over all, our creator God's one Royal law.

**KJV/Gal: 5-14; all law is fulfilled in one word; Thou shall love thy neighbor as thyself, James 2:8-10**

**THEREFORE, *YOU ARE NOTICED* that you may be knowingly or unknowingly COMMITTING CRIMINAL ACTS by criminally converting Civil Statutes and my inalienable rights. These acts are being Created by simulating Court Processes using Corporatism "LAWS WITH COLOR" while being INFERIOR**

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

With the Copy-Claim BY _____ Seal



**FOR THE RECORD At Law;**



**with We the People's Superior created organic Constitutional Jurisdiction and Venue. Therefore you may be standing in DISHONOR our OATH(S) OF OFFICE by dishonoring God the one Organic Creator Superior over all and myself a declared sui juris Texian American Sovereign of God standing in God's Kingdom without the Corporatism UNITED STATES. If found you have knowledge in COMMITTING such CRIMINAL ACTS and dishonoring your OATH(S) OF OFFICE as an Elected, Appointed, Assigned, and/or Employed official servant for We the People of God, claims may be brought against you <u>PERSONALLY</u> for you are operating outside the bounds for your constitutional, legislated, delegated, and regulatory authority. THE STATE OF MONTANA/UNITED STATES Corporatism offers <u>no protection for its administrators, agents, employees that are elected, contracted, employed or appointed</u> when they operate outside their jurisdictional bounds and against God's Superior created mankind.**

I demand acknowledgement and receipt with <u>attached</u> *NOTICE/DEMAND* including any charging, billing, inquiry, summons and/or any other simulated Court process with related instrument(s) certified copies being sought against me that may require a fine, pleading, subpoena or arrest and/or causing myself injury and/or my private property. If you refuse in signing said OFFICIAL NOTICE/DEMAND then any fraudulent actions by you against me will be declared tendered and dishonored by affidavit and describing you as being an unlawful official administrator/agent/employee impersonator. I demand your signature hereon and returned within three days from receipt as an acknowledgement which may be introduced as evidence for initiated claim(s) and your signature hereon <u>is not a guilt admission:</u>

Official man/woman's living Name: <u>Michael T. Tooley</u>; Signature: _____

Official's Corporatism d.b.a./Title: <u>MICHAEL T. TOOLEY, COLONEL, CHIEF ADMINISTRATOR, MONTANA STATE PATROL;</u>

Official's Corporatist Bar Card No: _____ Official's Office No.: _____

Official's Elected and/or Appointed Bonding Co. name and number: _____

Regards:

Me By _____ of God;
I, me, my/myself By Glenn Winningham; house of Fearn, a Sui Juris Living-Soul, Claimant. By Affidavit I am of God standing in God's Kingdom without the Corporatism UNITED STATES as a Private-Texian-American-Sovereign and all my rights standing reserved in God's Kingdom, without Recourse

## Witnesses

We, the undersigned witnesses, who are sovereign living souls, each and everyone of us, and inhabitants of the land of New York, do hereby certify that we witnessed the signature of Glenn Winningham; house of Fearn, who is also a sovereign living soul, and an inhabitant of the land of Texas.

| Name | Signature | Date | City nearest abode: |
|------|-----------|------|---------------------|
| George Batts | George Batts | 6/7/10 | White Plains |
| Barry Brown | Barry Brown | 6/7/10 | White Plains |
| Kenneth Levy | Kenneth Levy | 6/7/10 | White Plains |

Oath of Office Acceptance For my Court Record; me, BY Glenn Winningham; house of Fearn, of God

With the Copy-Claim BY _____ Seal

USPS - Track & Confirm                                                    Page 1 of 1


**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign in

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: RR56 9486 047U S
Class: First-Class Mail®
Service(s): Registered Mail™
              Return Receipt
Status: Delivered

Your item was delivered at 10:04 AM on June 14, 2010 in HELENA, MT 59601.

Detailed Results:
- Delivered, June 14, 2010, 10:04 am, HELENA, MT 59601
- Arrival at Unit, June 14, 2010, 5:27 am, HELENA, MT 59601
- Processed through Sort Facility, June 13, 2010, 4:41 pm, BILLINGS, MT 59101
- Acceptance, June 09, 2010, 11:18 am, PURCHASE, NY 10577

### Notification Options

Track & Confirm by email

Item sent to you or others by email. **Go >**

**Track & Confirm**

Enter Label/Receipt Number.

**Go >**

Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Data    FOIA

---

Registered No.          Date Stamp

RR569486047US

| Reg. Fee | $11.50 | | |
| Handling Charge | $0.00 | Return Receipt | $2.30 |
| Postage | $2.24 | Restricted Delivery | $0.00 |
| Received by | | | |

Customer Must Declare Full Value $25.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM: Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6240 Lake Worth Blvd., #437
Fort Worth, Texas

TO: ZIP CODE EXEMPT
HELENA MT T TOONEY, C6 COVER
2550 PROSPECT AVE
P.O. BOX 201419
HELENA MT 59620

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2007 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

Handwritten return receipt card:

A. Signature X
□ Agent   □ Addressee
B. Received by (Printed Name)   C. Date of Delivery
JUN 14 2010

D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

3. Service Type
   □ Certified Mail   □ Express Mail
   ☑ Registered      □ Return Receipt for Merchandise
   □ Insured Mail    □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

1. Article Addressed to:
MICHAEL T TOONEY, C6 COVER
MONTANA HWY PATROL C6 COVER
2550 PROSPECT AVE
P.O. BOX 201419
HELENA, MT 59620

2. Article Number RR 569 486 047 US
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt

---

# Lake Worth Police Department

Page 1

3805 Adam Grubb

## Inmate Booking Report

7/27/2018

### Personal

Name: Fearn, Glenn Winningham          Agency Id: 8837-1

Ethnicity: Non-Hispanic   DOB ▉▉▉   Age: 60   POB: refused

Race: White   Sex: Male   Weight: 200   Height: 5` 8``

Hair: Brown   Eyes: Blue

Identifying Characteristics

| Characteristics | Body Parts | Description |
|---|---|---|

---

DL No.: ▉▉▉   Issued: TX   SS No.: ▉▉▉   DPS No.:   FBI No.:

Occupation:   Employer:

### Address
Street:   City:   State:   Zip:

### Phone
Phone:   Type:

Phone:   Type:

### Arrest
Arrest Agency: Lake Worth Police Department   Booking Date: 07/27/2018 14:23

Arrest Officer:   Booking Officer:

Arrest Location:   Arrest Date:

### Vehicle
Make: Dodge   Model: 3500   License No.: 54JBP9   Towed: Yes

### Remarks:
Subject refused to answer questions related to the book-in process.

### Charges

1   — Arrest Report Warrants

*24 pickup sent 7/27 @ 1929*

Call No.:
1800016607

Agency: Azle PD   Warrant #:   Charge Type: Warrant   Amount:

Classification: Class C Misdemeanor

Remarks:  A023735-01  FMFR  $346.00
A023735-02  Speeding  $283.00
A023735-03  NO DL  $266.00
Total: $895.00

*Check 29's*
*TB 304*
*Entered by:*
*Date:* 7/28/18

*895.00*

Total Amount: 0

*RLS NON PICKUP @ 1726/1531*

# Lake Worth Police Department
## Narrative

Date of report: 2018-07-27                          Case Number: 1800016607

Incident Number :1800016607

On Friday 07/27/2018 at approximately 13:10, Officer West #259, Officer Martin #323 and I, Officer D. Martinez #314 were dispatched to the parking lot of Albertsons, located at 6308 Lake Worth Blvd, Lake Worth, Tarrant County Texas 76135 in reference to the Department of Homeland Security requesting assistance on a suspicious vehicle. DHS was advising that the license plate might possibly not belong to the vehicle that it was on.

Upon arrival, the vehicle was located in the parking lot of Racetrack (6300 Lake Worth Blvd), adjacent to Albertsons. Officer West and I positioned our vehicles to keep eyes on the suspect vehicle while we gathered more information from dispatch. Lake Worth dispatch advised that the vehicle had a regional warrant (Class C misdemeanor/traffic) attached to the license plate out of the Azle Police Department. The vehicle then left the Racetrack, staying in the parking lot of Albertsons, and proceeded to the EZ Mail, located at 6340 Lake Worth Blvd. Dispatch stated that the warrant attached to the license plate belonged to a Glenn Winningham Fearn (W/M, 09/04/1957). As the male exited the vehicle and walked into the store, I observed that the date of birth for the wanted individual was consistent with the age of the male driver and sole occupant of the vehicle.

After the man (later identified as the above listed subject) walked back to his truck, he left he parking lot and began driving west in the 6300 block of Lake Worth Blvd. I activated my overhead lights on my marked patrol vehicle and initiated a traffic stop on the vehicle, which yielded in the parking lot of Walmart (6360 Lake Worth Blvd). The vehicle was a 2008 Dodge pickup, red in color, bearing Arizona license plate CH56267.

I approached the driver's side of the vehicle and made contact with Glenn, requesting to see his driver's license and proof of insurance, who stated that he was not required to have a driver's license because he was in transit. I asked him several more times for his driver's license and insurance and he refused to present it. I asked Glenn to exit his vehicle and he reluctantly complied after telling me that it was lawful to resist an unlawful arrest.

Officer West convinced him to present ID and he handed us a photo ID that appeared handmade and had his name on it. The Azle PD warrants were confirmed and Glenn was placed under arrest for the following charges:

Warrant # A023735-01          FMFR          $346.00

Officer: MARTINEZ, D                          Approving Supervisor: GREGORY, C.

Page 1

# Lake Worth Police Department
## Narrative

Date of report: 2018-07-27                              Case Number: 1800016607

| | | |
|---|---|---|
| Warrant # A023735–02 | Speeding | $283.00 |
| Warrant # A023735–03 | No DL | $266.00 |
| | Total: | $895.00 |

An inventory of the vehicle was completed before the wrecker arrived for the vehicle and a loaded stainless Colt Commander Mark IV in .45 ACP caliber was located in the center console, along with 44 rounds of .45 ACP hollow point ammunition and 2 magazines for the pistol. Also located were multiple open FedEx bags, two of which contained flash drives (one package contained 8 flash drives with the number "8" on them and the other contained 4–5 flash drives that were Scandisk brand). A brand new Samsung cell phone was also located inside the cab of the pickup. Glenn was issued citation LPD1066097 for Fail to Maintain Financial Responsibility and LPD1066096 for Fail to Display Driver's License. The pistol, 2 magazines and 44 rounds of ammunition were booked into property locker #2 for safekeeping. No further info.

Officer: MARTINEZ, D                              Approving Supervisor: GREGORY, C.

Dear Dad,

I had really looked forward to having you come to Arizona. I was devistated when I realized we wouldn't be able to have you around all the time because of Barron's line of work / security clearance. I don't really understand fully why that is a thing, but it is. I feel really stuck between a rock and a hard place. On one hand I want you in my life, and you are such a great Grandpa to the kids and I want you in their lives. On the other hand Barron is very stressed having you hear knowing it may be putting his job in jeopardy, this in turn makes things hard for me also. You are my Dad! How could can I not welcome you into my home?!

I have so many conflicting feelings and that is why we have had you longer than we thought you should be with us. However, the past few days I have really started to feel more and more uneasy. This has all lasted much longer than we originally thought. You have also seemed more and more reclusive, which seems out of character. I'm not sure →

if ~~it~~ it is because you are trying to stay out of our way because you know you've been around much longer than planned, but my un easy feelings have only been increasing and tonight I haven't been able to sleep worrying ~~too~~ about all this.

Dad, I love you and I don't want you to resent me or Barron for this, it isn't our fault. It just is what it is, we can't have you here any longer, I don't think we should have you even another night.

I know you have to go to New Jersey, maybe you can leave early? ~~I~~ Maybe Wilson can have you at his place? I know Washington is not where you want to be but maybe you can stay there for abit and re-group? Just some ideas.

Dad, I love you and I want to be a good daughter and I hope you know that I am doing ~~the best~~ my best and I hope that is good enough for you. ♡♡

Love, Jess



**U.S. Department of Homeland Security**
Arlington, Virginia 20598

**Transportation
Security
Administration**

JUL 0 9 2014

## By First Class, Registered and Certified Mail - Return Receipt Requested

Mr. Glenn Fearn
6340 Lake Worth Blvd
#437
Fort Worth, TX 76135

Mr. Glenn Fearn
261 Main St.
Cardston, AB T0K 0K0, Canada

Mr. Glenn Fearn
PO Box 152
Babb, MT 59411

Re:   Initial Notification of Threat Assessment
       Federal Aviation Administration Airman Certificate Number 069685426

Dear Mr. Glenn Fearn:

This letter serves as an initial notification of a threat assessment (Initial Notification). Based upon materials available to the Transportation Security Administration (TSA), which I have personally reviewed, and pursuant to 49 United States Code § 46111, I have determined that you pose, or are suspected of posing, a security threat. Accordingly, TSA is initiating the process to revoke all certificates issued to you by the Federal Aviation Administration (FAA).

As part of this process, TSA is concurrently notifying the FAA of the determination that you pose, or are suspected of posing, a security threat and requesting that the FAA suspend all certificates issued to you by the FAA.

No later than 15 calendar days after the date of service of this Initial Notification, you may serve upon TSA a written request for copies of releasable materials and an unclassified summary of the classified information upon which this Initial Notification was based.

In addition, you may serve upon TSA a written reply to the Initial Notification no later than 30 calendar days after the date of service of the Initial Notification, or 30 days after the date of service of TSA's response to your request for copies of the releasable materials upon which this Initial Notification was based, whichever is later. This written reply should include any information that you believe TSA should consider in reviewing the basis for the Initial Notification.

In your written reply, you may request an in-person or written hearing before an administrative law judge. If requested, the in-person hearing will be held either at TSA headquarters or a location selected by TSA in the metropolitan Washington, D.C. area. The administrative law judge will issue a written decision no later than 30 calendar days after the conclusion of the hearing. The administrative law judge's decision may be appealed by either party to the Transportation Security Oversight Board (TSOB). The

2

TSOB shall issue a Final Determination, which constitutes a final agency order. You should serve all documents upon:

> Robert G. Seasonwein
> Assistant Chief Counsel
> Security Threat Assessment Operations
> TSA Headquarters
> 12th Floor, TSA -2
> 601 South 12th Street
> Arlington, VA  20598

TSA does not disclose classified information, as defined in Executive Order 12968 section 1.1(d), and TSA reserves the right to not disclose any other information or material not warranting disclosure or protected from disclosure under law.

You may, if you choose, be represented by counsel during this process at your own expense.

Sincerely,

J. W. Halinksi
Deputy Administrator

cc:    The Honorable Michael P. Huerta
       Administrator
       Federal Aviation Administration

 **Gmail**      **Winningham Fearn <winfearn@gmail.com>**

## Re: Public Information Request

1 message

**Jennifer D. Gabbert** <JDGabbert@tarrantcounty.com>      Tue, May 25, 2021 at 8:39 PM
To: Winningham Fearn <winfearn@gmail.com>

Hello Mr. Fearn,

Tarrant County Sheriff's Office does not have county traffic officers as described in TC 701.

Take care-

Get Outlook for iOS

**From:** Winningham Fearn <winfearn@gmail.com>
**Sent:** Tuesday, May 25, 2021 6:09:41 PM
**To:** Jennifer D. Gabbert <JDGabbert@TarrantCounty.com>
**Subject:** Public Information Request

**EXTERNAL EMAIL ALERT! Think Before You Click!**

Please provide the names and titles of everybody who was appointed a County Traffic Officer under Texas Transportation
Code Section 701 for the last year.

Thanks in advance for your help with this!!!

Best Regards,

Win

# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| GLENN WINNINGHAM | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1986-S-BH |
| | § | |
| CORY BLOUNT, et al. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The case will be dismissed by separate judgment for failure to prosecute or follow orders of the Court.

**SO ORDERED.**

SIGNED November 22, 2019.

_____
**UNITED STATES DISTRICT JUDGE**

# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

GLENN WINNINGHAM           §
                                      §
              v.                   §    CIVIL ACTION NO. 3:19-CV-1986-S-BH
                                      §
CORY BLOUNT, et al.           §

## FINAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1.      The plaintiff's claims are **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or follow orders of the Court.

2.      The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the plaintiff.

**SO ORDERED.**

SIGNED November 22, 2019.

                                              **UNITED STATES DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GLENN WINNINGHAM,           )
                                    )
         Plaintiff,          )
vs.                          )   No. 3:19-CV-1986-S (BH)
                                    )
CORY BLOUNT, et al.,       )
                                    )
        Defendants.      )   Referred to U.S. Magistrate Judge[1]

## FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Based on the relevant filings and applicable law, this case should be dismissed without prejudice for failure to prosecute or follow orders of the court.

### I. BACKGROUND

The plaintiff filed this action against the defendants on August 19, 2019. (*See* doc. 3.) By *Notice of Deficiency and Order* dated August 21, 2019, he was notified that he had not paid the filing fee or submitted an application to proceed *in forma pauperis* (IFP). (*See* doc. 4.) Attached to the order was an IFP application. *See id.* The order specifically advised the plaintiff that he must either pay the filing fee or file his IFP application within fourteen days, and that a failure to do so could result in the dismissal of his case. *Id.* More than fourteen days from the date of the order have passed, but the plaintiff has not paid the filing fee or filed an IFP application, or filed anything else in this case.

### II. INVOLUNTARY DISMISSAL

Rule 41(b) of the Federal Rules of Civil Procedure permits a court to dismiss an action *sua sponte* for failure to prosecute or follow orders of the court. *McCullough v. Lynaugh*, 835

---

[1] By *Special Order No. 3-251*, this *pro se* case has been automatically referred for full case management.

F.2d 1126, 1127 (5th Cir. 1988) (§ 1983 prisoner action).  This authority flows from a court's inherent power to control its docket, prevent undue delays in the disposition of pending cases, and avoid congested court calendars.  *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962). The plaintiff failed to comply with the August 21, 2019 order that he pay the filing fee or submit an IFP application despite a warning that failure to do so could result in dismissal of the case. Because the plaintiff failed to follow a court order or otherwise show that he intends to proceed with this case, it should be dismissed.

### III. RECOMMENDATION

This case should be dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or follow orders of the court, unless the plaintiff either pays the filing fee or submits his completed application to proceed *in forma pauperis* within the time for objecting to this recommendation, or by some other deadline set by the court.

**SO RECOMMENDED on this 21st day of October, 2019.**

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

2

## INSTRUCTIONS FOR SERVICE AND
## NOTICE OF RIGHT TO APPEAL/OBJECT

A copy of these findings, conclusions, and recommendation shall be served on all parties in the manner provided by law.  Any party who objects to any part of these findings, conclusions and recommendation must file specific written objections within 14 days after being served with a copy.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's findings, conclusions and recommendation where the disputed determination is found.  An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific.  Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error.  *See Douglass v. United Servs. Automobile Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996).


IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **GLENN WINNINGHAM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No. 3:19-CV-1986-S (BH)** |
| | ) | |
| **CORY BLOUNT,** | ) | |
| | ) | |
| **Defendants.** | ) | **Referred to U.S. Magistrate Judge[1]** |

## NOTICE OF DEFICIENCY AND ORDER

Your civil complaint does not comply with the requirement in Fed. R. Civ. P. 8(a) of a "short and plain statement of the claim showing that the pleader is entitled to relief." **Please submit an amended complaint that complies with Rule 8(a) within fourteen (14) days of the date of this order.**

You have not paid the filing fee for this civil case or submitted a request to proceed *in forma pauperis.* **You must either pay the $400 filing fee or submit a fully completed and signed application to proceed *in forma pauperis* within fourteen (14) days from the date of this order.[2]**

You must immediately notify the Court of any change of address and its effective date by filing a notice entitled "NOTICE TO THE COURT OF CHANGE OF ADDRESS". The notice should contain **only** information about to the change of address and effective date.

Failure to comply with this order may result in the dismissal of your suit under Federal Rule of Civil Procedure 41(b).

**The Clerk of the Court shall mail the plaintiff (1) a form application to proceed *in forma pauperis*, and (2) a copy of Fed. R. Civ. P. 8.  No process shall issue except upon order of the Court.**

---

[1] By *Special Order No. 3-251*, this *pro se* case has been automatically referred for full case management.

[2] As of May 1, 2013, a $50 administrative fee will be assessed in addition to the $350 filing fee, resulting in a total filing fee of $400 for a civil action in which the plaintiff has not sought or been granted leave to proceed *in forma pauperis*. *See* District Court Miscellaneous Fee Schedule.

SO ORDERED this 21st day of August, 2019.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| _Plaintiff/Petitioner_ | ) ) | |
| v. | ) | Civil Action No. |
| _Defendant/Respondent_ | ) ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
**(Long Form)**

| **Affidavit in Support of the Application** | **Instructions** |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: | Date: |

1.     For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property _(such as rental income)_ | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| **Total monthly income:** | $ | $ | $ | $ |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.    How much cash do you and your spouse have? $  _____

     Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle *#1* *(Value)* | $ |
|     Make and year: | |
|     Model: | |
|     Registration #: | |
| Motor vehicle *#2* *(Value)* | $ |
|     Make and year: | |
|     Model: | |
|     Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>    Are real estate taxes included?   ❏ Yes  ❏ No<br>    Is property insurance included?  ❏ Yes  ❏ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $ | $ |
|     Credit card *(name):* | $ | $ |
|     Department store *(name):* | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ | $ |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ❐ Yes     ❐ No     If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ❐ Yes  ❐ No

   If yes, how much?   $ _____
   If yes, state the attorney's name, address, and telephone number:

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?     ❐ Yes  ❐ No

   If yes, how much?   $ _____
   If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

13. Identify the city and state of your legal residence.

   Your daytime phone number:     _____

   Your age: _____   Your years of schooling:     _____

   Last four digits of your social-security number:     _____

 **Gmail**

Winningham Fearn <winfearn@gmail.com>

## Re: Public Information Request

1 message

**Jennifer D. Gabbert** <JDGabbert@tarrantcounty.com>
To: Winningham Fearn <winfearn@gmail.com>

Tue, May 25, 2021 at 8:39 PM

Hello Mr. Fearn,

Tarrant County Sheriff's Office does not have county traffic officers as described in TC 701.

Take care-

Get Outlook for iOS

**From:** Winningham Fearn <winfearn@gmail.com>
**Sent:** Tuesday, May 25, 2021 6:09:41 PM
**To:** Jennifer D. Gabbert <JDGabbert@TarrantCounty.com>
**Subject:** Public Information Request

**EXTERNAL EMAIL ALERT! Think Before You Click!**

Please provide the names and titles of everybody who was appointed a County Traffic Officer under Texas Transportation Code Section 701 for the last year.

Thanks in advance for your help with this!!!

Best Regards,

Win

# Lake Worth Police Department
## Narrative

Date of report: 2018-07-27                    Case Number: 1800016607

Incident Number :1800016607

On Friday 07/27/2018 at approximately 13:10, Officer West #259, Officer Martin #323 and I, Officer D. Martinez #314 were dispatched to the parking lot of Albertsons, located at 6308 Lake Worth Blvd, Lake Worth, Tarrant County Texas 76135 in reference to the Department of Homeland Security requesting assistance on a suspicious vehicle. DHS was advising that the license plate might possibly not belong to the vehicle that it was on.

Upon arrival, the vehicle was located in the parking lot of Racetrack (6300 Lake Worth Blvd), adjacent to Albertsons. Officer West and I positioned our vehicles to keep eyes on the suspect vehicle while we gathered more information from dispatch. Lake Worth dispatch advised that the vehicle had a regional warrant (Class C misdemeanor/traffic) attached to the license plate out of the Azle Police Department. The vehicle then left the Racetrack, staying in the parking lot of Albertsons, and proceeded to the EZ Mail, located at 6340 Lake Worth Blvd. Dispatch stated that the warrant attached to the license plate belonged to a Glenn Winningham Fearn (W/M, 09/04/1957). As the male exited the vehicle and walked into the store, I observed that the date of birth for the wanted individual was consistent with the age of the male driver and sole occupant of the vehicle.

After the man (later identified as the above listed subject) walked back to his truck, he left he parking lot and began driving west in the 6300 block of Lake Worth Blvd. I activated my overhead lights on my marked patrol vehicle and initiated a traffic stop on the vehicle, which yielded in the parking lot of Walmart (6360 Lake Worth Blvd). The vehicle was a 2008 Dodge pickup, red in color, bearing Arizona license plate CH56267.

I approached the driver's side of the vehicle and made contact with Glenn, requesting to see his driver's license and proof of insurance, who stated that he was not required to have a driver's license because he was in transit. I asked him several more times for his driver's license and insurance and he refused to present it. I asked Glenn to exit his vehicle and he reluctantly complied after telling me that it was lawful to resist an unlawful arrest.

Officer West convinced him to present ID and he handed us a photo ID that appeared handmade and had his name on it. The Azle PD warrants were confirmed and Glenn was placed under arrest for the following charges:

Warrant # A023735–01        FMFR        $346.00

Officer: MARTINEZ, D                    Approving Supervisor: GREGORY, C.

Page 1

# Lake Worth Police Department
## Narrative

Date of report: 2018-07-27                                    Case Number: 1800016607

| | | |
|---|---|---|
| Warrant # A023735–02 | Speeding | $283.00 |
| Warrant # A023735–03 | No DL | $266.00 |
| | Total: | $895.00 |

An inventory of the vehicle was completed before the wrecker arrived for the vehicle and a loaded stainless Colt Commander Mark IV in .45 ACP caliber was located in the center console, along with 44 rounds of .45 ACP hollow point ammunition and 2 magazines for the pistol. Also located were multiple open FedEx bags, two of which contained flash drives (one package contained 8 flash drives with the number "8" on them and the other contained 4–5 flash drives that were Scandisk brand). A brand new Samsung cell phone was also located inside the cab of the pickup. Glenn was issued citation LPD1066097 for Fail to Maintain Financial Responsibility and LPD1066096 for Fail to Display Driver's License. The pistol, 2 magazines and 44 rounds of ammunition were booked into property locker #2 for safekeeping. No further info.

Officer: MARTINEZ, D                        Approving Supervisor: GREGORY, C.

# EULESS POLICE DEPARTMENT
## Narrative

Date of report: 2019-11-23                        Case Number: 1900065251

Incident Number :1900065251

On 11/22/19 at 2032 hours I, Officer Graham (629), was patrolling in the area of 2200
Gateway Blvd in marked unit 1019. While patrolling in this area Graham came into contact
with a silver in color Toyota corolla displaying a Texas Republic private property placard
which is not a state issued license plate. Graham activated his emergency overhead lights to
conduct a vehicle traffic stop and the above stated vehicle pulled over to the shoulder of the
roadway. Graham made contact with the driver and sole occupant of the vehicle and tried to
explain the reason for the stop but the driver was on the phone with Euless Police Dispatch
demanding that they send a county sheriff deputy to this location. The unidentified driver
continued to request for a county sheriff deputy, but was told by EPD Dispatch to talk to the
Euless Officer on scene. Graham explained the reason for the stop to the unidentified driver,
who became verbally combative and stated to Graham that he was not required to have a
state LP on his vehicle. The unidentified driver started reading off a laminated paper accusing
Graham of official oppression and reading of his version of the Texas penal code on why he
was not required to have a LP on his vehicle. Graham contacted the on duty supervisor Sgt
Hurtado (357) via radio and requested that he make Graham's scene. Graham asked the
unidentified driver for his drivers license and insurance to which he responded " I don't have
them and am not required to have them". The unidentified driver continued to read off of his
laminated paper and was verbally combative towards Graham and at one point informed
Graham that he had been to the supreme court five times and asked Graham if he wanted to
be next. Graham again asked for the unidentified driver to provide identifying information and
the driver continued to not provide it and informed Graham that he was " Going to sue his butt
off".

Sgt Hurtado and Ofc Collingwood (626) arrived on scene and Graham had the unidentified
driver step out of his vehicle and to the rear of the vehicle. Graham patted the driver down for
weapons and asked him to sit on the curve, which he refused to do and continued to be
verbally combative towards Graham. Graham informed Sgt Hurtado for the reason for the stop
and what all had transpired after making contact with the unidentified driver. Sgt Hurtado tried
to reason with the driver and explain to him what would happen if he did not comply with the
officers request of identifying information. The driver continued to be verbally aggressive with
Officers and refused to comply with the above stated request. Due to the unidentified driver

Officer: Graham,T                                   ID#: 629
Approving Supervisor: Not approved                  ID#:

                              Page 1

# EULESS POLICE DEPARTMENT
## Narrative

Date of report: 2019-11-23                          Case Number: 1900065251

refusing to give identifying information for Graham to issue him citations for the traffic offenses, Graham placed the driver into handcuffs behind the back (double–locked), searched him incident to arrest, and placed him into the backseat of marked unit 1019. Collingwood requested a wrecker from B&B Wrecker service and did a vehicle inventory sheet on the vehicle. Graham transported the unidentified driver to the Euless Jail for booking on the following:

1.) Euless PD Cit#4098295–1– FMFR

2.) Euless PD Cit#4098295–2– Registration (No Plate)

While out at the Euless Jail the unidentified driver still refused to give any identifying information the booking officers and had to be finger printed so that Officers could obtain the necessary information. The results of the fingerprints came back and identified the driver as Glenn Fearn W/M 9/4/57 holding  AZDL#D01474189. Graham ran Fearns information through Euless Police Dispatch which came back with possible warrants out of Lake Worth PD with the identifiers being name, AZDL#, and address. Graham had EPD Dispatch confirm the warrants using the above stated identifiers and a short time later EPD Dispatch came back as the warrants being confirmed. Due to this new information of Fearn having active warrants and refusing to identify himself to law enforcement officers, Graham added the following charges:

3.) Euless PD– Fail To ID Fugitive FRM Justice Refuse To Give

4.) Lake Worth PD Wrnt#LPD–1066097– FMFR

5.) Lake Worth PD Wrnt#LPD–1055096– DL– Fail To Display


Dashcam: 1019

Bodycam: Graham 629, Sgt Hurtado 357, Collingwood 626

Officer: Graham,T                                   ID#: 629
Approving Supervisor: Not approved                  ID#:
                        Page 2